UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11193-NG

SHAWN DRUMGOLD
<u>Plaintiff,</u>

v.

TIMOTHY CALLAHAN,
MICKEY ROACH, PAUL
MURPHY, RICHARD WALSH
and CITY OF BOSTON
<u>Defendants.</u>

## ASSENTED TO MOTION TO CONTINUE THE ANSWER OF DEFENDANT, CITY OF BOSTON

Now comes the Defendant, City of Boston, in the above-captioned action and, with Plaintiff's assent, moves this Honorable Court to continue the scheduled answer date to September 30, 2004. As grounds therefore the Defendant states that due to the continued investigations regarding the facts and circumstances of the matter the parties request an answer date of September 30, 2004.

Plaintiff's counsel has no objection to this motion.

WHEREFORE, the Defendant City of Boston respectfully requests this Court to allow the Motion herein.

Respectfully submitted,
Defendant City of Boston
By its attorney
Merita A. Hopkins, Corporation Counsel

*Susan Weise*
Susan Weise, BBO# 545455
Chief of Litigation
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201  (617) 635-4040

### DEFENDANT CITY OF BOSTON'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that counsel for the Defendant, City of Boston, has conferred with Stephen Hrones, counsel for the Plaintiff in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motions, and that counsel for the Plaintiff has no opposition to the within motion.

*Susan Weise*
Susan Weise, BBO# 545455
Chief of Litigation