UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, PAUL MURPHY,<br>RICHARD WALSH and THE CITY<br>OF BOSTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)    04-CV-11193-NG<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    Please enter our appearance on behalf of defendants, the City of Boston and Francis M. Roache in the above-entitled action.

Respectfully submitted,


| | |
|---|---|
| //S//Patrick J. Donnelly | //S//John P. Roache |
| Patrick J. Donnelly BBO#651113 | John P. Roache BBO#421680 |
| Hogan, Roache & Malone | Hogan, Roache & Malone |
| 66 Long Wharf | 66 Long Wharf |
| Boston, Massachusetts 02110 | Boston, Massachusetts 02110 |
| (617) 367-0330 | (617) 367-0330 |
| Fax:   (617) 367-0172 | Fax:   (617) 367-0172 |
| pdonnelly@hrmlaw.com | Email: roachej@hrmlaw.com |

Dated: September 28, 2004