## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>TIMOTHY CALLAHAN, FRANCIS )<br>M. ROACHE, PAUL MURPHY, )<br>RICHARD WALSH and THE CITY )<br>OF BOSTON, )<br>    Defendants )<br>_____) | 04-CV-11193-NG |

## **NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

Please enter my appearance on behalf of defendants, the City of Boston and Francis M. Roache in the above-entitled action. Attorney Patrick J. Donnelly of Hogan, Roache & Malone continues to represent defendants, the City of Boston and Francis M. Roache.

Respectfully submitted,

//S//John P. Roache_____
John P. Roache BBO#421680
Hogan, Roache & Malone
66 Long Wharf
Boston, Massachusetts 02110
(617) 367-0330
Fax:   (617) 367-0172
Email: roachej@hrmlaw.com

Dated: November 23, 2004