UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>   PLAINTIFF<br><br>VS.<br><br>TIMOTHY CALLAHAN, MICKY ROACH,<br>PAUL MURPHY, RICHARD WALSH, AND<br>THE CITY OF BOSTON,<br>   DEFENDANTS | C.A. NO. 04-11193NG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICTCOURT:

Please enter my appearance as attorney for the Defendant, Richard Walsh, in the above-entitled action.

                        RICHARD WALSH
                        By His Attorney,

                        _/s/ Hugh R. Curran_
                        Hugh R. Curran (BBO 552623)
                        BONNER KIERNAN TREBACH &
                        CROCIATA
                        One Liberty Square - 6th Floor
                        Boston, MA 02109
                        (617) 426-3900

DATED:   January 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 11th day of January, 2005 to all counsel of record:

Stephen B. Hrones, Esq.
Hrones & Garrity
Lewis Wharf – Bay 232
Boston, MA 02110-3927

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City Rights Div/Law Department
City Hall, Room 615
Boston, MA 02201

John P. Roache, Esq.
Hogan, Roache, & Malone
66 Long Wharf
Boston, MA 02110

_____
Hugh R. Curran