FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT    2005 FEB 29  P 1: 13

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO: 04-11193 NG

SHAWN DRUMGOLD
    Plaintiff

Vs:

TIMOTHY CALLAHAN, MICKY ROACH,
PAUL MURPHY, RICHARD WALSH,
AND THE CITY OF BOSTON
    Defendants

SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

   Now comes Patricia A. Murphy who has been served solely in her capacity as Executrix of the Estate of Paul Murphy named in the Complaint as a Defendant, and who suggests on the record, pursuant to Rule 25(a)(1), that the named individual Defendant, Paul Murphy, died on Jan. 4, 2001, and that the person served in this action, Patricia A. Murphy, was appointed Executrix of the Estate of Paul Murphy, on April 10, 2001.

By her Attorney

Donald R. Faymen
BBO #    160600

640 Main Street
Malden, MA. 02148
781-324-7752

Dated: February 25, 2005