UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 29  P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO: 04-11193 NG

```
                                    )
                                    )
SHAWN DRUMGOLD                      )
                    Plaintiff       )
                                    )
Vs:                                 )
                                    )
TIMOTHY CALLAHAN, MICKY ROACH,      )
PAUL MURPHY,  RICHARD WALSH,        )
AND THE CITY OF BOSTON              )
                    Defendants      )
                                    )
```

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the named Defendant, Paul Murphy, served in this action by his Executrix, Patricia A. Murphy, do hereby certify, on oath,  that I have served notice of the filing of: Answer of the Defendant, Paul Murphy,  Suggestion of Death Upon The Record Under Rule 25(a)(1) as required by the F.R. C. P. , by mailing copies of each of the same by regular U.S. mail, postage prepaid to:

Stephen B. Hrones, Esq.          Rosemary  Curran Scapicchio, Esq.
Hrones & Garrity                 Four Longfellow Place, Suite 3703
Lewis Wharf-Bay 232              Boston, MA.  02114
Boston, MA.  02110

Donald R. Faymen
BBO #   160600