UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SEAN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

NOTICE OF APPEARANCE

To the clerk of the above captioned court:

Kindly enter the appearance of undersigned counsel for the defendant, Timothy Callahan.

    Respectfully submitted,
    Defendant Timothy Callahan
    By his attorney,


    __/s/ Mary Jo Harris_____
    Mary Jo Harris, BBO # 561484
    Morgan, Brown & Joy, LLP
    200 State Street
    Boston, MA 02109-2605
    (617) 523-6666

Dated:  March 14, 2005