UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff | ) ) ) | C.A. NO. 04-11193NG |
| v | ) ) | **NOTICE OF APPEARANCE** |
| TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | ) ) ) | |

NOW COMES, Michael W. Reilly, Esq., and files his Appearance on behalf of the Plaintiff.

/s/ Michael W. Reilly

Michael W. Reilly, BBO# 415900
TOMMASINO & TOMMASINO
Two Center Plaza, Suite 800
Boston, MA 02108
(617) 723-1720