UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD, | ) | C.A. No. 04-11193NG |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY CALLAHAN, MICKY ROACH, | ) | |
| PAUL MURPHY, RICHARD WALSH, and | ) | |
| THE CITY OF BOSTON, | ) | |
|     Defendants | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Now come Stephen Hrones and the law offices of Hrones Garrity & Hedges LLP, counsel to the Plaintiff in the above-captioned proceeding, and respectfully withdraw as counsel of record. As grounds therefor, attorney Hrones states that Plaintiff has retained new counsel, Michael W Riley, who has entered his appearance in this matter on or about June 13, 2005.

                                                 Respectfully submitted,
                                                 The Plaintiff Shawn Drumgold,
                                                 By his attorneys,

                                                 //S//Stephen Hrones
                                                 Stephen Hrones (BBO No. 242860)
                                                 HRONES GARRITY & HEDGES LLP
                                                 Lewis Wharf-Bay 232
                                                 Boston, MA 02110-3927
                                                 T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that on this 16th day of June, 2005, I have served a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL, where unable to do so electronically, via United States First-Class Mail, postage prepaid, as follows: Patrick J Donnelly, Esq., John P Roache, Esq., HOGAN ROACHE & MALONE, 66 Long Wharf, Boston, MA 02110; Susan Weise, Chief of Litigatn, Asst Corp Counsl, Civil Rights Div/Law Dept, City Hall, Rm 615, Boston, MA 02201; Hugh R Curran, Esq., BONNER KIERNAN TREBACH & CROCIATA, One Liberty Square, Boston, MA 02109; Donald R Faymen, Esq., 640 Main St, Malden, MA 02148; Michael W Reilly, TOMMASINO & TOMMASINO, 2 Center Plz, Ste 800, Boston, MA 02108.

                                                 //S//Stephen Hrones_____
                                               Stephen Hrones