UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SEAN DRUMGOLD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
| Defendants | ) |

### DEFENDANT TIMOTHY CALLAHAN'S PROPOSED SCHEDULING ORDER

Defendant Callahan proposes the following scheduling order:

A.   Motions for Bifurcation

Defendant Callahan submits that his rights to a fair trial would be violated if the individual claims and the municipal claims alleged in plaintiff's complaint to be tried together to the same jury. Therefore, Callahan intends to file a motion for bifurcation on both discovery and liability in this case. Callahan proposes that motions for bifurcation be filed with the Court by **July 22, 2005** and any opposition thereto by plaintiff by **August 12, 2005.**

B.   Anticipated Discovery Disputes

Defendant Callahan identifies the following issues as potentially raising issues during the discovery phase of this case:

1.   Depositions from witnesses in federal protection or federal custody;

2.   Discovery of materials currently under seal per request of the United States Attorney;

  3. Discovery of information gathered by a Boston Globe reporter covering plaintiff's requests for new trial;

  4. Discovery of materials in the possession of the Suffolk County District Attorney's Office.

  C. <u>Proposed Discovery Schedule</u>

If the case is bifurcated such that discovery and trial of the individual defendants occurs before the discovery and trial of the municipal defendant, Callahan proposes the following schedule:

  1. Initial disclosures pursuant to Fed.R.Civ.P. 23(A) to be made on or about **September 30, 2005**

  2. Motions to dismiss filed on or about **November 4, 2005**

  3. Expert disclosures made on or about **March 3, 2006**

  4. Discovery completed on or about **June 30, 2005**

  5. Motions for summary judgment made on or about **August 4, 2006**

  6. Final Pretrial Conference to be held on or about **September 8, 2006**

Should the Court decline to order the bifurcation of this case, Callahan proposes the following schedule:

  1. Initial disclosures to be made on or about **September 30, 2005**

  2. Motions to dismiss to be filed on or about **November 15, 2005**

  3. Expert disclosures to be made on or about **September 1, 2006**

  4. Discovery completed on or about **March 31, 2007**

  5. Motions for summary judgment made on or about **May 31, 2007**

  6. Final Pretrial Conference on or about **July 1, 2007**

          Respectfully submitted,

        Defendant Timothy Callahan
        By his attorney,


        __/s/ Mary Jo Harris_____
        Mary Jo Harris, BBO # 561484
        Morgan, Brown & Joy, LLP
        200 State Street
        Boston, MA 02109-2605
        (617) 523-6666

Dated:  July 1, 2005

## CERTIFICATE OF SERVICE

I, Mary Jo Harris, hereby certify that on this 1st day of July 2005, I have served a copy of the foregoing DEFENDANT TIMOTHY CALLAHAN'S PROPOSED DISCOVERY SCHEDULE on the following counsel of record:

Rosemary C. Scappicchio
Four Longfellow Place, Ste 3703
Boston, MA 02114

Michael W. Reilly
Tommasino & Tommasino
Two Center Plaza, Ste. 800
Boston, MA 02108

John P. Roache
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110

Hugh R. Curran
Bonner, Kiernan, Treback & Crociata
One Liberty Square
Boston, MA 02109

Donald R. Faymen
640 Main Street
Malden, MA 02148

Susan M. Weise
City of Boston Law Department
City Hall
Boston, MA 02201

___/s/ Mary Jo Harris _____
Mary Jo Harris, BBO # 561484