UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11193-NG

SHAWN DRUMGOLD,  )
    Plaintiff )
 )
v. )
 )
TIMOTHY CALLAHAN, et. al., )
    Defendants )

## DEFENDANTS FRANCIS M. ROACHE AND THE CITY OF BOSTON'S MOTION TO BIFURCATE DISCOVERY AND TRIAL

NOW COME DEFENDANTS the City of Boston and Francis M. Roache, parties in the above-entitled civil action through their counsel pursuant to Federal Rule of Civil Procedure 42(b) and respectfully request this Honorable Court "in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy" order a separate trial with separate discovery of the Plaintiff's claims against the City of Boston and Francis M. Roache.

In support of the motion, the defendants have filed the accompanying memorandum.

    Respectfully submitted,
    By Defendants City of Boston and
    Francis M. Roache
    Through their attorneys,

    _/s/ John P. Roache_____
    John P. Roache (BBO# 421680)
    Patrick J. Donnelly (BBO# 651113)
    Hogan, Roache & Malone
    66 Long Wharf
    Boston, Massachusetts 02110

Date:  July 22, 2005    Tel.:   (617) 367-0330

## CERTIFICATE OF SERVICE

I, John P. Roache, hereby certify that on this 22nd day of July, 2005, I have served a copy of the foregoing DEFENDANTS', CITY OF BOSTON AND FRANCIS M. ROACHE, MOTION TO BIFURCATE DISCOVERY AND TRIAL, where unable to do so electronically, via U.S. first class mail, postage prepaid, as follows:

Rosemary C. Scapicchio, Esquire
Four Longfellow Place, Ste 3703
Boston, Massachusetts 02114

Michael W. Reilly, Esquire
Tommasino & Tommasino
Two Center Plaza, Suite 800
Boston, Massachusetts 02108

Hugh R. Curran, Esquire
Bonner, Kiernan, Trebach & Crociata
One Liberty Square
Boston, Massachusetts 02109

Donald R. Faymen, Esquire
640 Main Street
Malden, Massachusetts 02148

Mary Jo Harris, Esquire
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, Massachusetts 02108-4472

Susan M. Weise, Esquire
City of Boston Law Department
Boston City Hall
Room 615
Boston, Massachusetts 02201

    //s// John P. Roache_____
    John P. Roache (BBO# 421680)