<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2005 I served a copy of Timothy Callahan's Answer to the Plaintiff's Complaint upon the following counsel of record by first class mail, postage prepaid:

| | |
|---|---|
| John Roache<br>Hogan, Roache & Malone<br>66 Long Wharf<br>Boston, MA 02110 | Rosemary Curran Scappiccio<br>Four Longfellow Place, Ste. 3703<br>Boston, MA 02114 |
| Hugh R. Curran<br>Bonner, Kiernan,<br>Trebach & Crociata<br>1 Liberty Square<br>Boston, MA 2109 | Michael W. Reilly<br>Tommasino & Tommasino<br>Two Center Plaza<br>Boston, MA 02108 |
| Donald R. Faymen<br>640 Main Street<br>Malden, MA 02148 | |

\_\_\_\_/s/ Mary Jo Harris _____