UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD, | ) | C.A. NO. 04-11193NG |
|     Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| TIMOTHY CALLAHAN, ET AL. | ) | |
|     Defendant(s) | ) | |
| | ) | |

### PLAINTIFF'S PROPOSED SCHEDULING ORDER

NOW COME the Plaintiff and makes the following proposal scheduling order. This Court in its order of October 27, 2005 order the parties to file a joint proposed order.

The parties have been unable to agree on a joint order. This proposed order preserves this Court's October 27, 2005 order that there be a trial date of September 6, 2006 and adjusts the dates accordingly.

A.    Initial disclosures to be made on or before November 14, 2005;

B.    Motions to Dismiss to be filed on or before December 15, 2005;

C.    Plaintiff's expert disclosures to be made pursuant to Rule 26A(2) on or before May 15, 2006;

D.    Defendants' experts disclosures pursuant to Rule 26A(2) to be made on or before June 1, 2006;

E.    Depositions and discovery to be concluded on or before July 1, 2006;

F.    Expert depositions, if necessary, to be completed on or before July 1, 2006;

G.    Motions for Summary Judgment to be filed on or before August 1, 2006;

H.   Final pretrial conference as scheduled by to the Court;

I.   Trial September 6, 2006.

J.   30 depositions per side, any additional depositions allowed only upon allowance of

motion for leave to do so.

Respectfully submitted,                    Respectfully submitted,
Attorney for Plaintiff,                    Attorney for Plaintiff,
Shawn Drumgold                             Shawn Drumgold


/s/ Rosemary Curran Scapicchio             /s/ Michael W. Reilly

Rosemary Curran Scapicchio, Esq.           Michael W. Reilly, Esq.
Four Longfellow Place                      Tommasino & Tommasino
Suite 3703                                 2 Center Plaza
Boston, MA  02114                          Boston, MA  02108
(617) 263-7400                             (617) 723-1720
BBO# 558312                                BBO# 415900