UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    PLAINTIFF<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS M.<br>ROACHE, PAUL MURPHY, RICHARD<br>WALSH, AND THE CITY OF BOSTON,<br>    DEFENDANTS | C.A. NO. 04-11193NG |

**DEFENDANT, RICHARD WALSH'S, MANDATORY
DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2**

**(a)(1)(A)** **Individuals With Discoverable Information**

Delrico Alexander
4 Theodore Street Apt 3
Dorchester, MA 02124

Kenya Alexander
4 Theodore Street Apt 3
Dorchester, MA 02124

Lola Alexander
4 Theodore Street Apt 3
Dorchester, MA 02124

Mary Alexander
(Deceased)

True See Allah
24 Kenilworth Street
Roxbury, MA 02119

Antonio Anthony
50 Pleasant Street Apt 7B
Brookline, MA 02446

Angelita Baldwin
27 Trull Street #1
Dorchester, MA 02125

Phillip Beauchesne, Esq.
Marblehead, MA

Renard Biggs
(address unknown)

Michelle Blalock
23 Quincy Street
Dorchester, MA 02121

Stanley Bodgan
(address unknown)

Tyrone Brewer
72 Elm Hill Ave.
Dorchester, MA 02121

Gregory Brown
c/o Boston Police Department

Tim Callahan
c/o Boston Police Department

John A. Canavan III.
512 Gallivan Boulevard
Dorchester, MA 02124

David Carter
(address unknown)

William Celester
c/o Boston Police Department

Daniel Conley, Esq.
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114-2997

Chris Chaney
141 Homestead Street #9
Dorchester, MA 02121

Shamia Clemons
(address unknown)

Chris Cousins
44 Hewins Street
Dorchester, MA 02121

Tanoi Curry
756 Washington Street
Dorchester MA 02124

Theron Davis
FCI Elkton
8730 Scroggs Road
Elkton, OH 44415

Wayne Davis
94 Crawford Street
Dorchester, MA 02121

Caryn Delahunt
(address unknown)

Mark DeLuca
Boston Police Department

Vincent DiFazio
Boston Police Department

Ronald G. Down
(address unknown)

Paul Durand
2123 Murray Street 1st Floor
Boston, MA 02154

Larry Ellison
Boston Police Department

Ricky Evans
19 Bradlee Street Apt 3
Dorchester, MA 02124

John Daley
c/o Boston Police Department

Joseph Dunford
c/o Boston Police Department

Jose Garcia
Boston Police Department

Andrew Garvey
Boston Police Department

Thomas Gaughan
Boston Police Department

Diane Gill
(address unknown)

Thomas Gomperts
Boston Police Department

Travis Goss
(address unknown)

Obie Graham
31 Haskell Street Bsmt A
Allston MA 02134

Olisa Graham
644 River Street Apt. 5
Mattapan, MA 02126

Tara Grant
418 Border Street Apt 610
Boston, MA 02128

Dedrick Gunn
11 Falmouth Ave #3
Brockton, MA 02301

Paul Hadley
(address unknown)

Denise Hall
(address unknown)

Rhonda Hamilton
535 West 51st Street
New York, NY 10019

Hon. Leslie E. Harris
Trial Court of Massachusetts

Robert Haydon
c/o Boston Police Department

Romero Holiday
103 Columbia Road Apt 1
Dorchester MA 02121

Gemini Hullum
215 Canton Street
Randolph, MA 02368

Mary Ellen Jackson
(address unknown)

Troy Jenkins
41 Intervale Street Apt 3
Dorchester MA 02121

Eric Johnson
30 Regina Road Apt 3
Dorchester MA 02124

Travis Johnson
(address unknown)

Paul F. Joyce, Jr.
Boston Police Department

Alonzo Keel
(address unknown)

Candice Kelsey
102 Populus Drive
Harvest, AL 35749

Stanton Kessler, M.D.
(address unknown)

Tyrone Lacey
PO Box 354
Hampton, SC 29924

Danny Linskey
Boston Police Department

Kevin Lucas
40 Cheney Street
Dorchester, MA 02121

Hon. Gordan A. Martin, Jr.
Trial Court of Masachusetts

Renard Mason
1665 North Forest Park Ave.
Gwynn Oak, MD 21207

Robert McGarry
(address unknown)

Rosemary McLaughlin
Boston Police Department

Vantrell McPherson
105 Taffrail Road #1
Quincy, MA 02169

David Meier, Esq.
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114-2997

Shawn Mells
101 Draper Street #3
Dorchester, MA 02122

Robert Merner
Boston Police Department

Alice Moore
(deceased)

Paul J. Murphy
Boston Police Department

Francis O'Meara, Esq.
Norwell, MA

Gerald O'Rourke
Boston Police Department

Betty Peaks
67 Woolson Street Apt 2
Mattapan, MA 02126

Tracy Peaks
67 Woolson Street Apt 2
Mattapan, MA 02126

Angelo Perkins
33 Holworthy Street
Dorchester, MA

Steven Rapaport, Esq.
Lowell, MA

Mervin Reese
9 Yarmouth Place Apt 4
Boston, MA 02116

Noah Roisten
77 Harrison Archway #1
Boston, MA 02118

Rana Roisten
80 West Dedham St Apt 601
Boston, MA 02118

Rachelle Roisten Drumgold
9 Hutchings Street Apt. 2
Dorchester, MA 02121

Shon Rowell
74 Hope Street Apt 32
New Bedford MA 02745

Rodney Sadberry
(address unknown)

Linda Schears
(address unknown)

Joseph E. Saia, Jr.
Boston Police Department

Willie Simms
(address unknown)

Terrance Taylor
FCI Ray Brook
128 Ray Brook Road
Ray Brook, NY 12977

John Tibbs
15 Whittier Street
Roxbury, MA 02120

Michael Veney
81 Orton Morotta Way 5013
Boston, MA 02127

Frederick Waggett
Boston Police Department

Robert Fratalia
Boston Police Department

Cherry Walker
(address unknown)

Leslie Walker, Esq.
8 Winter Street
Boston, MA 02108

Richard Walsh
c/o Boston Police Department

London Williams
7 Sextant Circle
Mashpee, MA 02649

Donald Wilson
(address unknown)

Paul Connolly, Esq.
Winthrop, MA

Willis Saunders
Boston Police Department

William Fogerty
Boston Police Department

Hon. Phyllis Broker
Trial Court of Massachusetts

Lawrence Fallon, Esq.
Boston, MA

Wayne Rock
Boston Police Department

David Meier, Esq.
Suffolk County District Attorney's Office

Paul McLaughlin
Boston Police Department

Thomas O'Leary
Boston Police Department

Dick Lehr
41 Hillside Terrace
Belmont, MA 02478

Rosemary Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Miller Thomas
(address unknown)

Shawn Drumgold
(address unknown)

Ralph Martin, Esq.
Boston, MA

    Paul McDonough
    Boston Police Department

    Scott Keller
    (address unknown)

    Gwenette Drumgold
    77 Howard Ave.
    Dorechester, MA 02125

    Richard Dahill
    United States Marshal Service

    Robert George, Esq.
    77 Newbury Street
    Boston, MA 02116

    Hon. Paul Leary
    Trial Court of Massachusetts

    Frank McCarthy
    Boston Police Department

    Paul Farrahar
    Boston Police Department

    Ed McNelley
    Boston Police Department

    The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

**(a)(1)(B) Documentation**

    The Defendant does not have documents pertaining to this matter other than the transcripts of the original pre-trial hearings, trial, and motion for new trial hearings, which have previously been provided by counsel for the plaintiff.

    The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

**(a)(1)(C) Computation of Damages**

The individual defendant Richard Walsh does not have any insurance which would extend coverage to the allegations contained in the plaintiff's complaint.

**(a)(1)(D) Insurance Coverage**

Not applicable to Defendant.

The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

Respectfully submitted,
By Defendant Richard Walsh
Through his attorney,

/s/ Hugh R. Curran
Hugh R. Curran (BBO# 552623)
Bonner, Kiernan, Trebach & Crociata, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 426-3900

Date:   December 5, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing document has served via ECF filing to all other parties of record on this 5th day of December, 2005.

Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

John P. Roache, Esq.
Hogan, Roache, & Malone
66 Long Wharf
Boston, MA 02110

MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109

                              /s/ Hugh R. Curran
                              Hugh R. Curran