UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD, )<br>        Plaintiff )<br>)<br>V. )<br>)<br>TIMOTHY CALLAHAN, FRANCIS M. ROACHE, )<br>  PAUL MURPHY, RICHARD WALSH, )<br>  And THE CITY OF BOSTON, )<br>        Defendants. | CIVIL ACTION<br>NO. 04-11193 NG |

## NOTICE OF APPEARANCE

Notice is hereby given that William M. White, Jr. hereby appears on behalf of the above-named defendant in the above-captioned action.

Respectfully submitted,

/s/William M. White, Jr.
William M. White, Jr.
BBO#546283
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109
(617) 723-7339

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>        Plaintiff<br><br>V.<br><br>TIMOTHY CALLAHAN, FRANCIS M. ROACHE,<br>  PAUL MURPHY, RICHARD WALSH,<br>  And THE CITY OF BOSTON,<br>        Defendants. | CIVIL ACTION<br>NO. 04-11193 NG |

C E R T I F I C A T E   O F   S E R V I C E

      I, William M. White, Jr., hereby certify that on this April 7, 2006, I have served a true copy of the above Notice of Appearance upon the attorney of record for the plaintiff and each counsel of record, in hand, and a courtesy copy to the Court, which was e-filed this day, by mail, postage pre-paid.

      /s/ William M. White, Jr.
      WILLIAM M. WHITE, JR.
      BBO#: 546283
      Davis, Robinson & White, LLP
      1 Faneuil Hall Marketplace, 3rd Floor
      Boston, MA  02109
      (617) 723 - 7339

DATE: April 7, 2006