UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| SHAWN DRUMGOLD, | ) | C.A. NO. 04-11193NG |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY CALLAHAN, FRANCIS M. | ) | |
| ROACHE, **PAUL MURPHY**, RICHARD | ) | |
| WALSH, AND THE CITY OF BOSTON, | ) | |
| DEFENDANTS | ) | |

_____)

DEFENDANT, PAUL MURPHY'S, MANDATORY
DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2

(a)(1)(A)  Individuals With Discoverable Information

Defendant Paul Murphy believes that the following individuals may have information relative to the subject matter of the Plaintiff's Complaint:

| | |
|---|---|
| Delrico Alexander | Kenya Alexander |
| 4 Theodore Street Apt 3 | 4 Theodore Street Apt 3 |
| Dorchester, MA 02124 | Dorchester, MA 02124 |
| | |
| Lola Alexander | Mary Alexander |
| 4 Theodore Street Apt 3 | (Deceased) |
| Dorchester, MA 02124 | |
| | |
| True See Allah | Antonio Anthony |
| 24 Kenilworth Street | 50 Pleasant Street Apt 7B |
| Roxbury, MA 02119 | Brookline, MA 02446 |
| | |
| Angelita Baldwin | Phillip Beauchesne, Esq. |
| 27 Trull Street #1 | Marblehead, MA |
| Dorchester, MA 02125 | |
| | |
| Renard Biggs | Michelle Blalock |
| (address unknown) | 23 Quincy Street |
| | Dorchester, MA 02121 |
| | |
| Stanley Bodgan | Tyrone Brewer |
| (address unknown) | 72 Elm Hill Ave. |
| | Dorchester, MA 02121 |

Gregory Brown
c/o Boston Police Department

Tim Callahan
c/o Boston Police Department

John A. Canavan III.
512 Gallivan Boulevard
Dorchester, MA 02124

David Carter
(address unknown)

William Celester
c/o Boston Police Department

Mark DeLuca
c/oBoston Police Department

Daniel Conley, Esq.
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114-2997

Chris Chaney
141 Homestead Street #9
Dorchester, MA 02121

Shamia Clemons
(address unknown)

Chris Cousins
44 Hewins Street
Dorchester, MA 02121

Tanoi Curry
756 Washington Street
Dorchester MA 02124

Theron Davis
FCI Elkton
8730 Scroggs Road
Elkton, OH 44415

Wayne Davis
94 Crawford Street
Dorchester, MA 02121

Caryn Delahunt
(address unknown)

Vincent DiFazio
Boston Police Department

Ronald G. Down
(address unknown)

Paul Durand
2123 Murray Street 1st Floor
Boston, MA 02154

Larry Ellison
Boston Police Department

John Daley
c/o Boston Police Department

Ricky Evans
19 Bradlee Street Apt 3
Dorchester, MA 02124

Joseph Dunford
c/o Boston Police Department

Jose Garcia
Boston Police Department

Andrew Garvey
Boston Police Department

Thomas Gaughan
Boston Police Department

Diane Gill
(address unknown)

Thomas Gomperts
Boston Police Department

Travis Goss
(address unknown)

Paul Hadley
(address unknown)

Obie Graham
31 Haskell Street Bsmt A
Allston MA 02134

Olisa Graham
644 River Street Apt. 5
Mattapan, MA 02126

Tara Grant
418 Border Street Apt 610
Boston, MA 02128

Dedrick Gunn
11 Falmouth Ave #3
Brockton, MA 02301

Denise Hall
(address unknown)

Hon. Leslie E. Harris
Trial Court of Massachusetts

Rhonda Hamilton
535 West 51st Street
New York, NY 10019

Romero Holiday
103 Columbia Road Apt 1
Dorchester MA 02121

Robert Haydon
c/o Boston Police Department

Gemini Hullum
215 Canton Street
Randolph, MA 02368

Mary Ellen Jackson
(address unknown)

Travis Johnson
 (address unknown)

Troy Jenkins
41 Intervale Street Apt 3
Dorchester MA 02121

Eric Johnson
30 Regina Road Apt 3
Dorchester MA 02124

Paul F. Joyce, Jr.
Boston Police Department

Alonzo Keel
(address unknown)

Candice Kelsey
102 Populus Drive
Harvest, AL 35749

Tyrone Lacey
PO Box 354
Hampton, SC 29924

Stanton Kessler, M.D.
(address unknown)

Danny Linskey
Boston Police Department

Kevin Lucas
40 Cheney Street
Dorchester, MA 02121

Renard Mason
1665 North Forest Park Ave.
Gwynn Oak, MD 21207

Hon. Gordon A. Martin, Jr.
Trial Court of Massachusetts

Robert McGarry
(address unknown)

Rosemary McLaughlin
Boston Police Department

Vantrell McPherson
105 Taffrail Road #1
Quincy, MA 02169

David Meier, Esq.
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114-2997

Shawn Mells
101 Draper Street #3
Dorchester, MA 02122

Robert Merner
Boston Police Department

Alice Moore
(deceased)

Paul J. Murphy
Boston Police Department

Francis O'Meara, Esq.
Norwell, MA

Gerald O'Rourke
Boston Police Department

Betty Peaks
67 Woolson Street Apt 2
Mattapan, MA 02126

Tracy Peaks
67 Woolson Street Apt 2
Mattapan, MA 02126

Angelo Perkins
33 Holworthy Street
Dorchester, MA

Steven Rapaport, Esq.
Lowell, MA

Mervin Reese
9 Yarmouth Place Apt 4
Boston, MA 02116

Noah Roisten
77 Harrison Archway #1
Boston, MA 02118

Rana Roisten
80 West Dedham St Apt 601
Boston, MA 02118

Rachelle Roisten Drumgold
9 Hutchings Street Apt. 2
Dorchester, MA 02121

Rodney Sadberry
(address unknown)

Joseph E. Saia, Jr.
Boston Police Department

Terrance Taylor
FCI Ray Brook
128 Ray Brook Road
Ray Brook, NY 12977

Michael Veney
81 Orton Morotta Way 5013
Boston, MA 02127

Robert Fratalia
Boston Police Department

Leslie Walker, Esq.
8 Winter Street
Boston, MA 02108

London Williams
7 Sextant Circle
Mashpee, MA 02649

Paul Connolly, Esq.
Winthrop, MA

William Fogerty
Boston Police Department

Lawrence Fallon, Esq.
Boston, MA

Paul McLaughlin
Boston Police Department

Dick Lehr
41 Hillside Terrace
Belmont, MA 02478

Shon Rowell
74 Hope Street Apt 32
New Bedford MA 02745

Laura Scherz
(address unknown)

Willie Simms
(address unknown)

John Tibbs
15 Whittier Street
Roxbury, MA 02120

Frederick Waggett
Boston Police Department

Cherry Walker
(address unknown)

Richard Walsh
c/o Boston Police Department

Donald Wilson
(address unknown)

Willis Saunders
Boston Police Department

Hon. Phyllis Broker
Trial Court of Massachusetts

Wayne Rock
Boston Police Department

Thomas O'Leary
Boston Police Department

Rosemary Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Miller Thomas
(address unknown)

Ralph Martin, Esq.
Boston, MA

Scott Keller
(address unknown)

Richard Dahill
United States Marshal Service

Hon. Paul Leary
Trial Court of Massachusetts

Paul Farrahar
Boston Police Department

Tony Smith
(Address Unknown)

Angelita Baldwin
27 Trull Street, #1
Dorechester, MA

Patricia Murphy
Malden, MA

Shawn Drumgold
(address unknown)

Paul McDonough
Boston Police Department

Gwenette Drumgold
77 Howard Ave.
Dorechester, MA 02125

Robert George, Esq.
77 Newbury Street
Boston, MA 02116

Frank McCarthy
Boston Police Department

Ed McNelley
Boston Police Department

Edna Freeman
83 Homestead Street, #2
Dorchester, MA

The Defendant reserves the right to amend and supplement this list throughout the discovery period in this case.

 (a)(1)(B)   Documentation

The Defendant does not have documents pertaining to this matter other than the transcripts of the original pre-trial hearings, trial, and motion for new trial hearings, which have previously been provided by counsel for the Plaintiff.

The Defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

(a)(1)(C)  <u>Computation of Damages</u>

     Defendant Paul Murphy is unaware of the manner employed to calculate Plaintiff's damages as set forth in the Complaint.

(a)(1)(D)  <u>Insurance Coverage</u>

     Defendant Paul Murphy is deceased and does not have any personal insurance that would cover the allegations as set forth in the Complaint.

     The Defendant reserves the right to amend and supplement this list throughout the discovery period in this case.

                       PATRICIA MURPHY, AS
                       EXECUTRIX OF THE ESTATE OF
                       PAUL MURPHY
                       By her Attorney,

                       William M. White, Jr.
                       BBO#: 546283
                       Davis, Robinson & White, LLP
                       One Faneuil Hall Marketplace, 3rd Floor
                       Boston, MA  02109
                       (617) 723-7339

Date:   April 18, 2006

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing document was served by ECF filing to all other parties of record on this 18th day of April, 2006.

  Michael W. Reilly, Esq.
  Tommassino & Tommasino
  Two Center Plaza
  Boston, MA 02108-1904

  Rosemary Curran Scapicchio, Esq.
  Four Longfellow Place, Suite 3703
  Boston, MA 02114

  Susan Weise, Esq.
  Chief of Litigation
  Assistant Corporate Counsel
  City of Boston/Law Department
  City Hall, Room 615
  Boston, MA 02201

  John P. Roache, Esq.
  Hogan, Roache, & Malone
  66 Long Wharf
  Boston, MA 02110

  MaryJo Harris, Esq.
  Morgan, Brown & Joy
  200 State Street, 11th Floor
  Boston, MA 02109

  Hugh R. Curran, Esquire
  Bonner, Kiernan, Trebach & Crociata
  One Liberty Square
  Boston, MA  02109

       /S/ William M. White, Jr.
       William M. White, Jr.