UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 APR 12 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

SHAWN DRUMGOLD

    Plaintiff

vs:

TIMOTHY CALLAHAN, FRANCIS M.
ROACHE, PAUL MURPHY, RICHARD
WALSH AND THE CITY OF BOSTON

NOTICE OF WITHDRAWAL OF APPEARANCE
OF COUNSEL (RULE 11(c) )

    Please take Notice of and enter the Withdrawal of my appearance in the within action, as counsel of record for the named Defendant, Paul Murphy , by Patricia A. Murphy, as Executrix of the Estate of Paul Murphy.

    The within Notice of Withdrawal of Appearance is filed in conjunction with the filing of the Notice of Appearance of successor counsel for the said defendant, Paul Murphy by William M. White, Jr., Esq. associate counsel to the firm of Davis, Robinson and White, One Faneuil Hall Marketplace, Boston.

    I hereby certify that Notice of the within Withdrawak of Appearance of counsel has been served, as provided by the Rules on all counsel appearing for parties Plaintiff and Defendants in this action, and has been filed with the assent of the named defendant, Paul Murphy, by his Executrix, Patricia A. Murphy.

ASSENTED TO

_Patricia A. Murphy_

Respectfully Submitted:

_Donald R. Faymen_
BBO #   160600
640   Main   Street
Malden, MA. 02148
(781) 324-7752

CERTIFICATE OF SERVICE

I, Donald R. Faymen, counsel of record for the Defendant, Paul Murphy, do hereby certify that on ths 11th day of April, 2006, I have served a copy of the attached NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL, via U.S. First Class Mail, postage prepaid to the following counsel of record for all other parties:

John P. Roache, Esq.
Hogan, Roache & Malone
66 Long Wharf
Boston, MA. 02110

MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Fl.
Boston, MA. 02109

Hugh Curran, Esq.
Bonner, Kiernan, Trebach & Crociata, LLP
One Liberty Square
Boston, MA. 02109

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA. 02114

Michael W. Reilly, Esq.
Tommassino & Tommassino
Two Center Plaza
Boston, MA. 02108-1904

Donald R. Faymen