UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD, )<br>  Plaintiff )<br>)<br>v. )<br>)    04-CV-11193-NG<br>TIMOTHY CALLAHAN, FRANCIS )<br>M. ROACHE, PAUL MURPHY, )<br>RICHARD WALSH and THE CITY )<br>OF BOSTON, )<br>  Defendants )<br>_____) | |

## DEFENDANTS' JOINT REPLY TO PLAINTIFF'S MOTION TO EXTEND THE SCHEDULING ORDER

Now come the defendants in the above-captioned civil action and with regard to Plaintiff's Motion to Extend the Scheduling Order jointly request this Honorable Court to further extend the scheduling order beyond that which has been requested by the plaintiff. In support thereof, the defendants state as follows:

1. Since the discovery period has commenced, the defendants have taken the depositions of the following persons:

| Deponent | Dates of Examination |
|---|---|
| Gemini Hullum | February 20, 2006 and May 11, 2006 |
| Betty Peaks | March 2, 2006 |
| Vantrell McPherson | March 17, 2006 (suspended) |
| Lola Alexander | April 4, 2006 |
| Tracie Peaks-Sandy | April 28, 2006 (suspended) |

|  |  |
|---|---|
| Jay Groob | May 16, 2006 and September 5, 2006 (suspended) |
| Olisa Graham | May 17, 2006 (suspended) |
| Ricky Evans | June 26, 2006 and July 10, 2006 |
| Steven Rappaport | August 4, 2006 (suspended) |
| Romero Holliday | September 12, 2006 |
| Scott Keller | September 13, 2006 |
| Kiara Drumgold | September 20, 2006 |

2. Since the discovery period has commenced, the plaintiff has taken the depositions of the following persons:

| Deponent | Dates of Examination |
|---|---|
| Timothy Callahan | September 8, 2006 (suspended) |
| Richard Walsh | September 14, 2006 (suspended) |

3. Counsel for the defendants made substantial accommodations to their schedules for the month of September in order to concentrate on taking the depositions of as many witnesses as possible within the time allowed by this Court's revised scheduling order of June 26, 2006. As a result, defendants' counsel rescheduled or continued matters in other cases to October.

4. On or about September 18, 2006, counsel for the plaintiff sent (by facsimile transmission) twelve (12) unsigned notices for depositions in the month of October apparently in anticipation of this Court's approval of plaintiff's present motion. On September 21st, plaintiffs counsel sent by

mail nine (9) new notices of deposition. The nine depositions are as follows:

    a. October 3rd – William Dunford;

    b. October 4th – Willis Saunders;

    c. October 9th – Philip Beauchesne;

    d. Octobert 9th – Francis O'Meara;

    e. October 11th – Francis M. Roache;

    f. October 16th – Lt. McNeely;

    g. October 16th – John Daly;

    h. October 19th – Paul McDonough;

    i. October 31st – Ralph Martin.

5.    Plaintiff's counsel further noticed on September 21, 2006 the continued depositions of the following defendants:

    a. October 2nd – Timothy Callahan; and

    b. October 6th – Richard Walsh.

6.    Plaintiff's counsel re-noticed on September 21, 2006 the deposition of Robert Merner for October 5th.

7.    Counsel for the defendants need to depose the following individuals who have failed to appear despite being served with subpoenas:

    a. Kathy Jamison;

    b. Tynetta Gray;

    c. Obie Graham;

    d. Michelle Payne;

      e. Adrina Payne;

      f. Eric Johnson;

      g. Olisa Graham (continued);

      h. Paul Durand; and

      i. Dick Lehr.

The defendants will need to file a motion to compel these witnesses to comply with their respective deposition subpoenas.

8. Counsel for the defendants presently are attempting to schedule the depositions of the following individuals:

      a. Steven Rappaport (continued);

      b. Rachelle Drumgold;

      c. Rosemary Scapicchio;

      d. Terrance Taylor;

      e. Antonio Anthony; and

      f. Robert George.

9. The only dates in October that all counsel for the defendants are available are October 2, 5 and 30.

10. The plaintiff's present motion seeking the extension of time for an additional thirty (30) days to complete discovery of non-expert witnesses is neither realistic nor practical. The further extension of ninety (90) days to the plaintiff's proposed extended tracking order as requested herein by the defendants will not cause the parties any undue prejudice and further

4

advance judicial economy by reducing the need for the parties to make additional future requests to extend the scheduling order.

WHEREFORE, the defendants respectfully request this Honorable Court extend those dates offered by the plaintiff in his proposed extended tracking order by an additional ninety (90) days.

Respectfully submitted,

| | |
|---|---|
| **FRANCIS M. ROACHE and** <br> **THE CITY OF BOSTON,** <br> By Their Attorneys, | **TIMOTHY CALLAHAN,** <br> By His Attorney, |
| //s//John P. Roache_____ <br> John P. Roache, Esq. BBO#421680 <br> Patrick J. Donnelly, Esq. BBO#651113 <br> Roache & Malone, LLP <br> 66 Long Wharf <br> Boston, Massachusetts 02110 <br> (617) 367-0330 | //s// Mary Jo Harris_____ <br> Mary Jo Harris, Esq. <br> Morgan, Brown & Joy <br> 200 State Street, 11th Floor <br> Boston, Massachusetts 02109 |
| **RICHARD WALSH,** <br> By His Attorney, | **PAUL MURPHY,** <br> By His Attorney, |
| //s// Hugh R. Curran_____ <br> Hugh R. Curran, Esq. <br> Bonner, Kiernan, Trebach & Crociata, LLP <br> One Liberty Square, 6th Floor <br> Boston, Massachusetts 02109 | //s// William White_____ <br> William White, Esq. <br> Davis, Robinson & White, LLP <br> One Faneuil Hall Marketplace <br> South Market Building <br> Boston, Massachusetts 02109 |

Dated: September 22, 2006