UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

_____
SHAWN DRUMGOLD,            )
                           )
         Plaintiff         )
                           )
vs.                        )
                           )
CITY OF BOSTON, ET AL.,    )
                           )
         Defendants        )
_____)

### DEFENDANTS' MOTION TO COMPEL TESTIMONY AND PRODUCTION OF DOCUMENTS DIRECTED TO RICHARD LEHR, AND TO COMPEL PRODUCTION OF OTHER RELEVANT WITNESSES FOR DEPOSITION

Defendants hereby move to compel the attendance at deposition of witnesses Richard Lehr, Edrina Graham Payne, Olisa Graham, Michelle Payne Short, Obie Graham, Tynetta Gray, Kathy Jamison, Vantrell McPherson to give testimony and produce documents in this matter, and to allow the deposition of another witness, Terrance Taylor, who is currently in federal custody.

Further support for this motion is provided in the accompanying Memorandum of Law.

Respectfully submitted,

TIMOTHY CALLAHAN                        RICHARD WALSH,

By his attorney,                        By his attorney,


__/s/ Mary Jo Harris _____         ___/s/ Hugh R. Curran _____
Mary Jo Harris, BBO # 561484            High R. Curran, BBO # 402057
Morgan, Brown & Joy, LLP                Bonner Kiernan Trebach & Crociata
200 State Street                        One Liberty Square
Boston, MA 02109                        Boston, MA 02109
(617) 523-6666                          (617) 426-3900

| THE CITY OF BOSTON | PAUL MURPHY |
|---|---|
| ___/s/ John Roache_____ | ____/s/ William M. White _____ |
| Roache & Malone | Davis, Robinson & White |
| 66 Long Wharf | One Faneuil Hall Marketplace |
| Boston, MA 02110 | Boston, MA 02109 |

Dated:  November 20, 2006


## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2006 I served a copy of Defendants' Motion to Compel  upon the following counsel of record by filing with the ECF/Pacer Case Management System and by sending a courtesy copy, first class mail, postage prepaid:

> Rosemary Curran Scappiccio
> Four Longfellow Place, Ste. 3703
> Boston, MA 02114
>
> Michael W. Reilly
> Tommasino & Tommasino
> Two Center Plaza
> Boston, MA 02108

      I further certify that an electronic version and paper copy of the attached was forwarded on November 20, 2006 to counsel for the Boston Globe:

> Jonathan Albano
> Bingham McCutchin
> 150 Federal Street
> Boston, MA 02110

                                            _____/s/ Mary Jo Harris_____