```
 1         one.
 2   Q    Okay.
 3   A    To bring us into the room.
 4   Q    And the other room that they brought you in, it
 5        was just you and the police officers in that
 6        room?
 7   A    Yes.
 8   Q    Okay.  And do you remember whether or not there
 9        were any assistant district attorneys there?
10   A    No, it wasn't.
11   Q    Just the two police officers and you?
12   A    Yeah.
13   Q    And while you sat in that room with the police
14        officers, did you tell them again that you didn't
15        know who the shooters were?
16   A    Yes.
17   Q    Okay.  And can you tell me, as best as you
18        remember, what they said to you at that time?
19   A    How can't I know, if someone -- how couldn't I
20        know who's standing there with the masks on, I
21        should know, what do you mean you don't know.
22        Just keep on saying that to me over and over
23        again.
24   Q    Okay.  Did the police officers suggest to you who
```

```
 1              it was that was doing the shooting?
 2    A    No.
 3    Q    Okay.  At some point in time did someone bring up
 4         Shawn Drumgold's name?
 5    A    I'm not too sure.
 6    Q    Okay.  At some point in time do you remember ever
 7         having a conversation with the police officers
 8         regarding Shawn Drumgold at all?
 9    A    No, I don't remember, I don't remember none of
10         the conversations I had with the police.
11    Q    Why not?
12    A    That's a blank to me.  I don't remember none of
13         that.
14    Q    Okay.  So you remember them being upset.  And
15         what were you doing when they were being upset at
16         you for not remembering?
17    A    I was just crying.
18    Q    When you say --
19    A    Crying.
20    Q    Okay.  You were crying.  And did you ask to see
21         your mom or anything like that when you were
22         crying?
23    A    I don't remember.
24    Q    Okay.  And at some point in time after you were
```

| | | |
|---|---|---|
| 1 | | in the room with two police officers -- and it's |
| 2 | | fair to say they were yelling at you? |
| 3 | A | Yes. |
| 4 | Q | Okay. Did you ever, at that point in time, speak |
| 5 | | to anyone other than those two police officers? |
| 6 | A | No. |
| 7 | Q | Okay. At some point in time is it your testimony |
| 8 | | that you don't have any memory of what transpired |
| 9 | | in that room? |
| 10 | A | Right. |
| 11 | Q | Alright. And you don't remember what you said in |
| 12 | | that room? |
| 13 | A | No, I don't. |
| 14 | Q | Alright. At some point in time did they let you |
| 15 | | go? |
| 16 | A | Yeah. |
| 17 | Q | Okay. |
| 18 | A | Right before I took the stand. |
| 19 | Q | Okay. So this conversation that you had with the |
| 20 | | police officers took place right before you |
| 21 | | testified? |
| 22 | A | Yes. |
| 23 | Q | Okay. And you recall being somewhere, it was in |
| 24 | | the old Suffolk courthouse? |

```
 1   A   Yes.
 2   Q   Okay. And you recall two police officers telling
 3       you that you knew who the shooter was?
 4   A   Right.
 5   Q   Okay. And you remember telling them specifically
 6       that you didn't know who the shooter was?
 7   A   Right.
 8   Q   Is that right?
 9   A   Yes.
10   Q   Okay. And you remember their reaction as being
11       upset?
12   A   Right.
13   Q   Okay. And at that point in time were you taken
14       from that room directly to the courtroom?
15   A   They put me back in the room where they had
16       everybody else at and then it was time for
17       everybody to be in. Then they, you know, they
18       brung us in there.
19   Q   Okay. And at any point in time when you were
20       speaking with them, you don't have any memory
21       today as to what was said?
22   A   No, I don't.
23   Q   Okay. But do you ever remember identifying Shawn
24       Drumgold as a person who was doing the shooting
```