Page 13

1    document to an attorney for Shawn Drumgold?
2    A. No.
3    Q. You have not?
4    A. No.
5    Q. Okay. Have you ever received or sent a
6    document to any family member of Shawn
7    Drumgold?
8    A. No.
9    Q. Okay. Request Number 2 asks that you bring
10    with you any and all correspondence between
11    yourself and any witness in this litigation
12    and/or the original case which was the murder
13    trial of Shawn Drumgold. Do you have any
14    documents that are responsive to that
15    request?
16    A. No.
17    Q. Okay. Have you ever corresponded with any
18    witness in the case of Commonwealth vs. Shawn
19    Drumgold?
20    A. No.
21    Q. Have you ever corresponded with any witness
22    in the case of Shawn Drumgold vs. the City of
23    Boston and others?
24    A. No.

Page 14

1    Q. Okay. Request Number 3 asks that you bring
2    with you any and all correspondence between
3    yourself and any member of the media at any
4    media outlet regarding Shawn Drumgold.
5    Firstly, do you understand what that request
6    is?
7    A. You're asking me did I have any contact --
8    what are you saying?
9    Q. Did you have correspondence between any media
10    outlet --
11    A. No.
12    Q. -- and yourself?
13    A. No.
14    Q. Now do you know what is meant by media
15    outlet?
16    A. They know what I'm talking, whatever. No.
17    Q. Okay. Have you ever corresponded to any news
18    person?
19    A. No.
20    Q. Any TV program?
21    A. No.
22    Q. Any documentary program?
23    A. No.
24    Q. Has anyone attempted to contact you from a

Page 15

1    news organization?
2    A. No.
3    Q. Do you know a person by the name of Dick
4    Lehr?
5    A. No.
6    Q. Have you ever spoken to Dick Lehr --
7    A. No.
8    Q. -- from the Boston Globe?
9    A. Could have. I could have been. I don't
10    know. I think he did come by one time.
11    Q. He came by one time?
12    A. I don't know. I don't keep track of stuff
13    like that. It's confusing. You know what I
14    mean? This happened a long time ago. I had
15    all type of people harassing me.
16    Q. Okay. All types of people were harassing
17    you?
18    A. I don't know.
19    Q. Okay. Do you recall speaking with anyone who
20    told you that they were a reporter for the
21    Boston Globe?
22    A. Yeah.
23    Q. Okay. Do you recall when that was?
24    A. No.

Page 16

1    Q. Was it at or around the time that you
2    testified at a motion for new trial in 2003?
3    A. (No response)
4    Q. Involving the case of Commonwealth vs Shawn
5    Drumgold?
6    A. I think it was around that time. I'm not too
7    sure.
8    Q. Okay. And do you recall the reporter being
9    Dick Lehr?
10    A. I think so, yeah.
11    Q. Okay. And how did Mr. Lehr come in contact
12    with you?
13    A. He popped up.
14    Q. He popped up where?
15    A. At my aunt's house.
16    Q. At your aunt's house?
17    A. Yeah.
18    Q. And who was your aunt?
19    A. Janie Wilson.
20    Q. Could you spell the last name, please?
21    A. W-I-L-S-O-N.
22    Q. Wilson?
23    A. Yes, Wilson.
24    Q. And were you living with Janie at that time?

Page 17

1    A. Yes.
2    Q. And what address was that?
3    A. 60 Ruthven Street.
4    Q. Prior to Mr. Lehr popping up at your aunt's
5    house, had you spoken to anyone regarding
6    Shawn Drumgold immediately before speaking
7    with Dick Lehr?
8    A. There was investigators. All types of people
9    was popping up.
10    Q. Okay. How many investigators did you speak
11    with?
12    A. Two. Two of them popped up then too.
13    Q. And do you know who the --
14    A. No.
15    Q. -- investigators were?
16    A. No.
17    Q. Were they investigators on behalf of --
18    A. I don't know.
19    Q. -- Shawn Drumgold?
20    A. I don't know.
21    Q. Please first let me finish my question before
22    you answer it, and I will let you finish your
23    answer before I ask you the next question;
24    otherwise, the stenographer will have a

Page 18

1    difficult time, because she can't record
2    while we're talking simultaneously.
3    How many -- you said there were
4    two investigators that you spoke with?
5    A. Mm-hmm, yes.
6    Q. Were any of the investigators members of the
7    Boston police?
8    A. I don't know.
9    Q. Okay. Do you recall when the investigators
10    spoke with you?
11    A. No.
12    Q. Was it before your testimony in the motion
13    for new trial --
14    A. Yes.
15    Q. -- for Shawn Drumgold?
16    Do you recall when you testified
17    at the motion for new trial for Shawn
18    Drumgold?
19    A. Do I --
20    Q. Do you recall when it was?
21    A. No.
22    Q. Do you recall that was in the year 2003?
23    A. Yeah, I think so.
24    Q. Okay. Do you know how long before you

### Page 19

1 testified at this motion for new trial that
2 these investigators spoke with you?
3 A. Ask me the question again?
4 Q. How long before you testified at the motion
5 for new trial did you speak to these
6 investigators?
7 A. I don't know how long it was. I don't know.
8 Q. You don't know?
9 A. No, I don't remember.
10 Q. Okay. Do you remember the date you testified
11 at the motion for new trial?
12 A. No.
13 Q. Do you remember your testimony at the motion
14 for new trial? Do you remember what you
15 testified to?
16 A. Yes.
17 Q. Okay. Now if I were to tell you that you
18 testified on July 29th of 2003, does that
19 help you remember as to when you may have
20 spoken to some investigators?
21 A. No.
22 Q. It does not?
23 A. No.
24 Q. Okay. How many investigators were there?

### Page 20

1 A. Two.
2 Q. Can you describe them for me?
3 A. No.
4 Q. Were they --
5 A. They were white.
6 Q. Were they white gentlemen?
7 A. Yes.
8 Q. Were they both gentlemen?
9 A. Yeah.
10 Q. Okay. Did they wear jackets and ties?
11 A. Yes.
12 Q. Okay. Do you recall the names of either of
13 the gentlemen?
14 A. No.
15 Q. Do you recall the name of Scott Keller?
16 A. No.
17 Q. Do you recall the name of Thomas O'Leary?
18 A. No.
19 Q. Would you be able to identify these
20 investigators if you were shown pictures of
21 them?
22 A. No.
23 Q. Okay. Prior to your testifying at the motion
24 for new trial, did you have a conversation

### Page 21

1 with an attorney by the name of Rosemary
2 Scapicchio?
3 A. Yes.
4 Q. On how many occasions did you speak to
5 Rosemary Scapicchio before the motion for new
6 trial?
7 A. I spoke to her the day of the -- the day of
8 the trial.
9 Q. The day of the trial?
10 A. Yes.
11 Q. And did you speak to her at any time before
12 that?
13 A. I think I did when they was -- they told me I
14 had to go to court.
15 Q. And who told you that you had to go to court?
16 A. She was -- I think I spoke to Ms. Rosemary
17 about going to court --
18 Q. Okay.
19 A. -- and I had to testify.
20 Q. On how many occasions did you speak with
21 Ms. Scapicchio about going to court?
22 A. I think it was just once.
23 Q. Okay. Where were you when you spoke with
24 her?

### Page 22

1 A. It was over the phone. She was on the phone.
2 Q. And you spoke one time?
3 A. Mm-hmm.
4 Q. Did you have any conversation with
5 Ms. Scapicchio about signing an affidavit?
6 A. That sounds familiar, yeah.
7 Q. That sounds familiar?
8 A. Mm-hmm.
9 Q. Did you give either Ms. Scapicchio or any
10 investigator any information concerning your
11 knowledge about testifying at the original
12 trial of Shawn Drumgold?
13 A. Did I give the investigator?
14 Q. Right.
15 A. Any information?
16 Q. Right.
17 A. No.
18 Q. Okay.
19 A. The conversation wasn't about that.
20 Q. Do you recall signing an affidavit?
21 A. Yes.
22 Q. Okay. Do you recall when it was that you
23 signed --
24 A. No.

### Page 23

1 Q. -- the affidavit?
2 A. No.
3 Q. Do you recall who gave you the affidavit --
4 A. No.
5 Q. -- to sign?
6 Who requested that you signed an
7 affidavit?
8 A. I don't remember.
9 Q. Was it Ms. Scapicchio?
10 A. I don't remember.
11 Q. Okay. Who prepared the affidavit?
12 A. I don't know.
13 Q. Did you prepare it?
14 A. No.
15 Q. Did you write it?
16 A. The affidavit?
17 Q. Yes.
18 A. No. Somebody must have printed it. I didn't
19 write nothing.
20 Q. Okay. Did you supply anyone any information
21 concerning the contents of the affidavit?
22 A. Ask that question again?
23 Q. Did you speak to anyone before you signed the
24 affidavit about the information that was

### Page 24

1 contained in the affidavit?
2 A. No, I don't recall.
3 Q. You don't recall?
4 A. Hmm-mm.
5 Q. But you do you recall signing an affidavit?
6 A. Yes.
7 Q. Okay. Do you recall where you were when you
8 signed it?
9 A. No.
10 Q. Did you sign it at home?
11 A. I don't remember. I don't remember.
12 Q. Did you sign it at someone's office?
13 A. I don't remember.
14 Q. Okay. But you do remember signing the
15 affidavit?
16 A. Yeah.
17 Q. Okay.
18    MR. ROACHE: Mark that as the next
19 exhibit, please.
20    (Affidavit of Vantrell McPherson
21 marked Deposition Exhibit Number 2
22 for identification)
23 Q. Ms. McPherson, I'm going to show you what has
24 been marked as Exhibit Number 2 which is a

Page 25

1  document entitled Affidavit of Vantrell
2  McPherson in Support of Defendant's Motion
3  for a New Trial (handing document). I show
4  you this document and ask if your signature
5  appears on this document.
6  A. Yes.
7  Q. Okay. And you signed this document on the
8     signature line for Vantrell McPherson?
9  A. Yes.
10 Q. And this document is dated May 30th of 2003,
11    is it not?
12 A. Yes.
13 Q. Is that your handwriting that --
14 A. Yes.
15 Q. -- indicates May 30th, 2003?
16 A. Yes.
17 Q. Okay. And you signed this document
18    approximately two months before you testified
19    at the motion for new trial if you testified
20    in July -- on July 29th of 2003, correct?
21 A. Can you say that again?
22 Q. You signed this document approximately two
23    months before you testified at the motion for
24    new trial; do you recall that?

Page 26

1  A. No.
2  Q. You don't recall?
3  A. No, I don't. I don't know exactly when --
4  Q. Okay. But that is your signature?
5  A. Yes.
6  Q. And that is your writing indicating the date
7     on which this document was signed?
8  A. Yes.
9  Q. Okay. Now do you know who gave you this
10    document to sign?
11 A. I don't remember. I don't remember.
12 Q. Do you know if you were with anyone when you
13    signed this document?
14 A. No, I don't remember.
15 Q. Did you sign this document before or after
16    you spoke to an investigator?
17 A. I don't remember.
18 Q. Did you sign this document before or after
19    you spoke to Dick Lehr?
20 A. I don't remember.
21 Q. Do you remember speaking to Dick Lehr?
22 A. Yes.
23 Q. Okay. At your aunt's house?
24 A. Yes.

Page 27

1  Q. Okay. What did Dick Lehr say to you, and
2     what did you say to Dick Lehr?
3  A. I don't remember.
4  Q. Okay. Did you talk about the Shawn Drumgold
5     case?
6  A. Yes.
7  Q. Okay. Did you talk about your testifying at
8     the trial of Shawn Drumgold?
9  A. No.
10 Q. Well what did you talk about?
11 A. He was just telling me -- he was just talking
12    about what he knew, and I was just
13    listening. He was basically saying all the
14    talking and was just telling me what he
15    thought and just different stuff.
16 Q. Okay. Did he tell you that there were
17    witnesses that identified Shawn Drumgold that
18    were now changing their stories?
19 A. Did he tell me -- I'm not too sure. I think
20    he did. I think he did.
21 Q. So he told you that there were witnesses that
22    were changing their stories?
23 A. Yes.
24 Q. Okay. Did he tell you which witnesses they

Page 28

1     were?
2  A. No.
3  Q. Okay. Did you ask him which witnesses?
4  A. No.
5  Q. Do you recall his mentioning anyone's name in
6     particular?
7  A. No.
8  Q. Now when you spoke with Shawn Drumgold, was
9     your aunt present?
10       MR. REILLY: Objection.
11 A. Spoke with who?
12       MR. ROACHE: No, strike that. I
13    apologize.
14 Q. When you spoke with Dick Lehr, was your aunt
15    present?
16 A. Yes.
17 Q. Was there anyone else present?
18 A. My little cousins and them, kids and stuff
19    was home.
20 Q. Your cousin?
21 A. Yes.
22 Q. What's your cousin's name?
23 A. They was little, little kids.
24 Q. What are the names?

Page 29

1  A. Javari (phonetic).
2  Q. How do you spell the first name?
3  A. J-A-V -- wait. J -- wait. J-A -- I don't
4     know. I forget how to spell his name.
5  Q. Javari?
6  A. Yes.
7  Q. Last name was what?
8  A. Freeman.
9  Q. And how old was Javari Freeman in 2003?
10 A. Probably like six.
11 Q. And is Javari a male --
12 A. Mm-hmm.
13 Q. -- a boy?
14 A. (Nods head)
15 Q. And is he the son of Janie Wilson?
16 A. No.
17 Q. Who is his mother?
18 A. Oh, goodness. Toi Curry.
19 Q. Toi Curry?
20 A. (Nods head)
21 Q. And what is Toi Curry's relationship to you?
22 A. She's my cousin.
23 Q. And was Toi present with you spoke with the
24    reporter from the Globe, Mr. Lehr?

Page 30

1  A. No.
2  Q. Who else was present?
3  A. My other little cousin was there.
4  Q. And what's your cousin's name?
5  A. Shanai (phonetic), his sister.
6  Q. Shanai, S-H-A-N-I-A (sic)?
7  A. Mm-hmm, yes.
8  Q. And what's Shanai's last name?
9  A. Curry.
10 Q. And Shanai is the sister of?
11 A. Javari.
12 Q. Okay. And her mother is Toi?
13 A. Yes.
14 Q. Where does Toi live?
15 A. Dorchester.
16 Q. At what address?
17 A. On Washington Street. I don't know the
18    number.
19 Q. Is Toi married?
20 A. No.
21 Q. What section of Dorchester on Washington
22    Street does she live?
23 A. The Codman Square area.
24 Q. Codman Square?