1  A    Two, three minutes.

2  Q    And what caused us to stop talking after two or

3       three minutes?  Did something happen?

4  A    No, it didn't.

5  Q    Did someone join the conversation or come over

6       and say something to us?

7  A    There was people, whenever, there was people

8       coming out of everywhere.

9  Q    Prior to that time, sir, when you came to court

10      and you spoke to Ms. Scapicchio and then you

11      spent some time with Mr. Kelly and then you spoke

12      with Ms. Scapicchio and Detective Rock and

13      myself, prior to that, when was the first time

14      before that or the last time before that that you

15      had spoken to someone about this case?

16 A    I haven't spoken to anybody about it.

17 Q    Prior to that day, that is two days ago on the

18      twenty-ninth of July, had you spoken to Ms.

19      Scapicchio before?

20 A    (Shook head.)

21 Q    Again, I'm sorry.  You just have to say.

22 A    No.  I'm sorry.  No, never spoke with her before.

23 Q    Had you spoken to any investigator for Mr.

24      Drumgold?

1  A    No, I haven't.

2  Q    Had you spoken to any newspaper writer?

3  A    Yes. About, about four months ago, about four
4       months ago, a reporter by the name of Dick Lehr
5       from the Boston Globe, I went home and there was
6       his business cards up under my door so I was
7       curious, you know, why, you know, why the Boston
8       Globe reporter is, you know, coming to my house.
9       So the next day at work I was curious so I had
10      called him. You know, he asked, he asked if he
11      can meet with me and I asked him what, concerning
12      what, and, you know, he was like, well, just meet
13      with me for five minutes and if you don't like
14      what the conversation is about, you can leave. I
15      said, okay, fine.

16           So I met him, I met him in South
17      Boston. I picked up my son from school, and I
18      met Mr. Lehr out in South Boston. We get -- I
19      got out of my car, leave my son in the ear. I
20      got into Mr. Lehr's jeep and he, Mr. Lehr, he
21      says, it's regarding the Tiffany Moore murder.
22      So I said, back up. I said, I'm getting out the
23      car. I got out of his car and that following
24      Sunday this guy, this guy wrote an article about

1   me in the Sunday Globe disgracing me.
2           THE COURT: It was what, sir?
3           THE WITNESS: Mr. Lehr, he put things
4   in the Boston Globe, saying things that weren't
5   true, you know. I mean, I didn't -- I told the
6   guy I didn't have anything to say to him and he
7   just took it upon hisself to disgrace me in the
8   Boston Globe, and that -- the only thing I hear,
9   that's the only person that I met and heard about
10  this in all these years.
11  BY MR. MEIER:
12  Q   What's your memory of the conversation that you
13      had with Mr. Lehr?
14  A   We didn't have one.
15  Q   When he said he wanted to talk to you about the
16      Tiffany Moore case?
17  A   I said, that's it, I'm leaving, I got out his
18      truck, got back in my car. I got back in my car.
19  Q   Prior to that meeting with Mr. Lehr, when he left
20      his business card at your door, had you spoken to
21      anybody about this case or your involvement at
22      all?
23  A   No, I haven't spoke with anybody in fifteen
24      years.

1  Q   Excuse me?  You just have to keep your voice up.
2  A   I haven't spoken with anybody in all these years
3      about this case.  I told you I was trying to put
4      this behind me.
5  Q   It's your recollection that you spent how long
6      staying in that Howard Johnson's hotel?
7  A   About seven to eight months.
8  Q   And when you say seven to eight months, how is it
9      in your own mind that that's your estimate?
10 A   I know I was there for a while.  I know I was at
11     that hotel for a while.
12 Q   But is there anything that leads you to believe
13     in your own mind that it's seven to eight months?
14     And could it have been less?  Could it have been
15     more?  Is there anything in particular?  I guess
16     I'm asking you the reason you say seven to eight
17     months.
18 A   Because I can't pinpoint on how many months it
19     was but I know that I was during -- I was there
20     during months, you know, because I can pick
21     people up, take them there, take my family there,
22     and it was going on that for a while so it had to
23     be at least seven to eight months that I was in
24     the hotel.