# There is no Exhibit K