**Page 10**

| | | |
|---|---|---|
| 1 | Q. | -- in July or August of 2003? |
| 2 | A. | Yes. |
| 3 | Q. | You spoke to Ms. Scapicchio in 2003? |
| 4 | A. | Is that when the trial took place? |
| 5 | Q. | The evidentiary hearing on the motion for new trial. |
| | A. | I spoke to her at the courthouse, yes. |
| 8 | Q. | On how many occasions did you speak with her? |
| 9 | A. | Twice. |
| 10 | Q. | When was the first occasion that you spoke with Ms. Scapicchio? |
| 12 | A. | Right before the trial. |
| 13 | Q. | When you say "right before the trial," was -- |
| 14 | A. | The new trial or -- |
| 15 | Q. | Where were you when you spoke with her? |
| 16 | A. | It could have been home. I don't recall. |
| 17 | Q. | You could have been at home? |
| 18 | A. | I don't recall. |
| 19 | Q. | Did you speak to her on the phone or in person? |
| 20 | A. | I spoke with her on the phone and then in person. |
| 22 | Q. | So the first time you spoke to her you believe you were at home? |
| 24 | A. | I could have been at home. |

**Page 11**

| | | |
|---|---|---|
| 1 | Q. | Did Ms. Scapicchio call you? |
| 2 | A. | I believe I called her. |
| 3 | Q. | You called her. What prompted you to call Ms. Scapicchio? |
| 5 | A. | Scott Keller. I spoke with Scott Keller. |
| 6 | Q. | Who do you understand Scott Keller to be? |
| 7 | A. | A private investigator. |
| 8 | Q. | Did you speak to Mr. Keller before you spoke to Ms. Scapicchio? |
| 10 | A. | Yes. |
| 11 | Q. | When was the first time that you spoke with Mr. Keller? |
| | A. | I don't recall. |
| | Q. | How many times? |
| 15 | A. | It was around that time. |
| 16 | Q. | How many times did you speak with Mr. Keller? |
| 17 | A. | Once. I sat down with him at my home and spoke with him. |
| 19 | Q. | When you spoke with Mr. Keller, in relation to the motion for new trial can you tell us how long before the evidentiary hearing at which you testified that you spoke to Mr. Keller? |
| 23 | A. | It could have been a few months. |
| 24 | Q. | A few months before that? |

**Page 12**

| | | |
|---|---|---|
| 1 | A. | Yeah. |
| 2 | Q. | Did Mr. Keller come to your home unannounced? |
| 3 | A. | No. |
| 4 | Q. | Did he contact you before he came to your home? |
| 5 | A. | Yes. |
| 6 | Q. | How did he contact you? |
| 7 | A. | By phone. |
| 8 | Q. | What did he say to you? |
| 9 | A. | I don't remember what he exactly said to me, but we set up a meeting and he came over. |
| 11 | Q. | What was your understanding the purpose of Mr. Keller coming to your home to be? |
| 13 | A. | For the trial of Shawn Drumgold. |
| 14 | Q. | Had you provided any information to anyone before you spoke to Mr. Keller with respect to whatever knowledge you may have concerning Shawn Drumgold on August 11, 1988? |
| 18 | A. | I believe I spoke with a reporter for The Boston Globe. |
| | Q. | Was that reporter Dick Lehr? |
| | A. | Yes. |
| 22 | Q. | From the time of August of 1988 -- or strike that. From 1989 to 2003, did you speak with anyone concerning your knowledge about either |

**Page 13**

| | | |
|---|---|---|
| 1 | | Shawn Drumgold or Terrence Taylor and their whereabouts on August 19th, 1988? |
| 3 | A. | No. |
| 4 | Q. | You spoke with no one? |
| 5 | A. | No. |
| 6 | Q. | So the first person you spoke with during that period of time was Mr. Lehr, Dick Lehr? |
| 8 | A. | Yes. |
| 9 | Q. | Do you recall when you spoke with Mr. Lehr? |
| 10 | A. | No, I don't. |
| 11 | Q. | Did you see a newspaper article that Mr. Lehr wrote concerning you? |
| 13 | A. | Yes. |
| 14 | Q. | Do you know when that was? |
| 15 | A. | No. |
| 16 | Q. | Did Mr. Lehr come to your home? |
| 17 | A. | Yes, he did. |
| 18 | Q. | Did you invite him in? |
| 19 | A. | Yes, I did. |
| 20 | Q. | Did you speak with him concerning your knowledge about Shawn Drumgold and Terrence Taylor? |
| 23 | A. | Yeah. |
| 24 | Q. | For how long did you speak with Mr. Lehr? |

**Page 14**

| | | |
|---|---|---|
| 1 | A. | I'm not sure, half an hour. |
| 2 | Q. | Did Mr. Lehr tape record your conversation? |
| 3 | A. | I don't recall. |
| 4 | Q. | Did he take notes? |
| 5 | A. | I believe so. |
| 6 | Q. | What did he ask you, and what did you say to him? |
| 8 | A. | He asked me about the night of the Tiffany Moore, and I told him what I said back then to the detectives when they came to my mother's home. |
| 12 | Q. | What do you specifically recall telling Mr. Lehr? |
| 14 | A. | That I saw Shawn on Sonoma Street and saw Terrence Taylor in my home, and I saw Antonio -- I called him Country at the time -- in the hallway of 23 Sonoma Street. |
| 18 | Q. | Did Mr. Lehr inform you how he received your name to interview? |
| 20 | A. | I don't recall. He could have. I'm sure he got my name from somewhere. |
| 22 | Q. | Do you know from where he got your name? |
| 23 | A. | It could have been from anyone. I don't know. It could have been from Scott Keller. I don't |

**Page 15**

| | | |
|---|---|---|
| 1 | | know. |
| 2 | Q. | Did Scott Keller speak to you before Dick Lehr? |
| 3 | A. | No. |
| 4 | Q. | In any event, you spoke to Mr. Lehr, and then a newspaper article was published concerning the contents of your conversation with Mr. Lehr, is that correct? |
| 8 | A. | Yes. |
| 9 | Q. | Did you read the newspaper article? |
| 10 | A. | Yes, I did. |
| 11 | Q. | Did you agree with what Mr. Lehr wrote about what you said to him? |
| 13 | A. | Yes. |
| 14 | Q. | Was it accurate? |
| 15 | A. | I wouldn't say accurate, but it was -- I can't actually remember every detail of it, but yes. |
| 17 | Q. | Did you have any disagreements with what Mr. Lehr wrote concerning your conversation with him? |
| | | MS. SCAPICCHIO: She said she didn't remember it. How does she know what she disagrees with? |
| 23 | Q. | I'll ask the question again. At the time that you read the article, did you disagree with |