**Main Identity**

From: &lt;Lehr@globe.com&gt;
To: &lt;skeller32@attbi.com&gt;
Sent: Tuesday, May 06, 2003 11:34 AM
Subject: eric johnson

Dick Lehr
Reporter, Projects
The Boston Globe
617-929-7376

Scott,

If I can I'd like to keep the story alive by finding new alibi witnesses or new information, whatever.

One possible lead: I'm trying to find another trial witness to see if he stands by his testimony from 1989 or has more to add to the story.

His name is Eric Johnson. His DOB is 3/17/75. Place of birth: Bronx, NY

His SS is: 075 78 3228

His mother's name is Laura. His father's name is Raymond.

His last known address is 308 Center Street, Number 2, Boston.

He's 5'9" and heavy set at about 200 pounds. Has a pretty healthy criminal record, but appears to be on the street.

There are a ton of Johnsons in the phone book and am hoping to narrow the search.

Thanks......

Dick



SK 0043

5/6/2003