UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, counsel for the defendant Timothy Callahan hereby certify that I have conferred with Michael Reilly, counsel for plaintiff Shawn Drumgold, regarding the defendants' Motion to Compel.  Attorney Reilly does not oppose the motion to compel attendance of witnesses, and takes no position on the motion to compel Richard Lehr.  Counsel for Mr. Lehr, Jonathan Albano, will oppose the motion to compel.

Respectfully submitted,
Defendant Timothy Callahan
By his attorney,

__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated: November 20, 2006