Page 181

1  Q. How much is your rent per month?
2  A. $58.
3  Q. $58 per month?
4  A. Mm-hmm.
5  Q. Are you in some sort of Section 8 program?
6  A. Yes, yes, yes.
7  Q. And do you receive food stamps?
8  A. Yes.
9  Q. Do you receive AFDC?
10 A. No.
11 Q. Do you receive any form of welfare other than
12    food stamps?
13 A. No.
14 Q. Do you participate in the WIC program?
15 A. My daughter's too old for that.
16 Q. Had you ever participated in the WIC program?
17 A. Yes.
18 Q. Have you ever been arrested?
19 A. Yes.
20 Q. When?
21 A. When was that, probably like -- did I have my
22    daughter?  Probably been over -- I'd say
23    probably five years ago.  I think it's been
24    that long.

Page 182

1  Q. And what were you arrested for?
2  A. A roach.
3  Q. Excuse me?
4  A. A roach, a marijuana roach.
5  Q. So it was possession of marijuana?
6  A. No, they didn't have that one there.  They
7     had a roach.  It got thrown out.  It got
8     thrown out because it wasn't -- it was
9     dismissed.
10 Q. Where were you arrested?
11 A. Where?
12 Q. Yes.
13 A. Off of Norfolk?  Off of Norfolk.
14 Q. And did you have a lawyer represent you?
15 A. No.
16 Q. Did you go to court?
17 A. Yes, I just had to pay a fine.
18 Q. What court did you go to?
19 A. What court did I go to.  I want to -- oh, the
20    one on Codman Square.
21 Q. Dorchester District Court?
22 A. Yes.
23 Q. And that was about five years ago?
24 A. I believe so, yeah.

Page 183

1  Q. Who were you arrested with?
2  A. This guy named Fudd.
3  Q. Fudd?
4  A. Yes.
5  Q. What's his real name?
6  A. Elmo?  Alma?  Elmo Fudd?
7  Q. Elmo Fudd?
8  A. Yeah.
9  Q. You're sure it's not Elmer Fudd?
10 A. I don't know.  You're confusing me now.
11 Q. Was there anyone else --
12 A. No.
13 Q. -- that you were arrested with?
14 A. That was it.  That was it.
15 Q. Just you and Elmer -- Elmo?
16 A. (Nods head)
17 Q. Where were you living in July of 2003?
18 A. 2003?
19 Q. The time that you testified at the motion for
20    new trial, where were you living?
21 A. I believe I was staying on Ruthven Street.
22 Q. Okay.  So you moved to Quincy before or after
23    2003?
24 A. After.

Page 184

1  Q. After?
2  A. (Nods head)
3  Q. So it's been within the last two or three
4     years that you moved to Quincy?
5  A. Mm-hmm, I think it's like three years now.
6  Q. Okay.  And it's just you and your daughter
7     that live together?
8  A. Yes.
9  Q. What grade is your daughter in?
10 A. She's in third.
11 Q. And you've lived at three addresses within
12    the last two years or three years --
13 A. Yes.
14 Q. -- in Quincy?
15 A. Yes.
16 Q. Why did you leave Germantown?
17 A. Why did I leave Germantown?
18 Q. Yes.
19 A. The rent office offered me another apartment,
20    and I took it.
21 Q. Is that Sullivan Road?
22 A. Yes.
23 Q. Why did you leave Sullivan Road?
24 A. Because I got my Section 8, and the Section 8

Page 185

1     didn't cover for that apartment, so I had to
2     move out, with my certificate.
3  Q. Do you recall talking to members of the
4     Boston Police Department before you testified
5     in 2003?
6  A. I don't remember.
7  Q. Do you remember the name of a detective by
8     the name of Thomas O'Leary?
9  A. No.
10 Q. How about Paul McLaughlin?
11 A. No.
12 Q. Do you remember telling police officers in
13    2003 that a private investigator had hounded
14    you both day and night for you to sign an
15    affidavit?
16 A. Hmm-mm, I don't remember that.
17 Q. Do you remember a private investigator
18    hounding you?
19 A. No.
20 Q. And so that didn't happen, or you don't
21    remember?
22 A. I don't remember it.
23 Q. Okay.  Do you remember being asked by Boston
24    police officers to look at a prior statement

Page 186

1     that you had made that was tape-recorded?
2  A. No.
3  Q. Do you remember speaking to a police officer
4     at any time who was tape-recording your
5     statement or your conversation?
6  A. I don't remember.
7  Q. You don't remember?
8  A. No.
9  Q. Did Dick Lehr tell you that other members of
10    the Castlegate Gang were suggesting that
11    Apple Davis shot Tiffany Moore?
12 A. Yes.
13 Q. Did anyone else tell you that?
14 A. I heard rumors.  I thought what was a rumor.
15 Q. Did you hear rumors that Shawn Drumgold was
16    involved in the shooting of --
17 A. No.
18 Q. -- Tiffany Moore?
19 A. No.
20 Q. Didn't hear that as a rumor?
21 A. No.
22 Q. Did you hear any rumors that Lug Taylor was
23    involved in the shooting of Tiffany Moore?
24 A. No.

Page 211

1   A. I don't know.
2   Q. Do you know if Shawn Drumgold knew Romaro
3     Holiday?
4   A. I don't know. I don't know.
5   Q. When's the last time you saw Gemini?
6   A. When we had to go to court.
7   Q. Was that in 2003 or 1989?
8   A. 2003.
9   Q. Did you speak with her in 2003?
10   A. Yes.
11   Q. About what?
12   A. How long they was going to take to call our
13    name.
14   Q. While you were in court?
15   A. Mm-hmm.
16   Q. Is that a yes?
17   A. Yes. I'm sorry.
18   Q. In 2003 or 2002 --
19      MR. ROACHE: strike that.
20   Q. In 2000 -- between the years 1988 and 2002,
21    apart from your testimony -- testifying in
22    court in the case against Shawn Drumgold and
23    Lug Taylor, did you speak with anyone
24    concerning Shawn Drumgold?

Page 212

1   A. Not that I recall of.
2   Q. In 2002, did you speak with any
3    investigators?
4   A. 2002?
5   Q. Yes.
6   A. I don't remember.
7   Q. But you do recall speaking with an
8    investigator -- two investigators in 2003?
9   A. Mm-hmm, before me being in court, yeah.
10   Q. And do you recall speaking with any reporters
11    other than Dick Lehr --
12   A. No.
13   Q. -- in 2003?
14   A. No.
15   Q. Did Dick Lehr mention to you Gemini Humboldt?
16   A. I think so. Yes, yes, he did.
17   Q. What did he say?
18   A. What did he say. I don't know. I remember
19    him saying her name. I think he was telling
20    me who had to come into court. Yeah, he was
21    telling me who had to -- who was going to
22    come to court.
23   Q. Do you know what Gemini Hullum's involvement
24    was in the Shawn Drumgold trial?

Page 213

1   A. Her involvement?
2   Q. What her involvement was.
3   A. She said she was with Shawn during the time
4    it happened. I believe that was the
5    involvement. I mean I don't know.
6   Q. Do you know that to be the case?
7   A. What, that she was with him?
8   Q. Yes.
9   A. No.
10   Q. When's the first time you heard anything
11    about Shawn -- or Gemini being with Shawn
12    Drumgold that night?
13   A. That day at court, 2003. When we was at the
14    court, she said it then.
15   Q. Did you ever hear it before that day?
16   A. No. Oh, yes, I did. I'm sorry, yes, I did.
17   Q. When did you hear it before?
18   A. This girl, Monty, told me that they all was
19    together.
20   Q. Monty?
21   A. Yeah.
22   Q. What's Monty's name?
23   A. Well they call her -- her real name's Kathy.
24   Q. Kathy what?

Page 214

1   A. What's her last name? I don't know. I can't
2    think of it.
3   Q. Where does she live?
4   A. Right now she stays on Regent Street. I
5    don't know the number, though. Regent.
6   Q. Regent?
7   A. Yes.
8   Q. Is that in Roxbury?
9   A. Yeah.
10   Q. Her name is Kathy?
11   A. Yes.
12   Q. How do you know her?
13   A. Mmmm, growing up. She used to live -- when I
14    was younger, she used to live on Crawford
15    Street.
16   Q. And did she have any brothers and sisters?
17   A. Yes, she had a sister. She had two sisters.
18   Q. What were their names?
19   A. Phyllis and -- well they called the other
20    sister Pig. I don't remember -- I don't know
21    her real name.
22   Q. Peg?
23   A. Pig.
24   Q. Pig?

Page 215

1   A. Yeah.
2   Q. P-I-G?
3   A. Mm-hmm.
4   Q. And they lived on Crawford?
5   A. Yes, during that time, yeah.
6   Q. Whereabouts on Crawford?
7   A. I believe it was 92.
8   Q. And did they live with a mother and father?
9   A. Yeah, Monty lived with her mom.
10   Q. Do you know the mom's name?
11   A. Mildred.
12   Q. Mildred?
13   A. Yeah.
14   Q. Do you know Mildred's last name?
15   A. I can't think of their last name. I can't
16    think of it. I don't want to tell you the
17    wrong name.
18   Q. Do you know if Monty --
19      MR. ROACHE: strike that.
20   Q. How old is Monty in relation to you?
21   A. Monty should be 38, 37.
22   Q. And so she's five or six years older than
23    you?
24   A. Yeah.

Page 216

1   Q. And in 1988 she lived on Crawford Street?
2   A. Yeah.
3   Q. Do you know if she went out with anybody in
4    1988?
5   A. 1988? I don't know who she was dating then.
6   Q. Do you know if she was dating an Obie Graham?
7   A. I don't know. Obie Graham? Hmm-mm, I don't
8    know him.
9   Q. Okay. You don't know where Gemini Hullum was
10    living, is that correct?
11   A. Right.
12   Q. You don't know if she was living with the
13    Graham family on Sonoma?
14   A. No, I don't.
15   Q. What was Gemini's relationship with Shawn
16    Drumgold in 1988?
17   A. They were just friends as far as I know.
18   Q. Do you know if Gemini was a drug dealer?
19   A. A drug user. I wouldn't say dealer.
20   Q. How do you know she was a drug user?
21   A. How did I know?
22   Q. Right.
23   A. Because I used to see her out there.
24   Q. And what type of drugs was she using?