AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MASSACHUSETTS

## APPEARANCE

SHAWN DRUMGOLD V. THE CITY OF BOSTON, ET AL.,

Case Number: 04-CV-11193-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Lehr, Third Party Witness

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/10/2007 | /s/ Jonathan M. Albano |
| Date | Signature |
| | Jonathan M. Albano    01385 |
| | Print Name    Bar Number |
| | Bingham McCutchen LLP, 150 Federal Street |
| | Address |
| | Boston,    MA    02110 |
| | City    State    Zip Code |
| | (617) 951-8360    (617) 951-8736 |
| | Phone Number    Fax Number |