# TOMMASINO & TOMMASINO
ATTORNEYS AT LAW
TWO CENTER PLAZA
BOSTON, MASSACHUSETTS 02108-1904

*MICHAEL W. REILLY*
mwr@tommasino.com

TELEPHONE: (617) 723-1720
TELECOPIER: (617) 557-5677

January 12, 2007

RECEIVED
JAN 16 2007

**BY FAX: 617-720-0720 AND FIRST CLASS MAIL**

Eve A. Piemonte Stacey, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

Re:   Drumgold v. Callahan, et al.
      Civil Action No. 04-11193NG

Dear Ms. Stacey,

Enclosed please find a Subpoena Duces Tecum for Mr. John Daley in the above entitled matter.

Yours very truly,

Michael W. Reilly, Esq.

MWR/jd
Enclosure

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

Shawn Drumgold

V.

Timothy Callahan, et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-11193NG

TO: John Daley
C/O Eve A. Piemonte Stacey, Esq.
Roach & Carpenter, P.C.
24 School Street, Boston, MA 02108

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Tommasino & Tommasino, 2 Center Plaza, Boston, MA 02108 | 1/23/2007 2:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Tommasino & Tommasino, 2 Center Plaza, Boston, MA 02108 | 1/23/2007 2:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ | 1/12/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael W. Reilly, Esq., Tommasino & Tommasino, 2 Center Plaza, Boston, MA 02108
Tel: 617-723-1720

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE A

All notes, journals, diaries or writings of any kind authored by you during any time when you were the head of the Homicide Unit of the Boston Police Department and/or any notes, journals, diaries or writings of any kind authored by you which concern, relate to or refer to the Homicide Unit of the Boston Police Department or any investigation of the Homicide Unit of the Boston Police Department and/or your employment in the Homicide Unit of the Boston Police Department.