UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>　　　Plaintiff | )<br>)<br>) | C.A. NO. 04-11193NG |
| v | )<br>) | |
| TIMOTHY CALLAHAN, ET AL.<br>　　　Defendant(s) | )<br>)<br>) | |

**ASSENTED TO MOTION TO EXTEND TO FILE THE RESPONSE TO**
**EMERGENCY MOTION TO COMPEL THE DEPOSITION OF ROSEMARY SCAPICCHIO**

Now comes the Plaintiff Shawn Drumgold and moves this court to allow him to have until Friday, February 9, 2007 to respond to Defendants' Motion to Compel Deposition of Rosemary Scapicchio. In support thereof, Plaintiff says:

1. The detailed Motion with multiple attachments was filed on February 2, 2007 by the Defendants.

2. Attorney Scapicchio is currently on trial in a homicide trial in Suffolk County.

3. The parties have requested a Status Conference with the court. The proposed filing would be prior to the date requested for a Status Conference.

4. The Defendants have assented to this Motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By His Attorneys,

　　　　　　　　　　　　　　　　　　　　 /s/ Michael Reilly

                                    Michael W. Reilly, Esq.
                                    Tommasino & Tommasino
                                    Two Center Plaza
                                    Boston, MA   02108
                                    617 723 1720
                                    BBO 415900


                                    <u>/s/ Rosemary Curran Scapicchio</u>

                                    Rosemary Curran Scapicchio, Esq.
                                    Four Longfellow Place
                                    Boston MA 02114
                                    617 723 2900
                                    BBO 558312


Assented to

| /s/ Hugh R. Curran | /s/ Mary Jo Harris |
|---|---|
| Attorney for Defendant, | Attorney for Defendant, |
| Richard Walsh | Timothy Callahan |
| | |
| Hugh R. Curran, Esq. | Mary Jo Harris, Esq. |
| Bonner Kierman Trebach & Crociata | Morgan, Brown & Joy, LLP |
| 1 Liberty Square – 6th Floor | 200 State Street |
| Boston, MA   02109 | Boston, MA   02109-2605 |
| (617) 426-3900 | (617) 523-6666 |
| BBO# 402057 | BBO# 561484 |

| | |
|---|---|
| /s/ William M. White | /s/ John P. Roache |
| Attorney for Defendant,<br>Patricia A. Murphy | Attorney for Defendants,<br>The City of Boston and<br>Francis M. Roache |
| William M. White, Jr., Esq.<br>Davis, Robinson & White, LLP<br>One Fanueil Hall Marketplace<br>South Market Place<br>Boston, MA  02109<br>(617) 723-7339 | John P. Roache, Esq.<br>Hogan, Roache & Malone<br>66 Long Wharf<br>Boston, MA  02110<br>(617) 367-0330<br>BBO# 421680 |