UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff | )<br>)<br>) | C.A. NO. 04-11193NG |
| v | )<br>) | |
| TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | )<br>)<br>) | |

**JOINT MOTION FOR STATUS AND SCHEDULING CONFERENCE**

Now come the parties and move this court to schedule a Status and Scheduling Conference in the above entitled matter. If possible in light of the court's schedule, Plaintiff requests a conference on February 14. Plaintiff's counsel Ms. Scapicchio is currently on trial in Suffolk Superior Court on a homicide case. That trial will be in recess on February 14, 2007.

In support thereof, the parties say the following:

1. This court has set a discovery deadline of February 14, 2007.

2. The parties have conducted substantial discovery in this matter including over twenty (20) depositions. The parties have been unable to complete discovery as quickly and as thoroughly as hoped because of several issues including the Motions concerning the diary of Lt. Daley which delayed the ability to take or finish six other depositions, Defendants' pending Motion to Compel and the pending Motion to Compel Deposition of Rosemary Scapicchio.

3. Subject to the court's approval, the parties have scheduled all of the remaining

depositions which can be scheduled at this time. The proposed schedule of depositions is as follows:

| | | |
|---|---|---|
| Sgt. Willis Saunders | 2:00 p.m. | Friday, February 9, 2007 |
| Francis M. Roache | 2:00 p.m. | Monday, February 12, 2007 |
| Attorney Robert George | 10:00 a.m. | Tuesday February 13, 2007 |
| Defendant Richard Walsh (2nd day) | 10:00 a.m. | Thursday February 15, 2007 |
| Plaintiff Shawn Drumgold (2nd day) | 10:00 a.m. | Monday, February 19, 2007 |
| Defendant Timothy Callahan (2nd day) | 10:00 a.m. | Wednesday, February 21, 2007 |
| Assistant District Attorney David Meier (2nd day) | 10:00 a.m. | Monday, February 26, 2007 |
| Former District Attorney Ralph Martin | 10:00 a.m. | Thursday, March 1, 2007 |
| Boston Police Lt. John Daley (3rd day) | 10:00 a.m. | Friday, March 2, 2007 |
| Linda and Ronda Hamilton | 10:00 a.m. | Tuesday, March 13, 2007 or Thursday, March 15, 2007 (depositions in New York City) |

4. The potential remaining unscheduled discovery consists of

   a. Deposition of Rosemary Scapicchio if ordered by the court;

   b. Depositions of Richard Lehr, Boston Globe Reporter if ordered by the court;

   c. Deposition of witness subject to Defendants' Motion to Compel.

5. The parties have made great efforts to complete discovery as soon as possible. The parties request a hearing with the court to resolve any outstanding discovery issues and to discuss scheduling.

|  |  |
|---|---|
| Respectfully submitted,<br>Attorney for Plaintiff,<br>Shawn Drumgold | Respectfully submitted,<br>Attorney for Plaintiff,<br>Shawn Drumgold |
| /s/ Michael W. Reilly | /s/ Rosemary Curran Scapicchio |
| Michael W. Reilly, Esq.<br>Tommasino & Tommasino<br>2 Center Plaza<br>Boston, MA  02108<br>(617) 723-1720<br>BBO# 415900 | Rosemary Curran Scapicchio, Esq.<br>Four Longfellow Place<br>Suite 3703<br>Boston, MA  02114<br>(617) 263-7400<br>BBO# 558312 |
| Respectfully submitted,<br>Attorney for Defendant,<br>Richard Walsh | Respectfully submitted,<br>Attorney for Defendant,<br>Timothy Callahan |
| /s/ Hugh R. Curran | /s/ Mary Jo Harris |
| Hugh R. Curran, Esq.<br>Bonner Kierman Trebach & Crociata<br>1 Liberty Square – 6th Floor<br>Boston, MA  02109<br>(617) 426-3900<br>BBO# 402057 | Mary Jo Harris, Esq.<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA  02109-2605<br>(617) 523-6666<br>BBO# 561484 |

| | |
|---|---|
| Respectfully submitted,<br>Attorney for Defendant,<br>Patricia A. Murphy<br><br>/s/ William M. White<br><br>William M. White, Jr., Esq.<br>Davis, Robinson & White, LLP<br>One Fanueil Hall Marketplace<br>South Market Place<br>Boston, MA   02109<br>(617) 723-7339 | Respectfully submitted,<br>Attorney for Defendants,<br>The City of Boston and<br>Francis M. Roache<br><br>/s/ John P. Roache<br><br>John P. Roache, Esq.<br>Hogan, Roache & Malone<br>66 Long Wharf<br>Boston, MA   02110<br>(617) 367-0330<br>BBO# 421680 |