# EXHIBIT 1

```
                              VOLUME II
                              PAGES: 205-430
                              EXHIBITS: 134-138
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11193NG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHAWN DRUMGOLD,
    Plaintiff

vs.

TIMOTHY CALLAHAN,
FRANCIS M. ROACHE,
PAUL MURPHY, RICHARD WALSH,
AND THE CITY OF BOSTON,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTINUED DEPOSITION OF SCOTT KELLER, a witness called by counsel for the Defendant, Paul Murphy, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Joann Denning, a Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Bonner Kiernan Trebach & Crociata, One Liberty Square, Boston, Massachusetts, on Thursday, October 19, 2006, commencing at 10:19 a.m.

COPY

```
 1  Q.    Is there a chance that you did some
 2        investigation and just did not put any time
 3        down, or is it your memory there was a gap
 4        period of time before you really got going?
 5  A.    There was a gap.  I think we were waiting for
 6        money to be allowed, I think.
 7  Q.    Your memory as you sit here today, during that
 8        period of time there was no work done on the
 9        file?
10  A.    Correct.
11  Q.    Then at which point in time you got some funds
12        and you started doing additional work?
13  A.    I'm not sure when the motion was allowed.
14        That's probably right in my memory.
15  Q.    In any event, did you discuss whether or not
16        Gemini Hullum reached out to Ms. Scapicchio or
17        that you had to go find her?
18  A.    I don't recall what the initial -- there's a
19        correspondence, I believe, between Rosie's
20        secretary and myself or it may have been
21        Rosemary, but I know her secretary sent it out
22        to me, regarding both Olisa Graham and Gemini
23        Hullum and possible -- maybe addresses.
24  Q.    That was dated -- that particular letter was
```