# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                              SUPERIOR COURT DEPARTMENT
                                          OF THE TRIAL COURT
                                          SUCR 071882

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMMONWEALTH OF MASSACHUSETTS

- vs -                                    MOTION HEARING
                                          DAY ONE

SHAWN DRUMGOLD

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


TRANSCRIPT OF PROCEEDINGS


BEFORE:   ROUSE, J


July 29, 2003
Boston, Massachusetts


APPEARANCES:

   DAVID MEIER, Esquire, Assistant District
   Attorney, for the Commonwealth

   ROSEMARY SCAPICCHIO, Esquire, for the Defendant


Mary M. Wrighton
Official Court Reporter

I N D E X

WITNESSES:                                                    PAGE

OLISA GRAHAM

    direct examination by Ms. Scarpicchio           12
    cross examination by Mr. Meier                    35

GEMINI HULLUM

    direct examination by Ms. Scarpicchio          114
    cross examination by Mr. Meier                  127
    redirect examination by Ms. Scarpicchio        152

VANTRELL MCPHERSON

    direct examination by Ms. Scarpicchio          155
    cross examination by Mr. Meier                  172
    redirect examination by Ms. Scarpicchio        187

\* \* \* \* \*

EXHIBITS:

No. 1 - document
    marked and admitted                              29

No. 2 - affidavit
    marked and admitted                              32

No. 3 - map
    marked and admitted                              37

No. 4 - map
    marked and admitted                              37

No. 5 - document
    marked and admitted                             189

```
 1              questions about where Shawn was?
 2   A          Yes.
 3   Q          On this day?
 4   A          Yes, I do.
 5   Q          Okay.  And prior to that contact had you ever
 6              been contacted by anyone else in law enforcement?
 7   A          No, ma'am.
 8   Q          Okay.  Had you ever been contacted by anyone else
 9              that represented Mr. Drumgold relative to your
10              testimony?
11   A          No.
12   Q          And had you had an opportunity to speak to anyone
13              in Mr. Drumgold's family?
14   A          No.
15   Q          Okay.  And other than the letters that you wrote
16              to Shawn Drumgold and he wrote back to you, did
17              you ever have any other contact with Shawn
18              Drumgold?
19   A          No.
20   Q          Okay.  And when you met with the investigator
21              that was representing Shawn sometime in 2000 -- a
22              couple months ago, was that it?
23   A          Yes.
24   Q          The investigator came to see you?
```

```
 1   A    Yes.
 2   Q    Okay.  And when you met with that investigator
 3        and myself, did you tell them what you have told
 4        the Court here today?
 5   A    Yes, I did.
 6   Q    And subsequent to that, the initial conversation,
 7        did you have some hesitation as to whether or not
 8        you wanted to sign an affidavit in this case?
 9   A    Yes, I did.
10   Q    Okay.  And did you, in fact, indicate that you
11        didn't want to sign an affidavit in this case?
12   A    I did at one point.
13   Q    Okay.  And what was the reason for that?
14   A    Because I have three children that I raise by
15        myself and I just was intimidated because, back
16        when everything happened, the police were very
17        brutal and mean to people in general when they
18        would come through the area that we live which
19        was a highly drug infested area, and I just
20        didn't want to get involved because I have a
21        family to raise and I didn't want to get involved
22        in any of it.
23   Q    Okay.
24   A    Because they were basically not too nice when
```

```
 1         talking to people.
 2   Q     Okay. And you were concerned about the police
 3         interviewing you?
 4   A     Exactly.
 5   Q     Okay. And since the time that you spoke to my
 6         investigator, have any police, Boston Police
 7         officers attempted to interview you?
 8   A     No.
 9   Q     Okay. And with respect to what happened on
10         August 18 -- I'm sorry, August 19, 1988, what
11         took you so long to come forward and tell your
12         story?
13   A     What I just told you, first off, I did not want
14         to deal with the police, talking to them, because
15         they were mean and very intimidating and I was
16         nineteen years old, out in the street. I lived
17         with the Graham family because I was homeless and
18         I had my first son which I was raising by myself
19         at the time and it just wasn't a priority in my
20         life.
21   Q     Okay. And at this point in time you have three
22         children and you've changed your position in
23         terms of wanting to come in here and give this
24         testimony?
```

```
 1   A    Yes.
 2             MS. SCARPICCHIO:  I have no further
 3   questions.
 4             THE COURT:  Thank you very much.  Cross
 5   examination.
 6
 7                  CROSS EXAMINATION
 8   BY MR. MEIER:
 9   Q    Ms. Hullum, what's your date of birth?
10   A    2/1/69.
11   Q    Excuse me?
12   A    2/1/69.
13   Q    And how long have you known Shawn Drumgold?
14   A    Since I was a kid, around eleven, twelve,
15        thirteen.
16   Q    And how did you come to know Shawn Drumgold when
17        you were eleven, twelve or thirteen?
18   A    He used to go to middle school with my, one of my
19        older sisters and his family lived in the area
20        where my mother lived.
21   Q    And when you were eleven, twelve or thirteen,
22        were you going to school?
23   A    Yes.
24   Q    What grade were you in when you were eleven,
```

| | | |
|---|---|---|
| 1 | | twelve or thirteen? |
| 2 | A | Seventh grade. |
| 3 | Q | And were you friendly with Mr. Drumgold when you |
| 4 | | were in seventh grade? |
| 5 | A | Yes. |
| 6 | Q | And were you friendly with Mr. Drumgold |
| 7 | | throughout seventh, eighth and ninth grade? |
| 8 | A | Yes. |
| 9 | Q | And were you friendly with Mr. Drumgold when you |
| 10 | | were in tenth, eleventh and twelfth grade? |
| 11 | A | I never made it to eleventh grade, but, yes. |
| 12 | Q | And in addition to your relationship with Mr. |
| 13 | | Drumgold socially, did you have any personal |
| 14 | | relationship with him? |
| 15 | A | Never. |
| 16 | Q | Excuse me? |
| 17 | A | No. |
| 18 | Q | In any event, you were friendly with Olisa |
| 19 | | Graham? |
| 20 | A | Yes. |
| 21 | Q | And how long did you know Olisa Graham? |
| 22 | A | Since seventh grade. |
| 23 | Q | And did you know Olisa Graham's sisters? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | And what are her sisters' names? |
| 2 | A | Michelle, Dreena, and Pam and Cheryl. |
| 3 | Q | How long did you know Olisa Graham's sisters? |
| 4 | A | Same period of time that I've known her. |
| 5 | Q | And did you know Terrance Taylor? |
| 6 | A | Yes. |
| 7 | Q | Did you call -- what did you call Mr. Taylor or |
| 8 | | how do you call Mr. Taylor today? |
| 9 | A | Lug. |
| 10 | Q | And did you know a gentleman by the name of |
| 11 | | Antonio Anthony? |
| 12 | A | Is that Country? |
| 13 | Q | Well, let me ask you.  I don't mean to sound like |
| 14 | | a lawyer, but you're the one who's testifying, so |
| 15 | | do you know a gentleman by the name of Antonio |
| 16 | | Anthony? |
| 17 | A | Not by that name, no. |
| 18 | Q | Do you know a gentleman by the name of Country? |
| 19 | A | Yes. |
| 20 | Q | How long have you known a gentleman who you refer |
| 21 | | to by the name of Lug?  How long have you known |
| 22 | | him? |
| 23 | A | Maybe since age fifteen. |
| 24 | Q | And how long have you known Country? |

```
 1   A    Around the same time.
 2   Q    And how old are you now?
 3   A    Thirty-four.
 4   Q    You have three children?
 5   A    Yes.
 6   Q    How old are your children now?
 7   A    Fifteen, twelve and five.
 8   Q    Your fifteen year old, when was he or she born?
 9   A    1987, December.
10   Q    December of 1987?
11   A    Correct.
12   Q    So that, in August of 1988, you would agree your
13        -- is it a son or daughter?  I'm sorry.
14   A    He's a son.
15   Q    He was nine months old in August of 1988?
16   A    Correct.
17   Q    And where were you living in August of 1988?
18   A    On 23 Sonoma Street.
19   Q    And who were you living there with?
20   A    Olisa Graham.
21   Q    And where was your son living?
22   A    With me.
23   Q    And September and October of 1989, would you
24        agree that your son was almost two years old?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And where were you living in September and |
| 3 | | October of 1989? |
| 4 | A | Here and there. |
| 5 | Q | When you say here or there, what do you mean by |
| 6 | | that? |
| 7 | A | Back and forth between different people's houses. |
| 8 | | The Grahams, my son's grandmother. I was not |
| 9 | | stable. |
| 10 | Q | In August of 1988 where were you living? |
| 11 | A | On 23 Sonoma Street. |
| 12 | Q | And how would you describe your state of mind, |
| 13 | | your living situation then? Was it stable then? |
| 14 | | At least in your mind? |
| 15 | A | It was stable then, yes. |
| 16 | Q | And do you have a memory of being someplace on |
| 17 | | Friday night, August 19, 1988? |
| 18 | A | Yes. |
| 19 | Q | When was the first time that you talked to |
| 20 | | somebody about that particular memory that you |
| 21 | | had? |
| 22 | A | Someone like who? |
| 23 | Q | Someone like somebody, a person, a human being. |
| 24 | A | The next day. |

```
 1            in this afternoon and testified before Judge
 2            Rouse?
 3    A       No.
 4    Q       You haven't been speaking to her out in the
 5            corridor?
 6    A       No.
 7    Q       You haven't been speaking with her back in the
 8            neighborhood?
 9    A       Back in what neighborhood?
10    Q       Wherever you're living now.
11    A       No.  We don't live in the same neighborhood.
12    Q       Did you call Olisa Graham up and talk to her
13            about this case a couple months ago?
14    A       Last summer when the attorney -- when the private
15            investigator and the attorney first came to my
16            house.
17    Q       And when you say last summer, if this is July of
18            2003, do you mean this summer or do you mean last
19            year, 2002?
20    A       Last year.
21    Q       And what happened when that person came to your
22            house?
23    A       The attorney and the investigator?
24    Q       Yes.
```

| | | |
|---|---|---|
| 1 | A | I spoke with them about the -- |
| 2 | Q | Tell us about that.  Did they call you up?  Did |
| 3 | | you call them?  How was it that they knew to come |
| 4 | | to your house? |
| 5 | A | Because I had written Shawn and he had written me |
| 6 | | back and explained to me that he had an attorney |
| 7 | | and a private investigator who were trying to |
| 8 | | help him get an appeal for his case and he sent |
| 9 | | the number through the mail and I contacted |
| 10 | | Rosemary and we made an appointment for them to |
| 11 | | come to my house and speak with me. |
| 12 | Q | When you say Rosemary, just for the record, |
| 13 | | that's Mr. Drumgold's lawyer to whom you refer as |
| 14 | | Rosemary? |
| 15 | A | Yes. |
| 16 | Q | And the letters that you exchanged with Mr. |
| 17 | | Drumgold, how often would you write Mr. Drumgold |
| 18 | | a letter?  That is, how often would you sit where |
| 19 | | you were living and write a letter to Mr. |
| 20 | | Drumgold? |
| 21 | A | I'm not sure. |
| 22 | Q | Well, did you write him once a week?  Once a |
| 23 | | month?  Once a year? |
| 24 | A | No.  I have been writing him off and on for the |