# EXHIBIT 3

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
SUCR 071882

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMMONWEALTH OF MASSACHUSETTS

- vs -
MOTION HEARING
DAY ONE

SHAWN DRUMGOLD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS

BEFORE:   ROUSE, J

July 29, 2003
Boston, Massachusetts

APPEARANCES:

    DAVID MEIER, Esquire, Assistant District
    Attorney, for the Commonwealth

    ROSEMARY SCAPICCHIO, Esquire, for the Defendant

Mary M. Wrighton
Official Court Reporter

I N D E X

WITNESSES:                                                    PAGE

OLISA GRAHAM

    direct examination by Ms. Scarpicchio            12
    cross examination by Mr. Meier                   35

GEMINI HULLUM

    direct examination by Ms. Scarpicchio           114
    cross examination by Mr. Meier                  127
    redirect examination by Ms. Scarpicchio         152

VANTRELL MCPHERSON

    direct examination by Ms. Scarpicchio           155
    cross examination by Mr. Meier                  172
    redirect examination by Ms. Scarpicchio         187

* * * * *

EXHIBITS:

No. 1 - document
    marked and admitted                              29

No. 2 - affidavit
    marked and admitted                              32

No. 3 - map
    marked and admitted                              37

No. 4 - map
    marked and admitted                              37

No. 5 - document
    marked and admitted                             189

| | | |
|---|---|---|
| 1 | Q | And then what happened? |
| 2 | A | Then he called me and he came by the house and we |
| 3 | | spoke. |
| 4 | Q | And when you say he came by the house -- |
| 5 | A | He came by my home. |
| 6 | Q | Where is that?  Where was that? |
| 7 | | MS. SCARPICCHIO:  Objection. |
| 8 | A | Where I'm living now? |
| 9 | | MR. MEIER:  I'm sorry.  Strike the |
| 10 | | question.  I apologize. |
| 11 | BY MR. MEIER: | |
| 12 | Q | It wasn't on Sonoma Street? |
| 13 | A | No, it wasn't. |
| 14 | Q | And when he came by your house, did you meet with |
| 15 | | him? |
| 16 | A | Yes, I did. |
| 17 | Q | And did you talk with him? |
| 18 | A | Yes, I did. |
| 19 | Q | And at some point you signed a two-page |
| 20 | | typewritten document? |
| 21 | A | Yes. |
| 22 | Q | And do you know, how was it that you signed that |
| 23 | | document? |
| 24 | A | What do you mean? |

| | | |
|---|---|---|
| 1 | Q | I'm sorry. That's a silly question. Did you type up the document? Did someone else type it up? Was it shown to you? Did you read it? |
| 4 | A | I spoke with him. He wrote it down and someone else typed it up. I didn't type it. |
| 6 | Q | When you spoke with him, where did you first speak with him? |
| 8 | A | At my home. |
| 9 | Q | And when you say he wrote it down -- |
| 10 | A | He wrote it on paper. |
| 11 | Q | Excuse me? |
| 12 | A | He wrote it with a pen, piece of paper, what I said. |
| 14 | Q | And when he wrote it on a piece of paper with a pen what you said, what happened when he finished writing? |
| 17 | A | What do you mean, what happened? |
| 18 | Q | Did he leave that with you? Did he take it with him? |
| 20 | A | No. He left me his card and he told me if I needed to talk to him or whatever, to call him, whatever. |
| 23 | Q | And he left with what he wrote down? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | And what's the next communication you had with |
| 2 | | him, Mr. Keller? |
| 3 | A | He brought the affidavit back to me and I looked |
| 4 | | it over and I signed it. |
| 5 | Q | And the affidavit that he brought back to you, |
| 6 | | how long after you first met with him did he |
| 7 | | bring back the affidavit? |
| 8 | A | I can't remember.  It's weeks, a couple weeks. |
| 9 | | I can't remember.  A week, couple weeks.  I'm not |
| 10 | | sure. |
| 11 | Q | Did you see the handwriting that he had written |
| 12 | | down? |
| 13 | A | I'm sorry? |
| 14 | Q | When he was writing something down on a piece of |
| 15 | | paper with a pen, did he bring that back with |
| 16 | | him, too, or just the typewritten affidavit? |
| 17 | A | He had a bag.  I don't know what he had in his |
| 18 | | bag but he brought the affidavit back and I |
| 19 | | looked it over. |
| 20 | Q | And you signed it? |
| 21 | A | And I signed it. |
| 22 | Q | And did you have any other conversation with |
| 23 | | Gemini Hullum about your meeting with this |
| 24 | | investigator? |

| | | |
|---|---|---|
| 1 | A | Did I have any more conversation with her? |
| 2 | Q | Yes. |
| 3 | A | Yeah, we talked about it. |
| 4 | Q | And how many times did you talk about it with Ms. |
| 5 | | Hullum? |
| 6 | A | Once or twice.  Not a lot. |
| 7 | Q | Excuse me? |
| 8 | A | Once or twice.  Not a lot. |
| 9 | Q | And when you talked to Ms. Hullum, was that |
| 10 | | before the investigator came out the first time, |
| 11 | | after he came out the first time, or after he |
| 12 | | came out the second time? |
| 13 | A | I'm sorry? |
| 14 | Q | You got a phone call from Gemini Hullum? |
| 15 | A | I spoke with her, yes. |
| 16 | Q | Then the investigator came out and he took some - |
| 17 | | - he wrote down some things you said? |
| 18 | A | Yes, correct. |
| 19 | Q | And then he left and he came back another time |
| 20 | | with a typewritten affidavit, correct? |
| 21 | A | Yes. |
| 22 | Q | So you met him twice or was there a third time? |
| 23 | A | I met him a couple times.  I mean, he came back |
| 24 | | and forth, but, yes, sir. |

93

| | | |
|---|---|---|
| 1 | Q | Let me ask you this, I'm sorry. How many times |
| 2 | | did you meet with Mr. Keller? |
| 3 | A | Maybe three or four times. |
| 4 | Q | Okay. There's one time when he comes out and |
| 5 | | talks to you and he writes down what you're |
| 6 | | saying, correct? |
| 7 | A | Correct. |
| 8 | Q | And that's on a piece of paper with a pen? |
| 9 | A | Yes. |
| 10 | Q | And there's another time when he comes back with |
| 11 | | a typewritten two-page affidavit. You read it |
| 12 | | over and you sign it? |
| 13 | A | Well, the first affidavit he came back with he |
| 14 | | misspelled something and he got a few words |
| 15 | | confused. |
| 16 | Q | I'm sorry. The first affidavit he came back |
| 17 | | with? |
| 18 | A | He misspelled something and he got a few words |
| 19 | | confused on the affidavit so he had to go back |
| 20 | | and redo it. Then I was skeptical about signing |
| 21 | | it but then I signed it. |
| 22 | Q | Was the first person that you heard from Ms. |
| 23 | | Hullum about this case? |
| 24 | A | Yes. |