UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff,<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS M.<br>ROACHE, PAUL MURPHY,<br>RICHARD WALSH, and<br>THE CITY OF BOSTON,<br>    Defendants. | C.A. NO. 04-11193NG |

### DEFENDANTS' JOINT MOTION TO SEAL EMERGENCY MOTION TO COMPEL DEPOSITION OF FACT WITNESS ROSEMARY CURRAN SCAPICCHIO, ESQ.

NOW COME the Defendants, Richard Walsh, Timothy Callahan, Francis M. Roache, Estate of Paul Murphy and The City of Boston (collectively "Defendants"), and hereby request that this Honorable Court seal Defendants' Emergency Joint Motion to Compel Deposition of Fact Witness Rosemary Curran Scapicchio, Esq., and the supporting memorandum and exhibits. As grounds in support herein, the Defendants state that the documents should be sealed to prevent prejudicial pretrial publicity and to protect the privacy interests of third parties. *See U.S. v. Salemme*, 985 F.Supp. 193, 195 (D.Mass. 1997).

WHEREFORE, the Defendants respectfully request this Honorable Court allow the Defendants' Emergency Joint Motion to Compel Deposition of Fact Witness Rosemary Curran Scapicchio, Esq., be filed under seal.

Respectfully submitted,

**Defendant Richard Walsh,**
Through his attorney,

_____
Hugh R. Curran (BBO# 552623)
Bonner, Kiernan, Trebach & Crociata, LLP
One Liberty Square, 6th Floor
Boston, Massachusetts 02109
(617) 426-3900
(617) 426-0380 fax

**Defendant, City of Boston**
Through its attorneys,

/s/ John P. Roache
John P. Roache, Esq.
Patrick J. Donnelly, Esq.
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110
(617) 367 0330

**Defendant, Paul Murphy,**
Through his attorney,

/s/ William White, Esq.
William White, Esq
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
South Market Building
Boston, MA 02109
(617) 723 7339
(617) 723 7731 fax

**Defendant, Timothy Callahan**
Through his attorney,

/s/ MaryJo Harris, Esq.
MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109
(617) 523 6666
(617) 367 3125 fax
(617) 367 0172 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 2nd day of February, 2007 to all counsel of record:

Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

John P. Roache, Esq.
Hogan, Roache, & Malone
66 Long Wharf
Boston, MA 02110

MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109

                                              _/s/ Hugh R. Curran_
                                              Hugh R. Curran