UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAWN DRUMGOLD, <br> *Plaintiff*, <br><br> vs. <br><br> TIMOTHY CALLAHAN, FRANCIS M. ROACHE, PATRICIA MURPHY, *as Executrix of the Estate of* PAUL MURPHY, RICHARD WALSH, and THE CITY OF BOSTON, <br> *Defendants*. | C.A. NO. 04-11193NG |

### DEFENDANTS' MOTION TO SEAL EXHIBITS ATTACHED TO THEIR JOINT RESPONSE TO PLAINTIFF'S MOTION TO REAFFIRM PROTECTIVE ODER AND REQUEST FOR CLARIFICATION

NOW COME the Defendants, Richard Walsh, Timothy Callahan, Francis M. Roache, and Patricia Murphy, *as Executrix of the Estate of* Paul Murphy (collectively "Defendants"), and hereby request that this Honorable Court seal the exhibits attached to their Joint Response to Plaintiff's Motion to Reaffirm Protective Order and Request for Clarification, and its supporting memorandum and exhibits. As grounds in support herein, the Defendants state that the documents should be sealed to prevent prejudicial pretrial publicity, to protect the privacy interests of third parties. *See U.S. v. Salemme*, 985 F.Supp. 193, 195 (D.Mass. 1997). As further grounds, Defendants hereby file exhibits under seal pursuant to the Protective Order entered by this Court.

WHEREFORE, the Defendants respectfully requests this Honorable Court allow the Exhibit in support of Defendants' Response to Plaintiff's Motion to Reaffirm Protective Order and Request for Clarification be filed under seal.

**Respectfully submitted,**

| | |
|---|---|
| **Defendant Richard Walsh,**<br>Through His Attorneys,<br><br>/s/ Hugh R. Curran<br>Hugh R. Curran (BBO# 552623)<br>Bonner, Kiernan, Trebach & Crociata, LLP<br>One Liberty Square, 6th Floor<br>Boston, Massachusetts 02109<br>(617) 426-3900<br>(617) 426-0380 fax | **Defendant, Patricia Murphy,** *as Executrix of the Estate of Paul Murphy*,<br>Through her Attorneys,<br><br>/s/ William White, Esq.<br>William White, Esq<br>Davis, Robinson & White, LLP<br>One Faneuil Hall Marketplace<br>South Market Building<br>Boston, MA 02109<br>(617) 723 7339<br>(617) 723 7731 fax |
| **Defendant, Francis M. Roache**<br>Through his Attorneys,<br><br>/s/ John P. Roache<br>John P. Roache, Esq.<br>Patrick J. Donnelly, Esq.<br>Hogan, Roache & Malone<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367 0330 | **Defendant, Timothy Callahan**<br>Through his Attorneys,<br><br>/s/ MaryJo Harris, Esq.<br>MaryJo Harris, Esq.<br>Morgan, Brown & Joy<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523 6666<br>(617) 367 3125 fax<br>(617) 367 0172 fax |

## CERTIFICATE OF SERVICE

I, Hugh R. Curran, hereby certify that a copy of the foregoing document was mailed, this 13th day of February, 2007 to all counsel of record:

Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

William White, Esq.
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
South Market Building
Boston, MA 02109

John P. Roache, Esq.
Hogan, Roache, & Malone
66 Long Wharf
Boston, MA 02110

MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109

_____
Hugh R. Curran