# TOMMASINO & TOMMASINO
### ATTORNEYS AT LAW
### TWO CENTER PLAZA
### BOSTON, MASSACHUSETTS 02108-1904

EXHIBIT A

*MICHAEL W. REILLY*
mwr@tommasino.com

TELEPHONE: (617) 723-1720
TELECOPIER: (617) 557-5677

November 20, 2006

**BY FAX: 617-367-0172**

John P. Roache, Esq.
Hogan, Roache & Malone
66 Long Wharf
Boston, MA    02110

   Re:  Drumgold v. Callahan, et al.
       Civil Action No. 04-11193NG

Dear John,

   Enclosed please find deposition subpoena for John Daly for 9:00 a.m. on December 5, 2006. As I have indicated, I am willing to work with the parties if that day is inconvenient.

   Please note that I am requesting the entire relevant diaries of Mr. Daly concerning his duties as the head of the Homicide Unit during the period which is at issue in this case. The records are clearly relevant to the allegations that have been made by the Plaintiff against the City of Boston concerning its mismanagement of the Homicide Unit.

   Please advise whether you will accept service on behalf of Mr. Daly or whether I should have the subpoena served to him at his home address.

        Yours very truly,

        *MWR/jd*

        Michael W. Reilly, Esq.

MWR/jd
Enclosure
CC:  Rosemary Curran Scapicchio, Esq.
    Hugh R. Curran, Esq.
    Mary Jo Harris, Esq.
    William M. White, Esq.