# EXHIBIT C

# MEMORANDUM

TO:    Phil    Beauchesne

FROM:    Richard  Dahill

DATE:    May **22**, 1989

RE;    COMMONWEALTH V. SHAWN DRUMGOLD
                 TERRANCE  TAYLOR

---

On Sunday, May 21, 1989 A.D.A. Gerard F. Malone and Det. Richard Dahill traveled to 535 West 51st Street, New York City to interview Mrs. Madeline Hamilton aka Candi and Rhonda Hamilton (Drumgold).

Mrs. Hamilton informed us that the last time she had seen Shawn Drumgold was when he arrived unexpectedly at 1:00 AM on Friday, August 26, 1988 with another individual later identified as Antonio Anthony aka Country. Mrs. Hamilton thought that Shawn Drumgold had arrived for the birthday of Shawn Drumgold, Jr. but now believes that his appearance was only a coincidence. Rhonda Hamilton arrived home on Friday, August 26, 1989 at approximately 2:15 AM with her boyfriend who is from New York. Rhonda Hamilton states that was the first time she had seen or heard from Shawn in 2 years. Photos were taken that evening, some of which are now in our custody.

Mrs. Hamilton further stated that shortly after they arrived she noticed a bulge under a sweatshirt that Shawn Drumgold was wearing. She told him that guns were not allowed in her house and she took the gun from him and hid it in a wall safe in a rear room. She then inquired as to whether Antonio Anthony aka Country was carrying a gun also. When informed that he was she took his gun and hid it in her bedroom. Mrs. Hamilton said the guns were unalike and believed that Shawn's gun was a revolver and Country's gun, a pistol.

SCDA1462

Country was using a cane while in the apartment and the Hamilton's were informed by Shawn Drumgold that Country had recently been shot in the leg. Mrs. Hamilton also turned over to us a record of phone calls made on that date, 3 of which she attributed to Shawn Drumgold. Other than telling Rhonda that Tiffany Moore, the little sister of a girl she knew in Boston, had recently been shot and killed Shawn did not mention the shooting but according to Rhonda he appeared to be sad and hiding something. Shawn had little or no money while he was in the apartment but they believed he bought some drugs from a guy named "Chili" who deals in the West 51st Street area of New York. They left during the early morning hours of Saturday the 27th and were believed to have taken a 3:00 AM train to Boston. On Sunday, August 28th at approximately 12:30 AM Shawn called back to New York asking how the children were.

On Monday, August 29th Mrs. Hamilton received a call from Boston telling her Shawn had been arrested for the murder of Tiffany Moore. Some time after that date she spoke with Mary Ellen Jackson aka Miss Weaver (442-8727) of 163 Ruthven Street, Roxbury. Miss Weaver spoke with both Mrs. Hamilton and Rhonda Hamilton about the Tiffany Moore murder. When Mrs. Hamilton told Miss Weaver that the Boston newspapers were reporting that Shawn Drumgold may have been at her apartment on the night of the murder, Miss Weaver responded by saying that she knew it wasn't true because her and her daughter, "Nuke" (Regina Weaver) had seen Shawn, dressed in a black ADDIDAS sweatsuit, after the shooting, outside of the Humboldt Street Superette where Shawn's girlfriend, Rochelle Roisten lived. Miss Weaver further stated that Shawn, after getting out of a cab, acted suspiciously (he always makes it a point to say hello and give her a kiss) but this time he didn't, instead, looking up and down the street and going quickly into the house with what appeared to be a mask in his hand.

Also, the Hamiltons heard that a second girl who was sitting on the mail box recognized Shawn Drumgold and yelled, "Shawn, why did you do it?"

SCDA1463