# **EXHIBIT D**

AFFIDAVIT OF DETECTIVE RICHARD W. WALSH

-1-

On Friday, August 19th, 1988 at 9:24 P.M. Police Officers Ellis and Holmes assigned to B105F car responded to a radio call for a child shot at 218 Humboldt Avenue. Upon arrival the officers observed a large crowd near the corner of Humboldt and Homestead Street, in front of the Boston Edison plant. A young black female was lying on the ground in front of a mailbox bleeding from the head and mouth. The officers observed that the victim was suffering from a gunshot wound of the rear skull area. The victim, Tiffany Moore, a black female, 11 years old, date of birth 11-18-75, of 192 Humboldt Avenue, Roxbury, apartment 7, was taken to the Boston City Hospital where she was pronounced dead at 9:50 P.M. by Dr. Feldman.

On a result of my investigation it was learned that Tiffany Moore was seated on top of a mailbox at Humboldt Avenue and Homestead Street, in front of the Edison building, talking to a group of approximately 10 friends, when one of the girls in the group screamed. Witnesses in this group observed two males both dressed in black Adidas sweatsuits and wearing Halloween masks and brandishing pistols who approached the vicinity of the mailbox. Approximately four shots rang out and the group scattered. Witnesses also stated that the two men that fired the shots fled through the Edison property in the direction of Homestead Street.

673

-2-

About an hour and a half prior, witnesses in the group had informed me that they had seen a person known to them as / Terrance. Taylor aka Lug and Shawn Drumgold exit MichelleRoisten's apartment 218 Humboldt Avenue, Michelle Roisten is the girlfriend of Shawn Drumgold. Both Shawn Drumgold and Terrance Taylor were wearing black Adidas - sweatsuits at that time. They got into a black Chevrolet Corsica being operated by another black male, and leave the area.

On August 20, 1988 Officers from Area B spoke to one Terrance Taylor. Informed him that Detective Richard Walsh of the Homicide Unit would like to speak to him. At approximately 1:25 P.M., August 20, 1988 I conducted an interview with Taylor relative to his activities on the evening of the 19th. Taylor related the following:

He stated he was at Shawn Drumgold's house, he lives right over the superette. And that they were there talking and eating, a friend named Paul came and picked them up. Paul was operating a black Corsica, so it was Paul, Shawn and Antonio Anthony. They rode around for awhile and them went to 23 Sonoma Street, they stayed downstairs and Terrance went upstairs and visited his girlfriend for about a half hour. They came back downstairs and they got into the motor vehicle, rode around for awhile, and then rode through Humboldt Ave area. When the vehicle arrived on Humboldt Avenue, he stated he observed a crowd and a girl lying on the street, and he learned that a little girl had been shot. They left the area and Paul dropped them back off on Sonoma Street.

-3-

About 9:00 P.M. on August 26, 1988, myself and Detective Paul Murphy of the Homicide Unit went to 72 Homestead Street and spoke to one Tracy Peakes who stated that at approximately 9:30 P.M. she was in her house on the second floor when she heard what she though were gunshots. She went downstairs to her front door and observed two males coming from the direction of the Edison Plant which in one house away from hers, coming up Homestead Street in the direction of Walnut Park and that she got a good look at them while they were walking up the street underneath the street light heading in the direction of Walnut Park, and that she knew one of the persons and that his girlfriend lived up under Humboldt Superette. She was them shown a photo array of 16 color photos and picked out Boston Police photo number 304159, the photo of Shawn Drumgold, a black male, date of birth 6-2-65, as being the same person she had seen on the evening of August 19, 1988 wearing a black Adidas sweatsuit, coming from the direction of the Edison building immediately after hearing the gunshots.

On Monday, August 29th, 1988 I appeared in the Roxbury District Court to obtain an arrest warrant for Shawn Drumgold for the murder of Tiffany Moore. And while in the Roxbury District Court I had learned that Drumgold had been arrested under the name of David Roisten on August 28th, 1988 at 3:15 A.M. at 43 Bataan Court for Possession of Class A with intent to Distribute. Roisten was identified by myself in the courtroom as being one Shawn Drumgold, the person I appeared for to seek the arrest warrant.

—4—

Prior to the arrest warrant being issued myself and Detective Paul Murphy went to the holding area in Roxbury District Court and spoke to Shawn Drumgold. He was informed of his rights and was made aware that I was appearing in Court to seek an arrest warrant against him. He informed me that on the evening of August 19th, 1988 he was in the company of Terrance Taylor, Antonio Anthony, and the person known to him as Paul, and that they drove around the area for awhile and went up to 23 Sonoma Street. Stayed there for about a half hour and then returned to Humboldt Avenue where he observed a crowd standing around a girl that had been shot in the head. He also informed me that he never left the motor vehicle and that they left the area and went to Grove Hall and had something to eat.

Drumgold was arraigned in Roxbury District Court before Judge Martin and held on a quarter of million dollars bail.

On Tuesday, August 30th, 1988 Detectives Paul Murphy and Richard Walsh went to the Boston Police Identification Section to search for the record of Antonio Anthony. Upon arrival the Officers retrived record of Antonio Anthony. While at the Identification Section the Officers spoke to Detective Joseph Smith, the Department Ballistician who stated that he was familiar with the individual Antonio Anthony and that he could be located in the vicinity of 14 Cluney Court, Roxbury. The officers then left the identification section and searched the area of Cluney Court in an effort to find Antonio Anthony (Country) The Officers were unable to locate Anthony at this time.

About 6:00 P.M. August 30, 1988 I received a telephone call for Deputy O'Rourke of the Intelligence Unit. He informed me that Rhonda Hamilton of New York City had been in contact with channel 5 and stated she had two children by Shawn Drumgold and that on the evening of the August 26th, 1988 heir son's birthday, Shawn Drumgold and a person known to her as country came to her house in New York. Both Shawn Drumgold and Country each had a firearm in their possession and that Country had recently been shot in the leg. And that they left by train on the evening of the 27th.

About 6:30 P.M., August 30, 1988 I received a telephone call from Kevin Cullen of the Boston Globe who related to me that he had received the same information.

About 10:00 A.M. August 31st, 1988 I had a conversation with one Candy Hamilton who is the mother of Rhonda who confirmed the previous statements.

About 10:00 P.M. on Tuesday, August 30, 1988 Detectives Paul Murphy and Richard Walsh while off duty were paged by the Operations Division to contact Sergeant Callahan of the Homicide Unit. Upon reaching Sergeant Callahan, the Officers were informed that one Antonio Anthony aka Country was trying to reach them. At this time Detective Walsh contacted Antonio Anthony and made an appointment to see him on August 31, 1988.

-6-

About 10:15 A.M. Wednesday, August 31, 1988 Detective. Murphy received a telephone call from Antonio Anthony and arrangements were made to meet him at 11:00 A.M. at the intersection of Wayne Street and Blue Hill Avenue in Roxbury. At 11:00 A.M. Detectives Murphy and Walsh met Antonio Anthony and transported him to Area B, Detectives Room and took a taped statement from Mr. Anthony in which he stated that on August 19th, 1988 between 6:30 P.M. and 7:30 P.M. he was in the apartment Michelle Roisten on Humboldt Avenue, Roxbury, the girlfriend of Shawn Drumgold and at this time Terrance Taylor was present, an unknown male named Paul, and a black male named Michael Slone. At this time Shawn Drumgold stated that he was having a problem with some Pureto Rican males who wanted to take over their block on Humboldt Avenue in the vicinity of Homestead Street for drug trafficking. He further said that there might be problems tonight with these individuals and at this time he showed Antonio Anthony a .22 caliber revolver and a .22 caliber automatic pistol. Shawn Drumgold and Terrance Taylor were wearing black Adidas sweatsuits at this time. All the males then left the apartment and got into a Black Chevrolet automobile and they dropped Michael Slone off at Columbia Road in Dorchester and they then dropped Antonio Anthony at Dudley Station near Zeigler Street, Roxbury.

Antonio Anthony further stated that on August 20th, 1988 the day after the murder of Tiffany Moore that he met Terrance Taylor aka Lug. Who said to him that he had been questioned by the Homicide Detectives concerning his whereabouts on Friday,

-7-

August 19th, 1988. At that time, he told Antonio Anthony that he informed Detective Walsh of the Homicide Unit that he hadbeen with him during and after the murder of Tiffany Moore. Also he had informed Detective Walsh that he was in the black Chevrolet with an unknown black male named Paul, Shawn Drumgold and himself and if the Homicide Detectives questioned him about these facts that he should tell them the same thing.

On August 26, 1988 Antonio Anthony met Shawn Drumgold in a crack freebasing apartment in the Zeigler Street area and at that time both he and Shawn did several hits of coke and Antonio Anthony said to Shawn Drumgold he was tirid of trying to purchase small weight "heroin" and he would like to purchase larger quantities and Shawn Drumgold told him that they could get it in New York. Shawn Drumgold and Antonio Anthony went to Michelle Roisten's house on Humboldt Avenue and upon arrival Shawn Drumgold gave to Antonio Anthony a small .22 caliber revolver and he took a .22 caliber automatic pistol and at that time he told Antonio Anthony that they were going to take these weapons to New York with them. They then went to the bus station and took a bus to New York City and went to Rhonda Hamilton's apartment. At some point in time they purchased some heroin and returned to Boston on the evening of August 27th, 1988 by Amtrak train. Arriving in Boston about 11:00 P.M. Antonio Anthony took the guns to an apartment on Zeigler Street and at that time Shawn Drumgold and Antonio Anthony went out to the street to sell drugs. About 3:00 A.M. on Sunday, August 28,

—8—

1988 Shawn Drumgold was arrested by the Housing Authority Police for possession of Class A, Controlled Substance with intent to distribute.

On Monday, August 29th, 1988 Antonio Anthony met Terrence Taylor in the vicinity of Zeigler Street and at that time Terrance Taylor told him that he wanted the guns back. They went to an apartment on Zeigler Street and retrieved the .22 caliber revolver and the .22 caliber automatic pistol.
They got into Taylor's green Volvo Sedan and drove to Terrance Taylor's mother's house at 27 Onley Street, second floor, Dorchester and upon arrival Terrance Taylor put both of the guns into his mother's apartment. At this time, the Detectives again asked Antonio Anthony if these were the same guns that Shawn Drumgold and Terrance Taylor were armed with on the evening of August 19th, 1988 the night of the murder of Tiffany Moore, and he said yes, that they were the same guns.

Evidence found at the scene of the shooting of Tiffany Moore and the bullet removed from the body of Tiffany Moore and tests by the Boston Police Department Ballistics Unit reveal that the weapon used in the murder of Tiffany Moore was a .22 caliber handgun.

Terrance Taylor again told Antonio Anthony to try and contact the investigators who were handling the homicide of Tiffany Moore to relate to them the same story that he had told Detective Walsh on August 20, 1988 about being present with Shawn Drumgold, himself, Antonio Anthony and Paul, before, during and after the murder of Tiffany Moore.  Antonio Anthony

-9-

said that he would do this as soon as possible. Terrance Taylor said that this would help the case of Shawn Drumgold who was being charged with the murder of Tiffany Moore.

During my investigation and the interview of Terrance Taylor on August 20, 1988 he informed Detective Walsh that his home telephone number 282-7551. Further investigation by Detective Walsh revealed that this telephone number 282-7551 is listed at apartment 2, 27 Onley Street, Dorchester. Also, during the interview of Antonio Anthony he identified a black Adidas sweatshirt seized from Shawn Drumgold at his arrest on Monday, August 29, 1988 as being the same sweatshirt he was wearing on Friday, August 19, 1988 the night of the murder of Tiffany Moore.

Based upon ray experience as a Police Officer for the past 18 years and my experience as an investigator with the homicide Unit for the past eight years and my investigation of the murder of Tiffany Moore, and the information received from witnesses at the scene it is my belief that Shawn Drumgold and Terrance Taylor are responsible for the murder of Tiffany Moore and that the weapons used in the murder of Tiffany Moore are concealed in the second floor apartment of a three story wooden structure located at 27 Onley Street, Dorchester.