UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

## **ORDER**

GERTNER, J:

Defendants Motion for an Order compelling the presence of a witness at deposition is allowed.

IT IS HEREBY ORDERED THAT   **Edrina Graham Payne**  shall appear at the Law Offices of Bonner, Kiernan, Treback & Crociata, One Liberty Square, Boston, Massachusetts on the date and time indicated on the attached subpoena.

FAILURE OF THE WITNESS TO APPEAR AS ORDERED WILL RESULT IN THE ISSUANCE OF A WARRANT FOR HER ARREST AND/OR AN ORDER TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT.

SO ORDERED.

_____
Judge Nancy Gertner

Dated: