UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

_____

SHAWN DRUMGOLD,          )
                         )
    Plaintiff           )
                         )
vs.                      )
                         )
CITY OF BOSTON, ET AL.,  )
                         )
    Defendants          )
_____)

## **ORDER**

GERTNER, J:

    Defendants Motion for an Order compelling the presence of a witness at deposition is allowed.

    IT IS HEREBY ORDERED THAT **Obie Graham,** shall appear at the Law Offices of Bonner, Kiernan, Treback & Crociata, One Liberty Square, Boston, Massachusetts on the date and time indicated on the attached subpoena.

    FAILURE OF THE WITNESS TO APPEAR AS ORDERED WILL RESULT IN THE ISSUANCE OF A WARRANT FOR HER ARREST AND/OR AN ORDER TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT.

    SO ORDERED.

_____
Judge Nancy Gertner

Dated: