UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

_____

SHAWN DRUMGOLD,                    )
                                   )
         Plaintiff                 )
                                   )
vs.                                )
                                   )
CITY OF BOSTON, ET AL.,            )
                                   )
         Defendants                )
_____)

**ORDER**

GERTNER, J:

        Defendants Motion for an Order compelling the presence of a witness at deposition is allowed.

        IT IS HEREBY ORDERED THAT    **Kathy Jamison,**  shall appear at the Law Offices of Bonner, Kiernan, Treback & Crociata, One Liberty Square, Boston, Massachusetts on the date and time indicated on the attached subpoena.

        FAILURE OF THE WITNESS TO APPEAR AS ORDERED WILL RESULT IN THE ISSUANCE OF A WARRANT FOR HER ARREST AND/OR AN ORDER TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT.

         SO ORDERED.

                              _____

                              Judge Nancy Gertner

Dated: