UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
SHAWN DRUMGOLD,               )
     Plaintiff,               )
                              )
     v.                       )   Civ.  Action No. 04-11193-NG
                              )
CITY OF BOSTON, et al,        )
     Defendants.              )
_____)
```
GERTNER, D.J.

## ORDER RE: VARIOUS MOTIONS
May 1, 2007

For the reasons stated in the accompanying Memorandum and Order:

1. Defendants' motion to compel deposition of Rosemary Scapicchio **(#76) is DENIED**;

2. Defendants' motion to compel deposition of various third party witnesses **(#57) is DENIED** as to Richard Lehr, and **GRANTED** as to all other witnesses named;

3. Defendants' motion for an order to witnesses compelling attendance at deposition **(#90) is GRANTED**;

4. Defendants' motion for a protective order **(#88) is DENIED**;

5. Plaintiff's emergency motion to strike defendants' motion for a protective order **(#89) is DENIED**.

6. With respect to the Daley documents, plaintiff's motion for clarification of the Daley protective order **(#73) is GRANTED**;

7. Defendants' motion to seal exhibits attached to their response to plaintiff's motion for clarification **(#81) is MOOT;**

8. Plaintiff's motion to produce the notes of John Daley **(#83) is DENIED**; and,

9. Daley's motion for reconsideration of the Court's Order of January 22, 2007 **(#85) is GRANTED in so far as** Daley is not required to produce the portions of his diary regarding the time before he was commander.

Defendants may submit **further briefing** on the necessity of their motion to seal **(#75) by May 10, 2007,** and plaintiff may respond by **May 24, 2007.** If necessary, the Court will schedule a hearing on the motion.

**SO ORDERED.**

Date:  May 1, 2007            /s/Nancy Gertner
                              **NANCY GERTNER, U.S.D.C.**