UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,     )<br>    PLAINTIFF     )<br>                                  )<br>VS.                               )<br>                                  )<br>TIMOTHY CALLAHAN, FRANCIS M.   )<br>ROACHE, PAUL MURPHY, RICHARD   )<br>WALSH, AND THE CITY OF BOSTON, )<br>    DEFENDANTS     )<br>                                  ) | C.A. NO. 04-11193NG |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS
AS TO DEFENDANT PATRICIA MURPHY,
AS EXECUTRIX OF THE ESTATE OF PAUL MURPHY**

Now comes the undersigned representing the Defendant, Patricia Murphy, as Executrix of the Estate of Paul Murphy, in the above-captioned matter and states that his new address is as follows:

**Law Offices of William M. White, Jr. and Associates, LLC
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA   02109
(W) (617) 720 - 2002
(F)  (617) 723 - 5600**

Respectfully submitted,

/S/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#:  546283
Law Offices of William M. White, Jr., and Associates, LLC
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA   02109
(617)720-2002