UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
| Defendants | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, counsel for the defendant Timothy Callahan hereby certify that I have conferred with Michael Reilly, counsel for plaintiff Shawn Drumgold, regarding the Defendants' Motion for Extension of Time to Complete Discovery. Mr. Reilly does not assent to the Defendants' Motion.

Respectfully submitted,
Defendant Timothy Callahan
By his attorney,

__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated: May 29, 2007