# TOMMASINO & TOMMASINO
ATTORNEYS AT LAW
TWO CENTER PLAZA
BOSTON, MASSACHUSETTS 02108-1904

*MICHAEL W. REILLY*
mwr@tommasino.com

TELEPHONE: (617) 723-1720
TELECOPIER: (617) 557-5677

August 16, 2007

**BY HAND DELIVERY**

John P. Roache, Esq.
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110

Hugh R. Curran, Esq.
Bonner Kiernan Trebach & Crociata
One Liberty Square-6th Floor
Boston, MA 02109

MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109

William M. White, Esq.
Davis, Robinson and White
One Faneuil Hall Marketplace
Boston, MA 02109

Re: Drumgold v. Callahan, et al.
Civil Action No. 04-11193NG

Dear Counsel,

Enclosed please find Plaintiff's Supplemental Response to Defendant, Richard Walsh's First Set of Interrogatories. Per my conversation with Hugh Curran, I agree that the time for the Defendants to file their expert reports should be extended from August 31, 2007 to September 17, 2007.

I will forward an original Response signed by Mr. Drumgold to Mr. Curran.

Yours very truly,

Michael W. Reilly, Esq.

MWR/jd
Enclosure
Cc: Rosemary Curran Scapicchio, Esq.