# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, ET AL.<br>Defendant(s) | C.A. NO. 04-11193NG |

### PLAINTIFF, SHAWN DRUMGOLD'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEFENDANT, THE CITY OF BOSTON

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, Shawn Drumgold, hereby requests that Defendant, the City of Boston, produce for inspection and copying the documents requested below at the offices of Tommasino & Tommasino, 2 Center Plaza, 8th Floor, Boston, MA 02108, within thirty (30) days after service hereof. These documents requests are continuing. If at any time after service of these answers hereto, and prior to the trial of this action, Defendant, the City of Boston, obtains or becomes aware of additional information pertaining to any of these requests, the disclosure of which may be required pursuant to the Federal Rules of Civil Procedures Defendant, the City of Boston, shall serve upon the undersigned supplemental sworn written answers setting forth such additional information.

1. All records which record the current home addresses of former Boston Police Officers:

    Joseph Dunford
    Willis Saundes
    John Daley

Paul McDonough

Lt. Neely (former commander of the homicide unit)

Respectfully submitted,
Plaintiff Shawn Drumgold,
By his attorney,

*[signature]*

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place
Suite #3703
Boston, MA  02114
(617) 263 7400
BBO#558312

Respecfully submitted
Plaintiff Shawn Drumgold,
by his attorney,

*[signature]*

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA  02108
(617) 723-1720
BBO#415900

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____