# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11193-NG

_____
SHAWN DRUMGOLD,                )
      Plaintiff              )
                              )
v.                              )
                              )
TIMOTHY CALLAHAN, et. al.,      )
      Defendants              )
_____)

## DEFENDANT CITY OF BOSTON'S RESPONSE TO PLAINTIFF, SHAWN DRUMGOLD'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES THE DEFENDANT, City of Boston, and responds to "Plaintiff's Request for Production of Documents to the Defendant, The City of Boston" as follows:

## REQUEST NO. 1

All documents which record, reflect or refer to the authorization or order to produce the report including but not limited to any correspondence between the Mayor of the City of Boston or the Police Commissioner of the City of Boston and any members of the Committee who prepared the report.

## RESPONSE NO. 1

Objection.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  Notwithstanding this objection, but subject to it, the City of Boston will make available for inspection and copying all documents in its possession, custody or control that are responsive to this request.

## REQUEST NO. 2

All documents which record, reflect or refer to the scope, nature or purpose of the report including but not limited to any such documents authored by the Mayor of the City of Boston and any other employee of the City of Boston to any members of the Committee or by any of the persons who prepared the report.

## RESPONSE NO. 2

Objection.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  The defendant further objects on the grounds that the request seeks documents that may be subject to any attorney client privilege and/or work product doctrine.  Notwithstanding this objection, but subject to it, the City of Boston will make available for inspection and copying all documents in its possession, custody or control that are responsive to this request.

## REQUEST NO. 3

All documents authored by Ann Marie Doherty or authored under her supervision or at her order which record, reflect or refer to the report.

## RESPONSE NO. 3

Objection.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.

## REQUEST NO. 4

All documents authored by any employees of the City of Boston including any employees of the Boston Police Department which respond, comment on, criticize or critique the report.

## RESPONSE NO. 4

<u>Objection</u>.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  The defendant further objects on the grounds that the request seeks documents that may be subject to any attorney client privilege and/or work product doctrine.  Notwithstanding this objection, but subject to it, the City of Boston has previously produced documents responsive to this request. (cob1559-cob1599 and cob1824-cob1872.)

## REQUEST NO. 5

All documents authored by any employee of the City of Boston including the Boston Police Department which comment on or suggest the lack of trustworthiness in the sources or circumstances of the report.

## RESPONSE NO. 5

<u>Objection</u>.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  The defendant further objects on the grounds that the request seeks documents that may be subject to any attorney client privilege and/or work product doctrine.

## REQUEST NO. 6

All documents which set out the legal authorization or power to order preparation of the report including but not limited to any statute, city ordinance or regulation which provided the authority for the authorization or order to prepare the report.

## RESPONSE NO. 6

<u>Objection</u>.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  The defendant further objects on the grounds that the request seeks documents that may be subject to any attorney client privilege and/or work product doctrine.  Notwithstanding this objection, but subject to it, the City of Boston does not have in its custody, possession or control any documents that are responsive to this request.

## REQUEST NO. 7

All documents which record, reflect or refer to payment by the City of Boston directly or indirectly of the legal fees or costs of any Defendant, witness or potential witness in this case including but not limited to John Daley, Willis Saunders, Edward McNeely (sic), Timothy Callahan, Richard Walsh or Paul McDonough.

## RESPONSE NO. 7

<u>Objection</u>.  The defendant objects to this request on the grounds that it is vague, overly broad, unduly burdensome, unlimited in time or scope and not reasonably calculated to lead to the discovery of admissible evidence.  The defendant further objects on the grounds that the request seeks documents that may be subject to any attorney client privilege and/or work product doctrine.

Respectfully submitted,
By Defendant City of Boston
Through its attorneys,

John P. Roache (BBO# 421680)
Patrick J. Donnelly (BBO# 651113)
Roache & Associates, P.C.
66 Long Wharf
Boston, Massachusetts 02110
Date:  March 26 , 2007                    Tel.:  (617) 367-0330

## CERTIFICATE OF SERVICE

I, John P. Roache, hereby certify that on this 26 day of March, 2007, I have served a copy of the foregoing  DEFENDANT, CITY OF BOSTON'S RESPONSE TO PLAINTIFF, SHAWN DRUMGOLD'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS, to all counsel via first class mail, postage prepaid.

John P. Roache (BBO# 421680)