# EXHIBIT I



COB 2775

## PREFACE

This volume contains guidelines on criminal investigative procedures prepared for Boston police officers. The guidelines that follow cover procedures involving search warrants, searches incident to arrest, motor vehicle searches, stop and frisk, arrest, and eyewitness identification.

I am enthusiastic about these guidelines, which were initially developed under the leadership of Robert diGrazia, for two reasons. First of all, they were prepared under the direction of a department task force with the active involvement of the Training Academy and personnel of all ranks. Second, they are advisory in nature and, unlike court decisions and rules which generally restrict their discussion to what officers cannot do, these guidelines offer affirmative suggestions about what officers can do in a variety of complex situations. Examples of how guidelines apply in practice are contained throughout the material. The examples as well as the guidelines were developed with the assistance of detectives and patrol officers. The illustrations were prepared by Patrol Officer Donald Carter. The Department also had the legal assistance of the Boston University Center for Criminal Justice and Nicholas Foundas, the department legal advisor, in preparing these materials.

It is my hope that departmental personnel will find these guidelines helpful in defining available options in the handling of criminal investigations.

*Joseph Jordan, Commissioner,*
*February, 1978.*

COB 2776