UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
| Defendants | ) |

**DEFENDANTS' MOTION FOR SANCTION OR INSTRUCTION
BASED ON PLAINTIFF'S SPOLIATION OF EVIDENCE**

Defendants move this Honorable Court for relief, in the form of an instruction to the jury that they may take an adverse inference against Drumgold, because the Plaintiff has failed to produce and/or has destroyed certain evidence which is relevant to this case.

Further support for this Motion is provided in the accompanying Memorandum of Law.

|  | Respectfully submitted, |
|---|---|
| TIMOTHY CALLAHAN | RICHARD WALSH, |
| By his attorney, | By his attorney, |
| __/s/ Mary Jo Harris _____ | ___/s/ Hugh R. Curran   _____ |
| Mary Jo Harris, BBO # 561484 | High R. Curran, BBO # 402057 |
| Morgan, Brown & Joy, LLP | Bonner Kiernan Trebach & Crociata |
| 200 State Street | One Liberty Square |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 523-6666 | (617) 426-3900 |
| THE CITY OF BOSTON | PAUL MURPHY |
| ___/s/ John Roache_____ | ____/s/ William M. White _____ |
| Roache & Malone | Wm. White & Associates |
| 66 Long Wharf | One Faneuil Hall Marketplace |
| Boston, MA 02110 | Boston, MA 02109 |

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007 I served a copy of Defendants' Motion to Compel upon the following counsel of record by filing with the ECF/Pacer Case Management System:

Rosemary Curran Scappiccio
Four Longfellow Place, Ste. 3703
Boston, MA 02114

Michael W. Reilly
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02108

/s/ Mary Jo Harris