**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

                             )

SHAWN DRUMGOLD,         )
      Plaintiff           )

                             )

v.                         )        CIVIL ACTION NO. 04-11193-NG

                             )

TIMOTHY CALLAHAN, et. al.,   )
      Defendants       )
_____)

**DEFENDANTS THE CITY OF BOSTON AND FRANCIS M. ROACHE'S
MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN
SUPPORT OF THEIR MOTION SUMMARY JUDGMENT IN EXCESS OF
TWENTY (20) PAGES**

      **NOW COME** the Defendants, the City of Boston and Francis M. Roache,

pursuant to Local Rule 7.1 (B) (4) in the above-captioned matter and respectfully request

that this Honorable Court grant the Defendants leave to file Defendants' Memorandum of

Law in Support of Motion for Summary Judgment in excess of twenty (20) pages.

      In support thereof the Defendants states as follows:

      1)      Due to the factual and legal issues common among the defendants, Francis

              M. Roache and the City of Boston, and in the interests of judicial

              economy, these defendants have elected to file jointly their motion for

              summary judgment in the case-at-bar.

      2)      In order to fully support their motion for summary judgment, the above-

              named defendants find it necessary to file a memorandum in support of

              their motion for summary judgment in excess of the twenty (20) page limit

imposed by Local Rule 7.1 (B) (4).  (The memorandum is 21 pages,

excluding the signature page.)

WHEREFORE, the Defendants, Francis M. Roache and the City of Boston

respectfully request this Honorable Court grant this motion for leave to file a

memorandum in support of their motion for summary judgment in excess of twenty (20)

pages.

Respectfully submitted,
**Defendants, The City of Boston
and Francis M. Roache**
By their attorneys,

_/s/ John P. Roache_____
John P. Roache (BBO# 421680)
Patrick J. Donnelly (BBO# 651113)
Roache & Associates, P.C.
66 Long Wharf
Boston, Massachusetts 02110
Tel.: (617) 367-0330

Dated: October 1, 2007

CERTIFICATE OF SERVICE

I, John P. Roache, hereby certify that on October 1, 2007, I served a copy of the
above motion upon counsel of record by filing with the ECF/Pacer Case Management
System.

/s/ John P. Roache_____
John P. Roache

2