**EXHIBIT D**

Volume:    I

Pages:    1 - 155

Exhibits: See Index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11193NG

- - - - - - - - - - - - - - - - - - -

SHAWN DRUMGOLD,

                          PLAINTIFF

VS.

TIMOTHY CALLAHAN, ET AL,

                          DEFENDANTS :

- - - - - - - - - - - - - - - - - - -

          DEPOSITION of TIMOTHY CALLAHAN, a witness
called on behalf of the Plaintiff, pursuant to the
provisions of the Federal Rules of Civil Procedure, before
Nancy M. Walsh, Certified Shorthand Reporter (#118593)/
Registered Professional Reporter and Notary Public in and
for the Commonwealth of Massachusetts, at the law office
of Tommasino & Tommasino, Two Center Plaza, Boston,
Massachusetts 02108, on Friday, September 8, 2006,
commencing at 10:27 a.m.

**NANCY M. WALSH**
**COURT REPORTING SERVICES**
**131 CRANE STREET**
**DEDHAM, MASSACHUSETTS 02026**
**TELEPHONE (781) 326-5062**
**FAX (781) 326-5072**

1

1    A    I went to Northeastern University.

2    Q    Did you graduate from there?

3    A    Yes, sir.

4    Q    When was that?

5    A    1971.

6    Q    What was your degree in?

7    A    I'm within a year of whatever I'm saying.

8    Q    Fair enough.  What was your degree in?

9    A    Criminal justice.

10   Q    And what did you do after graduating from Northeastern?

11   A    I became a policeman.

12   Q    And where did you become a policeman?

13   A    I became a policeman while I was going to school.

14   Q    Was that with the Boston Police Department?

15   A    No, sir, MBTA Police.

16   Q    When did you start with the MBTA?

17   A    1968.

18   Q    Did you go in as a patrolman?

19   A    Yes, sir.

20   Q    Did you attend an academy for that job?

21   A    Yes, sir.

22   Q    And which academy was that?

23   A    The MBTA Police Academy.

24   Q    How long did you work for the MBTA Police?

1   A   About a year -- six months to a year.

2   Q   And what did you do next for employment?

3   A   I went on the Boston Police Department.

4   Q   And when was that?

5   A   1971.

6   Q   Did you attend --

7   A   Excuse me, after the MBTA Police, I went to the phone

8       company and then the Boston Police Academy.

9   Q   How long were you with the phone company?

10  A   That year.

11  Q   Did you attend the Boston Police Academy?

12  A   Yes, sir.

13  Q   And when did you start as a patrolman on the street?

14  A   I would say it would have had to have been somewhere

15      around February of 1971?

16  Q   And after getting your degree from Northeastern, have you

17      had further education, formal education?

18  A   Yes, sir.

19  Q   And what was that?

20  A   I got a master's degree, Boston State College.

21  Q   What years did you attend Boston State?

22  A   I'd say in the '80s.

23  Q   And what was your master's degree in?

24  A   Public affairs -- or urban affairs, excuse me, I think it

7

1    was urban affairs.

2    Q    Have you had further formal education?

3    A    Yes.

4    Q    And what was that?

5    A    Mass. School of Law.

6    Q    And what years did you attend Mass. School of Law?

7    A    I think it was like 1989 to '93.

8    Q    And if I suggest 1988, would that refresh your memory?

9    A    Yes.

10   Q    And did you graduate from Mass. School of Law?

11   A    Yes, sir.

12            MR. REILLY:  Note Mr. White has joined us.

13   We just started.

14            MR. CURRAN:  I told him to start.  You can

15   blame me.

16            MR. WHITE:  That's quite all right.  You're

17   welcome to it.

18   Q    Did you ever take the bar exam?

19   A    Once.

20   Q    And when was that?

21   A    1993 I think.

22   Q    Did you pass?

23   A    No.  I missed it by six points I think.

24   Q    So you've never been an attorney admitted to practice?

8

1    A    Yes.

2    Q    You weren't doing those things at the same time?

3    A    No, sir.

4    Q    How long were you at headquarters?

5    A    A long time. I'm not exactly sure. It's several years.

6    Q    What division were you considered in when you were at

7         headquarters?

8    A    Bureau of Field Services and the Bureau of Investigative

9         Services.

10   Q    And which of those jobs that you listed were the Bureau

11        of Field Services?

12   A    I believe, I could be wrong, but I think that was

13        planning. The rest were Bureau of Investigative

14        Services.

15   Q    Vice, narcotics, rape unit, and you told me one other

16        one, intelligence?

17   A    I think -- yeah, intelligence.

18   Q    What is intelligence in this context?

19   A    It's just gathering information relative to known

20        criminals.

21   Q    What rank did you have during the time you worked at

22        headquarters?

23   A    Detective.

24   Q    When were you promoted to a detective?

1   A   Mid '70s.

2   Q   Were you in headquarters at the time you were promoted to

3       detective?

4   A   Yes, sir.

5   Q   When you were promoted to detective, did you receive any

6       particular training as a result of your promotion to a

7       detective?

8   A   I had gone to FBI gambling school. That's all I can

9       remember.

10  Q   I guess my question is as part of your promotion to

11      detective was there any formal course of training that

12      you got because you were promoted to a detective?

13  A   OJT, sir.

14  Q   What's that?

15  A   On job training.

16  Q   And by that, you mean your experience working as a police

17      officer?

18  A   Plus being with experienced police officers.

19  Q   But those weren't any formal courses that you took?

20  A   No, sir.

21  Q   And the only formal course you remember for this period

22      was the FBI gambling school?

23  A   I only remember two schools, gambling school and homicide

24      school.

12

1   Q    When did you go to homicide school?

2   A    When I got transferred to homicide.

3   Q    Was there any regularly scheduled training in the period

4        that you were at headquarters?

5             MR. ROACHE:   Objection.

6   A    Yes.  I believe on an annual basis we were required to go

7        back to the academy relative to changes in the laws and

8        to keep our CPR course relative to medical aid.

9   Q    Did you do that on an annual basis?

10  A    Yes, I did.

11  Q    When you went to the academy, can you describe for me the

12       training you would get on changes in the law?  What would

13       they actually do?

14  A    They'd explain any changes that occurred in the recent

15       year.  They'd go over some other laws that were still on

16       the books.  Then I think one of the days was strictly

17       CPR.

18  Q    Was this a classroom setting that you'd get this?

19  A    Yes.

20  Q    And how long would it last?

21  A    I think it was three days.

22  Q    And one of those days was for CPR?

23  A    Yes, sir.

24  Q    And the other two was for updating you on developments in

13

1    the law?

2    A    Yes, I could be wrong on the three days, sir. I know it

3    wasn't more than a week.

4    Q    What was your next place that you worked after working at

5    headquarters?

6    A    I think District 1.

7    Q    And when was it that you went to District 1?

8    A    I think it was the 1980s.

9    Q    Do you remember whether it was early, mid, late '80s?

10    A    I think it was early '80s.

11    Q    What was your rank when you went to District 1?

12    A    Detective.

13    Q    And what unit were you in?

14    A    Detective squad.

15    Q    When you went to District 1 as a detective in the

16    detective squad, who was your immediate superior?

17    A    I believe it was Sergeant Detective Gottchuk.

18    Q    And what was his position?

19    A    He was in charge of all detectives.

20    Q    Throughout the city?

21    A    No, just that division, sir.

22    Q    So he was in charge of the detectives in District 1?

23    A    Yes, sir.

24    Q    And how long did you continue at District 1?

14

1    Murphy, and I think that's it.

2    Q    Did you work directly with District Attorneys when you

3    were in that job?

4    A    Yes.  On some cases I did, yes.

5    Q    What were the circumstances where you worked with

6    District Attorneys?

7    A    Most of it was during the interceptions.

8    Q    Did you work with Phil Beauchesne when you were in that

9    job?

10   A    He was on another floor.  I may have had -- I may have

11   seen him and everything, but I don't ever recall working

12   a case with Phil Beauchesne while assigned to that

13   office.

14   Q    What was the next job you had after that?

15   A    Homicide.

16   Q    And when was it that you were assigned to homicide?

17   A    1988.

18   Q    What was --

19   A    Excuse me, it's '88 or '89.  I'm not sure which.

20   Q    If I suggest to you that it looks like your investigation

21   here began in May of '89, does that help you fix the date

22   of when you went to the Homicide Unit?

23   A    I think I went in around November of '88 -- excuse me,

24   August of '88.

20

1  Q  And what was your rank when you went to the Homicide

2     Unit?

3  A  Sergeant.

4  Q  And did you apply for the Homicide Unit?

5  A  I had been asked if I wanted -- if I would be interested

6     in the job at homicide, and I said yes. But I didn't

7     know I was going to go there until after I went to the

8     police academy and the assignments come out. I didn't

9     have a definite knowledge other than the fact that I

10    said, yes, I would like to go there.

11 Q  I didn't understand what you meant about after the police

12    academy when the assignments came out.

13 A  When you're promoted to -- I made sergeant detective.

14    And then I -- and sergeant -- excuse me, can I go back?

15 Q  Sure.

16 A  They made acting sergeants in the early '80s or when I

17    was first talking about it. And then I had to take the

18    sergeant exam, and I passed the sergeant exam and got

19    made sergeant.

20 Q  When was it that you were made an acting sergeant?

21 A  When I went to District 11.

22 Q  And when did you take the exam?

23 A  I had taken the exam prior, and I was either number one

24    or two on the list. And they made acting sergeants in

21

1    the interim so they could do a new exam. Then I took the

2    exam, and I got made off the new list. The list is only

3    good for two years.

4            MR. REILLY: Miss Scapicchio is joining us.

5    Why don't we take a break for two or three minutes.

6            (A recess was taken at 10:49 a.m.)

7            (Resumed at 10:56 a.m.)

8   Q   When was it that you were appointed as a permanent

9    sergeant as opposed to an acting sergeant?

10  A   1988.

11  Q   And as part of being appointed a sergeant, did you go

12    back to the academy?

13  A   Yes.

14  Q   And what did they do at the academy?

15  A   I spent a few weeks in the academy, and they went over

16    criminal law, constitutional law, first aid,

17    administrative procedures.

18  Q   Was this a sergeant's --

19  A   Yes, sir.

20  Q   -- training program?

21  A   Yes, sir.

22  Q   How many sergeants were there in your class?

23  A   I think there were probably 30 of us.

24  Q   And those were all of the acting sergeants who had

22

1   finally been made?

2   A   Plus some, I believe, yes.

3   Q   And was there training in that course in investigation

4       techniques?

5   A   I'm sure we had someone from Investigative Services there

6       during the training.  I just don't recall whether it was

7       relative to laws, administrative procedures,

8       organizational.

9   Q   Did you receive anything in writing as far as course

10      material?

11  A   We did have a schedule on what the itinerary was for the

12      time there.  I just don't recall.

13  Q   Beyond the schedule, did you receive any materials or

14      written documents repeating what you were told verbally?

15  A   Yes.  We received all types of documents, I believe we

16      did receive a handbook on -- from Investigative Services.

17      I believe there was one from BFS, the Bureau of Field

18      Services, relative to the changes in the criminal laws as

19      well as other laws.  We received I believe a manual on

20      the city ordinances, and I believe we received training

21      on the liquor license, for liquor license establishments

22      and entertainment.  And I know there was administrative

23      classes, and I believe that was relative to

24      responsibilities as well as the organizational structure

                                                              23

1    of the department and who we should contact or work

2    through dealing with different sections at the

3    department.

4    Q    Did you save the material you got at that training

5    session?

6    A    I'm sure I did at the time, yes.

7    Q    Do you still have it?

8    A    When I retired, sir, most of that stuff left, whether I

9    had stuff from back then.  I had all kinds of stuff, but

10   when I retired, I disposed of most of the police stuff.

11   Q    Do you know if you still have any of the materials you

12   got in that sergeants training course?

13   A    No, sir, I don't.

14   Q    I'd ask you to make a search for it.  And if you can

15   report to your attorney, I'll take it up with her.

16   A    I know I have some manuals, but I don't know if I

17   received them in 1988 or in the '90s.

18   Q    What manuals do you know you have?

19   A    I don't know.  All I know is they're on the bookshelf.

20   Q    You do remember that sergeants training -- receiving

21   something in writing from Investigative Services; is that

22   correct?

23   A    We got a booklet involving I think it was case law,

24   constitutional law relative to cases.  And I just don't

24

1    recall what else was in there.

2  Q  And that was from Investigative Services?

3  A  I believe it was.  It was from the police academy.  This

4     all came through the police academy.

5  Q  Sure.  BSF (sic) is Bureau of Field Service?

6  A  BFS is Bureau of Field Services.

7  Q  What training did you get from them about what subjects?

8  A  I think that was the changes in the law.  And the -- I

9     mean the front of the manuals all say Boston Police

10    Academy, but it's my belief that some of it was

11    sectionalized down to like licensing and ordinances.

12 Q  And different parts of the department provided

13    information?

14 A  I think it all was funneled through the police academy,

15    sir.

16 Q  Was there any training in regards to homicide

17    investigation or the Homicide Unit as part of the

18    sergeants training?

19 A  Not at that time, sir.  Although I think they went over

20    administratively if it's a serious wound or death you

21    would contact homicide.

22 Q  And then when you finished the sergeants training, that's

23    when you were informed that you had been assigned to

24    homicide; is that correct?

25

1    A    Yes, sir.

2    Q    When did you become a sergeant detective?

3    A    After I went to homicide.

4    Q    So when you initially went to homicide, you went as a

5         sergeant?

6    A    Yes, sir.

7    Q    And a sergeant detective is a promotion from a sergeant,

8         correct?

9                    MS. HARRIS:  Objection.

10   A    Well, in the organizational structure, it's just a

11        different path from patrol and detective, and a detective

12        gets a stipend which is I think -- I don't remember, it

13        was a few dollars more.

14   Q    But in the normal course of a Boston policeman's career,

15        if they go the route of a detective, they're normally a

16        sergeant first and then they become a sergeant detective?

17   A    Yes, sir.

18   Q    And when you become a sergeant detective, you get some

19        sort of additional pay?

20   A    Yes, sir.

21   Q    How soon after you went to homicide in November of 1988

22        did you become a sergeant detective?

23   A    I think it was a year later.  There was something in the

24        regulation that you had to spend a period of time in the

1    detective branch.  I don't recall the period of time.

2    It's six months or a year, but whatever that -- whatever

3    that time was, I believe it was part of the contract or

4    some understanding.

5    Q    And when you became a sergeant in the Homicide Unit,

6    where did you first work out of?

7    A    South Boston, sir.

8    Q    And what was in South Boston?

9    A    District 6.

10   Q    What was your position at that point when you were in

11   South Boston?

12   A    Sergeant and then sergeant detective.

13   Q    And you were a sergeant in what unit when you first went

14   to South Boston?

15   A    I'd come from the academy and went to South Boston.

16   Q    What did you do when you were in South Boston after the

17   academy?

18   A    Homicide.

19   Q    Were you the homicide detective for the South Boston

20   area?

21   A    No, sir.  Homicide was a unit that operated throughout

22   the city.

23   Q    What physically was located where you were in South

24   Boston?  Is that the headquarters for homicide?

27

1   A   Yes, sir.

2   Q   And where was that?

3   A   I think the address was 273 D Street.

4   Q   Were there any other units there other than homicide at

5       that address?

6   A   Yes, sir.  I believe the Governor's Auto Task Force was

7       downstairs.  District 6 had been rebuilt and was on

8       Broadway, but they had like a substation there as well.

9       And I believe the records room was down there as well,

10      and I believe the -- I don't know if it was Community

11      Disorders and the Asian Organized Crime was there as

12      well.

13   Q   When you were first assigned to homicide, who was the

14       head of the Homicide Division?

15   A   Lieutenant Daley.

16   Q   Let me get the terminology right.  Is it the Homicide

17       Division, is that the correct title?

18   A   I think originally, but it became Homicide Unit.

19   Q   Who was in charge of the Homicide Unit when you first

20       went there?

21   A   Lieutenant Daley.

22   Q   And how long did Lieutenant Daley remain the head of the

23       Homicide Unit?

24   A   He had been there a few years, but I think he left in --

28

1    I think it was 1989.

2  Q  Do you know in connection with the Shawn Drumgold trial

3     whether he left before or after that trial?

4  A  I believe he was there when Tiffany Moore was killed.

5  Q  Was he there when Shawn Drumgold was tried?

6  A  That's October.  No, I don't believe he was, sir.

7  Q  Do you know when during 1989 it was that he left?

8  A  I'd say it was around June.  That's to the best of my

9     knowledge.

10 Q  Who was it that followed him?  Who was the next head of

11    the Homicide Unit?

12 A  Lieutenant McNeely.

13 Q  How was the Homicide Unit organized when you started

14    there in November of '89?

15 A  It was broken into squads.

16 Q  How many squads?

17 A  I think there were three squads days and three squads

18    nights.

19 Q  And how many detectives in each squad?

20 A  Two, sir.

21 Q  Was there any hierarchy in the squads?  That is was there

22    a senior and a junior detective, or were they both

23    considered to be equal?

24 A  Would you repeat that, please?

29

1    Q    Sure.  Within the two-man squads, was there any

2    hierarchy?

3    A    There was a sergeant and two detectives in each squad.

4    Q    So would that be three people in each squad?

5    A    Yes, sir.

6    Q    And there was six squads altogether?

7    A    To the best of my knowledge, it was six squads.

8    Q    And what squad were you assigned to?

9         MS. HARRIS:  Objection.

10   A    I don't recall.

11   Q    Were they numbered or lettered, or how were they

12   identified?

13   A    You were either like in Squad 1 through -- they have six

14   squads I believe in the department.  I think we operated

15   with Squads 1, 2, and 3.  But what it was, it covered the

16   seven-day week.  So Squad 1 would be off two days, two

17   and four.  So there was no inconsistency.  There was

18   always someone at homicide.

19   Q    So every day shift and every night shift there'd be an

20   active homicide squad?

21   A    Yes, sir.

22   Q    Who did you work with?  What was the first squad you

23   worked with, what individuals?

24   A    I believe it was Detective Ahearn and Tinlan,

30

```
 1              T-i-n-l-a-n.
 2   Q    And they were both detectives?
 3   A    Yes, sir.
 4   Q    And you were the sergeant?
 5   A    Yes, sir.
 6   Q    Did they report to you?
 7   A    Yes, sir.
 8   Q    And you reported to Daley at that point?
 9   A    Yes, sir.
10   Q    When you first went to the Homicide Unit, did you receive
11        any formal training in how to do your job?
12   A    I know I was registered for a school in New York.  I
13        don't recall when I went to that school.
14   Q    Do you know what year you went to that school.
15   A    1989 or '90.
16   Q    Do you know whether you went to school before or after
17        Shawn Drumgold's trial?
18   A    I don't recall, sir.  It could have been.  I just don't
19        recall.
20   Q    Did you receive anything in writing from that school?
21   A    Yes, I believe they gave us a certificate.
22   Q    Did they give you any training materials or manuals?
23   A    I'm sure they did.
24   Q    Do you know if you still have those?
```

31

1    A    Not to my knowledge.  I haven't seen them.

2    Q    Who ran that education?

3    A    I don't recall.

4    Q    Was it a law enforcement agency?

5    A    I think to the best of my recollection, it was run in

6         Poughkeepsie, New York with I think it was the City of

7         Poughkeepsie, and there were law enforcement officers

8         from around the country.

9    Q    And what was it -- what kind of training was it?

10   A    It was training relative to investigations, crime labs,

11        composites, interviewing, and then we had forensics.

12        That's all I can recall off the top of my head.

13   Q    Was it generally as to those subjects or focused on

14        particular kinds of crimes?

15   A    They did bring in professionals relative to -- on the

16        forensics, and then I know they talked about like serial

17        murderers.  I'm sure there were others.  I just don't

18        recall.

19   Q    I guess my question is was this a training program having

20        to do with investigating homicides or investigating

21        crimes in general?

22   A    Homicides, sir.

23   Q    And who suggested that you go to that program, if anyone?

24   A    The Boston Police Department.

32

1     time. And his face is in front of me, but I just can't

2     think of his name.

3   Q   Was he a detective that was in the Homicide Unit at that

4     time?

5   A   I believe he was.

6   Q   Did anyone tell you that it was a requirement or a

7     suggestion that you attend a program like this because

8     you were a member of the Homicide Unit?

9   A   To my knowledge, everyone in homicide went to some

10     homicide school. But I don't believe they were just -- I

11     think it was -- the reason I went to Poughkeepsie was

12     because that was the city having the next course. I

13     believe others attended different places.

14   Q   Do you know as you think about it who it is that

15     organized these homicide schools, what agency or

16     organization?

17   A   I don't know, sir.

18   Q   And as you think about it, you don't know whether you

19     went to that before or after the Shawn Drumgold trial?

20   A   I don't have a good recollection of when, whether I first

21     got to homicide or whether it was later. All I know is I

22     attended it.

23   Q   When you first arrived at the Homicide Unit in November

24     of '88 in South Boston, were you given any orientation,

34

1    investigation leading up to the trial of Shawn Drumgold,

2    were you still the sergeant in the unit with Ahearn and

3    Tinlan?

4    A    Yes, I believe I was.

5    Q    Were Ahearn and Tinlan involved in the investigation of

6    the Shawn Drumgold case?

7    A    When I first received the case, I may have gone out with

8    them.  I don't have a recollection of it.  But at a point

9    in time, I went to my boss and asked him if I could get

10   someone into the Homicide Unit, and I would work with

11   that person on the Tiffany Moore case while Detective

12   Ahearn and Tinlan took the murders and shootings that

13   were coming in.

14   Q    And --

15   A    I don't recall working with them on this case.

16   Q    Most of the work that you did in this case was -- the

17   overwhelming was without Ahearn and Tinlan; is that fair?

18   A    Yes, sir.

19   Q    Have you ever been the subject of an Internal Affairs

20   complaint?

21   A    Not that I'm aware of.

22   Q    Have you ever been informed by Internal Affairs that they

23   were investigating a complaint concerning you?

24   A    Not that I can remember.

38

1    Q    Have you ever been informed that any civilian has made a

2         complaint concerning you in your position as a Boston

3         policeman?

4    A    Not that I'm aware of.

5    Q    Did you ever work in the Gang Unit?

6    A    No, sir.

7    Q    Were you familiar in November of 1988 with the Gang Unit

8         in the Boston Police Department?

9    A    Yes, sir.

10   Q    Do you know who was in charge of the Gang Unit at that

11        point?

12   A    There's two names that come to mind, I just don't know if

13        they were in charge or not, and that is Superintendent

14        Faherty and Deputy Hayden.

15   Q    Were you aware in '88 and '89 with there being a gang

16        ledger being kept by the Boston Police Department?

17   A    No, sir.

18   Q    Were you aware of there being a list of known gang

19        members kept by the Boston Police Department?

20   A    Yes, I -- I'm not sure of when I was aware of it, but I

21        was aware of gang files, yes.

22   Q    And in 1988 and 1989 if you wanted to look into the gang

23        files as part of your investigation, how would you go

24        about doing that?

39

1    talked --

2    A    We talked about the case in general. I'm sure Ricky

3    Evans' name was mentioned, but I don't think it was in

4    detail.

5    Q    Any other Boston police officers that you remember

6    talking to about this case in the last year?

7    A    I don't have a direct recollection of talking to anyone.

8    But I know I've run into cops, and they've asked about

9    how this case -- where is it. And I say, I don't know,

10   we're still waiting to hear. But I don't have any memory

11   at this moment of anyone else at this particular time.

12   Q    Who did the head of the Homicide Unit report to?

13            MR. ROACHE:    Objection. What homicide? Same

14   with the Boston Police and the DA's office --

15   Q    Boston Police Homicide Unit, who did the head of the

16   Boston Police Homicide Unit report to?

17   A    Two people, Assistant District Attorney Fran O'Meara, and

18   I believe at the time Captain Mills was Lieutenant

19   McNeely's boss.

20   Q    Do you know what position Captain Mills was in, his

21   title?

22   A    He was a captain detective in charge of all the units

23   over there at District 6, old District 6.

24            MS. HARRIS:    Captain who?

50

THE WITNESS: Captain Mills.

1

2    Q    That was the South Boston district?

3    A    It was the old South Boston district, sir.

4    Q    Did Daley or McNeely report to somebody in the Bureau of

5         Investigative Services?

6    A    Captain Mills was within the Bureau of Investigative

7         Services.

8    Q    And who did Captain Mills report to?

9    A    There was a deputy. I just don't remember who it is at

10        the moment. And then there was superintendent, I believe

11        it was Joe Saia, and he was the chief of Investigative

12        Services.

13   Q    Did Captain Mills have city-wide responsibilities?

14              MR. ROACH: Objection.

15   A    I'm not sure I understand the question, so I'm going to

16        answer it the way I --

17              MS. HARRIS: If you don't understand, why

18        don't you ask him to clarify rather than guessing what

19        the question is.

20   A    Captain Mills was administratively in charge of all those

21        units at District 6 to oversee them, and those units

22        within that building had like the Asian Organized Crime,

23        homicide. They had city-wide responsibility.

24   Q    So he wasn't just a District 6 -- he didn't just

51

1   supervise District 6?

2  A   No, sir.  I think there's a little confusion.

3  Q   There is, and I'm sure it's on my part.

4  A   It's old District 6.  New District 6 had been built on

5   Broadway.  And these specialized units from headquarters

6   took over the old District 6 building, and there were

7   headquarters units but over at old District 6.  The only

8   thing that had to do with District 6 was they had an

9   officer down at the front desk, and it was like a sub

10   unit of District 6.  That officer assigned there did not

11   report to Captain Mills.  He reported to the captain in

12   charge of District 6.

13  Q   So Mills was in charge of the specialized units in that

14   building?

15  A   Yes, sir.

16  Q   And those were city-wide units?

17  A   Yes, sir.

18  Q   And each of those units reported to Mills?

19  A   To the best of my knowledge, yes, sir.

20  Q   And Mills then reported to whom?

21  A   There was a deputy who was the assistant chief of

22   Investigative Services, I don't recall who that was, who

23   then reported to Superintendent Joseph Saia who was the

24   chief of the Bureau of Investigative Services.

53

1    Q    When you were a sergeant in charge of a Homicide Unit in

2         '88 and '89 --

3    A    Squad, sir.

4    Q    Squad, thank you -- what were your responsibilities for

5         reporting to the head of the Homicide Unit? How often or

6         how frequently did you have to report to him?

7    A    We reported basically every day either through reports,

8         or whether I was on days or nights, the lieutenant in

9         charge of homicide was usually there when I first arrived

10        at work.

11   Q    Were there any regular meetings of the homicide squads?

12   A    Yes. When I first got there, there were always weekly

13        meetings relative to the murders and other administrative

14        matters of the unit. But as time went on and the marked

15        increase in the amount of violence, it stopped.

16   Q    When was it that it stopped?

17   A    I don't recall, sir.

18   Q    I want to ask you, sir, about a series of cases, and I

19        want to ask as to each of them whether you had any

20        involvement either in the investigation or prosecution of

21        those cases.

22   A    Yes, sir.

23   Q    Bobby Joe Leaster, L-e-a-s-t-e-r?

24            MR. ROACHE:  Objection.

1                    MS. HARRIS:    Objection.

2                    MR. ROACHE:    Objection.

3     A     I'm aware of awards, but I'm not aware if the city

4           indemnified them or not.    I have no direct knowledge.

5           But I am aware that there were awards.

6     Q     When did you first become involved in the investigation

7           of the Shawn Drumgold -- of the Tiffany Moore murder?

8     A     It was May or June of 1989, sir.

9     Q     And who first contacted you about that?

10    A     I forget who contacted me, but I met Superintendent Saia

11          relative to it.

12    Q     And what did Superintendent Saia tell you?

13    A     He wanted me to become active in this investigation.

14    Q     Who had been doing the investigation?

15    A     Sergeant Detective Gaughn, Detective Walsh, and Detective

16          Murphy.

17    Q     Did Saia tell you why it was that he wanted you to get

18          involved?

19    A     He may have.    But I don't have a direct recollection

20          other than my memory of they had lost some motions in

21          court, and they were looking for someone to review the

22          case and see if they could investigate.

23    Q     Do you remember being told that there had been a Motion

24          to Suppress allowed in the case?

61

1    A    I believe, yes, I did.  I can't remember if it came from

2    Superintendent Saia or the ADA Beauchesne.

3    Q    And what exactly do you remember Superintendent Saia

4    asking you to do?  What did he want you to do?

5    A    He wanted me to take over the case, review the file, and

6    see if I could gather any more evidence relative to the

7    case.

8    Q    Had you ever done that before, taken over a case that

9    some other detective had investigated in the Homicide

10    Unit?

11    A    No, sir, not that I can think of.

12    Q    Had you ever heard during your time at the Homicide Unit

13    of any other detective being asked to do that?

14        MS. HARRIS:  Objection.

15    A    On retrials and stuff, yes.  In regards to an active

16    ongoing case, I don't have a recollection.

17    Q    Did Superintendent Saia tell you why they were taking

18    that unusual step in this case?

19        MS. HARRIS:  Objection.

20        MR. ROACHE:  Objection.

21    A    No, sir.

22    Q    Did you ask him?

23        MR. ROACHE:  Objection.

24    A    I didn't ask him.  But I did bring to his attention that

62

1    we were quite busy, and I had enough work.

2  Q    What did he say?

3  A    And he said, Well, carry on and take this case.

4  Q    What was the first thing you did when you got that

5    assignment?

6  A    I walked upstairs and saw -- sighted Detective Gaughn.

7    And I don't recall if Walsh and Murphy were there, but

8    one of the two were.

9  Q    What was said during that conversation?

10  A    I told them what happened downstairs, and I'd like the

11    file and see if I could review it.

12  Q    Could you tell when you talked to them whether they knew

13    that that was coming or whether this was a surprise?

14        MR. ROACHE:    Objection.

15        MR. CURRAN:    Objection.

16        MS. HARRIS:    Objection.

17        MR. WHITE:    Objection.

18  A    I don't know if they knew it.    To be candid, I don't

19    know, sir.

20  Q    Were they upset or angry when you told them that you were

21    getting that assignment?

22        MR. ROACHE:    Objection.

23        MR. CURRAN:    Objection.

24        MS. HARRIS:    Objection.

Q   Just to go back for a moment, sir, do you remember who it
was who suggested to you when you went to the Homicide
Unit that you should take this homicide course?

        MR. ROACHE:  Objection.

        MS. HARRIS:  Objection.

A   My understanding was it was mandatory.

Q   Do you remember who told you that or how you learned
that?

A   All I know is my boss came to me and said, You're going
to this homicide school, and gave me the dates.

Q   And would that be Daley, was he your boss at that point?

A   It would have either been Daley -- I think it was Daley,
but I could be wrong.

Q   Did anyone ever tell you why it was that they had this
mandatory homicide school they sent them to?

A   It was my understanding that everyone that went to
homicide went to homicide school.

Q   Why was it?

        MS. HARRIS:  Objection.

A   To get some training relative to new technology, new
forensics or to be up-to-date relative to investigations.

Q   And when you were the sergeant in charge of a squad in
the Homicide Unit, what reporting duties did the
detectives in your squad have to you?

84