# EXHIBIT E

# CITY OF BOSTON
## SUFFOLK COUNTY
## ABSENCE AND TERMINATION NOTICE

Employee's Name Timothy Callahan Dept. Police

Address [redacted] City [redacted] State [redacted] Zip Code [redacted]

Employee ID # 6578 Social Security # [redacted] Job Title Lieut.

Status: ☒ Permanent ☐ Provisional ☒ Full Time ☐ Part Time ☐ Temp ☐ Other

Veteran Status ☐ Non – Veteran ☐ Veteran ☐ Disabled Veteran ☐ Vietnam Vet. ☐ Active Reserve

Employed From 10-7-70 to 2-1-05 (last day worked) plus 1 day 2-2-05 Last day on payroll 2-1-05

Last Medical Insurance Deduction Date ______ Last Optional Insurance Deduction Date ______

Leave Plan: Sick ____ Vacation ____ Personal Leave ____ General Deductions ☐ Additional Pay (LIST) ____

Choose the appropriate section and answer all applicable questions within that section.

**LEAVE OF ABSENCE**

Reason: ______

Duration: ______

Appropriate documentation obtained? ☐ Yes ☐ No.

Was Leave of Absence requested but denied? ☐ Yes ☐ No

Reason for denial: ______

Was other suitable employment made available? ☐ Yes ☐ No

**VOLUNTARY SEPARATION**

Attached signed resignation or other appropriate documentation

Reason Given for Separation. Refer to On – Line Library and enter appropriate code.

___ Resigned (If Police or Fire Department, state whether or not charges are pending) ______

___ Resigned to accept another position in city/county service

___ Resigned to accept another position outside city/county service

___ Resigned – Illness – Was medical evidence submitted? ☐ Yes ☐ No

Did employee offer alternative position? ☐ Yes ☐ No

___ Retired – Did health reasons cause retirement? ☐ Yes ☐ No

Was medical evidence submitted? ☐ Yes ☐ No

Did employer offer alternative position? ☐ Yes ☐ No

05 – 202 CRC [handwritten] ...SKP...25130

___ Personal – Not attributed to the City of Boston

___ Permanent Separation – Unauthorized Absence S. 38

___ Terminated – Did not return to work following approved Leave of Absence S .37

X Other – Please specify: Retired 2-1995 Chap. 32 Sec. 5

**INVOLUNTARY SEPARATION**

Attach appropriate documentation to support Involuntary Separation, including termination and warning letters where applicable.

Reason for Involuntary Separation. Refer to On – Line Library and enter appropriate code.

___ Compulsory Retirement

___ Death

___ Suspended for cause S. 41

___ Discharged for cause S .41

___ Injury – Is employee receiving Worker's Compensation?

___ Other – Please Specify: ______

___ Terminated during probationary period S .34

___ *† Position abolished S .41 S .39

___ *† Layoff – Lack of Work/Money S .41 S .39

___ Expiration of Temporary or Provisional Employment or Temporary transfer

___ Yes ___ No

Was the proper discipline and discharge procedure followed? ☐ Yes ☐ No

Was COBRA option offered at 102% of premiums paid on a monthly basis? ☐ Yes ☐ No

This action is in accordance with seniority in service.

I hereby certified that the provision of G.L. C.31, S. 43 have been complied with in the case of this employee.

Form to be signed at exit interview

Supervisor's Signature ______ Date 2/1/05 Employee Signature ______ Date ______

Appointing Authority Signature ______ Date ______

OHR 10/99

White (Auditor) – Canary (OHR) – Pink (Dept.)

Kathleen O'Toole Police Commissioner

cob0015


ATTACHMENT ONE

MASSACHUSETTS BOARD OF HIGHER EDUCATION
MASSSACHUSETTS OFFICE OF STUDENT FINANCIAL ASSISTANCE
330 STUART STREET, SUITE 304
BOSTON, MA 02116

## POLICE CAREER INCENTIVE PROGRAM

I. ORGANIZATION: Department Name BOSTON POLICE DEPARTMENT

II. PERSONAL: Name Timothy Callahan

Address ______ City ______ Zip ______

Social Security Number ______

Date of appointment as a REGULAR FULL-TIME POLICE OFFICER in the Department you are currently serving 10/2/70

Present yearly base salary ______

Present rank LT When attained 1986

III. EDUCATION:

| Dates Attended | Name of Postsecondary Institution | Degree Earned if any: List major field | Credit Hours Earned | Date or expected date of Graduation |
|---|---|---|---|---|
| From 1967 To 1970 | Northeastern University | Criminal Justice | | |
| From 1971 To 1982 | Boston State College | Public Affairs | | 1981 |
| From 1988 To 1994 | Mass School of Law | LAW | 95 | 1992 |

IV. Accompanying this application, proof of credits and degrees earned must be submitted.

1 – Complete this Application in its entirety.

2 – Submit certified transcripts showing the courses taken, credits earned, and degrees awarded by each postsecondary institution attended. The major field of study must be law enforcement or criminal justice, except for degrees in law. If a degree was earned, please submit a copy of the degree along with the certified transcript.

3 – In the event the major field of study is not indicated on any transcript, an accompanying letter from the institution certifying the major field of study to be law enforcement or criminal justice will be required.

V. <u>OTHER INFORMATION</u>

Please include any other information you feel will be helpful in evaluating your application.

The above information is given under penalty of perjury and will be made a permanent part of your file.

Jul 17, 200

Date

Signature of Applicant

Signature of Chief of Police or other Authorized Official



# MASSACHUSETTS SCHOOL OF LAW
## At Andover

Woodland Park • 500 Federal Street • Andover, MA 01810
978/681-0800 FAX: 978/681-6330

Callahan, Timothy

Cumulative GPA: 2.09
MSL CreditsEarned: 75
Trans Credits: 20

Total Credits: 95

Starting Semester FALL88
SSN

Juris Doctor conferred on: 01/03/1992

ISSUED TO STUDENT

Semester: FALL88

| Code | Course | Credits | Grade |
|---|---|---|---|
| 115 | Criminal Law - Day | 3 | C |
| 205 | Evidence - Night | 3 | B- |
| 117 | Criminal Procedure - Night | 3 | C |
| | Totals: | 9 | 2.23 |

Semester: SPRG89

| Code | Course | Credits | Grade |
|---|---|---|---|
| 311 | Products Liability - Day | 3 | B- |
| 304 | Remedies | 3 | B+ |
| 326 | Administrative Law | 3 | C |
| 216 | Case Preparation - P.M. | 3 | C+ |
| | Totals: | 12 | 2.58 |

Semester: SUMM89-1

| Code | Course | Credits | Grade |
|---|---|---|---|
| 401 | Clinic - VI | 6 | P |
| | Totals: | 6 | |

OFFICIAL TRANSCRIPT
THIS IS A RED INK STAMP

# MASSACHUSETTS SCHOOL OF LAW
## At Andover

Woodland Park • 500 Federal Street • Andover, MA 01810
978/681-0800 FAX: 978/681-6330

[redacted] Callahan, Timothy

ISSUED TO STUDENT

**Semester: FALL89**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 323 | Wills and Trusts - Day | 4 | C |
| 100 | Property - Day | 5 | D |
| 200 | Constitutional Law I - Day | 3 | D- |
| | **Totals:** | 12 | 1.26 |

**Semester: SPRG90**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 207 | Legal Ethics - Day | 3 | C+ |
| 312 | Alternative Dispute Resolution | 3 | C- |
| 202 | Constitutional Law II, Day | 3 | D- |
| 219 | Individual Employment Rights | 3 | B- |
| | **Totals:** | 12 | 1.85 |

Academic Probation

**Semester: SUMM90-1**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 206 | Supr. Ct. & Ct. of App. Pract. | 3 | B- |
| | **Totals:** | 3 | 2.70 |

**Semester: SUMM90-2**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 208 | Motions & Litigation Practice | 2 | C+ |
| | **Totals:** | 2 | 2.30 |

**Semester: FALL90**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 409 | Legal Profession | 1 | P |
| 210 | Drafting Contracts | 3 | C |
| 408 | Workers' Compensation | 3 | C |
| | **Totals:** | 7 | 2.00 |

OFFICIAL TRANSCRIPT
THIS IS A RED INK STAMP



lex
et
veritas

# MASSACHUSETTS SCHOOL OF LAW
## At Andover

Woodland Park • 500 Federal Street • Andover, MA 01810
978/681-0800 FAX: 978/681-6330

[redacted] Callahan, Timothy

ISSUED TO STUDENT

**Semester: SPRG91**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 232 | Writing for Lawyers | 3 | B- |
| 505 | Contracts II | 3 | B |
| | **Totals:** | 6 | 2.85 |

**Semester: FALL91**

| Code | Course | Credits | Grade |
|---|---|---|---|
| 402 | Comparison of MA & Nat'l. Law | 6 | C |
| | **Totals:** | 6 | 2.00 |

Registrar ______________

OFFICIAL TRANSCRIPT
THIS IS A RED INK STAMP

001397

# BOSTON STATE COLLEGE

*Founded 1852*

625 Huntington Avenue

Boston, Mass. 02115

**TRANSCRIPT OF** TIMOTHY PETER CALLAHAN

Student Number 10858

Home Address

Date of Birth AUGUST 28, 1947 Place of Birth

Date of Admittance SEPTEMBER 1972 Admitted from

| Cat. No. | Course Title | Gr. | S.H. |
|---|---|---|---|
| | GRADUATE RECORD | | |
| | FALL 1972 10858GPX | | |
| F8824 | HISTORY AFRICA SINCE 1850 | 3.5 | 3 |
| F8840 | URBAN GEOGRAPHY | 3.0 | 3 |
| | SPRING 1973 10858GPX | | |
| 9381 | URBAN SOCIOLOGY | 3.0 | 3 |
| 9864 | SEM-STATE & LOCAL POLITCS | 2.5 | 3 |
| | FALL 1973 10858GPX | | |
| F8090 | TRANS PROBLEMS & PLANNING | 3.0 | 3 |
| F8643 | URBAN ENVIRONMENT PROBLMS | 3.0 | 3 |
| | SPRING 1974 10858 GPX | | |
| W8742 | UBAN LAND USE | 3.0 | 3 |
| W8755 | ENVIRON PLAN SEM | 3.5 | 3 |
| | FALL 1974 3562734GX 10858GPX | | |
| F9002 | ADV PHIL FOUND OF ED | 3.0 | 03 |
| F9001 | ADV PSYCH FOUND OF ED | I | 03 |
| | SPRING 1980 3562734 GX | | |
| W9768 | DIRECTED RDG,RES STUDIES | I | 3.0 |
| W8846 | CONTEMPORARY BOSTON | 4.0 | 3.0 |
| W9752 | LAND USE CONTROLS | 4.0 | 3.0 |
| | FALL 1980 3562734 GX | | |
| 735[illegible] | [illegible] | [illegible] | [illegible] |
| | CALLAHAN, TIMOTHY P | | |
| | FALL 1981 3562734GX | | |
| 73514 | PLANNING THEORY&PROCESS | 3.5 | 3.0 |
| | CALLAHAN, TIMOTHY P 8/28/47 | | |

| Cat. No. | Course Title | Gr. | S.H. |
|---|---|---|---|
| | SPRING 1982 | | |
| 73592 | THESIS/URBAN STUD & PLNG | NG | 4.0 |
| 73517 | URBAN SYSTEMS | 4.0 | 3.0 |
| 73518 | TECHNOLOGY & SOCIETY | 3.0 | 3.0 |
| | CALLAHAN, TIMOTHY P 08/28/47 | | |

**OFFICIAL TRANSCRIPT ISSUED TO STUDENT IN SEALED ENVELOPE**

GRADE KEY: 4.0, 3.5, 3.0, 2.5, 2.0, 1.5, 1.0, 0.0. (4.0 is the highes[t] ... dents; 2.0 is the lowest passing grade for graduate students.) P-P[ass] ... passing, WF-Withdrawn failing, AUD-Audit; *-course repeated. / Student is entitled to honorable dism[issal].

EFFECTIVE JUNE 24, 1982, BOSTON STATE COLL. WAS CLOSED BY THE [illegible] OF THE MASS LEGISLATURE [illegible] UMASS-BOSTON [illegible] LEGAL CERTIFYING AGENT FOR [illegible] WORK WHICH HAD BEEN COMPLETED [illegible] CONNECTION WITH [illegible] REQUIREMENTS OF BOSTON ST[ATE] [illegible] JUN 12 2000

NORTHEASTERN UNIVERSITY [redacted]
BOSTON, MASSACHUSETTS 302

☐ LINCOLN COLLEGE MAJOR
☒ UNIVERSITY COLLEGE MAJOR SECURITY (94)

| REG. DATE | DATE OF BIRTH | I.D. NUMBER | FIRST NAME & M.I. | LAST NAME |
|---|---|---|---|---|
| FALL 70 | 28 Aug 47 | 646233 | TIMOTHY | CALLAHAN |

| GRADUATED FROM: | CITY OF SCHOOL | YR GRAD | SEX | PROG. |
|---|---|---|---|---|
| | | | | |

| COURSE NUMBER | TITLE | QUARTER HOURS | GR | COURSE NUMBER | TITLE | QUARTER HOURS | GR | COURSE NUMBER | TITLE | QUARTER HOURS | GR | COURSE NUMBER | TITLE | QUARTER HOURS | GR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

UNI 646233 CALLAHAN TIM FL70
10.503 MATHEMATIC3 2.0 C
QPA2.000 QH 2.0 QQP 4.0
CUM2.188 170.0 372.0
ASC EARNED HRS 169.0

UNI 646233 CALLAHAN TIM WN71
94.568 PROB&PAROL2 2.0 B
QPA3.000 QH 2.0 QQP 6.0
CUM 2.407 172.0 414.0
ASC EARNED HRS 172.0

UNI 646233 CALLAHAN TIM SP71
94.505 HUMNRTSCORR 2.0 A
94.553 CORREC ADM3 2.0 C
QPA3.000 QH 4.0 QQP 12.0
CUM 2.420 176.0 426.0
ASC EARNED HRS 176.0

cob0092

MATRICULATION RECORD
ACCEPTED FOR DEGREE CANDIDACY
IN ASSOCIATE PROGRAM ON
IN BACCALAUREATE PROGRAM ON

SCALE OF MARKS
A - Superior Attainment.
B - Good Attainment.
C - Satisfactory Attainment.
D - Poor Attainment.
F - Failure.
I - Incomplete.
PASS/FAIL MARKS
S - Satisfactory
U - Unsatisfactory
X - Incomplete
One QH - Three-Fourths Sem. Hr.
Twelve-Week Quarter Calendar.
In Computing Numerical Average: ...

FACULTY ACTION

DEGREE BACHELOR OF SCIENCE
DATE JUNE 1
ENTITLED TO AN HONORABLE DISMISSAL
JUN 12 2000
ISSUED REGISTRAR

**NORTHEASTERN UNIVERSITY**
BOSTON, MASSACHUSETTS

646233
I.D. NUMBER

[redacted]

Mr. / Miss. / Mrs. 2 of 2

STUDENT'S NAME: Timothy (FIRST NAME) Peter (MIDDLE NAME) CALLAHAN (LAST NAME)

COLLEGE: University
MAJOR: SECURITY (940)(943)

BORN 28 Aug. 47

cob0093

COURSE NUMBER | TITLE | QUARTER HOURS | GR

646233 CALLAHAN TIM FALL67
30.504 ENGLISH 1 2 C
45.501 MGT + ORG 1 2 B
94.502 CRIM LAW 2 B
94.541 INTR CRIM 1 2 C
QPA 2.500 QHQ 8 QQPT 20.0

646233 CALLAHAN TIM WNTR68
30.505 ENGLISH 2 2 C
45.502 MGT + ORG 2 2 B
94.503 COURT PRO 1 2 B
94.542 INTR CRIM 2 2 C
94.546 DEVIANCE 1 2 I
QPA 2.500 QHQ 8 QQPT 20.0

646233 CALLAHAN TIM SPRG68
30.506 ENGLISH 3 2 C
45.503 MGT + ORG 3 2 B
94.501 ADMIN JUST 2 B
94.504 COURT PRO 2 2 B
94.557 REPORT WRIT 2 C
94.583 IND FIR PRE 2 B
QPA 2.667 QHQ 12 QQPT 32.0

646233 CALLAHAN TI FA68
94.584 PLANT PRO 1 2.0 A
94.595 POL SEM 68 3.0 C
QPA 2.211 QH 19.0 QQP 42.0
CUM 2.211 19.0 42.0
ASC EARNED HRS 17.0

646233 CALLAHAN TI FA68
30.507 INTR LIT 1 2.0 C
44.514 PROP INSUR1 ~~2.0~~ F
45.511 HUMAN REL 1 2.0 B
94.508 INVST+PREP1 2.0 D
94.514 INTERROGAT1 2.0 B
94.571 MGT+PLAN 1 2.0 C
94.577 GOV SEC PRO 2.0 B

646233 CALLAHAN TI SP69
45.512 HUMAN REL 2 2.0 C
94.510 INVST+PREP3 2.0 B
94.573 MGT+PLAN 3 2.0 B
45.510 LAB MGT REL 2.0 C
94.560 POL SUPER 2.0 A
45.570 E D P 1 2.0 C
94.595 NAT POL SEM 3.0 C
CUM 2.667 12.0 32.0
ASC EARNED HRS 12.0

306777 CALLAHAN TI SM69
94.511 CIVIL LAW 2.0 B
QPA 3.000 QH 2.0 QQP 6.0
CUM 3.000 2.0 6.0
ASC EARNED HRS 2.0

306777 CALLAHAN TI FA69
21.501 SOC 1 2.0 C
29.507 BUS SPEAKG 2.0 B
39.501 ECON PRIN 1 2.0 D
44.501 RISK MGT 1 2.0 C
44.514 PROP INSUR1 2.0 B
45.620 INDUS SAFE1 2.0 C
94.525 IDENT+REC 1 2.0 A
94.536 PAT FUNCT 1 2.0 A
94.567 PROB+PAROL1 2.0 B
QPA 2.667 QH 18.0 QQP 48.0
CUM 2.667 18.0 48.0
ASC EARNED HRS 18.0

22.514 CONST LAW 2.0 D

646233CALLAHAN TI 400WN70
39.502 ECON PRIN 2 2.0 B
94.572 MGT+PLAN 2 2.0 C
QPA 2.500 QH 4.0 QQP 10.0
CUM 2.500 4.0 10.0
ASC EARNED HRS 4.0

94.537 PAT FUNCT 2 2.0 B

306777CALLAHAN TI 000WN70
21.502 SOC 2 2.0 C
44.502 RISK MGT 2 2.0 C
44.515 PROP INSUR2 2.0 D
94.509 INVST+PREP2 2.0 C
94.526 IDENT+REC 2 2.0 A
94.578 GOV SEC PR2 2.0 C
94.585 PHYS SECUR2 2.0 A
QPA 2.429 QH 14.0 QQP 34.0
CUM 2.429 14.0 34.0
ASC EARNED HRS 14.0

306777CALLAHAN TI 000SP70
21.503 SOC 3 2.0 C
44.503 RISK MGT 3 2.0 B
44.516 PROP INSUR3 2.0 B
94.527 IDENT+REC 3 2.0 B
94.579 GOV SEC PR3 2.0 B
QPA 2.800 QH 10.0 QQP 28.0
CUM 2.800 10.0 28.0
ASC EARNED HRS 10.0

646233CALLAHAN TI 400SP70
29.509 PARLIAMPROC 2.0 B
39.503 ECON PRIN 3 2.0 C
45.571 E D P 2 2.0 C
94.516 SECUR ADMIN 2.0 B
94.590 FORENSICLAB 2.0 B
QPA 2.600 QH 10.0 QQP 26.0
CUM 2.600 10.0 26.0
ASC EARNED HRS 10.0

646233CALLAHAN TI 40GS170
21.548 CRIMINOLOGY 2.0 C
QPA 2.000 QH 2.0 QQP 4.0
CUM 2.000 2.0 4.0
ASC EARNED HRS 2.0

CUM 2.384 151.0 360.0
ASC EARNED HRS 149.0

646233CALLAHAN TI 400SM70
10.502 MATHEMATIC2 2.0 D
21.549 CRIMINOLGY2 2.0 A
41.541 ACCTPRINSIN 6.0 C
45.572 E D P 3 2.0 C
94.590 SEMCOLBARGN 2.0 B
QPA 2.286 QH 14.0 QQP 32.0
CUM 2.376 165.0 392.0
ASC EARNED HRS 163.0

ADMISSION RECORD
DEGREE CANDIDACY ON:

GRADUATED FROM

DATE GRADUATED

R-62

SCALE OF MARKS
A — SUPERIOR ATTAINMENT.
B — GOOD ATTAINMENT.
C — SATISFACTORY ATTAINMENT.
D — POOR ATTAINMENT.
F — FAILURE.
I — INCOMPLETE.
F-D— ORIGINAL F CLEARED BY COND. EXAM.
F-F— CONDITION EXAM. ALSO F
WF— WITHDREW FROM COURSE, FAILING
ONE QH=THREE-FOURTHS SEM. HR.
TWELVE-WEEK QUARTER CALENDAR.
IN COMPUTING NUMERICAL AVERAGE: A IS RECKONED AS 4, B AS 3, C AS 2, D AS 1, F AS 0, F-D AS 1, AND F-F AS 0.

FACULTY ACTION

Linda Allex

JUN 12 2000

DATE: See page three

ENTITLED TO AN HONORABLE DISMISSAL

ASSOCIATE IN SCIENCE
10 SEPTEMBER, 1970

ISSUED REGISTRAR

**Northeastern University**
**Lincoln College**
**Boston, Massachusetts**

Name: CALLAHAN, Timothy Peter 1 of 3

Address: [redacted]

SECURITY (940)

Enrolled: July 11, 1966

Born: Aug. 28, 1947

Course: Special

cob0094

| 306777 Course | Grade | Sem. Hrs. | Qual. Points | Course | Grade | Sem. Hrs. | Qual. Points |
|---|---|---|---|---|---|---|---|
| SUM 66 .702 TRIG | 3 | 0 | | | | | |
| 1.000 003.0 0003.0 | | | | | | | |
| CALLAHAN TIMOTHY P 306777 | | | | | | | |
| 306777 CALLAHAN TIM S11 68 * | | | | | | | |
| 10.501 MATH 1 2 D | | | | | | | |
| 23.501 WESTN CIV 1 2 C | | | | | | | |
| QPA 1.500 QHQ 4 QQPT 6.0 | | | | | | | |
| 306777 CALLAHAN TIM SUM268 | | | | | | | |
| 10.502 MATH 2 2 F | | | | | | | |
| 23.502 WESTN CIV 2 2 F | | | | | | | |
| QPA 0 QHQ 4 QQPT 0 | | | | | | | |
| 306777 CALLAHAN TIM SUM368 | | | | | | | |
| 23.503 WESTN CIV 3 2 D | | | | | | | |
| 94.586 RETAIL SEC 2 C | | | | | | | |
| QPA 1.500 QHQ 4 QQPT 6.0 | | | | | | | |
| 306777 CALLAHAN TI SP69 | | | | | | | |
| 94.515 INTERROG 2 2.0 A | | | | | | | |
| 94.591 SEM IND SEC 2.0 B | | | | | | | |
| 30.508 INTR LIT 2 2.0 C | | | | | | | |
| 94.590 SEM CRIME 2.0 C | | | | | | | |
| QPA 2.750 QH 8.0 QQP 22.0 | | | | | | | |
| CUM 2.750 8.0 22.0 | | | | | | | |
| ASC EARNED HRS 8.0 | | | | | | | |
| 306777 CALLAHAN TI SUMR | | | | | | | |
| 30.509 INTP LIT 3 2.0 C | | | | | | | |
| 19.507 PSYCHOLOGY 6.0 D | | | | | | | |
| 94.505 HUM RIGHTS 2.0 B | | | | | | | |
| 23.502 WESTN CIV 2 2.0 C | | | | | | | |
| QPA 1.667 QH 12.0 QQP 20.0 | | | | | | | |
| CUM 1.667 12.0 20.0 | | | | | | | |
| ASC EARNED HRS 12.0 | | | | | | | |
| Post Future Courses on U.C. Record | | | | | | | |
| See page two + three | | | | | | | |

ADVANCED STANDING CREDIT AWARDED FOR WORK COMPLETED AT

**Scale of Marks**

A — Superior Work
B — Above Average Work
C — Average Work
D — Lowest Passing Grade
Inc — Incomplete (Given only when final examination is missed)
F — Failure
W — Withdrawn

**QUALITY POINTS**

Student averages are determined by assigning values for each 3 sem. hr. course as follows:— A = 4; B = 3; C = 2; D = 1. A cumulative average of 1.75 is the minimum required for graduation.

**REMARKS**

* Quarter Calendar

On 9/19/66 University College (+ Lincoln) changed to a twelve week quarter system. A quarter hour equals three-fourths of a semester hour.

Awarded Degree of Associate in Engineering

Course:

Final Average:

Date: JUN 12 2000

Transcript Not Official Until Signed and Sealed

Date: [signature] DEAN

The Commonwealth of Massachusetts
Massachusetts Criminal Justice Training Council
One Ashburton Place, Boston 02108
727-7827

MICHAEL S. DUKAKIS
GOVERNOR

HENRY F. MAIOLINI
CHAIRMAN

GARY F. EGAN
EXECUTIVE DIRECTOR

December 31, 1978

This is to certify that Timothy P. Callahan of Boston Police Department has attended the two day class SEARCH & SEIZURE sponsored by the Massachusetts Criminal Justice Training Council at SUFFOLK UNIVERSITY, BOSTON on 12/14-15/78.

PLEASE POST IN PERSONNEL FILE

EXECUTIVE DIRECTOR

cob0232