**EXHIBIT F**

Volume: I
Pages: 1 - 149
Exhibits: See Index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11193NG

---------------------------
SHAWN DRUMGOLD,            :
                           :
        PLAINTIFF          :
                           :
VS.                        :
                           :
TIMOTHY CALLAHAN, ET AL,   :
        DEFENDANTS :
---------------------------

DEPOSITION of RICHARD W. WALSH, a witness called on behalf of the Plaintiff, pursuant to the provisions of the Federal Rules of Civil Procedure, before Nancy M. Walsh, Certified Shorthand Reporter (#118593)/ Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law office of Tommasino & Tommasino, Two Center Plaza, Boston, Massachusetts 02108, on Thursday, September 14, 2006, commencing at 10:06 a.m.

NANCY M. WALSH
COURT REPORTING SERVICES
131 CRANE STREET
DEDHAM, MASSACHUSETTS 02026
TELEPHONE (781) 326-5062
FAX (781) 326-5072

1

```
                                                                    12

 1              (Document marked Exhibit No. 83 for
 2         identification.)
 3              MR. REILLY:  I'm going to give you back your
 4         notepad and make copies of this exhibit.
 5    Q    When you talked to Mr. Davis shortly after the murder of
 6         Tiffany Moore, where did you talk to him?
 7    A    The second floor detectives office in B2.
 8    Q    Where is that?
 9    A    It's the Roxbury police station on Warren Avenue.
10    Q    Let me go back for a moment.  Could you tell me briefly
11         your educational background?
12    A    I went to St. Kevin's Grammar School in Uphams Corner,
13         Boston Technical High School.  Graduated from Boston
14         Technical High School and went to Franklin Technical
15         Institute where I started architectural drafting.  I went
16         into the service, came back out, joined the police
17         department.
18    Q    Let me stop you there.  When was it you joined the police
19         department?
20    A    October 7, 1970.
21    Q    And had you done any police work public or private prior
22         to joining the police department?
23    A    No, sir.
24    Q    Where were you first assigned in the police department?
```

16

1  A    Probably about a year after I entered the Vice Control
2       Unit I became a detective.
3  Q    So would that be late '70s if I'm following this right?
4  A    Middle '70s.
5  Q    What did you do after the Governor's Task Force?
6  A    I was assigned to the Burglary Task Force.
7  Q    How long did you do that?
8  A    Until 1980.
9  Q    What happened in 1980?
10 A    I was assigned to the Homicide Unit, Night Unit.
11 Q    What was your rank when you started in the Homicide Night
12      Unit?
13 A    Detective.
14 Q    Did you apply for the Homicide Unit?
15 A    No.  I was asked if I would go over there.  The Night
16      Unit was just beginning to start.  They had no Night
17      Unit.
18 Q    And was that working the midnight to eight shift?
19 A    No.  It was working the evening shift I believe up to
20      3:00.  We had the -- I believe it was a 6:30 to two shift
21      with a call up until three, or that's how it eventually
22      worked out as the unit started.
23 Q    When you started in the Homicide Unit, who was in charge
24      of the Homicide Unit?

```
 1   A   John Daley, Lieutenant John Daley.
 2   Q   And did he continue in charge of the Homicide Unit up
 3       until the middle of 1988?
 4   A   Yes, sir.
 5   Q   And how was the Homicide Unit organized when you started?
 6   A   There were three squads nights and three squads days.
 7       Each squad would be a sergeant and two detectives.
 8   Q   When you started, who was your sergeant?
 9   A   Sergeant Stephen Murphy.
10   Q   And who was the other detective in your unit?
11   A   Detective Paul Murphy.
12   Q   And is that the same Paul Murphy who ultimately
13       investigated the Tiffany Moore case with you?
14   A   Yes, sir.
15   Q   Is Stephen Murphy related to Paul Murphy?
16   A   No, sir.
17   Q   Just a common Irish name?
18   A   Yes, sir.
19           MR. ROACHE:  Just like Reilly.
20           MR. CURRAN:  Walsh and Curran.
21           MR. REILLY:  Not many Scapicchios.
22   Q   When you started homicide, did you receive any training
23       on how to investigate a homicide case?
24   A   I received training on investigations at -- it was
```

17

```
 1         actually on-the-job and also for Northeastern University
 2         while I got a degree in criminal justice.
 3   Q     When did you get your degree at Northeastern?
 4   A     I got an Associate of Science in 1979 and my Bachelor's
 5         of Science in Criminal Justice in 1980.
 6   Q     And the courses that you took at Northeastern University
 7         were not courses designed to train police officers; is
 8         that fair?
 9   A     That's fair to say, yes, sir.  Some of them would have
10         helped police officers, yes, some of the courses would
11         have.
12   Q     But they weren't designed for training police officers?
13   A     Not for training, no, sir.
14   Q     They were academic courses in criminal justice?
15   A     Psychology, sociology, and abnormal psychology would be
16         the major courses.
17   Q     And the investigative training you received on the job?
18   A     Yes, sir.
19   Q     As a homicide detective, was there formal on-the-job
20         training as opposed to what you picked up as you were out
21         on the street?
22   A     There is formal training.  Every year each officer has to
23         go to the academy for a week for refresher courses,
24         update on law changes.  It's called an in-service
```

                                                                    18

```
 1              training.  Every officer has to do that.  They also have
 2              seminars and whatnot that are available.
 3      Q       The training at the academy, that's training for all of
 4              the officers in the Boston Police Department?
 5      A       Yes, sir.
 6      Q       And the law changes that are discussed are the law
 7              changes having to do with all the various areas that the
 8              police department is involved in?
 9      A       Yes, sir.
10      Q       And any other kind of training during that week at the
11              academy?
12      A       It's just in-service training.
13      Q       Did you attend the academy every year?
14      A       Yes, sir.
15      Q       During the time you were a homicide detective?
16      A       Yes, sir.
17      Q       Now, the seminars, the in-service seminars, do you
18              remember any particular seminars that you took while a
19              Boston Police homicide detective?
20      A       Yes, sir.
21      Q       What do you remember?
22      A       I remember University of Massachusetts a forensic science
23              seminar.  I remember going to Babson College on another
24              seminar.  I can't recall exactly what that was.  I
```

19

```
 1         attended the University of Delaware on a homicide
 2         seminar.  It was run by Lieutenant Geberts (phonetic)
 3         from the New York Police Department.  He was a lieutenant
 4         in the New York Police Department who also wrote a
 5         textbook on homicides.
 6   Q     Any other ones you remember?
 7   A     I tried to attend every one I could get to.
 8   Q     The seminar in Delaware, do you know who ran that?
 9   A     Lieutenant Herman Geberts.  He was a New York Police
10         lieutenant.
11   Q     Was he running it on behalf of some organization or some
12         school?
13   A     It's a class that's taken by officers from all over the
14         country.
15   Q     Do you know who sponsors it?
16   A     I'm not sure who sponsors it, no, sir.
17   Q     When did you take that?
18   A     I can't really recall the exact dates.  It was in the
19         beginning of the '80s, middle '80s.
20   Q     Was it before or after the Tiffany Moore murder?
21   A     It would have been before.
22   Q     Did you receive any materials in writing from that
23         seminar in Delaware?
24   A     Yes.  He wrote a textbook on homicide investigations.
```

20

```
 1              And when I came back, I gave the textbook to my
 2    supervisor, and he tried to get everybody in the unit to
 3    go down to that seminar which is a three-day seminar.
 4  Q  Was that Daley that you gave the book to, John Daley?
 5  A  John Daley, and I believe it went to headquarters up to
 6    other superior officers.  I'm not sure.
 7  Q  What rank was John Daley?
 8  A  Lieutenant.
 9  Q  How do you spell the fellow's name that taught the
10    course?
11  A  I'm not sure.
12  Q  What's your best guess?
13          MR. ROACHE:  Objection.
14          MR. CURRAN:  Don't guess at anything.
15  Q  What's your best estimate?
16          MR. ROACHE:  Objection.
17  A  Again, I'm not sure -- it's Herman Geberts.  He did the
18    Tylenol investigation.  That's what he's famous for.
19  Q  The what?
20  A  The Tylenol investigation.
21  Q  The Tylenol investigation.
22  A  I recommended to Lieutenant Daley that this was a good
23    book and other people ought to be encouraged to read the
24    book and take the course.  I thought the book and the
```

```
 1          course was very good.
 2     Q    You recommended it to Lieutenant Daley?
 3     A    I showed it to him to read it. He thought it was a very
 4          good book and decided to send as many people as he could
 5          to the course.
 6     Q    Did you become aware after that other officers in the
 7          Homicide Detective Unit went to that course?
 8     A    Yes, sir.
 9                   MR. CURRAN: Can I have one second?
10                   MR. REILLY: Yes.
11                   (Discussion off the record.)
12     Q    Did you when you were a homicide detective have any
13          formal review of your job performance?
14     A    The job was constantly reviewed.
15     Q    Was there any formal job review process?
16                   MR. ROACHE: Objection.
17     Q    You can answer.
18                   MR. CURRAN: You can answer.
19     A    I know that the superior officers reviewed officers'
20          performance. I don't know how they did it.
21     Q    Did you ever -- were you ever told what the review of
22          your performance was?
23     A    No.
24     Q    Did Lieutenant Daley have any procedure whereby he would
```

22

```
 1         sit down with you in a formal way and discuss how you
 2         were doing on your job?
 3                   MR. ROACHE:  Objection.
 4                   MR. CURRAN:  You can answer.
 5         A    Lieutenant Daley used to -- we would always keep updates
 6         with Lieutenant Daley what was going on with cases.  He
 7         was always made aware of what we were doing, where we
 8         were.  I mean he kept a look at all the cases, yes.
 9         Q    And that was a day-to-day process?
10         A    Day-to-day, yes.
11         Q    Was there ever a time though when Lieutenant Daley would
12         sit down and say, All right, Detective, I'm going to
13         discuss how you're doing as a homicide detective?
14         A    No, sir.
15         Q    And did anyone else do that with you when you were a
16         homicide detective?
17         A    No, sir.
18         Q    Do you know whether you will be indemnified by the City
19         of Boston if a jury returns a verdict against you in this
20         case?
21                   MR. ROACHE:  Objection.
22                   MR. CURRAN:  You can answer.
23         A    Can I have that again?
24         Q    Do you know whether you'll be indemnified by the City of
```

23

```
 1              number that you referenced when you were talking to
 2              Mr. Reese?
 3         A    Yes, sir.
 4         Q    And you don't know which numbered photograph Mr. Reese
 5              picked out on August 20th?
 6         A    No, sir.
 7         Q    Was there a procedure in 1988 for the Boston Police
 8              Department as to photo identifications?
 9                   MR. ROACHE:  Objection.
10         Q    A written procedure?
11                   MR. ROACHE:  Objection.
12         A    No, not a written procedure.
13         Q    At some point after that, was there a written procedure
14              developed for photo identifications?
15                   MR. ROACHE:  Objection.
16         A    I'm not aware of a written procedure.
17         Q    Did you ever receive any formal as opposed to
18              on-the-job -- did you ever receive any formal training in
19              identification procedures with the Boston Police
20              Department?
21                   MR. ROACHE:  Objection.
22         A    Yes, sir.
23         Q    And where was that?
24         A    It was taught to me by other officers early on in my
```

```
 1              career about photo identification.
 2       Q      Would it be fair to say that that teaching was on-the-job
 3              teaching as you were doing your job as opposed to formal
 4              classroom or seminar-type training?
 5       A      Yes, sir.
 6       Q      You've never had any formal classroom or seminar type
 7              training in identification procedures; is that true?
 8                      MR. CURRAN:  Objection.
 9                      MR. ROACHE:  Objection.
10       A      I would say the academy we had formal training on photo
11              identification.
12       Q      The academy that you took when you first became a police
13              officer?
14       A      That in the beginning, yes, sir, and in-service training
15              if things have changed.
16       Q      Do you remember any in-service training on the procedure
17              for photo identifications?
18       A      In-service training?
19       Q      Yes, sir.
20       A      No, sir, not that I remember.
21       Q      Do you remember interviewing an individual Travis
22              Johnson?
23       A      Yes, sir.
24       Q      And how did you become aware of Travis Johnson?
```

66