# EXHIBIT G

# CITY OF BOSTON
# SUFFOLK COUNTY
# ABSENCE AND TERMINATION NOTICE

Employee's Name: Richard Walsh

Address: ▓▓▓▓▓  City: ▓▓▓  State: ▓▓  Zip Code: ▓▓▓▓▓  Dept. Police

Employee ID #: 6725   Social Security #: ▓▓▓▓▓   Job Title: ▓▓▓   Det. ▓▓▓

Status: ☒ Permanent  ☐ Provisional  ☒ Full Time  ☐ Part Time  ☐ Temp  ☐ Other

Veteran Status: ☐ Non-Veteran  ☐ Veteran  ☐ Disabled Veteran  ☐ Vietnam Vet.  ☐ Active Reserve

Employed From 10-7-70 to 6-30-03 (last day worked) plus 1 day 7-1-03, Last day on payroll 6-30-03

Last Medical Insurance Deduction Date _____ Last Optional Insurance Deduction Date _____

Leave Plan: Sick _____ Vacation _____ Personal Leave _____ General Deductions ☐ Additional Pay (LIST)

Choose the appropriate section and answer all applicable questions within that section.

## LEAVE OF ABSENCE
Reason: _____
Duration: _____
Appropriate documentation obtained?  ☐ Yes  ☐ No
Was Leave of Absence requested but denied?  ☐ Yes  ☐ No
Reason for denial: _____

## VOLUNTARY SEPARATION
A dated signed resignation or other appropriate documentation
Reason Given for Separation. Refer to On-Line Library and enter appropriate code.

- Resigned (If Police or Fire Department, state whether or not charges are pending).
- Resigned to accept another position in city/county service
- Resigned to accept another position outside city/county service
- Resigned - Illness - Was medical evidence submitted?  ☐ Yes  ☐ No
- Retired. Did health reasons cause retirement?  ☐ Yes  ☐ No
  Was medical evidence submitted?  ☐ Yes  ☐ No
  Did employer offer alternative position?  ☐ Yes  ☐ No

Retired following approval of leave of Absence Chap. 32 Sec. 5

TSKPP-44040

## INVOLUNTARY SEPARATION
A an appropriate documentation to support Involuntary Separation, including termination and warning letters where applicable.
Reason for Involuntary Separation. Refer to On-Line Library and enter appropriate code.

- Compulsory Retirement
- Death
- * Suspended for cause, S-41
- * Discharged for cause S-41
- Injury - Is employee receiving Worker's Compensation?  ☐ Yes  ☐ No
- Other - Please Specify _____

- Terminated during probationary period S-34
- * Position abolished S-41 S-39
- * Layoff - Lack of Work/Money S-41 S-39
- Expiration of Temporary or Provisional Employment or Temporary transfer.
  _____ Yes _____ No.

Was the proper discipline and discharge procedure followed?  ☐ Yes  ☐ No
COBRA option offered at 102% of premiums paid on a monthly basis?  ☐ Yes  ☐ No
* This action is in accordance with seniority in service.
I hereby certified that the provision of G.L. C. 31, S. 43 have been complied with in the case of this employee.
This form to be signed at exit interview.

Supervisor's Signature _____  Employee Signature _____  Date _____

Appointing Authority Signature _____  Date _____

Paul F. Evans, Police Commissioner

-56-OHR 10/99    White (Auditor) - Canary (OHR) - Pink (Dept.)



cob0540

ATTACHMENT ONE

MASSACHUSETTS BOARD OF HIGHER EDUCATION
MASSSACHUSETTS OFFICE OF STUDENT FINANCIAL ASSISTANCE
330 STUART STREET, SUITE 304
BOSTON, MA 02116

POLICE CAREER INCENTIVE PROGRAM

I. ORGANIZATION:  Department Name  BOSTON POLICE DEPARTMENT

II. PERSONAL:  Name  RICHARD W. WALSH

Address _____ City _____ Zip _____

Social Security Number _____

Date of appointment as a REGULAR FULL-TIME POLICE OFFICER in the Department you are currently serving  10-7-70

Present yearly base salary  $63,000

Present rank  DETECTIVE  When attained  1976

III. EDUCATION:

| Dates Attended | Name of Postsecondary Institution | Degree Earned if any: List major field | Credit Hours Earned | Date or expected date of Graduation |
|---|---|---|---|---|
| From 1975 To 1978 | NORTHEASTERN UNIVERSITY | ASSOCIATE IN SCIENCE CRIMINAL JUSTICE | 60 | 6-18-78 |
| From 1975 To 1979 | NORTHEASTERN UNIVERSITY | BACHELOR OF SCIENCE CRIMINAL JUSTICE | 189 | 6-17-1979 |
| From ____ To ____ | | | | |

cob0586

ATTACHMENT ONE

IV. Accompanying this application, proof of credits and degrees earned must be submitted.

1 – Complete this Application in its entirety.

2 – Submit certified transcripts showing the courses taken, credits earned, and degrees awarded by each postsecondary institution attended. The major field of study must be law enforcement or criminal justice, except for degrees in law. If a degree was earned, please submit a copy of the degree along with the certified transcript.

3 – In the event the major field of study is not indicated on any transcript, an accompanying letter from the institution certifying the major field of study to be law enforcement or criminal justice will be required.

V. OTHER INFORMATION

Please include any other information you feel will be helpful in evaluating your application.

The above information is given under penalty of perjury and will be made a permanent part of your file.

_May 26, 2006_
Date

_[signature]_
Signature of Applicant

_[signature]_
Signature of Chief of Police or other Authorized Official

# Northeastern University

Boston, Massachusetts

## University College

*Upon recommendation of the President and Faculty and by authority of the Commonwealth of Massachusetts, the Board of Trustees has conferred the degree of*

**Bachelor of Science**

*upon*

## Richard William Walsh

*with all the honors, privileges and responsibilities appertaining thereunto.*

**Signed and sealed at Boston, Massachusetts, the seventeenth day of June in the year one thousand nine hundred and seventy-nine.**

John W. Jordan
DEAN

Northeastern University Boston Massachusetts

Kenneth G. Ryder
PRESIDENT

cob0588

cob0589

# Northeastern University

Boston, Massachusetts

## University College

Upon recommendation of the President and Faculty and by authority of the Commonwealth of Massachusetts, the Board of Trustees has conferred the degree of

**Associate in Science**

upon

**Richard William Walsh**

with all the honors, privileges and responsibilities appertaining thereunto.

Signed and sealed at Boston, Massachusetts, the eighteenth day of June in the year one thousand nine hundred and seventy-eight.

John W. Jordan
DEAN

NORTHEASTERN UNIVERSITY BOSTON MASSACHUSETTS

Kenneth G. Ryder
PRESIDENT

RICHARD W. WALSH
[redacted]

ENTRANCE DATE: SEPT 29, 1975
CURRENT MAJOR: LAW ENFORCEMENT (BS)

# NORTHEASTERN UNIVERSITY
BOSTON, MASSACHUSETTS 02115
UNIVERSITY COLLEGE

| QTR | COURSE NUMBER | COURSE TITLE | QTR HOURS | GRADE | COMMENT |
|---|---|---|---|---|---|
| FL75 | 94.520 | TRAF SAFTY1 | 2.0 | B | |
| | 94.548 | SOCIAL DEV1 | 2.0 | C | |
| | 94.633 | EV&CRTPROC1 | 2.0 | B | |
| | 97.510 | LE MGT&PLAN | 4.0 | B | |
| WN76 | 94.521 | TRAF SAFTY2 | 2.0 | B | |
| | 94.542 | INT CRMIST2 | 2.0 | B | |
| | 94.547 | SOCIAL DEV2 | 2.0 | C | |
| | 94.622 | CIVLTB&POL2 | 2.0 | A | |
| | 94.631 | CRIMNALLAW1 | 2.0 | D | |
| | 94.634 | EV&CRTPROC2 | 2.0 | B | |
| SP76 | 94.512 | COM POL SYS | 2.0 | B | |
| | 94.561 | POLWORKJUVN | 2.0 | C | |
| | 94.616 | LE URBNCRIS | 2.0 | C | |
| | 94.618 | PROSEC DVLP | 2.0 | A | |
| | 94.619 | FORENSICLAB | 2.0 | B | |
| | 94.632 | CRIMNALLAW2 | 2.0 | C | |
| FL76 | 19.501 | PSYCHOLOGY1 | 2.0 | C | |
| | 19.541 | ABNORPSYCH1 | 2.0 | B | |
| | 94.514 | INTV+INTER1 | 2.0 | C | |
| | 94.530 | POL [illegible] REL | 2.0 | A | |
| | 94.541 | INT CRMIST1 | 2.0 | B | |
| | 94.627 | ADMINJUST 1 | 2.0 | B | |
| WN77 | 19.502 | PSYCHOLOGY2 | 2.0 | B | |
| | 19.542 | ABNORPSYCH2 | 2.0 | B | |
| | 94.515 | INTV+INTER2 | 2.0 | B | |
| | 94.531 | POLCOMUNREL | 2.0 | A | |
| | 94.628 | ADMINJUSTC2 | 2.0 | B | |
| | 97.512 | INTV[illegible]INT | 4.0 | A | |
| SP77 | 19.503 | PSYCHOLOGY3 | 2.0 | A | |
| | 19.543 | ABNORPSYCH3 | 2.0 | B | |
| | 94.[illegible] | [illegible]CJ | 2.0 | A | |
| | 94.55[illegible] | [illegible]REPORT | 2.0 | D | |
| | 94.614 | [illegible] PRAC[illegible] | 2.0 | A | |

01/24/79 TRANSFER OF 012.0 QH FROM
CLEP
05/16/79 TRANSFER OF 024.0 QH FROM
FRANKLIN INST
07/21/78 TRANSFER OF 003.0 QH FROM
COMM COLL AIR FORC

| QTR | COURSE NUMBER | COURSE TITLE | QTR HOURS | GRADE | COMMENT |
|---|---|---|---|---|---|
| SP77 | 94.617 | CRIM [illegible] | [illegible] | [illegible] | |
| FL77 | 21.301 | SOCIO[illegible] | [illegible] | [illegible] | |
| | [illegible] | [illegible] | 3.0 | [illegible] | |
| | 30.30[illegible] | ENGLISH [illegible] | 3.0 | [illegible] | |
| | [illegible] | CRIM[illegible] | [illegible] | [illegible] | |
| WN78 | 21.302 | SOCIOLOGY[illegible] | [illegible] | [illegible] | |
| | [illegible].314 | [illegible]INSTLAW | 3.0 | [illegible] | |
| | 30.30[illegible] | ENGLISH 2 | 3.0 | [illegible] | |
| | 94.339 | CR[illegible] | [illegible] | [illegible] | |
| SP78 | 21.303 | SOCIOLOGY 3 | 3.0 | [illegible] | |
| | 30.307 | ENGLISH 3 | 3.0 | C | |
| | 94.340 | DELINQ PREV | 3.0 | B | |
| | 94.375 | ORGNZ CRIME | 3.0 | B | |
| FL78 | 22.301 | POLIT SCI 1 | 3.0 | I | |
| | 23.304 | AMER HIST 1 | 3.0 | C | |
| | 39.301 | ECON PRINS1 | [illegible] | [illegible] | |
| | 49.400 | HUMANRELAT1 | 3.0 | C | |
| | 94.38[illegible] | DRUG ABUSE | 3.0 | [illegible] | |
| WN79 | 23.305 | AMER HIST 2 | 3.0 | C | |
| | 39.302 | ECON PRINS2 | 3.0 | [illegible] | |
| | 49.401 | HUMANRELAT2 | 3.0 | B | |
| | 94.396 | CIVILAW-CJ2 | 3.0 | A | |
| | 94.399 | ALCOHOLICPB | 3.0 | B | |
| SP79 | 21.350 | JUVN DELINQ | 3.0 | C | |
| | 23.306 | AMER HIST 3 | 3.0 | C | |
| | 26.334 | INTRO LOGIC | 3.0 | C | |
| | 39.303 | ECON PRINS3 | 3.0 | B | |
| | 94.385 | POLMNTLHLTH | 3.0 | A | |

DEGREE(S):
ASSOCIATE IN SCIENCE
JUNE 18, 1978
MAJOR: LAW ENFORCEMENT (AS)

BACHELOR OF SCIENCE
JUNE 17, 1979
MAJOR: LAW ENFORCEMENT (BS)

APR 07 2000

| QUALITY POINTS | HOURS TAKEN | QPA | EARNED HOURS | TRANSFER HOURS | EXPERIENTIAL CREDIT |
|---|---|---|---|---|---|
| 393.000 | 150.0 | 2.620 | 189.0 | 39.0 | |

cob0590

NORTHEASTERN UNIVERSITY
THE NAME OF THE UNIVERSITY APPEARS IN SMALL WHITE PRINT ACROSS THE ENTIRE FACE OF THIS DOCUMENT

# UNIVERSITY OF DELAWARE
## Division of Continuing Education

*Awards this certificate to*     RICHARD W. WALSH

*In recognition of successful completion of*     PRACTICAL HOMICIDE INVESTIGATION SEMINAR
July 14-16, 1986

_____
Vernon J. Geberth, Instructor

_____
PROGRAM SPECIALIST

July 16, 1986
_____
DATE

_____
ASSOCIATE DIRECTOR

cob0661