**EXHIBIT H**

```
                                    Volume:    I
                                    Pages:     1 - 41
                                    Exhibits:  See Index

           UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

                              C.A. NO. 04-11193NG

    - - - - - - - - - - - - - - - :
    SHAWN DRUMGOLD,                :
                        PLAINTIFF  :
    VS.                            :
    TIMOTHY CALLAHAN, ET AL,       :
                        DEFENDANTS :
    - - - - - - - - - - - - - - - :

          DEPOSITION of JOHN DALEY, a witness called on
    behalf of the Plaintiff, pursuant to the provisions of the
    Federal Rules of Civil Procedure, before Nancy M. Walsh,
    Certified Shorthand Reporter (#118593)/Registered
    Professional Reporter and Notary Public in and for the
    Commonwealth of Massachusetts, at the law office of
    Tommasino & Tommasino, Two Center Plaza, Boston,
    Massachusetts 02108, on Wednesday, November 15, 2006,
    commencing at 2:06 p.m.


                      NANCY M. WALSH
               COURT REPORTING SERVICES
                    131 CRANE STREET
              DEDHAM, MASSACHUSETTS 02026
                 TELEPHONE (781) 326-5062
                   FAX (781) 326-5072
```

```
                                                                    10
 1   Q    And how many detectives did you have in your unit in
 2        August of 1988?
 3   A    The best I can do is guess.  I have no memory.
 4            MR. DONNELLY:  Don't guess.
 5   Q    Can you give me an approximation?
 6   A    Maybe 12.  That really is a speculative figure.
 7   Q    How were they organized?
 8   A    They were organized in teams with a sergeant.
 9   Q    How many in each team?
10   A    It would vary, but usually it was two with each team.
11   Q    That would be a sergeant and a detective?
12   A    A sergeant and a couple of detectives.
13   Q    As the head of the Homicide Unit, were you responsible
14        for arranging the training of the members of your unit?
15   A    Yes.
16   Q    And in 1988 and 1989, what kind of formal training was
17        there for homicide detectives?
18   A    There was very little -- there were no schools for
19        homicide trainings.  But there were a few people who did
20        that stuff, and one was a lieutenant detective from New
21        York City named Vernon -- Vernon Geberth or something
22        like that.  I'm not sure of the last name.
23   Q    And did you have your detectives trained by that fellow?
24   A    Yes.
```

```
 1   Q   And how did you go about arranging that?
 2   A   I brought him to Boston.
 3   Q   This Vernon Givens (phonetic)?
 4   A   Yes.
 5   Q   And how many occasions did you bring him to Boston?
 6   A   I brought him once when I was there, and my memory is
 7       that everybody in homicide went to it.
 8   Q   And did he run a seminar?
 9   A   I suppose you could call it a seminar.
10   Q   How long a program did he run?
11   A   Maybe three days. I can't tell you.
12   Q   Was that held in Boston?
13   A   It was at a local college, but I have no memory of where
14       it was.
15   Q   But in the local Boston area?
16   A   Yes.
17   Q   Do you remember when that was?
18   A   All I can do is make an estimate of 1988.
19   Q   All right. Did all of the members of the Homicide Unit
20       go to that?
21   A   To my knowledge, they did.
22   Q   Did the fellow who ran that seminar give out any written
23       materials?
24   A   He had a book.
```

11

```
 1   Q   Do you remember the name of the book?
 2   A   I can't remember the name, but it was certainly about the
 3       homicide investigation. That was the whole -- that's
 4       what the book was about.
 5   Q   Did everybody who went to the seminar get a copy of the
 6       book?
 7   A   I hope they did, but I don't know.
 8   Q   Did you go to the seminar?
 9   A   I never went to the seminar.
10   Q   Did you require that the Homicide Unit members go to the
11       seminar?
12   A   I did.
13   Q   Do you remember any other formal homicide investigation
14       training that was put on while you were head of the
15       Homicide Unit?
16   A   Yes, there were other schools. I went to other schools.
17   Q   Do you remember where you went to other schools?
18   A   One was in New York with the New York State Police, and
19       that was up in Albany or -- it was upstate New York. I'm
20       not sure.
21   Q   Did you keep track anywhere in your records of the
22       training that members of your unit had attended or taken?
23   A   Did I keep track of the records?
24              THE WITNESS: Can I speak to you for a
```

12

```
                                                    18

 1        the performance of the members of your unit?
 2    A   No.
 3    Q   When decisions about promotions were being made, was your
 4        opinion solicited?
 5    A   No.
 6    Q   Was there any procedure whereby you would review the
 7        status of ongoing investigations?
 8    A   I would talk with all officers involved on every case, if
 9        that's what you're asking.
10    Q   And that would just be part of your daily routine?
11    A   Yes.
12    Q   Was there any formal procedure whereby every certain
13        period of time or certain particular times you would sit
14        down on open cases and review them?
15    A   There was no formal procedure, but we did it all the
16        time.
17    Q   Were there ever meetings, full unit meetings?
18    A   Well, there weren't that many people there. And it was a
19        small office, a small floor, and we gathered many times
20        and talked over cases.
21    Q   As part of your day-to-day --
22    A   Yes.
23    Q   -- processing?
24    A   Yes.
```