**EXHIBIT I**

# Boston Police
Personnel Order

January 9, 2001

P.O. # 01-12

## IN MEMORIAM

It is with deep regret that the Police Commissioner announces the death of Sergeant-Detective Paul J. Murphy, I.D.# 06678, on Thursday, January 4, 2001.

Sgt. Murphy was appointed to this department as a Police Officer on October 7, 1970. On January 24, 1979, he was promoted to Detective and was assigned to various specialized units such as Homicide and the Vice Control Unit. On February 14, 1995, he was promoted to Sergeant and was assigned to Area C-6. At the time of his death, he was assigned to the Internal Affairs Division, Org. #51000, where he attained the rank of Sergeant Detective.

During his thirty years of dedicated service, Sgt. Detective Murphy received many letters of commendation and was the recipient of the Thomas F. Sullivan Award and Boston Bank Award in 1986.

Paul F. Evans
Police Commissioner

bh

cob0265

MASSACHUSETTS BOARD OF HIGHER EDUCATION
MASSSACHUSETTS OFFICE OF STUDENT FINANCIAL ASSISTANCE
330 STUART STREET, SUITE 304
BOSTON, MA 02116

POLICE CAREER INCENTIVE PROGRAM

I. ORGANIZATION: Department Name  BOSTON POLICE DEPARTMENT

II. PERSONAL: Name  Paul J. Murphy

Address _____  City _____  Zip _____

Social Security Number _____

Present yearly base salary  $69,486.15

Date of appointment as a REGULAR FULL-TIME POLICE OFFICER in the
Department you are currently serving  Boston Police Department

Present rank  Sergeant Detective   When attained  12-7-98

III. EDUCATION:

| Dates Attended | Name of Postsecondary Institution | Degree Earned if any: List major field | Credit Hours Earned | Date or expected date of Graduation |
|---|---|---|---|---|
| From 8/94 To 6/5/97 | Southern New England School of Law N.Dartmouth, Ma. | Juris Doctor Major: Law | 90 | June 5, 1997 |
| From 1967 To 6/18/78 | Northeastern University Boston, Ma. | Bachelor in Science Major: Law Enforcement | 173 Quarter Hours | June 18, 1978 |
| From ___ To ___ | | | | |

**ATTACHMENT ONE**

IV. Accompanying this application, proof of credits and degrees earned must be submitted.

1 – Complete this Application in its entirety.

2 – Submit certified transcripts showing the courses taken, credits earned, and degrees awarded by each postsecondary institution attended. The major field of study must be law enforcement or criminal justice, except for degrees in law. If a degree was earned, please submit a copy of the degree along with the certified transcript.

3 – In the event the major field of study is not indicated on any transcript, an accompanying letter from the institution certifying the major field of study to be law enforcement or criminal justice will be required.

V. **OTHER INFORMATION**

Please include any other information you feel will be helpful in evaluating your application.

The above information is given under penalty of perjury and will be made a permanent part of your file.

November 10, 1997
Date

_Paul J. Murphy_
Signature of Applicant

_____
Signature of Chief of Police or other Authorized Official



cob0320

# Southern New England School of Law

To all to whom these Presents shall come, Greeting.
Be it known that

## Paul John Murphy

having completed the full course of instruction prescribed for the degree of Juris Doctor in the Southern New England School of Law, and having passed an examination satisfactory to the Faculty upon all the studies of said course, and having met all other prescribed requirements, is hereby admitted by the Trustees of the Southern New England School of Law, by virtue of the authority vested in them by law to the degree of

## Juris Doctor

In Witness Whereof, this Diploma is hereby granted, signed this fifth day of June, 1997.

Chairman of the Board of Trustees

Francis J. Larkin
Dean

# Northeastern University
### Boston, Massachusetts

## University College

Upon recommendation of the President and Faculty and by authority of the Commonwealth of Massachusetts the Board of Trustees has conferred the degree of

## Bachelor of Science
*with honor*
upon

## Paul John Murphy

with all the honors, privileges and responsibilities appertaining thereunto.

Signed and sealed at Boston, Massachusetts, the eighteenth day of June in the year one thousand nine hundred and seventy-eight.




PRESIDENT                CHAIRMAN OF THE BOARD OF TRUSTEES                DEAN

cob0322

BOSTON, MASSACHUSETTS 2 of 2

☐ LINCOLN COLLEGE MAJOR

☒ UNIVERSITY COLLEGE MAJOR LAW ENFOR

| REG. DATE | DATE OF BIRTH | I.D. NUMBER | FIRST NAME & M.I. | LAST NAME |
|---|---|---|---|---|
| | Jul 31 40 | [redacted] | PAUL J | MURPHY |

GRADUATED FROM: CITY OF SCHOOL YR. GRAD. SEX PROG.

| COURSE NUMBER | TITLE | QUARTER HOURS | GR | COURSE NUMBER | TITLE | QUARTER HOURS | GR |
|---|---|---|---|---|---|---|---|
| [redacted] MURPHY | | | PAUSP77 | 22.302 | FCLIT SCI 2 | 03.0 | B |
| 21.503 | SOCIOLOGY 3 | 2.0 | A | CUM 3.019 QH 161.0 CPT 486.0 | | | |
| 45.641 | HUMNRELAINT | 4.0 | A | ASC EH 161.0 | | | |
| 94.603 | LAWENFMATH3 | 2.0 | A | L030280468 MURPHY | | | 940 |
| 94.614 | INTRV PRACT | 2.0 | B | [redacted] MURPHY | | | PAUSP78 |
| 94.626 | LE DATAPROC | 2.0 | A | 22.303 | POLIT SCI 3 | 3.0 | A |
| QPA 3.833 QH 12.0 QPT 46.0 | | | | 23.303 | HISTOFCIV 3 | 3.0 | B |
| CUM 2.913 QH 138.0 CPT 402.0 | | | | 23.306 | AMER HIST 3 | 3.0 | C |
| ASC EH 134.0 | | | | 39.303 | ECON PRINS3 | 3.0 | A |
| CUM ADJUST | | | | QPA 3.250 QH 12.0 QPT 39.0 | | | |
| CUM 3.000 QH 134.0 QPT 402.0 | | | | CUM 3.035 QH 173.0 QPT 525.0 | | | |
| ASC EH 134.0 | | | | ASC EH 173.0 | | | |
| [redacted] MURPHY | | | 941 | | | | |
| [redacted] MURPHY | | | PAUFL77 | | | | |
| 21.347 | SOCL PROBLS | 3.0 | B | | | | |
| 22.301 | POLIT SCI 1 | 3.0 | B | | | | |
| 22.315 | CIVILRIGHTS | 3.0 | B | | | | |
| 23.304 | AMER HIST 1 | 3.0 | B | | | | |
| 39.301 | ECON PRINS1 | 3.0 | B | | | | |
| QPA 3.000 QH 15.0 QPT 45.0 | | | | | | | |
| CUM 3.000 QH 149.0 CPT 447.0 | | | | | | | |
| ASC EH 149.0 | | | | | | | |
| [redacted] MURPHY | | | PAUWN78 | | | | |
| 22.317 | PUB ADMIN 2 | 3.0 | A | | | | |
| 23.305 | AMER HIST 2 | 3.0 | B | | | | |
| 39.302 | ECON PRINS2 | 3.0 | B | | | | |
| QPA 3.333 QH 9.0 QPT 30.0 | | | | | | | |
| CUM 3.019 QH 158.0 CPT 477.0 | | | | | | | |
| ASC EH 158.0 | | | | | | | |

| COURSE NUMBER | TITLE | QUARTER HOURS | GR | COURSE NUMBER | TITLE | QUARTER HOURS | GR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ASSOCIATE IN SCIENCE
19 JUNE 77

BACHELOR OF SCIENCE
WITH HONOR
18 JUNE 78

cob0323

MATRICULATION RECORD

ACCEPTED FOR DEGREE CANDIDACY
IN ASSOCIATE PROGRAM ON

IN BACCALAUREATE PROGRAM ON

SCALE OF MARKS
A - Superior Attainment D - Poor Attainment
B - Good Attainment F - Failure
C - Satisfactory Attain. I - Incomplete
PASS/FAIL MARKS
S-Satisfactory U-Unsatisfactory X-Incomplete
One QH = Three-Fourths Sem. Hr.
Twelve-Week Quarter Calendar.
In computing numerical average: A is weighted

FACULTY ACTION

DEGREE:

DATE:

ENTITLED TO AN HONORABLE DISMISSAL

NOV 04 1999 Linda Allen

ISSUED REGISTRAR

# Boston Police

Office of the Commissioner
154 Berkeley Street
Boston, Massachusetts 02116

October 23, 1995

Jesse E. Hoskins
Personnel Director
City of Baltimore
Civil Service Commission
111 N. Calvert Street
Baltimore, Maryland 21202

Dear Mr. Hoskins:

I am writing to thank you for your recent letter thanking Lieutenant Joseph J. Zinck and Sergeant Paul J. Murphy for participating in your Police Sergeant Oral Examination.

I am very pleased that Lieutenant Zinck and Sergeant Murphy were professional in the performance of their duty and represented this Department so favorably. I am sure that they will appreciate your kind remarks on their behalf. A copy of your letter will be forwarded to their commanding officer and will become a permanent part of their respective personnel files. I will also ensure that your personal letters are forwarded to each of them.

Once again, thank you for taking the time to write.

Sincerely,

Paul F. Evans
Police Commissioner

cc: Captain Robert Dunford
    Captain Thomas Crowley
    Lieutenant Joseph Zinck
    Sergeant Paul Murphy
    Personnel

PFE/kk



# CITY OF BALTIMORE

KURT L. SCHMOKE, Mayor



CIVIL SERVICE COMMISSION
JESSE E. HOSKINS, Personnel Director
111 N. Calvert Street
Baltimore, Maryland 21202

October 16, 1995

Commissioner Paul J. Evans
Boston Police Department
154 Berkely Street
Boston, Massachusetts 02116

Dear Chief Evans:

The City of Baltimore Civil Service Commission, wishes to express its thanks to you for allowing personnel from your agency to participate in our Police Sergeant oral examination, September 18 - 21, 1995.

We especially wish to commend Lt. Joseph J. Zinck, and Sgt. Paul J. Murphy for their outstanding professional expertise in the evaluation process. Because of their fine efforts, we can be assured that the individual(s) selected for this position will successfully carry out the responsibilities of his/her position.

Enclosed are individual letters of thanks, along with a roster of the oral board, which we ask that you forward them for their own records.

Once again, we extend our appreciation and look forward to working with your agency on future projects of mutual interest.

Sincerely,

Jesse E. Hoskins
Personnel Director

JEH/glc
Encl.

cob0330

# FEDERAL BUREAU OF INVESTIGATION

## CERTIFICATE of ATTENDANCE

This is to certify that

DETECTIVE PAUL J. MURPHY - BOSTON POLICE DEPT.

attended a

COLLECTION & PRESERVATION OF PHYSICAL EVIDENCE COURSE

from OCTOBER 6, 1986 to OCTOBER 10, 1986

and is awarded this certificate as evidence of his fulfillment of the requirements for this course of training.

*James W Greenleaf*
*Special Agent In Charge*
*Boston, Massachusetts*
*Federal Bureau of Investigation*

cob0390

# NATIONAL LAW ENFORCEMENT INSTITUTE

*It is hereby certified that*

*Paul J. Murphy*

has successfully completed NLEI's

## HOMICIDE INVESTIGATIONS SEMINAR

Conducted August 4 & 5, 1986
at Boston



Robert M. Jenkins
Executive Director

cob0391

# UNIVERSITY OF DELAWARE
## Division of Continuing Education

*Awards this certificate to*   PAUL MURPHY

*In recognition of successful completion of*   PRACTICAL HOMICIDE INVESTIGATION SEMINAR
December 2-4, 1985

Vernon Geberth, Instructor

PROGRAM SPECIALIST

December 4, 1985
DATE

ASSOCIATE DIRECTOR

cob0411

EDWARD J. KING
GOVERNOR

HENRY F. MAIOLINI
CHAIRMAN

The Commonwealth of Massachusetts
Massachusetts Criminal Justice Training Council
One Ashburton Place, Boston 02108
727-7827

GARY F. EGAN
EXECUTIVE DIRECTOR

FEBRUARY 1979

This is to certify that ___Paul Murhpy___

of ___Boston P.D.___ has attended and completed the

___Heroin & Cocain          K-9 Recertification___ Course

sponsored by the Massachusetts Criminal Justice Training

Council at ___Braintree, Mass.___

on 2/24&26/1979

[signature]
EXECUTIVE DIRECTOR

PLEASE POST IN PERSONNEL FILE

cob0422

EDWARD J. KING
GOVERNOR

HENRY F. MAIOLINI
CHAIRMAN

*The Commonwealth of Massachusetts*
*Massachusetts Criminal Justice Training Council*
*One Ashburton Place, Boston 02108*
727-7827

FEBRUARY 1979

GARY F. EGAN
EXECUTIVE DIRECTOR

This is to certify that __Paul Murphy__

of __Boston P.D.__ has attended the

__K-9 Drug Detection__ Course

sponsored by the Massachusetts Criminal Justice Training

Council at __Braintree, Mass.__ on __2/20/79__



EXECUTIVE DIRECTOR

PLEASE POST IN PERSONNEL FILE

cob0423

EDWARD J. KING
GOVERNOR

HENRY L. MAIOLINI
CHAIRMAN

*Commonwealth of Massachusetts*
*Massachusetts Criminal Justice Training Council*
*One Ashburton Place, Boston 02108*
727-7827

MARCH 1979

This is to certify that ___Paul Murphy___

of ___Boston P.D.___ has attended the

___K-9 In Service Training___

sponsored by the Massachusetts Criminal Justice Training

Council at ___Braintree, Mass.___ in the month of March

PLEASE POST IN PERSONNEL FILE

*[signature]*
EXECUTIVE DIRECTOR

GARY F. EGAN
EXECUTIVE DIRECTOR

cob0424



MICHAEL S. DUKAKIS
GOVERNOR

HENRY F. MAIOLINI
CHAIRMAN

*The Commonwealth of Massachusetts*
*Massachusetts Criminal Justice Training Council*
*One Ashburton Place, Boston 02108*
*727-7827*

December 31, 1978

GARY F. EGAN
EXECUTIVE DIRECTOR

This is to certify that ___P. Murphy___

of ___Boston PD___ has attended the

___K-9 In-Service Training Class___

sponsored by the Massachusetts Criminal Justice Training

Council at ___Boston PD K-9 School___ month ___November 1978___.

_____
EXECUTIVE DIRECTOR

PLEASE POST IN PERSONNEL FILE

cob0427



MICHAEL S. DUKAKIS
GOVERNOR

HENRY F. MAIOLINI
CHAIRMAN

*The Commonwealth of Massachusetts*
*Massachusetts Criminal Justice Training Council*
*One Ashburton Place, Boston 02108*
727-7827

November 30, 1978

This is to certify that ___Paul Murphy___

of ___Boston PD___ has attended the

___DRUG DETECTOR CLASS - HEROIN & COCAINE___

sponsored by the Massachusetts Criminal Justice Training

Council at ___Boston K-9 School___ on ___9/9 - 11/13/78___.

PLEASE POST IN PERSONNEL FILE



EXECUTIVE DIRECTOR

GARY F. EGAN
EXECUTIVE DIRECTOR

cob0428



# LAW ENFORCEMENT OFFICERS TRAINING SCHOOL

### CERTIFICATE OF ATTENDANCE

THIS IS TO CERTIFY THAT

Detective Paul J. Murphy

ATTENDED A SPECIALIZED SCHOOL IN

Forensic Science

HELD AT

Boston Police Academy

FROM  May 8, 1978    TO  May 12, 1978

UNDER SPONSORSHIP OF

BOSTON POLICE DEPARTMENT

IN COOPERATION WITH THE FEDERAL BUREAU OF INVESTIGATION

_Joseph M Jordan_
Police Commissioner
Boston Police Department

_Richard F. Bates_
Special Agent in Charge
F.B.I. - Boston

cob0429