# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                    )
SHAWN DRUMGOLD,                     )
    Plaintiff                       )
                                    )
v.                                  )    CIVIL ACTION NO. 04-11193-NG
                                    )
TIMOTHY CALLAHAN, et. al.,          )
    Defendants                      )
_____)

## AFFIDAVIT OF JOHN P. ROACHE, ESQ. IN SUPPORT OF DEFENDANTS THE CITY OF BOSTON AND FRANCIS M. ROACHE'S MOTION FOR SUMMARY JUDGMENT

I, John P. Roache, do on oath state and depose that:

1. I am duly admitted to practice law in the United States District Court for the District of Massachusetts.

2. I represent Francis M. Roache and the City of Boston in the above-captioned matter.

3. I hereby certify that Exhibits A through J attached to Defendants the City of Boston and Francis M. Roache's Motion for Summary Judgment are true and accurate copies.

Signed under the pains and penalties of perjury this 1st day of October 2007.

                                                  /s/ John P. Roache_____
                                                John P. Roache (BBO# 421680)


## CERTIFICATE OF SERVICE

I, John P. Roache, hereby certify that on October 1, 2007, I served a copy of the above document upon counsel of record by filing with the ECF/Pacer Case Management System.

                                                  /s/ John P. Roache_____
                                                John P. Roache