UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD,
    PLAINTIFF

VS.                                               C.A. NO. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS M.
ROACHE, **PAUL MURPHY**, RICHARD
WALSH, AND THE CITY OF BOSTON,
    DEFENDANTS

### DEFENDANT PATRICIA MURPHY, AS EXECUTRIX OF THE ESTATE OF PAUL MURPHY'S MOTION FOR SUMMARY JUDGMENT

Now comes Defendant Patricia Murphy as Executrix of the Estate of Paul Murphy in the above captioned matter and moves, pursuant to Fed..Rule Civ. P. 56 for summary judgment on the grounds that there is no genuine issue of material facts and she is entitled to judgment in her favor as a matter of law.

In support of its motion, Defendant Patricia Murphy as Executrix of the Estate of Paul Murphy files 1) a Statement of Undisputed Material Facts (filed by Co-defendant Richard Walsh; 2) a Joint List of Exhibits in Support of Defendants Richard Walsh and Paul Murphy's Motion for Summary Judgment; and Defendant Patricia Murphy, *as Executrix of the Estate of* Paul Murphy's Memorandum of Law in Support of Motion for Summary Judgment.

                                              PATRICIA MURPHY, *AS*
                                              *EXECUTRIX OF THE ESTATE*

2

*OF* PAUL MURPHY
BY HER ATTORNEY,


/S/ William M. White, Jr.
William M. White, Jr.
BBO#: 546283
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109
(617) 723-7339