# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD

V.                                       CASE NO. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS M. ROACHE,
PAUL MURPHY, RICHARD WALSH and THE CITY OF BOSTON

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**DEFENDANTS' CONSOLIDATED EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| 10/1/07 | /s/ HUGH R. CURRAN |
| Date | /s/ WILLIAM WHITE |
| | Attorney for |
| | RICHARD WALSH & PAUL MURPHY |

(Notice of Filing.wpd - 7/03)