UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
SHAWN DRUMGOLD                     )
         Plaintiff,                )
                                   )
     v.                            )        C.A. NO.: 04-11193NG
                                   )
TIMOTHY CALLAHAN, FRANCIS M.       )
ROACHE, PAUL MURPHY, RICHARD       )
WALSH, and THE CITY OF BOSTON,     )
         Defendants.               )
_____)
```

**CONSOLIDATED EXHIBITS IN SUPPORT
OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**Exhibit**

| | |
|---|---|
| **1** | Complaint, dated June 3, 2004 |
| **2** | (Search Warrant) Affidavit of Detective Richard W. Walsh |
| **3** | August 25, 1989 Recorded Statement of Chris Cousins |
| **4** | August 20, 1988 Recorded Statement of Tyron Brewer |
| **5** | August 20, 1988 Recorded Statement of Travis Johnson |
| **6** | August 21, 1988 Recorded Statement of Chris Cheney |
| **7** | August 24, 1988 Report of Investigation |
| **8** | August 20, 1988 Recorded Statement of Mervin Reese |
| **9** | August 26, 1988 Report of Investigation |
| **10 (A)** | March 7, 2007 Affidavit of Madelyn Powell Hamilton |
| **10 (B)** | March 13, 2007 Deposition of Madelyn Powell Hamilton |
| **11** | May 22, 1989 Memorandum from to Phil Beauchesne from Richard Dahill |
| **12 (A)** | August 31, 1988 Recorded Statement of Antonio Anthony |
| **12 (B)** | September 2, 1988 correspondence from Detective Murphy to Deputy Superintendent Joseph Dunford |

**Exhibit**

| | |
|---|---|
| **12 (C)** | July 30, 2003 New Trial Testimony of Antonio Anthony |
| **12 (D)** | September 26, Voir Dire of Antonio Anthony |
| | |
| **13 (A)** | October 10, 1989 Trial Testimony of Timothy Callahan |
| **13 (B)** | August 6, 2003 New Trial Testimony of Timothy Callahan |
| **13 (C)** | March 2, 2007 Deposition of Timothy Callahan |
| **13 (D)** | May 31, 2007 Deposition of Timothy Callahan |
| | |
| **14 (A)** | March 31, 1994 New Trial Testimony of Steven Rappaport, Esq. |
| **14 (B)** | August 4, 2003 New Trial Testimony of Steven Rappaport, Esq. |
| **14 (C)** | August 4, 2006 Deposition of Steven Rappaport, Esq. |
| **14 (D)** | February 3, 2007 Deposition of Steven Rappaport, Esq. |
| | |
| **15 (A)** | March 2, 1989 Testimony of Richard Walsh |
| **15 (B)** | October 5, 1989 Trial Testimony of Richard Walsh |
| **15 (C)** | October 6, 1989 Trial Testimony of Richard Walsh |
| **15 (D)** | August 3, 2003 New Trial Testimony of Richard Walsh |
| **15 (E)** | February 19, 2007 Deposition of Richard Walsh |
| **15 (F)** | September 14, 2006 Deposition of Walsh Deposition |
| | |
| **16** | Criminal Docket |
| | |
| **17 (A)** | September 8, 1988 Grand Jury Testimony of Tracie Peaks |
| **17 (B)** | October 3, 1989 Trial Testimony of Tracie Peaks |
| **17 (C)** | July 31, 2003 New Trial Testimony of Tracie Peaks |
| **17 (D)** | April 28, 2006 Deposition of Tracie Peaks |
| **17 (E)** | September 15, 2006 Deposition of Tracie Peaks |
| | |
| **18** | March 2, 2006 Deposition of Betty Peaks |
| | |
| **19 (A)** | September 19, 2006 Deposition of Scott Keller |
| **19 (B)** | October 19, 2006 Deposition of Scott Keller |
| | |
| **20 (A)** | August 29, 1988 Recorded Statement of Shawn Drumgold |
| **20 (B)** | November 30, 2006 Deposition of Shawn Drumgold |
| **20 (C)** | July 17, 2007 Deposition of Shawn Drumgold |
| | |
| **21 (A)** | Carney Hospital Medical Records for Mary Alexander |
| **21 (B)** | October 3, 1989 Trial Testimony of Mary Alexander |
| | |
| **22 (A)** | April 4, 2006 Deposition of Lola Alexander |
| **22 (B)** | July 30, 2003 New Trial Testimony of Lola Alexander |
| | |
| **23 (A)** | March 2, 1989 Testimony of Paul Murphy |

**Exhibit**

| | |
|---|---|
| **23 (B)** | October 6, 1989 Trial Testimony of Paul Murphy |
| **23 (C)** | January 4, 2001 Paul J. Murphy Certificate of Death |
| **24** | *Commonwealth v. Drumgold and Taylor*, Crim. A. Nos. 071882/83 (Mass. Super. May 18, 1989) (Consolidated Memorandum on Defendant Shawn Drumgold's Motion to Dismiss for Prosecutorial Misconduct; Defendants' Motions to Suppress Statements; Defendants' Motions to Dismiss for Insufficient Evidence Before Grand Jury and Impairment of Grand Jury Proceedings) |
| **25 (A)** | November 15, 2006 Deposition of John Daley |
| **25 (B)** | February 21, 2007 Deposition of John Daley |
| **26 (A)** | June 10, 1989 Recorded Statement of Vantrell McPherson. |
| **26 (B)** | October 3, 1989 Trial Testimony of Vantrell McPherson |
| **26 (C)** | March 17, 2006 Deposition of Vantrell McPherson |
| **27 (A)** | August 16, 1989 Recorded Statement of Eric Johnson |
| **27 (B)** | October 4, 1989 Trial Testimony of Eric Johnson |
| **28 (A)** | August 6, 1989 Recorded Statement of Ricky Evans |
| **28 (B)** | June 26, 2006 Deposition of Ricky Evans |
| **28 (C)** | July 10, 2006 Deposition of Ricky Evans |
| **28 (D)** | January 30, 1990 Memorandum from Assistant District Attorney Paul F. Connolly to Victim Witness Advocate Laura Scherz |
| **29 (A)** | July 1, 1989 Statement of Olisa Graham |
| **29 (B)** | July 29, 2003 New Trial Testimony of Olisa Graham |
| **29 (C)** | May 17, 2006 Deposition of Olisa Graham |
| **30** | Homicide Unit Investigative Report re: Interview of Olisa Graham, dated July 23, 2003 |
| **31 (A)** | July 29, 2003 New Trial Testimony of Gemini Hullum |
| **31 (B)** | February 20, 2006 Deposition of Gemini Hullum |
| **31 (C)** | May 11, 2006 Deposition of Gemini Hullum |
| **32** | November 16, 2006 Deposition of Paul McDonough |
| **33** | *Commonwealth v. Drumgold*, Crim. A. No. 071882-3 (Mass. Super. June 30, 1994) (Memorandum of Decision on Defendant's Motion for Reconsideration of Motion for a New Trial) |

**Exhibit**

| | |
|---|---|
| **34** | Commonwealth's Motion for Evidentiary Hearing on Defendant's (Third) Motion for New Trial Witness List |
| **35** | Criminal Trial Witness Testimony Indices |
| **36** | New Trial Witness Testimony Indices |
| **37** | October 1, 2007 Affidavit of Richard Walsh |