# CALLAHAN EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

## AFFIDAVIT OF COUNSEL

I, Mary Jo Harris, counsel for the Defendant Timothy Callahan, hereby depose and state as follows:

1. There is a reference to a report authored by Callahan, reflecting an interview of Ricky Evans, that is apparently dated June 21, 1989. This report was the subject of inquiry by Steven Rappaport during his examination of Callahan at the trial of Shawn Drumgold.

2. Counsel have inquired of the District Attorney's Office with regard to this report. As of the date of this writing, the report of June 21, 1989 has not been located.

Signed under the pains and penalties of perjury this 1st day of October, 2007.

/s/Mary Jo Harris