# CALLAHAN EXHIBIT C

# Boston Police

Page __1__ of __
Date Sept. 12
CC# 91-71890(

DISTRICT/UNIT  Homicide Unit

TO: Lt. Det. Edward McNelley

FROM: Sgt. Det. Timothy Callahan and Det. Miller Thomas

SUBJECT: Ricky Evans / Tiffany Moore Murder

On September 12, 1989, the above officers met with Ricky Evans.

Ricky Evans states that at approximately 11:00 a.m., an individual who identified himself as Lawrence Fallon, a private investigator who was investigating the Tiffany Moore Murder.

Ricky Evans states Mr. Fallon came to the door and requested to talk to Ricky Evans. Ricky Evans states that he came to the hallway and observed Mr. Fallon in the hallway. Ricky Evans states the investigator stated the following:

" Did the police force you to testify?"

" It's not too late not to testify."

" It's best that you don't testify."

" Who are the detectives on the case?"

" How long ago did you tell the police?"

Mr. Fallon stated that he'd keep in touch.

Ricky Evans states he wasn't sure whether Mr. Fallon was a police officer or not and replied that he doesn't know to all questi---

Respectfully submitted,

Sgt.Det.Timothy Callahan
Det. Miller Thomas

BPD Form 26

BPDHOM 1975