# CALLAHAN EXHIBIT H

11/30/89

Ellen English w/c Laura in a few days after METHAP responds to paperwork.

- Lola Alexander will have to attend a briefing to learn about the program
- they will send papers (or give them to mother) to send to Mary to sign.
- the mother will get voucher at briefing but it will have to be signed by Mary.

- They should receive the voucher very soon after METHAP reviews papers.

- I related all this info to Lola Alexander on 11/30/89 @ 4:45 p.m.
- call her after 7 p.m.
- called Mary A. on 11/30 + spoke w/ her @ length
  1) procedure of E.O.C.D
  2) places of residence
  3) her concern; she almost had a seizure on Sunday, 11/26, and the doctors in alabama are not so good and also apprehensive about treating

SCDA3165

12-15-89

Spoke to Ellen English at EOCD re status of Mary Alexander's Section 8. Said waiting only for income verification from welfare.

Mary concerned about inadequate health care for her seizure disorder. Is anxious to get back to own doctor etc.

Concerned that must meet with welfare worker (Mrs. Clark) Jan 13 for her 6 month face-to-face. If Mary not here, I will intercede. Mary has not told welfare of her temporary relocation and checks continue to go to her mother's.

SCDA3163