UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

## DEFENDANT TIMOTHY CALLAHAN'S MOTION TO ALLOW CORRECTED FILING

Now comes the defendant, Timothy Callahan, and respectfully requests that the Court allow him to file a CORRECTED statement of undisputed, material facts.  As grounds therefor, undersigned counsel represents that in preparing the E-filings for Callahan's motion for summary judgment, a working draft of the statement of facts rather than the proofed and correct version was inadvertently converted to an electronic document and filed.

The correct statement of facts is attached hereto.  Counsel was unable to reach PACER assistance as of the time of this filing.

Respectfully submitted,
Defendant Timothy Callahan
By his attorney,

__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated: October 1, 2007