UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

_____

SHAWN DRUMGOLD,                         )
                                        )
            Plaintiff                   )
                                        )
vs.                                     )
                                        )
CITY OF BOSTON, ET AL.,                 )
                                        )
            Defendants                  )
_____)

## DEFENDANTS'  MOTION FOR CORRECTION

        Defendant Callahan moves this Court to allow him to file a correction to the

Defendants' Motion for Sanction or Instruction, previously filed with the Court on

September 25, 2007, to file the exhibits referenced in the supporting Memorandum of

Law filed therewith.  Counsel inadvertently failed to attach the exhibits when filing

through the PACER system, and repeated efforts to correct the motion through the

PACER help desk have been unsuccessful.

        The exhibits are attached to this Motion.

                                    Respectfully submitted,
                                    Defendant Timothy Callahan
                                    By his attorney,


                                    __/s/ Mary Jo Harris_____
                                    Mary Jo Harris, BBO # 561484
                                    Morgan, Brown & Joy, LLP
                                    200 State Street
                                    Boston, MA 02109-2605
                                    (617) 523-6666

Dated: October 11, 2007