# EXHIBIT E

# Deposition of Gatewood West

```
00001
 1           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
 2

 3      ------------------------X
        SHAWN DRUMGOLD,
 4         Plaintiff

 5
           V.           Case No. 04-11193NG
 6

 7      TIMOTHY CALLAHAN, FRANCIS
        M. ROACHE, PAUL MURPHY,
 8      RICHARD WALSH, and THE
        CITY OF BOSTON,
 9         Defendants
        ------------------------X
10

11

12           DEPOSITION OF GATEWOOD WEST, a

13      witness called to testify by and on behalf of

14      the Defendants, pursuant to the applicable

15      rules of the Federal Rules of Civil

16      Procedure, before M. ELAINE GANSKA, a

17      Stenographic Reporter and Notary Public in

18      and for the Commonwealth of Massachusetts, at

19      the offices of Bonner Kiernan Trebach &

20      Crociata, Attorneys at Law, One Liberty

21      Square, Boston, Massachusetts, on Monday,

22      July 23, 2007, commencing at 2:06 p.m.

23
                FEDERAL COURT REPORTERS
24         781-585-6741        978-535-8333
```

```
00002
 1      APPEARANCES

 2      ROSEMARY SCAPICCHIO, Attorney at Law
        4 Longfellow Place
 3      Boston, Massachusetts 02114
        ON BEHALF OF: The Plaintiff
 4

 5      BONNER KIERNAN TREBACH & CROCIATA
        BY: PAULA J. CLIFFORD, Attorney at Law
 6      One Liberty Square
        Boston, Massachusetts 02109
 7      ON BEHALF OF: Defendant Walsh

 8
        WILLIAM M. WHITE, JR. and ASSOCIATES
 9      BY: WILLLIAM M. WHITE, JR., Attorney at Law
        One Faneuil Hall Marketplace
10      Boston, Massachusetts 02109
        ON BEHALF OF: Defendant Murphy
11

12      JOHN P. ROACHE and ASSOCIATES
        BY: JOHN P. ROACHE, Attorney at Law
13      66 Long Wharf
        Boston, Massachusetts 02110
14      ON BEHALF OF: Defendants Roache and City
        of Boston
15

16      MORGAN, BROWN & JOY
        BY: MARY JO HARRIS, Attorney at Law
17      200 State Street
        Boston, Massachusetts 02109
18      ON BEHALF OF: Defendant Callahan

19

20

21

22

23

24
```

00079
1 Q. Okay.

2 A. Because I was not interested in the legal

3   facts. I was interested in trying to help

4   Rosemary get whatever information she needed

5   and trying to be calm and reassuring --

6 Q. Okay.

7 A. -- to these young people and to their

8   mothers.

9 Q. Do you recall if you were speaking to them in

10   order to elicit information from them about

11   the facts of what they observed --

12 A. Right.

13 Q. -- or whether you were trying to reassure

14   them or calm them prior to testifying?

15 A. No. I was -- Rosemary said, "Would you go

16   and take an affidavit?"

17       I said, "Well what does that

18   mean?"

19       She said, "Just get them to tell

20   their story and write it down."

21 Q. Okay.

22 A. "Just let them dictate to you what they

23   remember."

24 Q. Okay. And do you remember how many of these

00080
1      individuals you spoke to?
2  A.  Just two.
3  Q.  Just two.
4          And you're clear that there were
5      two?
6  A.  I think it's just two.
7          It was in the cafeteria at the
8      courtroom.
9  Q.  Okay.
10 A.  And she was going to use those notes before
11     she interviewed them on the witness stand if
12     she decided to interview them.
13 Q.  Okay. Do you recall -- and forgive me if I'm
14     repeating myself, but do you recall that
15     these were two women?
16 A.  Yes.
17 Q.  Okay. And is it your recollection that they
18     were two of the witnesses who had been young
19     women at the time of the original trial?
20 A.  I believe so, yes.
21 Q.  Were they both accompanied by their moms when
22     you spoke with them?
23 A.  I believe so.
24 Q.  Do you recall the name Vantrell McPherson?

```
00081
```
 1  A.  I think he asked me that. I don't remember

 2     that name.

 3  Q.  Okay. So you don't recall that being one of

 4     the witnesses --

 5  A.  It could have been.

 6  Q.  -- one way or the other?

 7  A.  I don't remember the name.

 8  Q.  Okay. Do you remember whether you saw them

 9     on the same day?

10  A.  Yes.

11  Q.  Were they seated together when you spoke with

12     them?

13  A.  No.

14  Q.  So you saw them --

15  A.  There was one daughter and mother and then

16     another daughter and mother.

17  Q.  Okay, fair enough.

18         Do you recall the substance of

19     what the first young woman said to you when

20     you began speaking with them?

21  A.  I don't remember the substance at all.

22  Q.  Okay. Do you recall whether you were given

23     any kind of a script or a list of questions

24     to ask the witnesses?

00082
1  A.  I must have been, but I don't remember what
2      it was.
3  Q.  Do you recall whether it was typewritten or
4      handwritten?
5  A.  Handwritten.
6  Q.  Do you recall how many pages it was?
7  A.  I think probably it was three or four
8      questions.
9  Q.  In total?
10 A.  Yes.
11 Q.  Okay. Forgive me, I know -- do you remember
12     anything about these questions?
13 A.  No.
14 Q.  Do you remember if it was --
15 A.  Just basic background information, name and
16     address, and then what did they remember
17     about --
18 Q.  Okay.
19 A.  -- what happened to them.
20 Q.  Do you recall whether the questions that you
21     were given were tailored to the witnesses
22     that you were speaking to?
23 A.  Well it was the same for both of them.
24 Q.  The questions were the same for both of them?

00083
1  A.  Mm-hmm.

2  Q.  And you have to give her a verbal answer.

3  A.  The same for both of them.

4  Q.  Do you recall how you recorded the

5     information that the witnesses gave to you?

6  A.  Longhand on paper.

7  Q.  Okay. And did you tape-record these

8     conversations?

9  A.  No.

10 Q.  What did you do with the notes after you

11    wrote them, after interviewing these women?

12 A.  Gave them to Rosemary.

13 Q.  Did you keep a copy for yourself?

14 A.  No.

15 Q.  Do you know whether those notes were reduced

16    to a typewritten affidavit?

17 A.  No, I don't know.

18 Q.  Okay. So you were never shown a typewritten

19    document and asked to review it for its

20    accuracy?

21 A.  No.

22 Q.  Did you ever have any information about what

23    happened to those notes after you turned them

24    over to Attorney Scapicchio?

00084
1  A.  No.
2  Q.  Do you recall at what stage in the
3      proceedings in the motion for new trial it
4      was that you spoke to these witnesses?
5  A.  Well it wasn't the first day, and it wasn't
6      the sixth day, so it was somewhere between
7      the second and the fifth day.
8  Q.  Okay.  How do you remember it wasn't the
9      first day?
10 A.  Because I would have remembered that.
11 Q.  You would have remembered it being the --
12 A.  The first day.
13 Q.  -- first day of the hearing?
14 A.  Yes.
15 Q.  Did you know prior to going to court that you
16     were going to be playing this role,
17     interviewing witnesses?
18 A.  It didn't seem like much of a role to me.  It
19     was just doing a couple of short interviews.
20 Q.  Okay.  Did you know that this was a task that
21     you would be asked to perform?
22 A.  No.
23 Q.  Had Ms. Scapicchio or anybody else spoken to
24     you about the need to gather information from

00085
1    the witnesses who were appearing?
2  A. No.
3  Q. Do you recall how it came up that you were
4    asked to do this?
5  A. I think I may have said, Is there anything I
6    can do?
7  Q. And do you recall anything of the substance
8    of the conversation with Ms. Scapicchio?
9         And I'm assuming that it's
10   Ms. Scapicchio that you're speaking to?
11 A. Yes.
12 Q. Okay.
13 A. I think she said, Well you can go and take an
14   affidavit from that person and that person.
15        I said, "Well what does that
16   mean?"
17        She said, "Just write down some
18   answers to some questions."
19 Q. Okay. Do you recall whether you had any
20   conversation with the witnesses other than
21   asking the three or four questions that had
22   been written down for you to ask?
23        (Pause)
24 A. I'm trying to think whether I had any other

00105
1  A.  (Shakes head)

2  Q.  I'm sorry if I asked this question earlier.

3      You were mentioning that at some point you

4      were in a -- quote, in a cafeteria, I

5      believe, preparing some affidavits for

6      Ms. Scapicchio?

7  A.  Mm-hmm.

8  Q.  Is that yes?

9  A.  (No response)

10 Q.  Is that yes?

11 A.  Yes.

12 Q.  And with respect to those affidavits, you

13     said that you took some notes down about what

14     the individuals had to say?

15 A.  Mm-hmm, correct.

16 Q.  And when you completed your first affidavit,

17     did you show that to the person you were

18     interviewing and ask them if you had written

19     down what they said correctly?

20         MS. SCAPICCHIO:  She hasn't said

21     it was an affidavit, has she?

22         MR. WHITE:  That's my

23     recollection.

24 A.  I don't remember.

```
00106
 1 Q.  Okay. With respect to the second individual,
 2     after you had written down what they had to
 3     say, do you remember if you ever showed it to
 4     them and said, you know, would you look this
 5     over and tell me if I got it right?
 6 A.  If Rosemary had asked me to do that, I would
 7     have done that. I don't remember now.
 8 Q.  And --
 9 A.  Affidavit may have been the wrong word. It
10     may have just been she wanted me to go and
11     sit down with them and take it down.
12 Q.  So a statement, take a statement down?
13 A.  Take a statement so that she would then have
14     it, and she could use that for her notes.
15 Q.  Okay. Well as you were asking the questions
16     from the -- from the script and the
17     individual was giving you the answers, you
18     were writing --
19 A.  Correct.
20 Q.  -- it down?
21 A.  Correct.
22 Q.  And you were trying to take it down to the
23     best of your ability?
24 A.  Right.
```

00107
1  Q. And at any point while you were taking
2     information down, did you ever show it to
3     either of the witnesses to see if you had --
4     see if they agreed with what you had written?
5  A. Normally when I write a letter for a client,
6     I read it back to the client before I type it
7     up, so I may have done that --
8  Q. You may have --
9  A. -- with these women.
10 Q. You may have read it back?
11 A. Yes.
12 Q. And then they --
13 A. And given them a chance to edit it if they
14    wanted.
15 Q. Did you --
16 A. But I don't remember, to be honest, whether I
17    did that or not.
18 Q. Okay. You don't recall any particular edits
19    at this point in time?
20 A. I don't remember any.
21 Q. Thank you. I don't have any further
22    questions.
23          EXAMINATION BY MS. CLIFFORD
24 Q. Ms. West, I just have a few questions. My

00121
1 Q. Were you aware at that time that they had
2     prepared written affidavits?
3 A. No.
4 Q. That's all I have. Thank you.
5 A. Okay.
6         [Whereupon, at 4:15 p.m., the
7         deposition was concluded.]
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24