UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
| Defendants | ) |

## REQUEST FOR HEARING

I, Mary Jo Harris, counsel for the defendant Timothy Callahan hereby request that the Court hear argument on the Defendants' Motion for Sanction or Instruction, filed with the Court on September 25, 2007.

    Respectfully submitted,
    Defendant Timothy Callahan
    By his attorney,


    __/s/ Mary Jo Harris_____
    Mary Jo Harris, BBO # 561484
    Morgan, Brown & Joy, LLP
    200 State Street
    Boston, MA 02109-2605
    (617) 523-6666

Dated: October 11, 2007