UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD

V.                                            CASE NO. 04-11193NG

TIMOTHY CALLAHAN, ET AL.

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

PLAINTIFF'S EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

10/31/2007                                    /s/ Michael Reilly
Date                                          Attorney for
                                              Shawn Drumgold

(Notice of Filing.wpd - 7/03)