# Commonwealth of Massachusetts
UNITED STATES OF AMERICA

## CERTIFICATE OF DEATH
FROM THE RECORDS OF DEATH IN THE CITY OF MALDEN, MASSACHUSETTS, USA

**The Commonwealth of Massachusetts**
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

REGISTERED NUMBER: 000068

| Field | Value |
|---|---|
| Decedent Name | Paul John Murphy |
| Sex | Male |
| Date of Death | January 4, 2001 |
| Place of Death (City/Town) | Boston |
| County of Death | Suffolk |
| Hospital or Other Institution | Boston Medical Center |
| Place of Death | Inpatient |
| Social Security Number | 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 |
| US War Veteran | Vietnam |
| Hispanic Origin | No |
| Race | White |
| Decedent's Education | 5+ (College) |
| Age | 60 |
| Date of Birth | July 31, 1940 |
| Birthplace | Cambridge, MA |
| Marital Status | Married |
| Last Spouse | Patricia A. Martin |
| Usual Occupation | Police Officer |
| Kind of Business/Industry | Law Enforcement |
| Residence | 48 Taylor St. Malden, Middlesex, MA |
| Zip Code | 02148 |
| Father | Paul W. Murphy |
| State of Birth | MA |
| Mother | Marguerite Sousa |
| State of Birth | MA |
| Informant's Name | Patricia A. Murphy |
| Mailing Address | 48 Taylor St. Malden, MA 02148 |
| Relationship | Wife |
| Method of Disposition | Burial |
| Funeral Service Licensee | Richard R. Burns Jr. |
| License # | 5607 |
| Place of Disposition | Woodlawn Cemetery |
| Location | Everett, MA |
| Date of Disposition | Jan. 8, 2001 |
| Facility | E.E. Burns & Son Inc. 204 Main St. Malden, MA 02148 |

Part I — Cause of Death:
- a. Immediate Cause: Cardiovascular Collapse — Minutes
- b. Bradycardia — Minutes
- c. Underlying Cause: Coronary Artery Disease — Years

| Field | Value |
|---|---|
| Was Autopsy Performed? | No |
| Case Referred to M.E.? | No |
| Manner of Death | Natural |
| Signature / Certifier | M. Burch MD |
| Date Signed | January 4, 2001 |
| Hour of Death | 6:35 A |
| Name of Attending Physician | Harold Lazar, M.D. |
| Certifier | Miguel Burch, M.D. 1 Boston Medical Ctr. Pl. Boston, MA 02118 |
| License No. of Certifier | 8951 |
| Was There a Pronouncement Form? | No |
| Date of Burial Permit Issued | January 2001 |
| Received in the City/Town of | Boston |
| Clerk's Signature | Judith A. McCarty |
| Date of Record | JAN 0 9 2001 |

KAREN ANDERSON, depose and say that I hold the office of City Clerk of the City of Malden, County of Middlesex and Commonwealth of Massachusetts; that the records of Births, Marriages and Deaths in said City are in my custody, and that the above is a true extract from the Records of Death in said City as certified by me.

Witness my hand and Seal of said City, on the 11TH day of APRIL, 2006

City Clerk