Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

MIDDLESEX Division

Docket No. 01P0425EP

# INVENTORY

To _Patricia A Murphy_

of _Malden in the County of Middlesex_

~~Administrator/Administratrix~~ — ~~Executor~~/(Executrix) — ~~Trustee~~ — ~~Guardian~~ — ~~Conservator~~ — ~~Receiver~~.

YOU are directed to appraise, under the penalties of perjury, the estate and effects of _Paul J Murphy AKA Paul John Murphy_ late of _Malden in the County of Middlesex_ which may be in said Commonwealth; and return to the Probate Court for said County of ___Middlesex___

DATE OF THIS APPOINTMENT

_April 10, 2001_

_John R Buonomo_
Register of Probate Court

Pursuant to the foregoing order to __Patricia A. Murphy, Exec__ said estate is appraised as follows:

Amount of Personal Estate, as per schedule exhibited, _____ $ _22,122.39_

Amount of Real Estate, as per schedule exhibited, _____ $ _0_

I — ~~WE~~ — Patricia A. Murphy the — ~~trustee×× administrator/administratrix××~~ executor/executrix — ~~guardian××conservator××receiver××~~ — , of the estate of said deceased, certify under the penalties of perjury that the foregoing is a true and perfect inventory of all the estate of the within named that has come to — my ~~×××~~ — possession or knowledge, and sets forth the actual market values of the various items thereof ascertained by — me ~~×××~~ — to the best of — my ~~×××××~~ knowledge, information and belief.

_Patricia A. Murphy_
Patricia A. Murphy

_Dec 3, 2001_
Date(s)

Signature(s)

CJ-P 41 (5/89)

_Filed Dec 14, 2001_