For Petitioner: Donald R. Fayman, Esq.
640 Main St.
Malden, Mass. 02148

Tel No. (781) 324-7752

For Respondent: _____

_____

_____

Tel. No. _____

Publication in the _____

_____

Docket No. 01P 0425EP

Paul J. Murphy

1st & f. **Account** Estate

Filed June 20, 20 05

Citation Issued _____, 20 ___

Returnable _____, 20 ___

Allowed July 18, 20 08

Recorded Vol. _____ Page _____

Sole legatee assents

## Instructions

Refer to Massachusetts General Laws Chapter 206.
(Sugested format for Schedules and use continuation sheets as needed)

SCHEDULE A — shall contain the amount of personal property and with respect to a trustee, guardian or conservator, also the amount of real property, per inventory or balance of principal according to next prior account, and amounts received on account of principal or gains from the sale of any property.

SCHEDULE B — shall contain amounts paid out and charges on account of principal, losses and distributions of estates.

SCHEDULE C — shall contain the investment of the balance of such account with market values of all assets separately stated. A final account of fiduciary shall contain no balance in this Schedule. Schedule C requires both appraised (book) and market values (P.R. 29A).

SCHEDULE D — trustees only shall report balance of income according to next prior account and amounts received on account of income.

SCHEDULE E — trustees only shall report payments chargeable to income.

SCHEDULE F — trustees only shall report balance of income.