Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

Middlesex Division                              Docket No. 01P0425EP

## Account

First & Final _____ Account of __Patricia A. Murphy__
_____ and _____
J. Murphy, aka Paul John Murphy ___ as __Executrix of the Estate of Paul__
(Specify type of fiduciary and name of estate)

This account is for the period of __April 10, 2001__ to __April 10, 2002__
_____ inclusive.

| | |
|---|---|
| Principal amounts received per Schedule A | $ 23,828.60 |
| Principal payments and charges per Schedule B | $ 23,828.60 |
| Principal balance invested per Schedule C | $ 0.00 |
| Market value as of _____ (date) per Schedule C | $ 0.00 |
| Income received per Schedule D | $ 0.00 |
| Payments from income per Schedule E | $ 0.00 |
| Income balance per Schedule F | $ 0.00 |

The United States Veterans' Administration is not - a party in interest to this account. The ward is - is not - a patient in a State Hospital.

I certify under the penalties of perjury that the within account is just and true.

Date __May 26  2005__

*Patricia A. Murphy* (signed)
Patricia A. Murphy

_____
Signature of Fiduciary

The undersigned, being __all the persons__ _____ interested, having examined the foregoing account, request that the same may be allowed without further notice.

CJ-P 30 (8/88)