## SCHEDULE A

### PRINCIPAL AMOUNTS RECEIVED

1. As per Inventory- value of personal property received by Executrix     $22,112.39

2. Payment- Advancement of cash funds from Executrix- from her individual personal estate- for preferred debts and expenses of Estate     $1,716.21

                                                                                                    $23,828.60

Total: