SCHEDULE B

PRINCIPAL PAYMENTS & CHARGES

1. E.E. Burns & Son -- Funeral Services               $6,057.05

2. Woodlawn Cemetery-- Burial Plot & Services         $3,265.00

3. Woodlawn Memorials-- burial monument--             $  782.25

4. Sears Roebuck & Co-- Claim of debt filed           $  949.30

5. The Education Resources Institute, Inc.            $10,915.00
   (TERI) -- Claim of debt filed

6. Donald R. Faymen-- Legal Fees & Probate
   Administration expenses/costs                      $1,760.00
   *(Executrix paid excess of balance
   due from her personal funds )

                                                      ──────────

Total:                                                $23,828.60