**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Middlesex Division

Docket No. 01P0425-EP

## Judgment

Estate of __Paul J. Murphy aka Paul John Murphy__

At the Probate and Family Court held at __Cambridge__

in and for said County, on __JUL 1 8 2005__ 20 __05__.

The __First & Final__ account(s) of __Patricia J. Murphy__,

__Executrix__

of the estate of __Paul J. Murphy__

(late) of __48 Taylor Street__   __Malden__   __Middlesex__   __02149__
(street and no.)              (city or town)   (county)        (zip)

The said account(s) of said __Executrix__ _____

_____ having been presented for allowance, and certified by the accountant — and ~~the guardian ad litem~~ — and all persons interested — having been duly notified — having consented thereto in writing, and no objections being made thereto, and the same having been examined and considered by the Court.

It is ordered and adjudged that said account(s) be allowed.

Date __JUL 1 8 2005   2005__

_____
Justice of the Probate and Family Court

MIDDLESEX, SS
PROBATE COURT
A TRUE COPY ATTESTED
_John R. Buonomo_
REGISTER

CJ-P 36 (1/89)