UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
|    Defendants | ) |

MOTION FOR CONTINUANCE OF MOTION HEARING

Now come Defendants Timothy Callahan and Richard Walsh, and request a continuance of the hearing on various motions currently scheduled for December 27, 2007. As grounds therefor, Defendants state that counsel have travel plans scheduled for the week of December 24 and will be out of state.

In support of this Motion, Defendants refer to the attached Affidavit of Counsel.

Respectfully submitted,

| | |
|---|---|
| TIMOTHY CALLAHAN | RICHARD WALSH, |
| By his attorney, | By his attorney, |
| | |
| __/s/ Mary Jo Harris _____ | ___/s/ Hugh R. Curran _____ |
| Mary Jo Harris, BBO # 561484 | High R. Curran, BBO # 402057 |
| Morgan, Brown & Joy, LLP | Bonner Kiernan Trebach & Crociata |
| 200 State Street | One Liberty Square |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 523-6666 | (617) 426-3900 |

Dated: December 14, 2007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2007 I served a copy of the above document upon the following counsel of record by first class mail, postage prepaid:

| | |
|---|---|
| John Roache<br>Hogan, Roache & Malone<br>66 Long Wharf<br>Boston, MA 02110 | Rosemary Curran Scappiccio<br>Four Longfellow Place, Ste. 3703<br>Boston, MA 02114 |
| Hugh R. Curran<br>Bonner, Kiernan,<br>Trebach & Crociata<br>1 Liberty Square<br>Boston, MA 2109 | Michael W. Reilly<br>Tommasino & Tommasino<br>Two Center Plaza<br>Boston, MA 02108 |
| William M. White<br>Law Offices of Wm. M. White<br>& Associates<br>One Faneuil Hall Marketplace<br>Boston, MA 02109 | |

\_\_\_\_/s/ Mary Jo Harris _____