UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

SHAWN DRUMGOLD, )
)
    Plaintiff )
)
vs. )
)
CITY OF BOSTON, ET AL., )
)
    Defendants )
)

## AFFIDAVIT OF COUNSEL

I, Mary Jo Harris, counsel for the defendant Timothy Callahan hereby depose and state as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I am in receipt of the Court's order, scheduling hearings on pending motions for Thursday, December 27, 2007.

3. I am scheduled to be out of state, in New Jersey and New York, for the Christmas holiday and a family wedding (to be held December 28-29, 2007). My hope to leave for New Jersey on December 22, returning on December 31.

4. I have hotel reservations in New York City for the weekend of December 28 – 30, 2007.

Signed under the pains and penalties of perjury this 14th day of December, 2007.

    /s/ Mary Jo Harris