UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| | ) |
|      Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, ET AL., | ) |
| | ) |
|      Defendants | ) |
| | ) |

AFFIDAVIT OF COUNSEL

I, Hugh R. Curran, counsel for the defendant Richard Walsh hereby depose and

state as follows:

1.    I am an attorney admitted to practice in the Commonwealth of Massachusetts and
the United States District Court for the District of Massachusetts.

2.    I am in receipt of the Court's order, scheduling hearings on pending motions for
Thursday, December 27, 2007.

3.    I am scheduled to be out of state, in Fairfield, Connecticut to celebrate the
Christmas holiday with family.  I am currently scheduled to leave Christmas
morning returning on December 28, 2007.

Signed under the pains and penalties of perjury this 14th day of December, 2007.

 /s/ Hugh R. Curran