UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

| | |
|---|---|
| SHAWN DRUMGOLD, | ) |
| Plaintiff | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL., | ) |
| Defendants | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, counsel for the defendant Timothy Callahan hereby certify that I have conferred with Michael Reilly, counsel for plaintiff Shawn Drumgold, regarding the defendants' Request for Continuance of Motion Hearing. Mr. Reilly has not advised as to his position on the Motion.

Respectfully submitted,
Defendant Timothy Callahan
By his attorney,

__/s/ Mary Jo Harris_____
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

Dated: December 14, 2007