UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff | ) <br> ) <br> ) | C.A. NO. 04-11193NG |
| v | ) <br> ) | |
| TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | ) <br> ) <br> ) | |

### MOTION FOR SUBSTITUTION OF PARTY

Now comes the Plaintiff and moves this Court to substitute "Patricia A. Murphy as executrix of the estate of Paul Murphy" for Paul Murphy as party Defendant in this action. In support thereof, the Plaintiff has submitted a Memorandum of Law and Affidavit in Support of Memorandum of Law.

Respectfully submitted,
Plaintiff, By His Attorney,

 /s/ Michael Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
Two Center Plaza
Boston, MA   02108
617 723 1720
BBO 415900