UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
**SHAWN DRUMGOLD**               )
      **Plaintiff,**              )
                                      )
     v.                             )     C.A. NO.: 04-11193NG
                                      )
**TIMOTHY CALLAHAN, FRANCIS M.** )
**ROACHE, PAUL MURPHY, RICHARD** )
**WALSH, and THE CITY OF BOSTON,** )
      **Defendants.**          )
_____)

**REQUEST TO ADD PAGES TO
CONSOLIDATED EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Defendant Richard Walsh ("Walsh"), respectfully requests that the pages attached hereto be added to the Consolidated Exhibits in Support of Defendants' Motions for Summary Judgment for the convenience of the Court and the parties. Specifically: (i) add Errata Sheet and Signature Page to end of Consolidate Exhibit 15(E); (ii) add page 217 to Consolidated Exhibit 17(B); (iii) add pages 96 and 101 to Consolidated Exhibit 17(C); (iv) add pages 180-186 to Consolidated Exhibit 21(B). As grounds, Walsh states that the additional pages are referenced in Walsh's Motion to Strike Plaintiff's Exhibits and Concise Statement of Disputed Material Issues of Fact and Motion to Strike Plaintiff's Response to Consolidated Statement of Undisputed Material Facts in Support of His Motion for Summary Judgment.

WHEREFORE, Defendant Richard Walsh requests that the attached pages be added to the Consolidated Exhibits in Support of Defendants' Motions for Summary Judgment.

                                        **Defendant,**
                                        **RICHARD WALSH,**
                                        By its attorney,

DATED: December 26, 2007          /s/ Hugh R. Curran_____
                                        Hugh R. Curran (BBO# 552623)
                                        Bonner, Kiernan, Trebach & Crociata, LLP
                                        200 Portland Street, Suite 400
                                        Boston, Massachusetts 02114
                                        (617) 426-3900
                                        (617) 426-0380 fax

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of December, 2007, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System. The following participants have received notice electronically:

| | |
|---|---|
| **For Plaintiff Shawn Drumgold,**<br>Michael W. Reilly, Esq.<br>Tommassino & Tommasino<br>Two Center Plaza<br>Boston, MA 02108-1904 | **For Plaintiff Shawn Drumgold,**<br>Rosemary Curran Scapicchio, Esq.<br>Four Longfellow Place, Suite 3703<br>Boston, MA 02114 |
| **For Defendant, City of Boston**<br>Susan Weise, Esq.<br>Chief of Litigation<br>Assistant Corporate Counsel<br>City of Boston/Law Department<br>City Hall, Room 615<br>Boston, MA 02201 | **For Defendants City of Boston and Francis M. Roache,**<br>John P. Roache, Esq.<br>Hogan, Roache, & Malone<br>66 Long Wharf<br>Boston, MA 02110 |
| **For Defendant Timothy Callahan,**<br>MaryJo Harris, Esq.<br>Morgan, Brown & Joy<br>200 State Street, 11th Floor<br>Boston, MA 02109 | **For Defendant Paul Murphy,**<br>William White, Esq.<br>One Faneuil Hall Marketplace, 3rd Floor<br>Boston, MA 02109 |

                                                              /s/ Hugh R. Curran_____