## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAWN DRUMGOLD, ) | |
|     Plaintiff, ) | |
| ) | |
| v.  ) | C.A. NO.: 04-11193NG |
| ) | |
| TIMOTHY CALLAHAN, FRANCIS M. ) | |
| ROACHE, PAUL MURPHY, RICHARD ) | |
| WALSH, and THE CITY OF BOSTON, ) | |
|     Defendants. ) | |

### DEFENDANT RICHARD WALSH'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO CONSOLIDATED STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Richard Walsh ("Walsh"), and respectfully moves to strike the Plaintiff, Shawn Drumgold's ("Plaintiff"), Response to the Consolidated Statement of Undisputed Material Facts in support of Walsh's motion for summary judgment (hereinafter "Response"), and requests that the Court deem the Statements in the Consolidated Statement of Undisputed Material Facts admitted for purposes of summary judgment.

Specifically, Walsh moves to strike the following responses:

1. **Responses to ¶¶ 75-76, 79, 81-82, 86-92, 94, 101, 123, 133, 136-137, 144, 146, 152, 172, 180, 184, 186, 191, 193, 197, 201, 208, 223, 236 and 241:** To the extent that the response therein is supported by Plaintiff's Exhibits 1-7, 13, 15, 18, 22, 25 and/or 27.

2. **Responses to ¶¶ 10-18 and 26-28:** "Not agreed. Exhibit[s cited] are not sworn statements. They do not satisfy the requirements of Fed. R. Civ. P. 56(e) as to affidavits in support of undisputed material facts."

1

3. **Responses to ¶¶ 231-233:** "Not agreed. Exhibit 30 is a police report, not verified under oath, which is not a valid basis for establishing a material fact pursuant to the Federal Rules of Civil Procedure 56."

4. **Responses to ¶¶ 24, 67-68, 79, 81-83, 94, 97, 99, 103, 107, 119, 123-125, 141, 174-175, 177 and 234:** For the reasons set forth in Walsh's supporting Memorandum of Law.

5. **Responses to ¶¶ 16-18, 20, 22, 25-26, 29-32, 34, 36, 38, 42, 48, 63-65, 74-76, 86-92, 95-96, 100-102, 105-106, 110-111, 116, 128, 133, 136-137, 140, 145-146, 152, 164-167, 169, 172-173, 180-181, 184-193, 195, 197-198, 201, 203-204, 208, 211-212, 216, 223, 227-229, 236, 243 and 247:** For the reasons set forth in Walsh's supporting Memorandum of Law.

As grounds, Walsh states that the Response does not comply with the requirements of Fed. R. Civ. P. 56 and Local Rule 56.1. Moreover, Plaintiff has failed to provide competent and admissible evidence sufficient to controvert Walsh's statements of fact in support of summary judgment in his favor. As further grounds, Walsh incorporates herein by reference *Memorandum of Law in Support of Defendant Richard Walsh's Motion to Strike Plaintiff's Response to Consolidated Statement of Undisputed Material Facts in Support of His Motion for Summary Judgment*.

WHEREFORE, the Defendant, Richard Walsh, respectfully requests that this Honorable Court grant this Motion to Strike.

                                                            **Defendant,**
                                                            **RICHARD WALSH,**
                                                            By its attorney,

DATED: December 26, 2007                                    /s/ Hugh R. Curran_____
                                                            Hugh R. Curran (BBO# 552623)
                                                            Bonner, Kiernan, Trebach & Crociata, LLP
                                                            200 Portland Street, Suite 400
                                                            Boston, Massachusetts 02114
                                                            (617) 426-3900
                                                            (617) 426-0380 fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of December, 2007, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System. The following participants have received notice electronically:

**For Plaintiff Shawn Drumgold,**
Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

**For Plaintiff Shawn Drumgold,**
Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

**For Defendant, City of Boston**
Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

**For Defendants City of Boston and Francis M. Roache,**
John P. Roache, Esq.
Hogan, Roache, & Malone
66 Long Wharf
Boston, MA 02110

**For Defendant Timothy Callahan,**
MaryJo Harris, Esq.
Morgan, Brown & Joy
200 State Street, 11th Floor
Boston, MA 02109

**For Defendant Paul Murphy,**
William White, Esq.
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109

                                                            /s/ Hugh R. Curran_____