# EXHIBIT 1

1    Excerpt from Rule 30(e):

2    Submission to Witness; Changes; Signing.

3        When the testimony is fully transcribed, the
     deposition shall be submitted to the witness for
4    examination and shall be read to or by him/her, unless
     such examination and reading are waived by the witness
5    and by the parties.  Any changes in form or substance
     which the witness desires to make shall be entered upon
6    the deposition by the officer with a statement of the
     reasons given by the witness for making them.

7
                 ***********************************

8
         I, RICHARD WALSH, have examined the above transcript
9    of my testimony and it is true and correct to the best of
     my knowledge, information and belief.  Any corrections
10   are noted on the errata sheet.

11       Signed under the pains and penalties of perjury
     this _19_  day of _MARCH_        , 2007.

12

13                              _Richard W. Walsh_____

14                              RICHARD WALSH

15

16

17

18

19

20

21

22

23

24

ERRATA SHEET

Name: RICHARD WALSH          Date: 3-19-07

Docket No: 04-11193NG

Day/Date of Deposition: FEB. 19, 2007

PAGE    LINE    CORRECTION

183    10+11    I believe it was sometime during or just prior to the motion for new trial.

184    7-11    I was aware at some point in time just prior or during the motion for a new trial that someone I did not know was put up as a witness,

184    16    I believe it was just prior to or during the motion for new trial,