AFFIDAVIT OF ATTORNEY WILLIAM M. WHITE, JR.

I, William M. White, Jr., do hereby depose and say the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the District of Massachusetts.

2. I represent Paul Murphy in the action filed against him by Shawn Drumgold, USDC No. 04-11193 NG.

3. Defendant Paul Murphy is deceased and a Suggestion of Death was filed on March 1, 2005 notifying all counsel of his death. Defendant Murphy died on January 4, 2001.

4. In connection with my representation of the defendant, in approximately September 2006, I examined the Middlesex Probate and Family Court (hereafter: "PROBATE COURT") record of the Estate of Paul Murphy, No. 01P0425.

5. The Probate Court record indicates that the estate was opened in 2001 and that Patricia Murphy, the Defendant's widow, was appointed Executrix on April 12, 2001.

6. With regards to the probating of the estate, creditors of the Estate asserted claims within twelve months of the death of the Defendant.

7. No other creditors have since asserted claims against the estate.

8. No claim has ever been asserted against the estate by Shawn Drumgold.

9. With regards to the instant matter, prior to entering my appearance, I examined the Court docket to make myself aware of the proceedings and events that had transpired in the case.

Signed under the pains and penalties of perjury this 26th day of December, 2007.

/S/ WILLIAM M. WHITE, JR.
WILLIAM M. WHITE, JR.