UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

_____
SHAWN DRUMGOLD,                )
                               )
        Plaintiff              )
                               )
vs.                            )
                               )
CITY OF BOSTON, ET AL.,        )
                               )
        Defendants             )
_____)

**DEFENDANT TIMOTHY CALLAHAN'S MOTION TO STRIKE
PLAINTIFF'S EXHIBITS AND CONCISE STATEMENT
OF DISPUTED MATERIAL ISSUES OF FACT**

Defendant Callahan joins the Motion to Strike Plaintiff's Exhibits and Concise Statement of Material Facts filed by Richard Walsh, and further moves to strike Plaintiff's submission, as follows:

**Plaintiff's Statement at ¶¶ 42, 47, 49, 51, 53, 54** relative to Ricky Evans, and

**Plaintiff's Statement at ¶¶ 56 – 61** relative to Olisa Graham.

As grounds therefore, Callahan states that the recitation of "facts" provided by Plaintiff are distorted, and that the "inferences" he urges the Court to take are unsupported by competent record evidence.
Further support for this motion is provided in the accompanying Memorandum of Law.

                    Respectfully submitted,
                    Defendant Timothy Callahan
                    By his attorney,


                      /s/ Mary Jo Harris
                    Mary Jo Harris, BBO # 561484
                    Morgan, Brown & Joy, LLP
                    200 State Street
                    Boston, MA 02109-2605
                    (617) 523-6666

Dated: December 26, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I served a copy of the within pleading via filing with the ECF system