UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>　　　Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, RICHARD WALSH and<br>THE CITY OF BOSTON,<br>　　　Defendants | 04-CV-11193-NG |

### DEFENDANTS FRANCIS M. ROACHE AND THE CITY OF BOSTON'S MOTION TO BIFURCATE TRIAL

　　　NOW COME DEFENDANTS the City of Boston and Francis M. Roache, parties in the above-entitled civil action through their counsel pursuant to Federal Rule of Civil Procedure 42(b) and respectfully request this Honorable Court "in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy" order a separate trial of the Plaintiff's claims against the City of Boston and Francis M. Roache.

　　　In support of the motion, the defendants have filed the accompanying memorandum.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　By Defendants City of Boston and
　　　　　　　　　　　　　　　　　　　　　Francis M. Roache
　　　　　　　　　　　　　　　　　　　　　Through their attorneys,

　　　　　　　　　　　　　　　　　　　　　 /s/ John P. Roache
　　　　　　　　　　　　　　　　　　　　　John P. Roache (BBO# 421680)
　　　　　　　　　　　　　　　　　　　　　Patrick J. Donnelly (BBO# 651113)
　　　　　　　　　　　　　　　　　　　　　Roache & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　66 Long Wharf
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
Date:　January 7, 2008　　　　　　　　　　Tel.:　(617) 367-0330

2

CERTIFICATE OF SERVICE

    I, John P. Roache, hereby certify that on January 7, 2008, I served a copy of the above upon counsel of record by filing with the ECF/Pacer Case Management System.

                                             /s/ John P. Roache_____
                                             John P. Roache