# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| **SHAWN DRUMGOLD** | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| **v.** | ) | **C.A. NO.: 04-11193NG** |
|  | ) | |
| **TIMOTHY CALLAHAN, FRANCIS M.** | ) | |
| **ROACHE, PAUL MURPHY, RICHARD** | ) | |
| **WALSH, and THE CITY OF BOSTON,** | ) | |
| **Defendants.** | ) | |

---

### DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE
### CERTAIN WITNESSES AND PRECLUDE REMARKS DURING TRIAL

NOW COMES the Defendants, Richard Walsh ("Walsh"), Timothy Callahan ("Callahan"), Francis M. Roache and the City of Boston (hereinafter collectively referred to as "Defendants"), and herein move in limine that the Court exclude certain witnesses and preclude Plaintiff himself, or by way of counsel, from making any remarks or references to such witnesses in the presence of the jury as indicated herein. Specifically, Plaintiff should be precluded from admitting any evidence or making any reference: (1) to purported alibi witnesses Olisa Graham, Gemini Hullum and Antonio Anthony; (2) suggesting that Callahan engaged in any conduct with regard to Commonwealth witnesses Tracie Peaks; (3) suggesting that Walsh engaged in any conduct with regard to Commonwealth witnesses Vantrell McPherson or Ricky Evans; (4) suggesting that Walsh engaged in any misconduct with regard to Commonwealth witnesses Eric Johnson; (5) suggesting that Walsh or Callahan told Tracie Peaks and/or her mother, Betty Peaks, that Tracie would be taken out of school and locked up if Tracie did not cooperate; and/or (6) suggesting that Walsh knew that Mary Alexander suffered from a brain tumor or any problems with her cognitive functioning. Based on the complex nature of the claims, factual

allegations and fact record in this case, the Order requested is necessary to ensure that there are

no misrepresentations of fact in the presence of the jury and that Defendants receive a fair trial.

In support of this motion, Walsh submits and incorporates herein by reference

*Memorandum in Support of Defendants' Joint Motion in Limine to Exclude Certain Witnesses*

*and Preclude Remarks during Trial.*

WHEREFORE, the Defendants respectfully request that this Motion be granted, along

with any further relief deemed fair and just.

**Defendant,**                                                   **Defendant,**
**RICHARD WALSH,**                            **TIMOTHY CALLAHAN,**
By his attorney,                                            By his attorney,


/s/ Hugh R. Curran                                  /s/ Mary Jo Harris
Hugh R. Curran (BBO# 552623)          Mary Jo Harris (BBO# 561484)
Bonner, Kiernan, Trebach & Crociata, LLP          Morgan, Brown & Joy, LLP
200 Portland Street, 4th Floor               200 State Street
Boston, MA 02114                             Boston, MA 02109
(617) 426-3900                                    (617) 523-6666


**Defendants,**
**FRANCIS M. ROACHE and**
**THE CITY OF BOSTON,**
By their attorneys,


/s/ John P. Roache
John P. Roache (BBO# 421680)
Patrick J. Donnelly (BBO# 651113)
The Law Offices of John Roache
66 Long Wharf
Boston, MA 02110
(617) 367-0330


DATED:  January 28, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 28th day of January, 2008, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System.  The following participants have received notice electronically:

**For Plaintiff Shawn Drumgold,**
Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

**For Plaintiff Shawn Drumgold,**
Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

**For Defendant, City of Boston**
Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

**For Defendants City of Boston and Francis M. Roache,**
John P. Roache, Esq.
The Law Offices of John P. Roache
66 Long Wharf
Boston, MA 02110

**For Defendant Richard Walsh,**
Hugh R. Curran, Esq.
Bonner Kiernan Trebach & Crociata, LLP
200 Portland Street, Suite 400
Boston, MA 02114

/s/ Mary Jo Harris