UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br><br>        Plaintiff<br><br>   v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY, RICHARD WALSH,<br>and THE CITY OF BOSTON,<br><br>        Defendant | C.A. NO.: 04-11193NG |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE MOTION
OF THE DISTRICT ATTORNEY FOR A NEW TRIAL and
<u>THE SUPERIOR COURT'S ORDER GRANTING A NEW TRIAL</u>**

Defendants Walsh, Callahan, Francis M. Roache and the City of Boston (collectively "the Defendants") hereby move *in limine* to exclude from the trial of this action any reference to the District Attorney's Post-Hearing Motion to Vacate Conviction and Grant New Trial, and the opinion of the Superior Court in granting the District Attorneys' Motion.

As grounds therefore, the Defendants state that the opinions are hearsay, to which no exception applies. More importantly, the opinions speak to the ultimate issues in this case: specifically, the credibility of witnesses and the fairness of the criminal trial held in 1989. Those issues are exclusively the province of the jury in this case to determine.

Further support for this Motion is provided in the accompanying Memorandum of Law.

-2-

| | |
|---|---|
| **Defendant,** | **Defendant,** |
| **RICHARD WALSH,** | **TIMOTHY CALLAHAN,** |
| By his attorney, | By his attorney, |
| /s/ Hugh R. Curran | /s/ Mary Jo Harris |
| Hugh R. Curran (BBO# 552623) | Mary Jo Harris (BBO# 561484) |
| Bonner, Kiernan, Trebach & Crociata, LLP | Morgan, Brown & Joy LLP |
| 200 Portland Street | 200 State Street |
| Suite 400 | 11th Floor |
| Boston, MA  02114 | Boston, MA  02109 |
| Phone:  (617) 426-3900 | Phone:  (617) 523-6666 |
| Fax:  (617) 426-0380 | Fax:  (617) 367-3125 |

**Defendants,**
**CITY OF BOSTON AND**
**FRANCIS M. ROACHE,**

By their attorney,

/s/ John P. Roache
John P. Roache, Esq. (BBO #421680)
Patrick J. Donnelly, Esq. (BBO #651113)
Roache & Associates P.C.
66 Long Wharf
Boston, MA  02110
Phone:  (617) 367-0330
Fax:  (617) 367-0172

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 28th day of January, 2008, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System. The following participants have received notice electronically:

**For Plaintiff Shawn Drumgold,**
Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA  02108-1904

**For Plaintiff Shawn Drumgold,**
Rosemary Curran Scapicchio, Esq.
Four Longfellow Place
Suite 3703
Boston, MA  02114

**For Defendant, City of Boston,**
Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall
Room 615
Boston, MA  02201

**For Defendants City of Boston and Francis M. Roache,**
John P. Roache, Esq.
Patrick J. Donnelly, Esq.
Roache & Associates PC
66 Long Wharf
Boston, MA  02110

**For Defendant Richard Walsh,**
Hugh R. Curran, Esq.
Bonner, Kiernan, Trebach & Crociata, LLP
200 Portland Street
Suite 400
Boston, MA  02114

/s/ Mary Jo Harris