UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD,               )           C.A. NO. 04-11193NG
    Plaintiff                )
                             )
v                            )
                             )
TIMOTHY CALLAHAN, ET AL.     )
    Defendant(s)             )
                             )

### MOTION IN LIMINE RE: PRIOR BAD ACTS OF WITNESSES

Now comes the Plaintiff and moves this Court to order the Defendants not to argue, produce evidence or suggest to the jury that any of the witnesses who testify in this matter

1.    Will be impeached by prior criminal conviction.

2.    Have been guilty of criminal conduct for which they have not been convicted, including but not limited to, the use or distribution of illegal drugs.

3.    Are related to, or are friends with individuals who have been involved in criminal activity including, but not limited to, the use or distribution of illegal drugs.

In support thereof, the Plaintiff has submitted a Memorandum of Law and an Affidavit of Counsel.

Respectfully submitted,

By His Attorneys,

 /s/ Michael Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino

Two Center Plaza
Boston, MA   02108
617 723 1720
BBO 415900

/s/ Rosemary Curran Scapicchio

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place
Boston MA 02114
617 723 2900
BBO 558312