UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff | )<br>)<br>) | C.A. NO. 04-11193NG |
| v | )<br>) | |
| TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | )<br>)<br>) | |

**MOTION IN LIMINE RE: TESTIMONY OF GATEWOOD WEST CONCERNING WITNESS NOTES**

Now comes the Plaintiff and moves this Court to order the Defendants not to argue, introduce evidence concering or suggest to the jury that they can draw an adverse inference against the Plaintiff because Gatewood West allegedly wrote certain notes which she allegedly provided to Attorney Scapicchio and which Attorney Scapicchio allegedly destroyed. In support thereof, the Plaintiff says that all three of the premises of the argument proffered by the Defendants in their Motion for Sanctions or Jury Instructions are unsupported by the evidence. In support thereof, Plaintiff has submitted Memorandum of Law in Support of Motion In Limine Re: Testimony of Gatewood West Concerning Witness Notes.

Respectfully submitted,

By His Attorneys,

 /s/ Michael Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
Two Center Plaza

Boston, MA   02108
617 723 1720
BBO 415900


/s/ Rosemary Curran Scapicchio

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place
Boston MA 02114
617 723 2900
BBO 558312