UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v<br><br>TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | C.A. NO. 04-11193NG |

### AFFIDAVIT OF MICHAEL W. REILLY
### RE: MOTION IN LIMINE RE: PRIOR BAD ACTS

1. I, Michael W. Reilly, am counsel for the Plaintiff in the above entitled matter.

2. Attached hereto are true copies of certain portions of the following witnesses' depositions.

   A. Tracie Peaks

      Tracie Peaks Deposition, Volume I, pages 34-39, 63, 91-92

   B. Vantrell McPherson

      Vantrell McPherson Deposition, Volume I, pages 6-7, 120, 181-182, 203, 216

   C. Gemini Hullum

      Gemini Hullum Deposition, Volume I, pages 43-44, 133-135, 149-153, 191

   D. Rickey Evans

      Rickey Evans Deposition, Volume I, pages 47-51, 195-196, 201-202

Signed under pains and penalties of perjury on this __28th__ day of __January__, 2008.

_____
Michael W. Reilly