# A

## Page 1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
------------------------------x
SHAWN DRUMGOLD,
        Plaintiff

    v.                      Case No. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS
M. ROACHE, PAUL MURPHY,
RICHARD WALSH, and THE
CITY OF BOSTON,
        Defendants
------------------------------x
```

DEPOSITION OF TRACIE PEAKS, a witness called to testify by and on behalf of the Defendants, pursuant to the applicable rules of the Federal Rules of Civil Procedure, before M. ELAINE GANSKA, a Stenographic Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Bonner Kiernan Trebach & Crociata, Attorneys at Law, One Liberty Square, Boston, Massachusetts, on Friday, April 28, 2006, commencing at 10:17 a.m.

FEDERAL COURT REPORTERS
781-585-6741    978-535-8333

## Page 2

APPEARANCES

ROSEMARY CURRAN SCAPICCHIO, Attorney at Law
4 Longfellow Place
Boston, Massachusetts 02114
ON BEHALF OF: The Plaintiff

BONNER KIERNAN TREBACH & CROCIATA
BY: HUGH R. CURRAN, Attorney at Law
One Liberty Square
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Walsh

DAVIS, ROBINSON & WHITE
BY: WILLIAM M. WHITE, JR., Attorney at Law
One Faneuil Hall Marketplace
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Murphy

HOGAN, ROACHE & MALONE
BY: JOHN P. ROACHE, Attorney at Law
66 Long Wharf
Boston, Massachusetts 02110
ON BEHALF OF: Defendants Roache and City of Boston

MORGAN, BROWN & JOY
BY: MARY JO HARRIS, Attorney at Law
200 State Street
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Callahan

BRUCE W. CARROLL, Attorney at Law
61-63 Chatham Street
Boston, Massachusetts 02109
ON BEHALF OF: The Deponent

## Page 3

I N D E X

| Deposition of TRACIE PEAKS | Page |
|---|---|
| Examination by Mr. Curran | 4 |

E X H I B I T S

| No. | | Page |
|---|---|---|
| 12 | Subpoena and Summons | 4 |
| 13 | Map of Homestead and Humboldt | 98 |
| 14 | Diagram Drawn, Signed, and Dated by Deponent | 142 |
| 15-16 | Witness Certifications | 165 |
| 17 | Affidavit | 205 |

## Page 4

(Subpoena and summons premarked Deposition Exhibit Number 12 for identification)

STIPULATIONS

It is hereby stipulated and agreed by and between Counsel for the respective parties and the Deponent that the Deponent shall read and sign the deposition transcript within 30 days of receipt under the pains and penalties of perjury.

It is further stipulated that all objections, except as to form, and motions to strike are reserved to the time of trial.

PROCEEDINGS

TRACIE PEAKS, a witness called for examination by Counsel for the Defendants, having been satisfactorily identified and duly sworn, was examined and testified as follows:

EXAMINATION BY MR. CURRAN

Q. Mrs. Peaks-Sandy, my name is Hugh Curran. I represent Detective Richard Walsh.
    Before we begin today, I'm just going to give you a few instructions, and

## Page 5

that's for the benefit of everybody that's here today including yourself. If at any time you need to take a break for any reason, whether it's to speak to your attorney, to use the facilities, to get up and stretch, just indicate to me that you'd like to take a break, and we'll take a break at the appropriate time. If at any time you do not understand a question that I ask you, just indicate that you don't understand the question, and I'll try to rephrase it in a manner to the best of my ability so you'll understand what we're looking for. It's presumed that if you answer a question that you understood the question and that you're answering it truthfully and accurately to the best of your ability. Do you understand that?

A. Mm-hmm.

Q. Okay. There's a few rules that we're going to have this morning. It's very important that you give a verbal response because if you nod your head or shrug your shoulders, the court reporter can't take everything

## Page 6

down, all right? It's also important that you wait for me to finish asking my question, and in return I'll wait for you to finish giving your answer to the question. If we speak both at the same time, the court reporter is going to yell at us because she'll have problems keeping a transcript of what is taking place this morning.
    Do you have any questions before we begin?

A. No.

Q. Okay. Would you please state your full name for the record?

A. Tracie Peaks-Sandy.

Q. Is that hyphenated?

A. Yes.

Q. Okay. What is your date of birth?

A. 3/10/72.

Q. Okay. Now, Ms. Peaks, I'm going to show you what's been marked as Exhibit 12, and that's the original subpoena and summons that was sent to you in this matter, in this package (handing document). Take an opportunity to take a look at it.

Page 31

1  students?
2  A. Mm-hmm.
3  Q. Some more than others?
4  A. Mm-hmm.
5  Q. And you had a very good experience at Bedford
6     High School?
7  A. I did.
8  Q. Okay. And you had a good experience in the
9     middle school?
10 A. I did.
11 Q. All right. So you had a familiarity with all
12    the not only teachers, but people in the
13    administration?
14 A. Teachers were the admin- --
15 Q. Teachers -- right. The teachers that weren't
16    necessarily your teachers --
17 A. Oh.
18 Q. -- but were --
19 A. Yeah.
20 Q. -- principals and vice-principals and things
21    of that nature.
22 A. Mm-hmm.
23 Q. You have to answer yes or no.
24 A. Yes. Sorry.

Page 32

1  Q. That's okay.
2        And did you apply to any other
3     schools besides Northeastern?
4  A. I believe I applied to BU.
5  Q. Okay.
6  A. That was it.
7  Q. That's it?
8  A. Mm-hmm.
9  Q. Okay. So you wanted to stay -- it was a
10    situation where you needed to commute and
11    also work to help pay for school?
12 A. No, it was just, you know, I couldn't go down
13    South because my parents were divorced. I
14    had to stay here and help; I was the oldest.
15    So I just picked Northeastern.
16 Q. Okay. And what year did you start at
17    Northeastern?
18       Did you take any time off between
19    high school and college?
20 A. No.
21       September -- September 1990.
22 Q. Okay. And when you started in September
23    1990, what was your field of study?
24 A. Well you take -- what's it called? -- liberal

Page 33

1     arts your first year, or something like that.
2  Q. Okay.
3  A. So I didn't finish Northeastern. I left. I
4     had to leave the beginning of '91.
5  Q. Okay. So you finished your first year?
6  A. No. I didn't even get through my first year.
7  Q. Okay. All right. And when you went to
8     Northeastern, do you recall just taking --
9     were you there for one semester?
10 A. Basically.
11 Q. Or two semesters?
12 A. One semester.
13 Q. Okay. And when you went to Northeastern, do
14    you recall any of the courses or teachers you
15    took?
16 A. No.
17 Q. Okay. Did you have any friends that you went
18    to Northeastern with?
19 A. No.
20 Q. Okay. And why did you leave Northeastern?
21 A. Finance.
22 Q. Okay. Couldn't afford --
23 A. Right.
24 Q. Okay. Had you applied for any financial aid

Page 34

1     or any scholarships when you were applying to
2     the METCO -- to the co-op program at
3     Northeastern?
4  A. I did, but they told me my parents made too
5     much money, so I couldn't.
6  Q. Okay. All right. And did you continue your
7     education in any manner after Northeastern?
8  A. Years later. I took computer classes, and
9     then I went to Katharine Gibbs and got an
10    associates.
11 Q. Okay. When did you take your computer
12    classes? Do you recall the years?
13 A. '01.
14 Q. Okay. And when did you go to Katharine
15    Gibbs?
16 A. '01, July of '01.
17 Q. And how long did you stay in attending
18    Katharine Gibbs until you got a degree?
19 A. December '02.
20 Q. Okay. It's a one-year program?
21 A. Eighteen months.
22 Q. Eighteen months.
23       Okay. What year was Master born?
24 A. 1996.

Page 35

1  Q. Okay. And who is Master's and Rhullah's
2     father?
3  A. Ramel Sandy.
4  Q. What is your marital status?
5  A. Separated.
6  Q. Okay. Were you married to --
7  A. Yes.
8  Q. Okay. And what year were you married to
9     Ramel Sandy?
10 A. 1995.
11 Q. Okay. Did you live with Ramel for a period
12    of time?
13 A. Yes.
14 Q. And what years?
15 A. I think '94 till '95, end of '95, somewhere
16    in -- no, no, no. It was between '94 and
17    '96, that time in there.
18 Q. Okay. And when you lived with Ramel, did he
19    live with your mother as well?
20 A. No.
21 Q. Okay.
22 A. We had our own place.
23 Q. All right. And where was that?
24 A. Mulvey Street.

Page 36

1  Q. In Dorchester?
2  A. Mattapan.
3  Q. Mattapan.
4        Where does Ramel live now?
5  A. Trinidad.
6  Q. How long's he been in Trinidad?
7  A. Since '97.
8  Q. Does he help in the -- in the raising of your
9     children?
10 A. When he can.
11 Q. Okay. Why did he go to Trinidad?
12 A. Why did he go to Trinidad?
13 Q. Yes.
14 A. Because he was deported.
15 Q. For what reasons?
16 A. In violation of the Immigration Act.
17 Q. Okay. Could you tell me what the
18    circumstances were, how he got deported?
19       MR. CARROLL: No, don't answer
20    that question. It's not relevant.
21       MR. CURRAN: Are you instructing
22    her not to answer?
23       MR. CARROLL: I'm instructing her
24    not to answer.

### Page 37

1  MR. CURRAN: Okay.
2  BY MR. CURRAN:
3  Q. Was he arrested for any criminal violations?
4      MR. CARROLL: I'm instructing her
5  not to answer. It's not relevant to anything
6  here I can think of.
7      MR. CURRAN: We'll, we're going to
8  find out.
9  BY MR. CURRAN:
10 Q. How'd you meet Ramel?
11 A. At a club.
12 Q. Okay. Where did he live at the time that you
13    met him?
14 A. Dorchester? I think Dorchester, Roxbury.
15 Q. Okay. Do you know what address?
16 A. I don't know the name of the street.
17 Q. Okay. Who did he hang around with?
18 A. Everybody.
19 Q. Okay. How long had he been in this country?
20 A. I think he had got here in '89. I'm not
21    sure, though.
22 Q. How old is -- what's his date of birth?
23 A. 9/20/71.
24 Q. Okay. But you're not sure exactly the year

### Page 38

1    he arrived in this area?
2  A. No.
3  Q. Okay. When you met him, what year did you
4     meet him?
5  A. '91.
6  Q. Okay. Do you recall from '91 to when you
7     moved in with him in '95 where he lived?
8  A. He had his own apartment in Roxbury. I don't
9     know the name of the street.
10 Q. Whereabouts in Roxbury?
11 A. I say down Dudley. They call it some kind of
12    square now. By Dudley Station, somewhere in
13    that area.
14        Then he moved in with his sister.
15    She lived on Morton Street, Mattapan.
16 Q. Okay. And do you know who he was -- who he
17    hung around with in that time frame?
18 A. Everybody. I mean I didn't -- I didn't want
19    to know his friends, so I just say everyone
20    because everyone just crowded around him.
21 Q. Okay. Why did they crowd around him?
22 A. He was the life of the party.
23 Q. Okay. Was he involved in any drug activity
24    in that area?

### Page 39

1  A. Well he was arrested for so-called selling
2     marijuana, so.
3  Q. Okay. Did he affiliate himself or associate
4     himself with any particular names of
5     individuals or groups?
6  A. I don't know. I wasn't a part of that life
7     with him. If he -- you know, when he ran the
8     streets, I was not a part of that.
9  Q. Okay. And when you say "he ran the streets,"
10    meaning -- what do you mean?
11 A. Being out all night and things like that.
12 Q. Okay. And you were aware that he was selling
13    drugs at that point in time?
14 A. Well when I met him, he was painting
15    apartments and stuff like that, doing, you
16    know, apartments over and stuff like that, so
17    I mean I found out maybe like a year later
18    that maybe he was involved in that stuff, but
19    he would always deny it to me, so (shrugs
20    shoulders).
21 Q. Okay. Did you hear any particular group that
22    he was running with?
23 A. No, I don't think Ramel associated with the
24    gangs.

### Page 40

1  Q. Okay. And you're talking about the -- that
2     originally he was down in Dudley?
3  A. Mm-hmm.
4  Q. Okay. Whereabouts in relationship to the
5     Dudley Station?
6  A. There's a church down there, and there's
7     some -- you go up a hill, and that's where
8     his apartment was, up there. I don't know
9     the name of the street.
10 Q. Okay. Was it -- do you know what the name of
11    the hill was?
12 A. (Shakes head) There's a senior citizens
13    building on the corner, and then you go up
14    the hill, and his apartment was up in there.
15 Q. Okay. Was that over towards where you used
16    to live on Homestead Street?
17 A. No.
18 Q. How far away?
19 A. Dudley is, what, 10 minutes, if 10 minutes,
20    away.
21 Q. Ten minutes by car or by walking?
22 A. Car.
23 Q. Okay. Did Ramel know the Drumgold family?
24 A. I doubt it.

### Page 41

1  Q. Okay. Do you know if he ever had contact
2     with the Drumgold family?
3  A. No.
4  Q. No, he didn't, or, no, you don't know?
5  A. No, I don't know.
6  Q. Okay. Do you know if he knew Terrance
7     Taylor?
8  A. I don't know Terrance Taylor.
9  Q. Okay.
10 A. I never heard -- I mean, you know, I don't
11    know who that is.
12 Q. Okay, that's fair.
13       Do you know Delrico Alexander?
14 A. Who?
15 Q. Delrico Alexander.
16 A. Derico (phonetic), no.
17 Q. Delrico.
18 A. No.
19 Q. Okay. Do you know Jamarr Alexander?
20 A. Jamarr?
21 Q. Yes.
22 A. No.
23 Q. Do you know Jamal (phonetic)?
24 A. Jamal Alexander.

### Page 42

1  Q. How do you know Jamal Alexander?
2  A. My mother's tenant's son.
3  Q. Okay. And how old was he when you knew him?
4  A. He was a little boy. I don't know.
5  Q. Okay. All right. How long did you live at
6     Homestead Street?
7  A. I believe 10 years.
8  Q. Okay. Do you recall what year you moved out
9     of Homestead Street?
10 A. 1990.
11 Q. Okay. Do you know why you moved from
12    Homestead Street?
13 A. The house was foreclosed.
14 Q. Okay. At that time who was living at 72
15    Homestead Street?
16 A. Me, my mother, my sister, and I think Lola
17    and her kids were still there.
18 Q. Okay. Do you know who the tenants were after
19    the Alexanders?
20 A. We didn't have tenants after the Alexanders.
21 Q. Okay. And for how long were the Alexanders
22    tenants at 72 Homestead Street?
23 A. At least a couple of years. I don't remember
24    exactly how long.

### Page 61

```
 1  Q. But enough to say hello?
 2     You weren't intimidated by him?
 3  A. He was a drunk. I wouldn't have said
 4     anything to him. No disrespect or nothing,
 5     you know, but I wouldn't have -- he was older
 6     than me.
 7  Q. Okay. What about Rana and Michelle's
 8     brother, Noah Jr.?
 9  A. I don't know their brother.
10  Q. Okay. Anyone else did you know that lived in
11     that house?
12  A. I think they had a little brother.
13  Q. Okay. Did you go to the Superette a lot?
14  A. No.
15         What's that? Where is that?
16  Q. The Humboldt Superette.
17  A. Oh, the corner store?
18  Q. Yes.
19  A. Yes.
20  Q. Do you know who the owner was?
21  A. No.
22  Q. No, okay.
23         How long did you stay there that
24     time when you went to wait for Rana?
```

### Page 62

```
 1  A. I never really stayed there long. It was
 2     always like, come on, let's go. I never sat
 3     in their house for long.
 4  Q. All right. So do you recall the time
 5     frame -- after the murder of Tiffany Moore,
 6     you went over to her home on Humboldt above
 7     the Superette and you were waiting for Rana.
 8     Do you know in relationship to the trial, the
 9     first trial --
10  A. I don't.
11  Q. -- when that occurred?
12  A. I don't.
13  Q. Okay. In any event, do you have a memory
14     that it was before the trial with Shawn
15     Drumgold?
16  A. I mean everything was good before all of that
17     happened. You know, everything -- every day
18     was just normal before that happened. I
19     didn't even think about every day until that
20     happened.
21         MS. SCAPICCHIO: Can you clarify
22     "that happened"?
23         THE WITNESS: The murder of
24     Tiffany Moore, the trial.
```

### Page 63

```
    BY MR. CURRAN:
 2  Q. Okay. So in any event, just to go back to
 3     clarify, after the murder of Tiffany Moore,
 4     you have a memory that you were -- you
 5     visited Rana at her house?
 6  A. Yeah.
 7  Q. Okay. And on occasion, being an experimental
 8     teenager, smoked marijuana with Rana in your
 9     backyard or somewhere else?
10  A. Yes.
11  Q. Okay. And that occurred after the murder of
12     Tiffany Moore and before the trial of Shawn
13     Drumgold?
14  A. It could have. You know, I can't remember
15     exactly.
16  Q. Okay.
17  A. I can't.
18  Q. All right. And did you ever have any -- did
19     Rana ever talk to you about your involvement
20     or participation?
21  A. No.
22  Q. Okay. Did anyone from the Roiston family
23     ever speak to you?
24  A. No.
```

### Page 64

```
 1  Q. Did anyone from the Roiston family ever
 2     approach your mother?
 3  A. No. If they did, she never told me, but I
 4     don't think so.
 5  Q. Okay. And after Shawn Drumgold was convicted
 6     for the murder of Tiffany Moore, did you have
 7     any contact with the Roiston family?
 8  A. I really don't believe so.
 9  Q. Okay. After you moved in 1990 from Homestead
10     Street in with Hosetta Taste, did you have
11     any contact with Rana Roiston?
12  A. No.
13  Q. When -- and then after you moved from
14     Homestead Street, have you had any contact
15     with any of the Roiston family until today?
16  A. No, but I saw them, Michelle and Shawn,
17     walking down the street a couple years ago,
18     but that was the only time.
19  Q. Okay. And this was after you testified in
20     the motion for new trial?
21  A. Yes.
22  Q. All right. Why don't you tell me the
23     circumstances when you saw Shawn and
24     Michelle.
```

### Page 65

```
 1  A. Well I saw -- I think I saw -- they were
 2     getting out of a car, and I was walking up to
 3     catch the bus, and I really didn't want to
 4     speak to them, because what can I say to them
 5     after all what happened?
 6         So he said, "Tracie."
 7         And I said, "Hey."
 8         And he said, "You going to walk by
 9     me without speaking?"
10         I was like, Yeah, I mean look what
11     I did or had to do.
12         Basically he just said, "That's
13     okay." He gave me a hug, said he forgives
14     me.
15         I was happy for them, they were
16     about to have a baby. And that was it.
17  Q. Okay. How long did this conversation take?
18  A. Five minutes.
19  Q. Okay. Were you with anyone?
20  A. No.
21  Q. Do you recall the location?
22  A. On Humboldt.
23  Q. All right. Did he -- did Shawn give you his
24     phone number or anyone else's phone numbers?
```

### Page 66

```
 1  A. No.
 2  Q. Have you had any contact with Shawn since
 3     then?
 4  A. No.
 5  Q. Have you ever had any contact with any of
 6     Shawn's family members?
 7  A. No.
 8  Q. After --
 9         MR. CARROLL: Do you need a
10     break?
11         THE WITNESS: No, I'm fine, thank
12     you.
13         MR. CURRAN: If you want to take a
14     break, we can take a break for five minutes.
15         THE WITNESS: No, I'm fine.
16         (Discussion off the record)
17         (Brief recess)
18  BY MR. CURRAN:
19  Q. What did you do to prepare for your
20     deposition testimony today?
21  A. Nothing.
22  Q. Okay. Now I don't want to know -- obviously
23     you've met with your attorney and you've
24     spoken to him about your testimony today, and
```

### Page 91

1  A. It was -- it was just heavy. I mean you
2  couldn't even go outside really. I enjoyed
3  always being on my front porch. You couldn't
4  even do that. You know, it was just crazy.
5  Q. Okay. Was there a lot of gang activity back
6  in 1988?
7  A. You heard -- I heard about it, but I didn't
8  know about it personally.
9  Q. Okay. All right. Didn't hang around with
10  any individuals that were associated with the
11  Humboldt Raiders?
12  A. No.
13  Q. And did you know about Intervale or --
14  A. You heard about them, but I didn't associate
15  with any of those people.
16  Q. Okay. When you were smoking marijuana with
17  Rana back then in high school, where would
18  you get the marijuana from?
19  A. Lloyd.
20  Q. Okay. And that was your boyfriend?
21  A. (Nods head)
22  Q. All right. Would you get it from anyone
23  else?
24  A. No.

### Page 92

1  Q. Did Rana purchase it from anyone else?
2  A. I don't know.
3  Q. Okay. Were you aware back then that Shawn
4  Drumgold was selling drugs?
5  A. No.
6  Q. Okay. Did you know anyone that was selling
7  drugs in the neighborhood back then?
8  A. No.
9  Q. Okay. Did you ever purchase any drugs from
10  anybody in that neighborhood?
11  A. No.
12  Q. All right. Back then did you and your mother
13  go to a particular church?
14  A. Not in '88. When I was a little girl.
15  Q. Okay. Where would you go?
16  A. I forgot the name of the church. I can see
17  it, but I don't remember --
18  Q. Okay.
19  A. -- the name of it.
20  Q. Do you recall when you and your mother
21  stopped going to that particular church
22  together?
23  A. No.
24  Q. Okay. At any time did you continue your

### Page 93

1  faith in any manner after '88?
2      Do you go to church now and take
3  your kids to church?
4  A. Off and on.
5  Q. Okay. Did you do -- when did you start going
6  back to church?
7  A. Probably when my son was like two.
8  Q. Okay.
9  A. My oldest.
10  Q. So that would have been in '96?
11  A. No, like '98. He was born in '96.
12  Q. All right. And what church would you go to?
13  A. I don't know the name of it. It's one of my
14  sister-in-law's church in Cambridge.
15  Q. Okay. All right. Were you -- growing up as
16  a child back in high school and after high
17  school, would you go to the Boys and Girls
18  Clubs or any other --
19  A. No.
20  Q. -- agencies, John T. Shelbourne Center?
21  A. No.
22  Q. Okay. Did you know any police officers?
23  A. No.
24  Q. Okay. Did you know any police officers that

### Page 94

1  were in that neighborhood?
2  A. No.
3  Q. Before the Tiffany Moore murder?
4  A. No.
5  Q. Okay. Is it fair to say it was a common
6  occurrence to see a lot of police cars in
7  that neighborhood before and after?
8  A. I mean after, yes, but before I didn't pay
9  attention.
10  Q. Okay. All right. Did you know any police
11  officers in the neighborhood where your
12  boyfriend lived?
13  A. No.
14  Q. Okay. Or where Ms. Brantley lived?
15  A. No.
16  Q. Okay. How often would you stay over the
17  Brantleys' house?
18  A. As much as I could.
19  Q. Okay. On average back in 1988, how many
20  times a week would you stay at the Brantleys'
21  house?
22  A. I mean, you know, I must have been over there
23  very often, because my mother said, "Well, I
24  guess you don't live here anymore," you know,

### Page 95

1  so.
2  Q. Did you feel safer over in that neighborhood?
3  A. I did.
4  Q. Okay. And you had a good relationship with
5  both parents?
6  A. Yes.
7  Q. Okay. And are they still alive today?
8  A. Yes.
9  Q. Where do they live?
10  A. Mary's in Florida, and Stubby is in Boston.
11  Q. Do you know whereabouts in Boston he lives?
12  A. No.
13  Q. Do you know if he's still working?
14  A. He is.
15  Q. For the T?
16  A. (Nods head)
17  Q. Does he have the same last name?
18  A. Yes.
19  Q. Okay. And but he goes by Stubby?
20  A. Well, yeah, to the family, you know.
21  Q. Okay. You don't know what his first name is?
22  A. No, I'll have to ask Mona.
23  Q. Okay. All right. How many times a week
24  would you be over there on average sleeping

### Page 96

1  over?
2  A. Definitely like Friday. I wouldn't come home
3  till like Sunday, so -- and then sometimes I
4  didn't have to do that either because we rode
5  the same bus to Bedford, so I was over there
6  a lot.
7  Q. Okay. Would you tell your mother you were
8  going?
9  A. Yes.
10  Q. When you were coming back?
11  A. I didn't say when I was coming back, but I
12  told her I was going.
13  Q. Okay. What was your relationship with your
14  sister like back then?
15  A. Tara's four and a half years younger than me,
16  so, you know, that's just my little sister.
17  We didn't hang out or anything.
18  Q. Okay. Why don't you tell me what you
19  remember happening the night Tiffany Moore
20  was murdered.
21  A. I was in my sister's room.
22  Q. Do you recall whether or not you had school
23  that day?
24  A. No.