# B

Page 1

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

------------------------X
SHAWN DRUMGOLD,
        Plaintiff

V.                          Case No. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS
M. ROACHE, PAUL MURPHY,
RICHARD WALSH, and THE
CITY OF BOSTON,
        Defendants
------------------------X

            DEPOSITION OF VANTRELL
McPHERSON, a witness called to testify by and
on behalf of the Defendants, pursuant to the
applicable rules of the Federal Rules of
Civil Procedure, before M. ELAINE GANSKA, a
Stenographic Reporter and Notary Public in
and for the Commonwealth of Massachusetts, at
the offices of Bonner Kiernan Trebach &
Crociata, Attorneys at Law, One Liberty
Square, Boston, Massachusetts, on Friday,
March 17, 2006, commencing at 9:40 a.m.


                FEDERAL COURT REPORTERS
           781-585-6741         978-535-8333
```

Page 2

```
APPEARANCES
TOMMASSINO & TOMMASSINO
BY: MICHAEL W. REILLY, Attorney at Law
2 Center Plaza
Boston, Massachusetts 02110
ON BEHALF OF: The Plaintiff

BONNER KIERNAN TREBACH & CROCIATA
BY: HUGH R. CURRAN, Attorney at Law
One Liberty Square
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Walsh

HOGAN, ROACHE & MALONE
BY: JOHN P. ROACHE, Attorney at Law
66 Long Wharf
Boston, Massachusetts 02110
ON BEHALF OF: Defendants Roache and City
of Boston

MORGAN, BROWN & JOY, LLP
BY: MARY JO HARRIS, Attorney at Law
200 State Street
Boston, Massachusetts 02109-2605
ON BEHALF OF: Defendant Callahan
```

Page 3

```
                    I N D E X
Deposition of                          Page
VANTRELL McPHERSON

Examination by Mr. Roache              4


                  E X H I B I T S
No.                                    Page
1       Subpoena                        10
2       Affidavit of Vantrell
        McPherson                       24
3       Map                            112
4       Map                            141
5       Document                       149
```

Page 4

STIPULATIONS

It is hereby stipulated and agreed by and between Counsel for the respective parties and the Deponent that the reading, signing, and filing of the deposition transcript are hereby waived.

It is further stipulated that all objections, except as to form, and motions to strike are reserved to the time of trial.

PROCEEDINGS

VANTRELL McPHERSON, a witness called for examination by Counsel for the Defendants, having been satisfactorily identified and duly sworn, was examined and testified as follows:

EXAMINATION BY MR. ROACHE

Q. Would you please tell us your name?
A. Vantrell Valisa McPherson.
Q. How do you spell that, please?
A. Valisa?
Q. How do you spell it?
A. V-A-L-I-S-A.
Q. One S, one A?
A. Yeah.

Page 5

Q. Okay. And McPherson is M-A-C?
A. Yeah -- no, no, no, M-C.
Q. M-C, okay. P-H-E-R-S-O-N?
A. Yes.
Q. Okay. Ms. McPherson, have you ever had your deposition taken before?
A. No --
Q. All right.
A. -- not that I know.
Q. You're going to be asked a series of questions concerning the subject matter of this litigation by myself and perhaps by other attorneys --
A. Mm-hmm.
Q. -- and we're going to ask you to answer to the best of your ability. There will be no trick questions. We're not trying to sneak up on you. We're just going to ask you simple questions. If you answer to those questions, we assume by your answering that you understand the question and are answering it truthfully.
A. Mm-hmm.
Q. Now in order to answer the question, as you

Page 6

see, we have a court stenographer here --
A. Yeah.
Q. -- so you must verbalize your answers. In other words, you cannot shake your head or nod your head or say mm-hmm or huh-uh. You have to answer yes, no, or in word form so that the stenographer can take it down accurately.
A. Okay.
Q. Do you understand that?
A. Yes.
Q. Okay. Now since you've never had your deposition taken before, you may hear at some point one or more lawyers objecting to a question. You are to answer that question despite the objection because we have stipulated that all objections except to the form of the question will be reserved until time of trial. That's legalese for saying you do answer the question despite anyone objecting to it. Do you understand that?
A. Yes.
Q. Okay. Have you consumed any drugs or medication within the last 24 hours?

Page 7

1  A. I might have marijuana in my system.
2  Q. You have marijuana in your system?
3  A. Mm-hmm.
4  Q. When was the last time you had smoked
5     marijuana?
6  A. Yesterday.
7  Q. At approximately what time?
8  A. Probably around eight o'clock.
9  Q. Eight o'clock last night.
10        And how much marijuana did you
11    have?
12 A. A joint.
13 Q. One joint?
14 A. Mm-hmm.
15 Q. Okay. Other than the joint of marijuana,
16    have you consumed any alcohol, or have you
17    taken medication or drugs within the last 24
18    hours?
19 A. No.
20 Q. Okay. Is your taking a joint of marijuana --
21    or smoking a joint of marijuana, has that
22    affected your ability to remember?
23 A. No.
24 Q. All right. Have you -- are you under the

Page 8

1     influence of any medication or narcotic today
2     that would affect your ability to remember?
3  A. No.
4  Q. Do you have any memory problems?
5  A. No.
6  Q. Have you ever been treated by a physician or
7     hospital or doctor for any type of medical
8     problems concerning your memory?
9  A. No.
10 Q. Okay. Aside from smoking marijuana, have you
11    consumed any alcohol or drugs or narcotics
12    within the last week?
13 A. No.
14 Q. Okay. What is your date of birth?
15 A. [REDACTED]
16 Q. Where were you born?
17 A. Boston.
18 Q. In Boston?
19 A. Yes.
20 Q. And what is your Social Security number?
21 A. [REDACTED]
22 Q. 1992?
23 A. Yes.
24 Q. What is your mother's name?

Page 9

1  A. Doreatha.
2  Q. How do you spell that, please?
3  A. D-O-R-E-A-T-H-A.
4  Q. Last name?
5  A. McPherson.
6  Q. And where does your mother reside?
7  A. Where does she live?
8  Q. Yes.
9  A. She lives in Boston.
10 Q. What address?
11 A. The numbers I don't know, but she lives on
12    Seaver Street.
13 Q. Between what blocks?
14 A. Between Walnut and Washington Street.
15 Q. Between Walnut and Washington?
16 A. Yes.
17 Q. When was the last time you visited your
18    mother?
19 A. I seen her yesterday.
20 Q. Yesterday?
21 A. Yes.
22 Q. But you don't know what number Seaver Street
23    she lives at?
24 A. Yeah. I didn't go to her home.

Page 10

1  Q. Oh, I see.
2  A. Yeah.
3  Q. Have you ever lived with your mother on -- in
4     her apartment --
5  A. No.
6  Q. -- on Seaver Street?
7  A. No.
8  Q. What is your mother's phone number?
9  A. 617-989-3285.
10 Q. Where do you currently reside?
11 A. 18 Kilby Street, Quincy, Mass.
12 Q. Kilby is K-I-L-B-Y?
13 A. Yes.
14       MR. ROACHE: Mark that, please.
15       (Subpoena marked Deposition Number
16       1 for identification)
17 Q. Ms. McPherson, I'm going to place in front of
18    you what's been marked as Exhibit Number 1
19    which purports to be a subpoena in this
20    matter requiring your attendance to be here
21    on March 17th, today's date, at 9:30 a.m.
22    (handing document). Do you recall receiving
23    that subpoena?
24 A. Yes.

Page 11

1  Q. Okay. Did you read it?
2  A. Yeah.
3  Q. Okay. Did you read the entire subpoena?
4  A. Briefly I went over it, yeah.
5  Q. Okay. And attached to that subpoena is a
6     Schedule A. Did you see the Schedule A
7     attached to the subpoena?
8  A. Yes.
9  Q. Okay. And it's requiring or requesting that
10    you bring with you certain documents.
11 A. Right.
12 Q. Did you read the Schedule A?
13 A. Right, yes.
14 Q. Did you understand what documents that you
15    were required to bring with you today?
16 A. Yes.
17 Q. Okay. In response to Schedule A, did you
18    bring with you any documents today?
19 A. No.
20 Q. Okay. Request Number 1 asks that you bring
21    any and all correspondence between yourself
22    and Shawn Drumgold and/or representatives of
23    Shawn Drumgold. Do you understand what that
24    request asks for?

Page 12

1  A. Yes.
2  Q. Okay. Do you have any documents in your
3     custody, possession, or control that conform
4     or respond or are responsive to this document
5     request?
6  A. No.
7  Q. Have you ever corresponded with Shawn
8     Drumgold?
9  A. No.
10 Q. Okay. Have you ever corresponded with any
11    representative of Shawn Drumgold?
12 A. No.
13 Q. By representative -- do you know what the
14    word "representative" means?
15 A. What, did I ever talk to them? What do you
16    mean?
17 Q. Well did you -- a written document, have you
18    ever received or sent --
19 A. Right.
20 Q. -- a written document to Shaw Drumgold --
21 A. No.
22 Q. -- or any representative of Shawn Drumgold?
23 A. No.
24 Q. Okay. Have you ever received or sent a

Page 115
1  A. You said is it before Ruthven or Humboldt?
2  Q. Yeah.
3     It wasn't on the corner of Ruthven
4     and Humboldt, was it?
5  A. Right. It's between Ruthven and Homestead.
6  Q. Okay.
7  A. Like in the middle (pointing).
8  Q. Okay. So it would be somewhere in this area
9     here --
10 A. Right.
11 Q. -- where the Superette was (pointing)?
12 A. Exactly.
13 Q. Okay. Now how long had you lived there at
14    194?
15 A. I lived there for 24 years.
16 Q. And so when did you -- how old were you when
17    you first lived there?
18 A. I was a baby.
19 Q. Were you born -- when you were born, did your
20    mom live there?
21 A. Mm-hmm, yes.
22 Q. So you lived there for the first 24 years --
23 A. Yes.
24 Q. -- of your life?

Page 116
1  A. Yes.
2  Q. Okay. So you're familiar with this area?
3  A. Yes.
4  Q. And you're familiar with the people who lived
5     around the area --
6  A. Yes.
7  Q. -- is that correct?
8  A. Yes.
9  Q. Okay. And do you recall where Shawn Drumgold
10    lived?
11 A. Shawn Drumgold? He lived on Ruthven Street,
12    right at the corner of Humboldt and Ruthven
13    (pointing).
14 Q. Okay. So he lived one house away --
15 A. On this side of --
16 Q. He lived about one house away from you on the
17    other side of Ruthven, correct?
18 A. Right.
19 Q. All right. Would you put an R --
20    MR. ROACHE: Strike that.
21 Q. Would you put an SG where Shawn Drumgold
22    lived?
23    (Witness complies)
24 Q. Okay. And for how long did Shawn Drumgold

Page 117
1     live there?
2  A. I'm not too sure.
3  Q. Was he living there in August of 1988, the
4     night that Tiffany Moore was killed?
5  A. Yes.
6  Q. Okay. Was he also living with his girlfriend
7     above the Superette?
8  A. No.
9  Q. He was not living with the girlfriend?
10 A. No, I never recall them --
11 Q. Do you know what his child's name is?
12 A. His child?
13 Q. Yes, by --
14 A. No.
15 Q. -- his wife.
16 A. No, I never seen the baby.
17 Q. Okay. Who lived with Shawn Drumgold?
18 A. I recall his mom and his sister. His mom and
19    his sister.
20 Q. What is his sister's name?
21 A. I forget it. I don't know.
22 Q. Was his sister older or younger than you?
23 A. She was older than me.
24 Q. And was Shawn Drumgold older or younger than

Page 118
1     you?
2  A. He's older than me.
3  Q. And for how long had you known Shawn Drumgold
4     before August of 1988?
5  A. I know him for years.
6  Q. Okay. You knew him for years?
7  A. Mm-hmm.
8  Q. And you knew him because he lived --
9  A. Right.
10 Q. -- on the corner of Humboldt and Ruthven?
11 A. Right.
12 Q. Did you know him to say hello to him, or --
13 A. Yes.
14 Q. -- did you know him --
15    Did you speak with him?
16 A. Yes.
17 Q. You spoke with him?
18 A. Yes.
19 Q. What did you speak about?
20 A. We said hi.
21 Q. Mm-hmm.
22 A. That's the whole conversation, nothing big.
23 Q. In August of 1988, Ms. McPherson, how old
24    were you?

Page 119
1  A. Thirteen.
2  Q. And how old was Shawn?
3  A. I don't know.
4  Q. Okay. So for how many years before you --
5     1988 had you known Shawn?
6  A. I don't know. I think I met him probably
7     right after they moved in. I don't know how
8     long they be living there.
9  Q. How old were you when they moved there?
10 A. I don't know. I probably was like, I want to
11    say, 11. I'm not too sure, but think I might
12    have been 11 or something.
13 Q. So you knew Shawn for at least two years?
14 A. Yes, I believe so. It could have been
15    longer.
16 Q. Okay. When you knew Shawn, did he go to
17    school?
18 A. No.
19 Q. Did he work?
20 A. I don't know. I don't know if he worked or
21    not.
22 Q. Did you know if he sold drugs?
23 A. No.
24 Q. You didn't know that?

Page 120
1  A. Sure, he probably did. Everybody from around
2     Humboldt sold drugs, yeah.
3  Q. Did you sell drugs?
4  A. No.
5  Q. Did you use drugs?
6  A. No. Well, marijuana.
7  Q. Marijuana.
8     When did you start using
9     marijuana?
10 A. Probably like 15, 16.
11 Q. Fifteen or sixteen?
12 A. (Nods head)
13 Q. Did you buy it?
14 A. Well I was getting -- it used to get given to
15    me.
16 Q. Who gave it to you?
17 A. People.
18 Q. Okay. And would it be people in the area of
19    Humboldt?
20 A. Yes.
21 Q. Okay. Would they be part of the Humboldt
22    Gang?
23 A. Some of them, yes.
24 Q. Okay. Do you know any of Shawn's friends?

Page 181

```
 1  Q. How much is your rent per month?
 2  A. $58.
 3  Q. $58 per month?
 4  A. Mm-hmm.
 5  Q. Are you in some sort of Section 8 program?
 6  A. Yes, yes, yes.
 7  Q. And do you receive food stamps?
 8  A. Yes.
 9  Q. Do you receive AFDC?
10  A. No.
11  Q. Do you receive any form of welfare other than
12     food stamps?
13  A. No.
14  Q. Do you participate in the WIC program?
15  A. My daughter's too old for that.
16  Q. Had you ever participated in the WIC program?
17  A. Yes.
18  Q. Have you ever been arrested?
19  A. Yes.
20  Q. When?
21  A. When was that, probably like -- did I have my
22     daughter?  Probably been over -- I'd say
23     probably five years ago.  I think it's been
24     that long.
```

Page 182

```
 1  Q. And what were you arrested for?
 2  A. A roach.
 3  Q. Excuse me?
 4  A. A roach, a marijuana roach.
 5  Q. So it was possession of marijuana?
 6  A. No, they didn't have that one there.  They
 7     had a roach.  It got thrown out.  It got
 8     thrown out because it wasn't -- it was
 9     dismissed.
10  Q. Where were you arrested?
11  A. Where?
12  Q. Yes.
13  A. Off of Norfolk?  Off of Norfolk.
14  Q. And did you have a lawyer represent you?
15  A. No.
16  Q. Did you go to court?
17  A. Yes, I just had to pay a fine.
18  Q. What court did you go to?
19  A. What court did I go to.  I want to -- oh, the
20     one on Codman Square.
21  Q. Dorchester District Court?
22  A. Yes.
23  Q. And that was about five years ago?
24  A. I believe so, yeah.
```

Page 183

```
 1  Q. Who were you arrested with?
 2  A. This guy named Fudd.
 3  Q. Fudd?
 4  A. Yes.
 5  Q. What's his real name?
 6  A. Elmo?  Alma?  Elmo Fudd?
 7  Q. Elmo Fudd?
 8  A. Yeah.
 9  Q. You're sure it's not Elmer Fudd?
10  A. I don't know.  You're confusing me now.
11  Q. Was there anyone else --
12  A. No.
13  Q. -- that you were arrested with?
14  A. That was it.  That was it.
15  Q. Just you and Elmer -- Elmo?
16  A. (Nods head)
17  Q. Where were you living in July of 2003?
18  A. 2003?
19  Q. The time that you testified at the motion for
20     new trial, where were you living?
21  A. I believe I was staying on Ruthven Street.
22  Q. Okay.  So you moved to Quincy before or after
23     2003?
24  A. After.
```

Page 184

```
 1  Q. After?
 2  A. (Nods head)
 3  Q. So it's been within the last two or three
 4     years that you moved to Quincy?
 5  A. Mm-hmm, I think it's like three years now.
 6  Q. Okay.  And it's just you and your daughter
 7     that live together?
 8  A. Yes.
 9  Q. What grade is your daughter in?
10  A. She's in third.
11  Q. And you've lived at three addresses within
12     the last two years or three years --
13  A. Yes.
14  Q. -- in Quincy?
15  A. Yes.
16  Q. Why did you leave Germantown?
17  A. Why did I leave Germantown?
18  Q. Yes.
19  A. The rent office offered me another apartment,
20     and I took it.
21  Q. Is that Sullivan Road?
22  A. Yes.
23  Q. Why did you leave Sullivan Road?
24  A. Because I got my Section 8, and the Section 8
```

Page 185

```
 1     didn't cover for that apartment, so I had to
 2     move out, with my certificate.
 3  Q. Do you recall talking to members of the
 4     Boston Police Department before you testified
 5     in 2003?
 6  A. I don't remember.
 7  Q. Do you remember the name of a detective by
 8     the name of Thomas O'Leary?
 9  A. No.
10  Q. How about Paul McLaughlin?
11  A. No.
12  Q. Do you remember telling police officers in
13     2003 that a private investigator had hounded
14     you both day and night for you to sign an
15     affidavit?
16  A. Hmm-mm, I don't remember that.
17  Q. Do you remember a private investigator
18     hounding you?
19  A. No.
20  Q. And so that didn't happen, or you don't
21     remember?
22  A. I don't remember it.
23  Q. Okay.  Do you remember being asked by Boston
24     police officers to look at a prior statement
```

Page 186

```
 1     that you had made that was tape-recorded?
 2  A. No.
 3  Q. Do you remember speaking to a police officer
 4     at any time who was tape-recording your
 5     statement or your conversation?
 6  A. I don't remember.
 7  Q. You don't remember?
 8  A. No.
 9  Q. Did Dick Lehr tell you that other members of
10     the Castlegate Gang were suggesting that
11     Apple Davis shot Tiffany Moore?
12  A. Yes.
13  Q. Did anyone else tell you that?
14  A. I heard rumors.  I thought what was a rumor.
15  Q. Did you hear rumors that Shawn Drumgold was
16     involved in the shooting of --
17  A. No.
18  Q. -- Tiffany Moore?
19  A. No.
20  Q. Didn't hear that as a rumor?
21  A. No.
22  Q. Did you hear any rumors that Lug Taylor was
23     involved in the shooting of Tiffany Moore?
24  A. No.
```

### Page 199

1  Q. Do you know a person by the name of Michael
2     Sloane?
3  A. Michael Sloane? No.
4  Q. Do you know a person by the name of Ron
5     Carter?
6  A. No.
7  Q. Do you know a Ron Carter who lived on -- or a
8     Carter family who lived on Hutchins Street?
9  A. Carter family? No.
10 Q. Do you know a person by the name of Stanley
11    Myers?
12 A. No.
13 Q. Do you know a person by the name of James
14    Myers?
15 A. No.
16 Q. Do you know Eric Johnson?
17 A. Yes.
18 Q. Where does Eric live?
19 A. I don't know.
20 Q. When's the last time you saw him?
21 A. Over two years ago.
22 Q. And where were you when you saw him?
23 A. On Humboldt.
24 Q. You were hanging on Humboldt?

### Page 200

1  A. I was on Humboldt. You asked me where I was
2     at. I was on Humboldt the last time I seen
3     him.
4  Q. Did you speak with him?
5  A. Yeah, I said hi.
6  Q. Do you know where he works?
7  A. No.
8  Q. Do you know if he works?
9  A. No.
10 Q. Do you know a person by the name of True See
11    Allah?
12 A. No.
13 Q. Do you know a person by the name of Shawn
14    Mells?
15 A. Shawn Mells? No.
16 Q. Do you know Troy Jenkins?
17 A. Yes.
18 Q. And was Troy there the night Tiffany was
19    killed?
20 A. Yes.
21 Q. And was he a member of the Humboldt Boys?
22 A. Yes.
23 Q. And where does Troy live today?
24 A. I don't know.

### Page 201

1  Q. When's the last time you saw him?
2  A. Mmmm, probably two years ago.
3  Q. Where were you when you saw him?
4  A. Humboldt.
5  Q. So he's still in the area, or was two years
6     ago?
7  A. Mm-hmm.
8  Q. Do you know anything about him?
9  A. No.
10 Q. Do you know if he's married?
11 A. No.
12 Q. Do you know if he works?
13 A. No.
14 Q. Do you know where he lives?
15 A. No.
16 Q. Do you know where he lived in 1988?
17 A. I think he told me that. I want to say Elm
18    Hill for some reason. It was up in that area
19    around Elm Hill somewhere.
20 Q. Do you know where he went to school?
21 A. No, I don't know, no.
22 Q. Do you know a person by the name of Romero
23    Holiday?
24 A. Romero Holiday?

### Page 202

1  Q. Mm-hmm.
2  A. Romaro or Romero (phonetic)?
3  Q. Romero.
4  A. No.
5  Q. Okay. How about Romaro?
6  A. Yeah, I heard of him.
7  Q. You heard of him?
8  A. I don't know him personally to talk to him.
9  Q. What did you hear about him?
10 A. Romaro? He's with the Castlegate Boys.
11 Q. He's with Castlegate.
12    And did you ever hear of any
13    problems between Romaro Holiday and Shawn
14    Drumgold?
15 A. No.
16 Q. Did you ever hear of any problems with Romaro
17    Holiday and Chris Chaney?
18 A. Yes.
19 Q. What did you hear?
20 A. They was beefing.
21 Q. Did you ever hear of any problems between
22    Romaro Holiday and Mervin Reese?
23 A. Yes.
24 Q. What did you hear?

### Page 203

1  A. They was beefing.
2  Q. What was the beefing about?
3  A. Just trying to take over territories and
4     stuff.
5  Q. Take over territories for druggies?
6  A. Yeah, it's just stupid. I don't know what
7     all the gang stuff's about. It's stupid.
8  Q. Was Romaro Holiday a drug dealer?
9  A. Yes.
10 Q. Was Chris Chaney a drug dealer?
11 A. Yes.
12 Q. Was Mervin Reese a drug dealer?
13 A. Yes.
14 Q. So were they beefing about the territories
15    wherever the -- who was supposed to be
16    selling drugs in whatever territory?
17 A. They could have been. I'm not too sure what
18    it was about.
19 Q. Did you ever hear about Romaro Holiday being
20    shot?
21 A. Being shot?
22 Q. Yes.
23 A. Yes.
24 Q. Who shot him?

### Page 204

1  A. I don't know.
2  Q. Did you hear any -- did you hear any talk
3     about his being shot?
4  A. No.
5  Q. Do you know when he was shot?
6  A. No.
7  Q. Do you know if it was in 1988?
8  A. I don't know.
9  Q. Do you know where he was shot?
10 A. No.
11 Q. Did you hear anything on the street about
12    Romaro Holiday thinking that it was Chris
13    Chaney and Mervin Reese that shot him?
14 A. I can't say that I recall that.
15 Q. Okay. Did you hear anything on the street
16    that Romaro Holiday thought it was Troy
17    Jenkins who shot him?
18 A. No.
19 Q. But you recall Romaro Holiday being shot?
20 A. Yeah, I remember hearing about that.
21 Q. Do you know a Tyrone Brewer?
22 A. Yes.
23 Q. How do you know Tyrone Brewer?
24 A. From Humboldt.

Page 211

1  A. I don't know.
2  Q. Do you know if Shawn Drumgold knew Romaro
3     Holiday?
4  A. I don't know. I don't know.
5  Q. When's the last time you saw Gemini?
6  A. When we had to go to court.
7  Q. Was that in 2003 or 1989?
8  A. 2003.
9  Q. Did you speak with her in 2003?
10 A. Yes.
11 Q. About what?
12 A. How long they was going to take to call our
13    name.
14 Q. While you were in court?
15 A. Mm-hmm.
16 Q. Is that a yes?
17 A. Yes. I'm sorry.
18 Q. In 2003 or 2002 --
19         MR. ROACHE: Strike that.
20 Q. In 2000 -- between the years 1988 and 2002,
21    apart from your testimony -- testifying in
22    court in the case against Shawn Drumgold and
23    Lug Taylor, did you speak with anyone
24    concerning Shawn Drumgold?

Page 212

1  A. Not that I recall of.
2  Q. In 2002, did you speak with any
3     investigators?
4  A. 2002?
5  Q. Yes.
6  A. I don't remember.
7  Q. But you do recall speaking with an
8     investigator -- two investigators in 2003?
9  A. Mm-hmm, before me being in court, yeah.
10 Q. And do you recall speaking with any reporters
11    other than Dick Lehr --
12 A. No.
13 Q. -- in 2003?
14 A. No.
15 Q. Did Dick Lehr mention to you Gemini Humboldt?
16 A. I think so. Yes, yes, he did.
17 Q. What did he say?
18 A. What did he say. I don't know. I remember
19    him saying her name. I think he was telling
20    me who had to come into court. Yeah, he was
21    telling me who had to -- who was going to
22    come to court.
23 Q. Do you know what Gemini Hullum's involvement
24    was in the Shawn Drumgold trial?

Page 213

1  A. Her involvement?
2  Q. What her involvement was.
3  A. She said she was with Shawn during the time
4     it happened. I believe that was the
5     involvement. I mean I don't know.
6  Q. Do you know that to be the case?
7  A. What, that she was with him?
8  Q. Yes.
9  A. No.
10 Q. When's the first time you heard anything
11    about Shawn -- or Gemini being with Shawn
12    Drumgold that night?
13 A. That day at court, 2003. When we was at the
14    court, she said it then.
15 Q. Did you ever hear it before that day?
16 A. No. Oh, yes, I did. I'm sorry, yes, I did.
17 Q. When did you hear it before?
18 A. This girl, Monty, told me that they all was
19    together.
20 Q. Monty?
21 A. Yeah.
22 Q. What's Monty's name?
23 A. Well they call her -- her real name's Kathy.
24 Q. Kathy what?

Page 214

1  A. What's her last name? I don't know. I can't
2     think of it.
3  Q. Where does she live?
4  A. Right now she stays on Regent Street. I
5     don't know the number, though. Regent.
6  Q. Regent?
7  A. Yes.
8  Q. Is that in Roxbury?
9  A. Yeah.
10 Q. Her name is Kathy?
11 A. Yes.
12 Q. How do you know her?
13 A. Mmmm, growing up. She used to live -- when I
14    was younger, she used to live on Crawford
15    Street.
16 Q. And did she have any brothers and sisters?
17 A. Yes, she had a sister. She had two sisters.
18 Q. What were their names?
19 A. Phyllis and -- well they called the other
20    sister Pig. I don't remember -- I don't know
21    her real name.
22 Q. Peg?
23 A. Pig.
24 Q. Pig?

Page 215

1  A. Yeah.
2  Q. P-I-G?
3  A. Mm-hmm.
4  Q. And they lived on Crawford?
5  A. Yes, during that time, yeah.
6  Q. Whereabouts on Crawford?
7  A. I believe it was 92.
8  Q. And did they live with a mother and father?
9  A. Yeah, Monty lived with her mom.
10 Q. Do you know the mom's name?
11 A. Mildred.
12 Q. Mildred?
13 A. Yeah.
14 Q. Do you know Mildred's last name?
15 A. I can't think of their last name. I can't
16    think of it. I don't want to tell you the
17    wrong name.
18 Q. Do you know if Monty --
19         MR. ROACHE: Strike that.
20 Q. How old is Monty in relation to you?
21 A. Monty should be 38, 37.
22 Q. And so she's five or six years older than
23    you?
24 A. Yeah.

Page 216

1  Q. And in 1988 she lived on Crawford Street?
2  A. Yeah.
3  Q. Do you know if she went out with anybody in
4     1988?
5  A. 1988? I don't know who she was dating then.
6  Q. Do you know if she was dating an Obie Graham?
7  A. I don't know. Obie Graham? Hmm-mm, I don't
8     know him.
9  Q. Okay. You don't know where Gemini Hullum was
10    living, is that correct?
11 A. Right.
12 Q. You don't know if she was living with the
13    Graham family on Sonoma?
14 A. No, I don't.
15 Q. What was Gemini's relationship with Shawn
16    Drumgold in 1988?
17 A. They were just friends as far as I know.
18 Q. Do you know if Gemini was a drug dealer?
19 A. A drug user. I wouldn't say dealer.
20 Q. How do you know she was a drug user?
21 A. How did I know?
22 Q. Right.
23 A. Because I used to see her out there.
24 Q. And what type of drugs was she using?