C

Page 1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

-------------------------X
SHAWN DRUMGOLD,
     Plaintiff

V.                        Case No. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS
M. ROACHE, PAUL MURPHY,
RICHARD WALSH, and THE
CITY OF BOSTON,
     Defendants
-------------------------X


          DEPOSITION OF GEMINI HULLUM, a
witness called to testify by and on behalf of
the Defendants, pursuant to the applicable
rules of the Federal Rules of Civil
Procedure, before M. ELAINE GANSKA, a
Stenographic Reporter and Notary Public in
and for the Commonwealth of Massachusetts, at
the offices of Bonner Kiernan Trebach &
Crociata, Attorneys at Law, One Liberty
Square, Boston, Massachusetts, on Monday,
February 20, 2006, commencing at 11:15 a.m.

              FEDERAL COURT REPORTERS
        781-585-6741          978-535-8333
```

Page 2

```
APPEARANCES

TOMMASINO & TOMMASINO
BY: MICHAEL W. REILLY, Attorney at Law
Two Center Plaza
Boston, Massachusetts 02108-1904
ON BEHALF OF: The Plaintiff

BONNER KIERNAN TREBACH & CROCIATA
BY: HUGH R. CURRAN, Attorney at Law
One Liberty Square
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Walsh

HOGAN, ROACHE & MALONE
BY: JOHN P. ROACHE, Attorney at Law
66 Long Wharf
Boston, Massachusetts 02110
ON BEHALF OF: Defendants City of Boston
and Roache

MORGAN, BROWN & JOY
BY: MARY JO HARRIS, Attorney at Law
200 State Street
Boston, Massachusetts 02109-2605
ON BEHALF OF: Defendant Callahan
```

Page 3

```
                    I N D E X
Deposition of                              Page
GEMINI HULLUM

Examination by Mr. Curran          9
Examination by Mr. Roache        172



                  E X H I B I T S
No.                                    Page
1-2      Subpoenas                      82
3        Map                            82
4        Map                            82
5        Map                            83
6        Affidavit                     162
```

Page 4

                STIPULATIONS
          It is hereby stipulated and agreed
by and between Counsel for the respective
parties and the Deponent that the Deponent
shall read and sign the deposition transcript
within 30 days of receipt before any Notary
Public.
          It is further stipulated that all
objections, except as to form, and motions to
strike are reserved to the time of trial.
                PROCEEDINGS
          MR. CURRAN: Ms. Hullum, my name
is Hugh Curran. I'm an attorney at Bonner
Kiernan Trebach & Crociata. I represent
Richard Walsh in a matter, Shawn Drumgold vs.
Richard Walsh, Timothy Callahan, Francis
Roache, and the City of Boston. You're a
witness in this matter, and you've been
subpoenaed to testify today, and that's why
you are here to testify.
          MS. HULLUM: Well I plead the
fifth, so that's what I'm here to let you
know.
          MR. CURRAN: Have you had an

Page 5

opportunity to obtain counsel?
          MS. HULLUM: No, I haven't.
          MR. CURRAN: And would you like
that opportunity to obtain counsel?
          MS. HULLUM: Why would I need to
obtain counsel? I'm not on trial for
anything.
          MR. CURRAN: Okay. Then that's
the reason why you just can't say you plead
the fifth.
          MS. HULLUM: Why not? I've
already went to court. I've already
testified. This is a civil matter. It has
nothing to do with me. I'm not suing
anybody, so why would I not be able to plead
the fifth?
          MR. CURRAN: I'm not your
attorney. You can decide to do what you
would like to do, but we are representing the
parties in this case. Mr. Reilly represents
Shawn Drumgold, and the other attorneys here
represent individual parties to this
litigation. As a result of Mr. Drumgold
filing a civil action, the parties are

Page 6

entitled to discovery. Discovery includes
deposing witnesses. You were a witness in
this case, and we intend to go forward this
morning and ask you questions relative to
your knowledge about this matter. If you
choose not to answer questions, then we will
be forced to file a motion to compel and seek
an order of the Court in the Federal Court.
          Are you prepared to go forward
today?
          MS. HULLUM: You're Shawn's
lawyer?
          MR. REILLY: I am.
          MS. HULLUM: Where's Rosemary?
          MR. REILLY: She's home with her
sick baby right now.
          THE WITNESS: Oh, she has the
opportunity to be home with her baby, huh?
          MR. REILLY: If you ask me a
question, I'll tell you the answer.
          MS. HULLUM: So
what's-her-name -- why am I testifying here
today if I've already testified?
          MR. REILLY: Because you testified

### Page 43

1 A. Sixteen.
2 Q. Okay. And was this prior to Tiffany Moore's
3    murder?
4 A. Way prior.
5 Q. Okay. And who were you selling drugs for?
6 A. Different people on the street that give you
7    something.
8 Q. Okay. Were you selling drugs for Shawn
9    Drumgold or Terrance Taylor?
10 A. Hell, no.
11 Q. Okay. And when did you -- how old were you
12    when you started using drugs?
13 A. Seventeen.
14 Q. All right. Was that prior to Tiffany Moore's
15    murder?
16 A. Yep.
17 Q. Okay. When you started using drugs, how
18    often would you get high?
19 A. Well sometimes it wasn't -- it wasn't an
20    everyday thing. Like I said, it had to do
21    with your money, the feeling of not wanting
22    to get high sometimes but that's what all
23    your peers are doing, and so it wasn't a
24    daily thing, but I was active, period.

### Page 44

1 Q. How many times a week?
2 A. You're asking me about something as far as
3    using drugs back in 1988. I can't give you
4    an answer to how many times a week because
5    sometime you just didn't get high, sometime
6    you did.
7 Q. Was it on a regular basis for you back in
8    1988?
9 A. No.
10 Q. Okay.
11 A. Hmm-mm.
12 Q. And how often would you do drugs back in
13    1988? If you have a memory.
14 A. A lot on the weekend.
15 Q. Okay. When you -- would you consider
16    weekends Thursday, Friday, Saturday or
17    Friday, Saturday, Sunday?
18 A. Saturday and Sunday or Friday and Saturday
19    because Sunday, you know, you try to stay
20    home, watch TV, eat, gain your weight back
21    that you lost.
22 Q. Okay. From the -- from doing the drugs?
23 A. (Nods head)
24 Q. When you did party, how much would you do on

### Page 45

1    the weekend?
2 A. Not a lot because you didn't even have no
3    money to do no lines, so --
4 Q. And what was your drug of choice?
5 A. -- unless somebody else would give me a hit
6    or something --
7       Crack, just crack.
8 Q. Okay. Were you working back then in any
9    capacity?
10 A. I did have a job at a ice cream shop --
11 Q. Okay. Was most --
12 A. -- but it didn't last long.
13 Q. Was most of the money that you were making
14    back then from selling drugs?
15 A. No, if I made money from selling drugs, I
16    would have bought clothes and sneakers and
17    gave Ms. Graham groceries and extra money if
18    I had anything extra to give her. It was a
19    form of survival.
20 Q. Right, and I'm not -- not criticizing you.
21    What I'm saying is, the majority of the money
22    you were making back then was from selling
23    drugs with no other --
24 A. No. Sometime my mother would come by, bring

### Page 46

1    money. I want to say I was on general
2    relief. I don't know. It's too much -- too
3    much in my past for you to want to get
4    specific on certain things.
5 Q. Did your drug use accelerate?
6 A. No, it didn't. I ended up stopping by
7    myself.
8 Q. In what year?
9 A. '92.
10 Q. Okay.
11 A. It was a phase, as far as I'm concerned.
12 Q. From 1992 you stopped using crack?
13 A. Yep.
14 Q. Okay. Didn't seek any treatment at any time
15    for any drug -- drug use or drug abuse?
16 A. No.
17 Q. Okay. You were able to stop cold turkey?
18 A. Yeah. I just didn't like it anymore, period.
19 Q. Okay. Have you continued your drug use since
20    '92 in any capacity?
21 A. Yeah, I smoke cigarettes 90 miles per hour.
22 Q. All right. What was your relationship with
23    Terrance Taylor's family?
24 A. I knew his sister, but not from him. I knew

### Page 47

1    his brother, from not -- but not from him. I
2    didn't even know they were related until
3    like, you know, later on, actually after Lug
4    had went to jail for something. I don't
5    think it had nothing to do with this, though.
6 Q. Who was his sister?
7 A. Cynthia.
8 Q. What was her last name?
9 A. I guess Taylor.
10 Q. And where did she live?
11 A. I don't know. I met her in a club.
12 Q. Okay. Which club?
13 A. Used to be the Paramount, used to be the
14    Galleria. I don't know what it is now.
15 Q. Okay. And what's the brothers' -- Terrance
16    Taylor's brothers' names?
17 A. I know one of them. His name is Ant.
18 Q. What was your relationship with him?
19 A. We used to sell him clothes.
20 Q. Okay. Where were you selling clothes from?
21 A. Stolen from a store.
22 Q. Okay. And was this a common occurrence back
23    in 1988, '89, '90?
24 A. Mm-hmm.

### Page 48

1 Q. Stealing clothes and selling them?
2 A. Not in '90. '88, '87; '88, '87.
3 Q. When did you first become aware that Ant and
4    Cynthia were related to Terrance Taylor?
5 A. I met her from this girl, Nicole, and she
6    said that was Lug's sister, and I said, "Oh,
7    they look just alike."
8 Q. Okay. Was this before or after Tiffany
9    Moore's murder?
10 A. Way before.
11 Q. Just for the record, when you refer to Lug,
12    you're referring to Terrance Taylor; that was
13    the name he went by?
14 A. Mm-hmm.
15 Q. All right. Did you know Paul Durand?
16 A. No.
17       And I don't know when I met Lug's
18    sister. I don't know if it was before or
19    after Tiffany. I think it was after. I
20    don't know.
21 Q. Okay. Do you recall a Paul Durand ever
22    hanging around with Lug and Shawn Drumgold?
23 A. I don't know nobody named Paul, period.
24 Q. Did you know a guy named Paul that used to

### Page 133

```
 1      They didn't want us getting high.  They used
 2      to actually cuss us out, put us down.
 3   Q. You indicated before that you had been
 4      arrested before by the police?
 5   A. Mm-hmm.
 6   Q. Okay.  How many times have you been arrested?
 7   A. Twice down there for fighting.
 8   Q. Okay.  And in what year?
 9   A. One, a girl had a warrant on me in '88, I
10      think --
11   Q. Before or after -- I don't mean to interrupt,
12      but before or after the Tiffany Moore murder
13      case?
14   A. Before.
15   Q. Okay.
16   A. In another case I was in a stolen car with my
17      kids' father, Colin.
18   Q. Okay.  And what happened to those cases?
19   A. As far as I know, everything was dismissed on
20      my record.  I don't even know what happened
21      to them.
22   Q. Okay.
23   A. I never had probation.  I don't know.
24   Q. All right.  Well was the assault and battery
```

### Page 134

```
 1      out of Dorchester District Court?
 2   A. No.  All that's a lie.  That was a guy that
 3      was stalking me and taking charges out at
 4      police stations.
 5   Q. Was that Joseph Eubanks --
 6   A. Exactly.  He's from Humboldt.
 7   Q. And Ruthven Street?
 8   A. Yeah.
 9   Q. He had a restraining order out against you?
10   A. I put one on him, and he went coo-coo and hit
11      every police station in Boston with lies.
12      All of it's been dismissed.
13   Q. Okay.  And you received a continue without
14      finding in Dorchester on the assault and
15      battery.
16   A. For whom?
17   Q. This says February --
18   A. '88?
19   Q. '87?
20   A. Yeah, that was a girl that put a warrant on
21      me.  I had a fight with her.  She's out of --
22   Q. Okay.  And -- all right.  What happened to
23      the charges for counterfeiting a motor
24      vehicle document in 2002, do you know?
```

### Page 135

```
 1   A. No.  I paid a fine.  That's when they said I
 2      had an altered sticker.
 3   Q. Okay.  All right.  Have you gone by any other
 4      names other than Gemini Hullum?
 5   A. No.  The girl who took me to court thought my
 6      name was Gemini Graham.
 7   Q. Okay.
 8   A. So they took me to court under Gemini
 9      Graham.  I've never given no false name to
10      anybody.
11   Q. All right.  When was the -- after Shawn was
12      convicted, when was -- and sent to prison,
13      when was the first time you became aware of
14      the fact that he was convicted of the murder
15      of Tiffany Moore?
16   A. I think through the media, when it happened
17      more or less.
18   Q. Okay.  And what did you do?
19   A. I just said, "Oh, my God."  Talked about it,
20      gossiped about it.
21   Q. With who?
22   A. Any- and everybody that knew Shawn.
23   Q. Okay.
24   A. I could walk up on a conversation with people
```

### Page 136

```
 1      already speaking about it, and I'd get
 2      involved as well.
 3   Q. Okay.  And you weren't afraid to speak about
 4      it back then?
 5   A. I wasn't afraid to speak about it back then
 6      to my peers.
 7   Q. Okay.
 8   A. As far as speaking to the police, I was very
 9      afraid.
10   Q. Okay.  In regards to the time he was arrested
11      until the time of the conviction, it was
12      also, you know, subject to many conversations
13      amongst your peers about the fact that Shawn
14      was arrested for this?
15   A. Mm-hmm.
16   Q. Okay.  Is that correct?
17   A. (Nods head)
18   Q. You have to answer yes or no.
19   A. Yes.
20   Q. Okay.  And you talked to them, your peers,
21      fairly regularly about the fact that Shawn
22      was being held for the murder of Tiffany
23      Moore?
24   A. Yep.
```

### Page 137

```
 1   Q. And you shared with them what you remember
 2      happening that night --
 3   A. Mm-hmm.
 4   Q. -- what you thought?
 5   A. Mm-hmm.
 6   Q. You have to say yes --
 7   A. Yes.
 8   Q. -- or no.
 9         Okay.  And do you recall in
10      regards to your group of peers who you
11      discussed that with before Shawn's
12      conviction?
13   A. Yeah.
14   Q. Who?
15   A. The same people from the house, Boo, Lisa,
16      Mickey, Cheryl, people from Sonoma Street,
17      lady across the street, Gwen.
18   Q. Gwen what?
19   A. I think her last name's Warren.  I don't
20      know.  She's a grown lady.  She was Mickey's
21      friend.
22   Q. But you weren't afraid -- afraid to speak in
23      the community about what your knowledge was?
24   A. Huh-uh.
```

### Page 138

```
 1   Q. Okay.  And did you speak with Shawn
 2      Drumgold's sister who you were friendly with?
 3   A. No.  Their family fell apart, so I really
 4      didn't, hmm-mm.
 5   Q. Well --
 6   A. They kept pursuing Ty.  For some reason they
 7      were saying Ty knew something that could
 8      clear him, but they never said nothing to me
 9      and Lisa.  They knew that me and Lisa knew,
10      just like Mickey, where Shawn was, but, no.
11      It was a lot sadness and emotions with them,
12      his mother and his sisters, but I never went
13      and said I know this because I was not ready
14      and was not willing to talk to the police or
15      go in anybody's courthouse.
16   Q. How did you know that the Drumgold family
17      knew what you -- where you saw Shawn on the
18      night of the Tiffany Moore murder --
19   A. I don't know that they did know.
20   Q. Okay.
21   A. I don't know that they did know.  I don't
22      think they had any clue back then.
23   Q. But you saw his sister on a fairly regular
24      basis?
```

Page 145

1 Q. Okay. Do you know when he got out?
2 A. It's been a year. I did see him. It's been
3    a year. I seen him last year when he got
4    out.
5 Q. Okay. And how often would you then
6    correspond with Shawn Drumgold?
7 A. Like I said, I think there's a few letters.
8    Not often at all because I was really not
9    into the writing at the -- at the time. I
10   went through a lot of depression, so, like I
11   said, I know the letter was basically focused
12   on, you know, I'm sorry about what happened
13   and everything like that, and then when I
14   responded, I more or less told him thank you
15   and told him how my kids were doing and how I
16   was doing, and I think in one of the letters
17   I did mention that I was sorry that he was
18   still in jail all these years, because I know
19   he knew that I know where he was at that
20   point in time, and I believe I expressed that
21   I -- I'm sorry I never stepped up, but, you
22   know, I was very immature back then, very
23   afraid. I'd seen a lot of things go on on
24   Sonoma with the police and individuals, and I

Page 146

1    didn't feel there was anybody that I could
2    trust, not to mention getting involved,
3    period, and have to worry about anybody out
4    there on the street wanting to hurt me
5    because I made any type of comment in
6    reference to that, you know, situation about
7    Shawn being on Sonoma when Tiffany Moore was
8    murdered.
9 Q. At any time during your lifetime in the
10   Boston area, were you an informant for
11   anyone --
12 A. No.
13 Q. -- at the Boston Police Department?
14 A. No.
15 Q. Okay. And did you ever share any information
16   with any members of the Boston Police
17   Department at any time?
18 A. Hmm-mm (shakes head).
19 Q. Okay. Did you -- some of these traumatic
20   incidences and the murders, did you -- did
21   you share information, if you had
22   information, on those murderers, the
23   murderers of the father of your children?
24 A. You said would I share it?

Page 147

1 Q. Yeah.
2 A. With the police?
3 Q. Yeah.
4 A. Yeah, if I was a true witness to something,
5    yeah, I would.
6 Q. Okay. And relative to these murders, the
7    close family members and friends and the
8    husband of your children, did you ever hear
9    anything on the streets about how things
10   occurred, and would you provide information
11   to the police?
12 A. Oh, as far as Tiffany?
13 Q. No, in regards to the other cases.
14 A. Oh, no. I always wanted to drop a dime
15   sometime on certain people, but no.
16 Q. Okay. Did you ever hear any information
17   relative to the murder of the father of your
18   children?
19 A. Yes.
20 Q. Okay. Did you ever share that information
21   when you heard stuff --
22 A. Yeah, I did.
23 Q. -- with the detectives assigned to the case?
24 A. Yeah, I did.

Page 148

1 Q. Did you have any problems with that?
2 A. Yeah, I did.
3 Q. But you still did it?
4 A. I did it until it was brought back to me from
5    individuals to keep my mouth shut and stop
6    running my mouth.
7 Q. Okay. And as a result, you wouldn't give any
8    information?
9 A. I just gave them what I heard. I just told
10   them what I had heard, period. And, like I
11   said, then I was told to stop running my
12   mouth, so.
13 Q. Okay. Besides --
14 A. What I told them, I heard they said they
15   couldn't do nothing with anyway because they
16   needed a witness.
17 Q. Okay. And you talked about other traumatic
18   experiences, other murders and violence in
19   your family besides the loss of the father of
20   your children. Who -- what were those
21   traumatic experiences?
22 A. Oh, my girlfriend hung herself in jail.
23 Q. Okay. Besides that, what else?
24 A. An individual murdered my first cousin, same

Page 149

1    age as me, my mother's sister's daughter, in
2    her own apartment.
3 Q. And who was that?
4 A. Stephanie Staples.
5 Q. And that was in Boston?
6 A. It was in Boston.
7       It was two months after my kids'
8    father. My girlfriend was one month after
9    her.
10 Q. Okay. Did you ever speak to any of the
11   detectives or -- assigned to investigate
12   Stephanie Staples --
13 A. No, it was an open-and-shut case as far as
14   who did it and why.
15 Q. Okay. And did you go to the prosecution to
16   watch the trial or the plea?
17 A. No.
18 Q. All right. Who were your attorneys that
19   represented you when you had been arrested
20   before, do you know?
21 A. Arrested when?
22 Q. Well you were arrested in 1987.
23 A. I never had an attorney for anything. I
24   never been convicted of anything.

Page 150

1 Q. Okay. So when you were arrested for the
2    assault and battery, the Court didn't appoint
3    you an attorney?
4 A. If they did, I don't remember.
5 Q. Okay. And I see that it was resolved in June
6    of 1989. You don't remember who the attorney
7    was that was appointed?
8 A. Hmm-mm (shakes head).
9 Q. Okay. You were also arrested for knowingly
10   receiving stolen property in April of 1987.
11   Do you recall who was appointed your attorney
12   there?
13 A. I didn't get an attorney. It was him driving
14   the car. I was a passenger. I was a
15   juvenile. I got bailed out. I never heard
16   anything else about it.
17 Q. Okay. How about in Brockton when you were
18   arrested for shoplifting, do you recall if
19   you were appointed an attorney?
20 A. I don't think I got an attorney then either.
21 Q. How about in Quincy, '93, when there was
22   larceny --
23 A. That wasn't me.
24 Q. -- over --

### Page 151

1  A. It was the girl I was with that was in
2  Brockton. She killed herself in jail. She's
3  dead now.
4  Q. Okay. Were you appointed a lawyer when you
5  were arrested for that?
6  A. I wasn't arrested.
7  Q. She used your name?
8  A. She used my name, and I found out about it,
9  and I went in.
10 Q. How about the -- in '94 a disturbing the
11 peace and trespass --
12 A. That's Joe Eubanks. It's not true.
13 Q. -- and disorderly person?
14 A. I never had a lawyer. I tried to take
15 everything to trial because he was stalking
16 me, and he said he didn't want to go to trial
17 because he was the so-called victim, so the
18 judge threw everything out and told him don't
19 come back in the courtroom.
20 Q. Okay. You got a continued without a finding
21 which indicates that you admitted to
22 sufficient facts.
23 A. In what, with Joe?
24 Q. Yes, West Roxbury District Court.

### Page 152

1  A. Oh, no, that's something else. That's
2  disturbing the peace?
3  Q. Disturbing the peace --
4  A. Oh, I was in a party in with -- actually with
5  Mervin Reese and them, the Humboldt kids'
6  mother, they were moving. One of the kid's
7  mother was moving, and they threw a party in
8  the apartment. Police kicked the door down
9  and beat the hell out of all of us, and that
10 was that. They said it was disturbing the
11 peace, trespassing, and something else.
12 Q. Okay. Were you appointed an attorney in that
13 case?
14 A. Yes.
15 Q. Do you recall who it was?
16 A. No. It was 20 of us had one attorney.
17 Q. Okay. Did you have any problems with that
18 attorney when you spoke to him or her?
19 A. Yeah, we did.
20 Q. You did?
21 A. Yeah, because we wanted to take the police to
22 court, and she said no because they'll make
23 our lives miserable.
24 Q. All right.

### Page 153

1  A. So it went under unsupervised probation, and
2  I never heard anything else about it.
3  Q. Okay. In Roxbury District Court for stalking
4  and assault and battery --
5  A. That's all crap. That's Joe Eubanks.
6  Q. And were you appointed an attorney?
7  A. No, I wanted to represent myself.
8  Q. Okay. And the 2000, Dorchester District
9  Court, threatening, were you appointed an
10 attorney?
11 A. 2000? What was that about? No.
12 Q. October 31st, 2000.
13 A. October 31st, 2000.
14 Q. Dorchester District Court.
15 A. Oh, yeah. No, that was a magistrate hearing.
16 Q. Okay. How about counterfeiting motor vehicle
17 documents in Cambridge, were you appointed an
18 attorney?
19 A. No -- yeah, I was, the fat guy. I don't know
20 his name.
21 Q. I'm sorry?
22 A. I don't know his name.
23 Q. Okay. Did you ever visit Shawn Drumgold
24 while he was in custody?

### Page 154

1  A. No.
2  Q. So the first time you saw him in person after
3  he was arrested for the murder of Tiffany
4  Moore was when he was released --
5  A. No.
6  Q. -- a couple years ago?
7  A. I saw him in court when I testified.
8  Q. Okay. Was that the first time?
9  A. Mm-hmm.
10 Q. Okay. And do you recall Shawn Drumgold
11 asking you in the letters to testify in his
12 behalf?
13 A. I don't think so.
14 Q. What did he say to you in the letters that he
15 sent to you?
16 A. Oh, he just talked about how he kept -- he's
17 keeping the faith, and I'm sorry about Colin,
18 what he was doing in jail. I think he was
19 reading a lot. He did mention how he was
20 trying to get his case back into court. I
21 think that's it. Well, he talked about his
22 kids. I think basically he just talked about
23 how he wasn't going to give up.
24 Q. How many letters did you receive from him?

### Page 155

1  A. I think maybe three or four, not a lot,
2  because I wasn't, you know, writing all like
3  that.
4  Q. Did you speak to him over the phone at any
5  time while he was in custody?
6  A. I don't think I ever spoke to Shawn on the
7  phone, no.
8  Q. Okay. And when was the first time that you
9  were --
10      Were you ever contacted by anyone
11 on behalf of Shawn Drumgold during the trial
12 of the -- regarding Tiffany Moore, the
13 initial trial?
14 A. Not that I remember. I don't know. I don't
15 remember.
16 Q. Okay. Do you recall --
17 A. But I moved a lot, so not to say somebody
18 tried to contact me and couldn't find me.
19 Q. And do you recall anyone on behalf of
20 Terrance Taylor contacting you or the
21 Grahams, a lawyer or investigator, during the
22 initial trial?
23 A. Hmm-mm (shakes head).
24 Q. All right. And when was the first time you

### Page 156

1  were -- that you have a memory of being
2  contacted by anyone on behalf of Shawn
3  Drumgold and his conviction?
4  A. I think 2001 by Rosemary.
5  Q. Okay. And you were contacted my Rosemary
6  personally?
7  A. I think. I don't know.
8  Q. Okay. Did you have a conversation with her
9  over the phone or in person?
10 A. I don't remember. She might have sent me
11 something in the mail.
12 Q. And do you recall whether or not you received
13 anything in the mail from Rosemary
14 Scapicchio?
15 A. I think I received something in the mail.
16 Q. All right. And as a result of that receiving
17 something in the mail, how did she get your
18 name, do you know?
19 A. Probably from Shawn. I think Shawn had
20 alerted -- not alerted me, but informed me in
21 a letter that if I was willing or his lawyer
22 wanted to talk to me.
23 Q. Okay. And when you received something in the
24 mail, did you contact her?

Page 187

1  my sister got hit by a car, and she sued the
2  man that hit her.
3  Q. Which sister got hit by the car?
4  A. Desiree.
5  Q. And your mother sued the operator of the car
6     that hit Desiree?
7  A. And almost crippled her.
8  Q. When was that?
9  A. I was a kid. I don't know the year. I was
10    probably like six or seven.
11 Q. Okay. And when did you live at Oakley
12    Street?
13 A. Right after -- shortly after that we moved to
14    Oakley.
15 Q. Okay.
16 A. In the '70s.
17 Q. Your mother used some of the proceeds from
18    the lawsuit to purchase Oakley Street --
19 A. Mm-hmm.
20 Q. -- is that correct?
21 A. Mm-hmm (nods head).
22 Q. When did you stop living at Oakley Street?
23 A. Age 12.
24 Q. That's when your father moved out, correct?

Page 188

1  A. Yes.
2  Q. You moved out as well?
3  A. No. She sold the house and moved us around
4     the corner from him.
5  Q. Okay. So where did you live next?
6  A. Somerville, the line of Somerville and
7     Cambridge, Mass.
8  Q. Somerville and Cambridge?
9  A. Mm-hmm.
10 Q. What addres?
11 A. Park Street.
12 Q. Was it in Somerville, or was it in Cambridge?
13 A. It was more in Somerville. It was on the
14    line, but I guess it was Somerville.
15 Q. And Park Street?
16 A. Like one end of it was Cambridge. One end of
17    the street was Cambridge, and the other end
18    of the street was considered Somerville.
19 Q. Okay. And you were age 12 at that time?
20 A. Yep.
21 Q. Okay. How long --
22 A. Approaching 13.
23 Q. I'm sorry?
24 A. Approaching 13.

Page 189

1  Q. Okay. And how long had you lived at that
2     address on Park Street?
3  A. I think a year or so. I don't know. We was
4     there for a short amount of time, and she got
5     arrested.
6  Q. Who got arrested?
7  A. My mother. The feds came in there and took
8     her, and then --
9  Q. What was she arrested for?
10 A. Whatever her lifestyle was. I really don't
11    know. I know she was a pickpocketer. I
12    don't know if she was a drug dealer. I don't
13    know what exactly she was, but.
14 Q. Okay. And when you lived on Park Street in
15    Somerville or Cambridge, where did you go to
16    school?
17 A. What is the name of the school? I think the
18    King -- it was after a president or
19    something, I don't know.
20 Q. I'm sorry? It was after a president?
21 A. Yeah. It was down the street. The
22    Roosevelt, the King, something. I don't
23    know, but me and my brother went to a school
24    down the street.

Page 190

1  Q. Was it in Somerville or in Cambridge?
2  A. It was in Somerville.
3  Q. So you went to school in Somerville?
4  A. Yeah.
5  Q. What grade were you in?
6  A. It was elementary.
7  Q. Elementary school at age 12?
8  A. No, it was -- but -- it was elementary, but
9     it went to like middle school grades
10    combined. It was from second grade to eighth
11    grade. I think it was called the King.
12    Because my brother went there as well, and he
13    was not in middle school; he was still in
14    elementary.
15 Q. And that's your brother Lance?
16 A. Yeah.
17       It must have been the seventh
18    grade because we moved back to -- Jesus
19    Christ. I don't know. You see, that's
20    why -- you digging in territory that you
21    know -- you want to go there? Go there,
22    because I don't know. I don't know.
23 Q. Okay. So you lived in Somerville at age 12
24    for approximately one year?

Page 191

1  A. Mm-hmm, I believe it was about a year.
2  Q. And you said you moved -- your mother sold
3     Olney (sic) Street and moved you around the
4     corner from your father?
5  A. Mm-hmm.
6  Q. Is that correct?
7  A. Mm-hmm.
8  Q. So your father lived where?
9  A. On Trowbridge with his girlfriend.
10 Q. Okay. And your father was a pimp?
11 A. Mm-hmm.
12 Q. Where was he a pimp?
13 A. Well, you know, by me telling you that,
14    that's something I learned when I was older,
15    so for you asking me where was he a pimp, I
16    don't know.
17 Q. Do you know where?
18 A. No, I don't where he was a pimp at.
19 Q. Okay.
20 A. In the streets. Isn't that where pimps
21    pimp?
22 Q. I don't know.
23 A. Well neither do I.
24 Q. Okay. After you moved to Park Street, where

Page 192

1  did you next move to?
2  A. I don't remember if it's Southern Ave. or --
3     it was Southern Ave., I think.
4  Q. Southern Ave.?
5  A. Mm-hmm.
6  Q. Where is that located?
7  A. Dorchester.
8  Q. What section of Dorchester?
9  A. Codman Square.
10 Q. Codman Square?
11 A. Yeah.
12 Q. Okay. So how old were you when you moved to
13    Southern Ave.?
14 A. Thirteen.
15 Q. Okay. And what grade were you in when you
16    moved to Southern Ave.?
17 A. I don't know. I think the eighth or the
18    seventh. I'm not sure.
19 Q. What school did you attend when you moved to
20    Southern Ave.?
21 A. The Woodrow Wilson.
22 Q. How long did you live at Southern Ave.?
23 A. I don't know. Probably only a year there
24    too.