# D

Page 1

```
        UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS

-----------------------------X
SHAWN DRUMGOLD,
        Plaintiff

v.                    Case No. 04-11193NG

TIMOTHY CALLAHAN, FRANCIS
M. ROACHE, PAUL MURPHY,
RICHARD WALSH, and THE
CITY OF BOSTON,
        Defendants
-----------------------------X

        DEPOSITION OF RICKEY EVANS, a
witness called to testify by and on behalf of
the Defendants, pursuant to the applicable
rules of the Federal Rules of Civil
Procedure, before M. ELAINE GANSKA, a
Stenographic Reporter and Notary Public in
and for the Commonwealth of Massachusetts, at
the offices of Bonner Kiernan Trebach &
Crociata, Attorneys at Law, One Liberty
Square, Boston, Massachusetts, on Monday,
June 26, 2006, commencing at 10:25 a.m.

        FEDERAL COURT REPORTERS
781-585-6741          978-535-8333
```

Page 2

```
APPEARANCES

ROSEMARY CURRAN SCAPICCHIO, Attorney at Law
4 Longfellow Place, Suite 3703
Boston, Massachusetts 02114
ON BEHALF OF: The Plaintiff

TOMMASSINO & TOMMASSINO
BY: MICHAEL W. REILLY, Attorney at Law
2 Center Plaza
Boston, Massachusetts 02108-1904
ON BEHALF OF: The Plaintiff

BONNER KIERNAN TREBACH & CROCIATA
BY: HUGH R. CURRAN, Attorney at Law
One Liberty Square
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Walsh

HOGAN, ROACHE & MALONE
BY: JOHN P. ROACHE, Attorney at Law
66 Long Wharf
Boston, Massachusetts 02110
ON BEHALF OF: Defendants Roache and City of
Boston

MORGAN, BROWN & JOY
BY: MARY JO HARRIS, Attorney at Law
200 State Street
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Callahan

DAVIS, ROBINSON & WHITE
BY: WILLIAM WHITE, Attorney at Law
One Faneuil Hall Marketplace
Boston, Massachusetts 02109
ON BEHALF OF: Defendant Murphy

JAMES E. McCALL, Attorney at Law
4 Longfellow Place, Suite 3703
Boston, Massachusetts 02114
ON BEHALF OF: The Witness
```

Page 3

```
              I N D E X
Deposition of                            Page
RICKEY EVANS

Examination by Mr. Curran                 4


              E X H I B I T S
No.                                       Page
25      Subpoena                           7
26      Notice of Deposition               7
27      Adult Record Information          11
28      Recorded Statement of
        Gloria Miles                      91
29      Transcribed Statement of
        Witness                           93
30      Document                         101
31      Transcript of Grand Jury
        Proceedings                      102
32      Hancock Nursing Home
        Application for Employment       128
33-37   Group of Records                 138
38      Criminal Docket from Roxbury
        District Court                   159
39      Document                         177
40      Boston Police Homicide
        Unit Report                      227
```

Page 4

STIPULATIONS

It is hereby stipulated and agreed by and between Counsel for the respective parties that the Deponent shall read and sign the deposition transcript within 30 days of receipt under the pains and penalties of perjury.

It is further stipulated that all objections, except as to form, and motions to strike are reserved to the time of trial.

PROCEEDINGS

RICKEY EVANS, a witness called for examination by Counsel for the Defendants, having been satisfactorily identified and duly sworn, was examined and testified as follows:

EXAMINATION BY MR. CURRAN

Q. Good morning, Mr. Evans. My name is Hugh Curran. I'm an attorney at Bonner Kiernan Trebach & Crociata. I represent Detective Richard Walsh in this matter.

Before we begin this morning, I'm just going to give you a few instructions to follow, and that's for the benefit of

Page 5

everybody here. First, at any time if you need to take a break for any reason, whether it's to speak to your attorney or to get up and stretch, use the facilities, just indicate to me that you'd like to take a break, and we'll take a break at the appropriate time. We will require that you answer any question that's before you, okay?

A. Yes.

Q. It's also very important this morning that you give a verbal response, and the reason being is that if you nod your head or shrug your shoulders, the court stenographer can't --

A. Yeah.

Q. -- take everything down.

It's also very important this morning that you wait until I finish the question, and in return I will wait for you to finish your answer, and the reason for that is that if we're both speaking at the same time, the court reporter can't make a clear record of what's happening today. Do you understand that?

Page 6

A. Yeah.

Q. If you answer a question today --

MR. CURRAN: Strike that.

Q. If I ask you a question and you don't understand it, just indicate to me that you don't understand the question, and I'll try to rephrase it in a manner to the best of my ability that will allow you to understand the question. If you answer a question today, it's presumed that you understood the question and you're answering it truthfully, accurately, and completely to the best of your ability. Do you understand that?

A. Yes.

Q. Okay. And I'm just going to show you a subpoena and notice of deposition. There's two separate documents. I just ask that you take a look at those (handing documents).
    (Pause)

A. Okay.

Q. Have you had a chance to review these two documents?

A. Yes, I have.

Q. Okay.

Page 43

1  A. No.
2  Q. Did you know Maxine Davis?
3  A. No.
4  Q. Did you know Therone Davis?
5  A. Yes.
6  Q. Okay. How'd you know Therone Davis?
7  A. By his nickname.
8  Q. What was his nickname?
9  A. Apple.
10 Q. And how'd you know Therone?
11 A. He used live on -- he used to live on
12    Castlegate.
13 Q. What was your relationship --
14 A. There was -- wasn't -- we didn't have -- we
15    didn't actually have a relationship. You
16    know, I used to see -- I'd just see him --
17    you know, he used -- I used to -- he used to
18    ride a bike. He used to ride a bike like
19    through the neighborhood. I knew him like
20    through other people.
21 Q. Who'd you know him through?
22 A. I don't -- I can't recall anybody's name.
23 Q. Okay. What was your relationship with him?
24 A. With Therone? We basically didn't have a

Page 44

1     relationship 'cause I didn't -- I didn't deal
2     with -- I didn't deal with Castlegate because
3     it was all trouble.
4  Q. Okay. Did you have any problems with Therone
5     Davis?
6  A. No, I didn't -- I didn't get -- I didn't have
7     a -- I didn't like get in trouble with
8     anybody back then. You know, I used to
9     basically keep to myself.
10 Q. Okay. Do you know Wayne Davis?
11 A. Wayne? No.
12 Q. From Crawford street?
13 A. Crawford, I'm trying to picture Crawford.
14    I've seen Wayne, yeah. He was a skinny --
15    skinny guy? I remember Wayne, a skinny guy,
16    yes.
17 Q. Okay. And was Wayne your age?
18 A. Round about my age.
19 Q. Okay.
20 A. Not older.
21 Q. Okay. And what was your relationship with
22    him?
23 A. We didn't have a relationship.
24 Q. Would you see him on Humboldt?

Page 45

1  A. Yes.
2  Q. Okay. How often would you see him on
3     Humboldt?
4  A. I can't say that because I don't know.
5  Q. Okay.
6  A. I mean I don't know how many times you
7     talking about seeing them a week or a month.
8  Q. How about Duane (phonetic) Davis? Do you
9     know a Duane?
10 A. No.
11 Q. Okay. How about Caryn Delahunt?
12 A. No.
13 Q. Okay. How about Ronald Downs?
14 A. No.
15 Q. How about a Paul Durand?
16 A. Paul?
17 Q. Durand, D-U-R-A-N-D.
18 A. No.
19 Q. Okay. Now is Eloise Graham related to you?
20 A. Eloise, no.
21 Q. Okay. And Sheila Evans was your sister?
22 A. Sheila Evans?
23 Q. Do you have a sister?
24 A. Sheila Evans. I have a sister named Sheila

Page 46

1     Evans, but she don't live in Boston.
2  Q. Where does she live?
3  A. She live in Minnesota.
4  Q. Whereabouts in Minnesota?
5  A. Minneapolis.
6  Q. How long has she lived there?
7  A. All her life.
8  Q. Okay. Did she ever live in Boston?
9  A. No.
10 Q. Okay.
11 A. Sheila, I have a niece named Sheila Evans.
12 Q. Okay. Why don't we move back then.
13    You have a sister, Sheila Evans,
14    that lives in Minneapolis?
15 A. Yes.
16 Q. And she always lived there?
17 A. Yes, always lived there.
18 Q. Never moved to Massachusetts with you?
19 A. No.
20 Q. All right. You have a niece, Sheila Evans?
21 A. Mm-hmm.
22 Q. Okay. And who's --
23 A. She's only 17. She wasn't born back then.
24 Q. Okay. All right. She's just 17 now?

Page 47

1  A. Mm-hmm.
2  Q. All right. How many brothers and sisters do
3     you have?
4  A. In all, 15.
5  Q. Okay. Why don't we just deal with the
6     brothers and sisters that have lived in the
7     Boston area.
8  A. Mm-hmm. Do you want to know their names?
9  Q. Yes.
10 A. Roy Evans.
11 Q. Did Roy Evans live with you in 1988 and '89?
12 A. No, I live with him.
13 Q. Okay. And where was --
14 A. 3 Trull Street.
15 Q. Is that in Dorchester?
16 A. Yes.
17 Q. All right. And was he married?
18 A. No, he never got married.
19 Q. Did he have children?
20 A. Yes, he have children. He have Sheila;
21    Sheila, Desmond, and Olinthia (all phonetic).
22 Q. Are they all young children now?
23 A. Yes.
24 Q. Okay. Were they alive at the time --

Page 48

1  A. No.
2  Q. What other brothers and sisters do you have
3     in the Boston area?
4  A. Tony Graham, Lidell Graham, Bobby Graham,
5     Carolyn Graham, and Desmond Graham.
6  Q. Okay. And you just indicated to me that --
7     before that a couple of your siblings are
8     incarcerated?
9  A. Mm-hmm, Lidell and Ellis.
10 Q. Okay. And --
11 A. Desmond is Ellis.
12 Q. Ellis, okay.
13    How long have they been
14    incarcerated?
15 A. Lidell, he been incarcerated since February.
16 Q. Okay. So you're -- Lidell, older or younger?
17 A. Younger.
18 Q. Okay. How old was he at the time this
19    incident occurred?
20 A. He was -- I am -- I'm a year older than he
21    is. He's 35. He's 35.
22 Q. Okay. Did he run or associate with any
23    gangs?
24 A. No.

Page 49

```
 1  Q. Where did he live?
 2  A. Lidell?
 3  Q. Back in '88, '89, '90.
 4  A. I don't recall. I don't remember. I don't
 5     recall where he -- where he used to live.
 6     But we all -- we all grew up on Elm Hill, 63
 7     Elm Hill Ave.. All the names I gave you
 8     here, we all grew up on 63 Elm Hill Ave. when
 9     we first got -- when we first -- 'cause we
10     all came to Boston the same time.
11  Q. Okay. Where's Tony Graham live?
12  A. He live off of Blue Hill Ave.
13  Q. On what street?
14  A. It begins with an I. It begins with an I.
15     Ingleside.
16  Q. Okay. Did he ever run or associate with a
17     particular gang?
18  A. No.
19  Q. And is he older or younger?
20  A. He's older.
21  Q. How old is he?
22  A. He's 38.
23  Q. Okay. Was he living with you back in '88,
24     '89?
```

Page 50

```
 1  A. No.
 2  Q. Roy?
 3  A. No.
 4  Q. Okay. And Roy is younger or older?
 5  A. Older.
 6  Q. And how old?
 7  A. He's 40.
 8  Q. Did he, when growing up in the '80s and '90s,
 9     associate with any particular gang?
10  A. No.
11  Q. Okay. How about Bobby?
12  A. No. See, we had -- we had a type of father
13     where you didn't run with gangs, you know, if
14     there was a gang or no other gang, and so
15     none of us -- none of us was ever involved in
16     a gang.
17  Q. Is your father still alive?
18  A. No, he passed.
19  Q. How long ago?
20  A. Around four or five months ago.
21  Q. Okay. Where does Bobby live?
22  A. Bobby, he lives in Dorchester.
23  Q. Do you know what street?
24  A. No, I don't.
```

Page 51

```
 1  Q. Where's Carolyn live?
 2  A. She live by Egleston Station. I don't -- I
 3     can't recall the name of her street, but it's
 4     the one -- a street next to Seaver, off
 5     Seaver Street.
 6  Q. And Ellis is currently incarcerated?
 7  A. Yes.
 8  Q. How long's he been incarcerated?
 9  A. He's been incarcerated, I'd say -- I think
10     about a year.
11  Q. Okay. Did he run at any time with any --
12  A. No.
13  Q. -- particular gangs in the neighborhood?
14  A. No.
15  Q. Okay. Do you know Edna Freeman?
16  A. No.
17  Q. From Homestead Street?
18  A. No.
19  Q. Did you know a Travis Goss?
20  A. No.
21  Q. Okay. Did you know a Cheryl Graham?
22  A. Cheryl?
23  Q. Yes.
24  A. No.
```

Page 52

```
 1  Q. She related to you?
 2  A. No.
 3  Q. Okay. But you knew an Obie Graham?
 4  A. Yeah, I knew Obie.
 5  Q. Okay. What is your relationship with Obie?
 6  A. Just seeing him on the street. I used to see
 7     him on the street. That was about it.
 8  Q. Okay.
 9  A. I didn't have a relationship with him.
10  Q. All right. And Olisa or Lisa Graham, did you
11     know her?
12  A. Just the name sounds familiar.
13  Q. Okay. How about Tara Grant?
14  A. Tara Grant, no.
15  Q. Dedrick Gunn?
16  A. No.
17  Q. How about Paul Hadley?
18  A. No.
19  Q. Denise Hall?
20  A. No.
21  Q. Diane Hall?
22  A. No.
23  Q. Rhonda Hamilton?
24  A. No.
```

Page 53

```
 1  Q. Did you know Romero Holiday?
 2  A. No.
 3  Q. Okay. Didn't know Romero Holiday from
 4     Castlegate?
 5  A. I didn't hang -- I never went -- I never hung
 6     with Castlegate.
 7  Q. Do you know any of the Castlegate -- kids
 8     that hung up on Castlegate?
 9  A. I knew a -- I knew a couple. I knew -- I can
10     remember seeing a couple, but I can't
11     remember their names.
12  Q. All right. Did you know Gemini Hullum?
13  A. Gemini, no.
14  Q. Did you know Mary Ellen Jackson?
15  A. No.
16  Q. Do you remember a Kathy Jamison?
17  A. No.
18  Q. Do you remember her by her nickname, Monty?
19  A. No.
20  Q. Okay. Troy Jenkins?
21  A. Yes.
22  Q. How'd you know Troy?
23  A. We grew up -- he lived in the building next
24     to mine.
```

Page 54

```
 1  Q. Okay. And what was your relationship with
 2     Troy?
 3  A. Friends.
 4  Q. Okay. Did he associate with Michael Watson?
 5  A. Yes.
 6  Q. And Mervin Reese?
 7  A. Yes.
 8  Q. And...
 9  A. Tyrone Brewer.
10  Q. And did you know him to be one of the
11     Humboldt group?
12  A. Who?
13  Q. Troy Jenkins.
14  A. No, I didn't hang -- I didn't -- I wasn't --
15     I wasn't into gangs.
16  Q. Okay. Did you know him to be hanging out
17     with the Humboldt Gang?
18  A. I know he used to hang with them, Humboldt,
19     yes.
20  Q. Did you know Eric Johnson?
21  A. That sounds familiar. The name sounds
22     familiar.
23  Q. How about Travis Johnson?
24  A. No.
```

### Page 193

1. Judge Houston in Roxbury District Court
2. (handing document).
3. A. I don't remember that.
4. Q. Okay. All right. And is it fair to say that
5. 118 Elm Hill Ave. was an area where your
6. family was living?
7. A. Yes.
8. Q. All right. And was that the address that
9. they had been -- that you had been evicted
10. from?
11. A. No, it was 63 --
12. Q. All right.
13. A. -- that my family, my stepmother was
14. evicted --
15. Q. And these are relatives or --
16. A. Yes, relatives.
17. Q. -- immediate famiy?
18. A. Immediate.
19. Q. All right. And on occasion you would stay
20. with them?
21. A. Yeah, you could --
22. Q. All right.
23. A. -- say that, yes.
24. Q. All right. And were there occasions when

### Page 194

1. they told you that you couldn't stay there
2. any longer?
3. A. No.
4. Q. All right. In any event, you bounced around
5. from --
6. A. Yes.
7. Q. -- place to place?
8.    And eventually you were arraigned
9. and appointed an attorney the next day?
10. A. I don't recall that trespass. I don't recall
11. that.
12. Q. All right.
13. A. I don't -- I don't recall Benchmark ever
14. giving me a trespass.
15. Q. All right. Do you know what Benchmark is?
16. A. It's a security company, a security -- it
17. secures the buildings.
18. Q. Okay. And that's the buildings on Elm Hill
19. Avenue?
20. A. Mm-hmm.
21. Q. All right. And do you recall being assigned
22. an Attorney Hazenstat (phonetic)?
23. A. No, I don't remember.
24. Q. No? Attorney David Hazenstat?

### Page 195

1. A. No.
2. Q. All right. And in fact you made bail and
3. were released and ordered to stay away from
4. that area?
5. A. Could have been, but I don't remember.
6. Q. Okay. All right. And eventually the matter
7. was continued, November 3rd, 1988, at which
8. point you defaulted?
9. A. Could have been.
10. Q. All right. The next intake on this was
11. December 8th, 1988, and the name of Tyrone
12. Corey was used? Do you remember using that
13. name, Tyrone Corey, gave them the 40 Cheney
14. Street, Roxbury, address?
15.    MR. McCALL: What docket number is
16. that?
17.    MR. CURRAN: 8802CR12030.
18.    MR. McCALL: I don't believe that
19. one's on the record.
20.    MR. CURRAN: Okay.
21. BY MR. CURRAN:
22. Q. I'll show you what's been marked as Exhibit
23. 36 (handing document).
24.    (Pause)

### Page 196

1. A. On Cheney Street?
2. Q. Yes. Well the incident occurred, again, on
3. Elm Hill Ave.
4. A. I don't...
5. Q. Did you use the name Tyrone Corey before?
6. A. I used the name Tyrone Corey before, yes.
7. Q. And did you just create that name?
8. A. Yes.
9. Q. All right. So it's not an individual that --
10. A. It could have been.
11. Q. -- gave it to you or --
12. A. It could have been. No. I remember using
13. Tyrone Corey.
14. Q. All right. In any event, again, this is for
15. trespassing, disorderly person; date of
16. offense, December 8th, 1988; place of
17. offense, Elm Hill Avenue. Do you recall that
18. incident?
19. A. No.
20. Q. All right. Do you know a police officer by
21. the name of Richie Gilford?
22. A. No.
23. Q. All right. How about Officer Pettis
24. (phonetic)?

### Page 197

1. A. No, I don't remember that name.
2. Q. All right. And how about Evelyn Davis?
3. A. Evelyn Davis.
4.    Officer?
5. Q. Yes.
6. A. No, I don't.
7. Q. All right. And I'm showing you that this
8. offense that took place on December 8th,
9. 1988, occurred at 118 Elm Hill Avenue
10. (handing document) on the application for
11. complaint sworn to by the officers
12. (pointing).
13. A. I don't -- it must have been somebody else
14. because here it got my mother's last -- my
15. mother's name, and then over here, father's
16. name, they got George.
17. Q. Okay. Do you recall whether or not your
18. mother's name is accurate there?
19. A. Yes, my mother's name is accurate. But I
20. never was -- I never said -- told anything
21. else about my parents.
22. Q. All right. Did you provide a date of birth,
23. 8/13/69?
24. A. That's my birthday.

### Page 198

1. Q. All right. And you're how tall?
2. A. Five five.
3. Q. Okay. How much did you weigh back then?
4. A. Phew. Hmmm. Basically the same, about 190.
5. Q. Do you have any memory of being -- being
6. arraigned in this case and being appointed an
7. attorney?
8. A. No.
9. Q. All right. All right.
10.    MR. CURRAN: And this is -- for
11. the record, is a matter that appears to still
12. be open in the Roxbury District Court?
13.    MR. McCALL: (Nods head).
14. BY MR. CURRAN:
15. Q. Next exhibit number -- oh, we did this one.
16. Exhibit Number 37. Docket 8802CR12175; date
17. of offense, December 13th, 1988; date of
18. complaint, December 14th, 1988. Do you
19. recall being arrested by Police Officer
20. Gilford again and Officer Pickney for giving
21. the name Tyrone Corey, 40 Cheney Street,
22. Apartment Number 6?
23.    MS. SCAPICCHIO: Objection to
24. "again."

## Page 199

```
 1       (Interruption)
 2       (Attorney White leaves room)
 3  A. Plead the fifth on that one.
 4  Q. Okay. Do you remember being arrested?
 5  A. No.
 6  Q. All right. Do you dispute that this is you
 7     that's been arrested in this case?
 8  A. It could be me because --
 9       MR. McCALL: Don't...
10  A. I take the Fifth.
11  Q. All right. In any event, in -- the record
12     indicates that you were arraigned on
13     December 14th, 1988, and gave the name Tyrone
14     Corey and the court document changed the name
15     to Rickey Evans, okay? Do you recall being
16     arraigned on this matter?
17  A. No.
18  Q. Okay. And do you recall going back to court
19     on March 28th, 1989?
20  A. No, I don't remember going back to court.
21  Q. Okay. Do you recall being in court on
22     January 16th, 1990?
23  A. '90, no.
24  Q. Do you recall going back to court on this
```

## Page 200

```
 1     matter at any time from the date of
 2     December 14th, 1988, to the present?
 3  A. I don't recall because back then I did a lot
 4     of defaults, and --
 5  Q. All right.
 6  A. -- I can't recall the dates.
 7  Q. All right. Is it fair to say that at the
 8     time of -- in September of '89 and December
 9     of '89 when Treas Carter pled guilty to the
10     murder of your cousin and the shooting of you
11     that you did not have any adult convictions
12     at that time?
13  A. No, I did not have any adults, not that I
14     recall, no.
15  Q. All right. Based on review of the records,
16     it's fair to say that you had some pending
17     matters, but you did not have any adult
18     convictions?
19  A. That's what I think, yes.
20  Q. All right.
21  A. I think so.
22  Q. Since then you've had quite a number of
23     entries, correct?
24  A. A few.
```

## Page 201

```
 1  Q. Okay. If I was to tell you that I counted
 2     them at lunch and there were 19 total entries
 3     in your adult record?
 4  A. Nineteen?
 5  Q. (Nods head)
 6  A. (Shakes head)
 7  Q. Okay. Would you consider 19 a lot?
 8  A. Yes.
 9  Q. All right. In any event, going through your
10     record, in July 31st, 1990, you had a case in
11     Dorchester District Court, knowingly
12     receiving stolen property and operating after
13     suspension.
14  A. Yes, I remember that.
15  Q. And you received a suspended sentence in that
16     case?
17  A. No.
18       (Witness/attorney discussion off
19        the record)
20  A. Yes
21  Q. Okay. And you -- the terms and conditions of
22     probation were not honored, and you were
23     violated and committed in March of 1995 for
24     six months?
```

## Page 202

```
 1  A. Yes.
 2  Q. All right. Going up, you had numerous other
 3     matters where you've been in court in the
 4     Dedham District Court for compulsory
 5     insurance violations?
 6  A. Yes.
 7  Q. That's the next offense, July 27th, 1994?
 8  A. Mm-hmm.
 9  Q. You were back in Roxbury District Court on
10     November 22nd, 1994?
11  A. Roxbury?
12  Q. Yes, for knowingly receiving stolen property
13     and operating without a license?
14  A. I don't remember that.
15  Q. Okay. January 16th, 1996, you were back in
16     Roxbury District Court for assault and
17     battery and threats?
18  A. Yes.
19  Q. All right. January 18th, 1996, you were back
20     in Roxbury District Court for violating a
21     restraining order?
22  A. Yes.
23  Q. All right. You were in Fall River District
24     Court for operating after suspension?
```

## Page 203

```
 1  A. Yes.
 2  Q. On January 29th, 2001?
 3  A. Yes.
 4  Q. You were in South Boston District Court on
 5     April 22nd, 2002, for operating after
 6     suspension, for a license violation?
 7  A. South Boston?
 8  Q. Yes.
 9  A. Yes.
10  Q. All right. You were also in Dorchester
11     District Court on December 21st, 2005, for
12     attaching plates, knowingly receiving stolen
13     property, possession of Class D, and
14     compulsory insurance violations --
15  A. Yes.
16  Q. -- correct?
17       And you then were back in
18     Dorchester -- I'm sorry. Then you were in
19     Cambridge District Court, which is pending
20     matters now, two separate pending matters
21     from date of offenses January 11th, 2006, and
22     January 17th, 2006, correct?
23  A. Correct.
24  Q. All right. And on February 24th, 2006, you
```

## Page 204

```
 1     have a matter pending in Dorchester District
 2     Court?
 3  A. Correct.
 4  Q. Is it fair to say that in all those entries
 5     you've been either appointed by counsel or
 6     represented by counsel?
 7  A. Yes.
 8  Q. All right. And you've had a chance to
 9     discuss your cases and your background with
10     the attorneys that have represented you to
11     help you in those matters?
12  A. Yes.
13  Q. All right. And there are currently how many
14     cases open in Roxbury that you're aware of?
15  A. One, two.
16       (Pause)
17  A. Four.
18  Q. Okay. All right. The officers that -- and
19     any police department personnel that were
20     handling the investigation and prosecution of
21     Treas Carter, did they offer you anything in
22     return for your testimony regarding any
23     pending criminal cases?
24       MS. SCAPICCHIO: Objection, asked
```