UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v<br><br>TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | C.A. NO. 04-11193NG |

### AFFIDAVIT OF MICHAEL W. REILLY
### RE: MOTION IN LIMINE RE: MADELYNE HAMILTON

1. I, Michael W. Reilly, am counsel for the Plaintiff in the above entitled matter.

2. Attached hereto are true copies of Madelyne Hamilton's Deposition, Volume II, pages 358, 361-364, 366-367, 375, 378-379, 387-388.


Signed under pains and penalties of perjury on this  28th  day of  January , 2008.

_____
Michael W. Reilly