182

1                   V O L U M E   II

2   UNITED STATES DISTRICT COURT
    DISTRICT OF MASSACHUSETTS
3   C.A. No. 04-11193NG

4   ----------------------------------------x

5   SHAWN DRUMGOLD,
                                            :
6                Plaintiff,
                                            :
7                vs.
                                            :
8   TIMOTHY CALLAHAN, FRANCIS M. ROACHE,    :
    THE ESTATE OF PAUL MURPHY, RICHARD
9   WALSH, AND THE CITY OF BOSTON,          :

10               Defendants.               :

11  ----------------------------------------x

12                        McCarter & English
                          245 Park Avenue
13                        New York, New York

14                        May 30, 2007
                          10:00 a.m.
15

16

17       CONTINUED VIDEOTAPED ORAL DEPOSITION of

18  MADELYNE POWELL HAMILTON, a nonparty witness

19  herein, taken by the Plaintiff, pursuant to

20  Notice, held at the above-captioned time and

21  place, before Hanna Roth, Shorthand Reporter and

22  Notary Public of the State of New York.

23

24

25

355

```
1           Madelyne Hamilton
2 he said he was, an investigator investigating,
3 you know.
4     Q.   Did you understand that investigators
5 normally get hired by somebody to go investigate?
6     A.   It didn't cross my mind.  It really
7 didn't.
8     Q.   It never crossed your mind to wonder
9 who it was that had hired him to investigate?
10    A.   No.
11    Q.   On the day you got subpoenaed, you
12 still didn't know who had hired John Gamel; is
13 that what you're telling us?
14    A.   That's why I called him.
15    Q.   Okay.  Did you understand that the
16 subpoena was in connection with the conversations
17 you had had with John Gamel?
18    A.   I thought so, yes.  Yes.
19    Q.   Had he told you you were going to be
20 deposed?
21    A.   No.
22    Q.   Had anyone told you before you got
23 that subpoena you were going to be deposed?
24    A.   No.  No, no.
25    Q.   What did Mr. Gamel say when you called
```

356

```
1           Madelyne Hamilton
2 him?
3     A.   I told him that I got -- no.  Let me
4 correct that.  He wasn't the first person I
5 called.
6         The first person I called was someone
7 on -- I don't even remember her name.  Somebody
8 that was on that subpoena.  She called me before
9 I got the subpoena.  That's what happened.
10 Okay.
11        She called me.  This woman called me
12 first and said that would I -- she was coming out
13 to give me -- serve me a subpoena, and I said,
14 for what?  I said, for what?  And she said --
15 that's when she said the case or whatever.  And I
16 said I'm not accepting it.
17    Q.   Who was this woman who called you?
18    A.   I don't know.  It was -- I got the
19 name -- she was -- I don't know who she was.
20    Q.   Was her name on the subpoena?
21    A.   Her name wasn't.  It was an office or
22 something, somebody.  And I called and -- she
23 called first.  She called me and she gave me her
24 phone number.  No.  She didn't give me her phone
25 number.  I got the phone number off the caller ID.
```

357

```
1           Madelyne Hamilton
2     Q.   Did she leave a message for you?
3     A.   No.  She got me -- she got me.  The
4 first time she called me, she got me.
5     Q.   All right.  What did she say the first
6 time she called?
7     A.   My name is so-and-so, from West
8 Bunnel, wherever, I don't remember, and she
9 wanted to know if she could come to the house and
10 would I -- she was coming out to the house to
11 serve me a subpoena.  She wanted to know if I was
12 near the water or near whatever.  And I said I'm
13 not -- I asked her what it was for.  She told me
14 what it was for.  I said I'm not accepting it.
15    Q.   What did she tell you it was for?
16    A.   Case of Shawn Drumgold versus
17 something.
18    Q.   And why did you tell her you're not
19 going to accept it?
20    A.   'Cause, I didn't know what -- I never
21 been subpoenaed.  I have been in court a lot of
22 times for a lot like Rhonda's fathers, Family
23 Court and whatever.  I've never been subpoenaed.
24 So I didn't know exactly what the subpoena was
25 and all that kind of stuff.  I really didn't
```

358

```
1           Madelyne Hamilton
2 know.
3     Q.   Do you know whether she told you she
4 was calling from a law firm or from a sheriff's
5 office, you know, what type of place, in general,
6 she was calling you from?
7     A.   I think it was from a law firm.  I
8 don't think it was from a sheriff's place.
9     Q.   If I suggest Bonner -- I could never
10 remember that.  Bonner, Kiernan, Trebach &
11 Crociata?
12    A.   That's it, whatever.
13    Q.   So this woman who called you said that
14 she was calling you from Bonner, Kiernan, Trebach
15 & Crociata?
16    A.   Yes.
17    Q.   And do you remember her name?
18    A.   No.
19    Q.   All right.  So what was the next thing
20 after that conversation?  Was anything else said
21 during that conversation?
22    A.   I asked her, excuse me, about the
23 subpoena and she said about -- that's when she
24 mentioned the word "deposition," and I said to
25 her, I told her that I was sick.  I told her that
```

45 (Pages 355 to 358)

359

Madelyne Hamilton

1
2 I was sick and whatever, and she said that
3 they're not going to do the deposition in
4 Massachusetts, they're going to do it in New
5 York, so just accept it and -- she said you have
6 to accept it and I said no. I said no. I said
7 no.
8    Q.   If I suggest to you the name Kate, do
9 you remember that as being the name of the person
10 who called you?
11    A.   I honestly couldn't say, but I
12 remember the B-O-N-N.
13    Q.   Okay. And when she told you that you
14 were being subpoenaed for the deposition, the
15 first thing you told her is that you were sick;
16 is that right?
17    A.   No. The first thing I asked her, what
18 was it for.
19    Q.   Okay. And she told you?
20    A.   And she told me whatever.
21    Q.   And then you told her you were sick?
22    A.   I told her that I -- that I am -- I
23 don't want to testify. I'm not -- I said I'm not
24 going to testify, I don't want to testify, I
25 don't want to get involved. It's been -- I went

360

Madelyne Hamilton

1
2 through the whole thing. I said it's been 18
3 years, whatever. I said what are you -- you
4 know, why are you bothering me now for,
5 whatever. She said just will you please just --
6 she was really nice. She wasn't ignorant about
7 it. And said will you just please take it, and I
8 said no. But she came --
9    Q.   Let me get to you before we get to her
10 coming.
11    A.   Okay.
12    Q.   But you did tell her in that first
13 conversation that you were sick?
14    A.   Yes. I mentioned that I was ill,
15 right.
16    Q.   And you told her that was one of the
17 reasons you didn't want to do the deposition,
18 because you were sick?
19    A.   No.
20    Q.   No, you didn't tell her that?
21    A.   I didn't tell her that was the
22 reason. I told her that I'm not -- I'm not
23 testifying. What I said was I'm not testifying,
24 I don't want to get involved and I'm not going to
25 Boston. I told her that I'm sick. That wasn't

361

Madelyne Hamilton

1
2 like one of the reasons why I wasn't going. I
3 just told her point blank I wasn't accepting it
4 and I didn't -- I wasn't coming. I wasn't going.
5    Q.   When you said you were sick, what were
6 you referring to?
7    A.   My medical problems I have, plus I had
8 five kids home.
9    Q.   What medical problems do you have?
10    A.   I have a whole lot, a host of them.
11    Q.   Okay. Let's go.
12    A.   I have osteoporo -- osteoarthritis. I
13 am diabetic, I have neuropathy, I have a slight
14 heart problem and edema.
15    Q.   Who treats you for the osteoarthritis?
16       MS. HARRIS: Just object to this
17 having been gone over the first time, but go
18 ahead.
19       THE WITNESS: Pardon?
20       MS. HARRIS: Go ahead. I'm just
21 objecting because we did this already.
22    A.   Dr. Tupper.
23    Q.   How often do you see Dr. Tupper?
24    A.   Once a month, when needed, when
25 needed.

362

Madelyne Hamilton

1
2    Q.   Do you have any medication that you
3 take for that problem?
4    A.   Yeah.
5    Q.   What medication do you take?
6    A.   I take Clinoril, Flexiril, let me
7 think. Immucal (phonetic).
8    Q.   And where is Dr. Tupper's office?
9    A.   333 West 52nd -- West 51st, I'm sorry.
10    Q.   Other than the medication, do you have
11 any other treatment for the arthritis?
12    A.   No. I basically -- I has been a
13 Christian Scientist since 1960, so I try not
14 to -- I try to work it out otherwise.
15    Q.   And the diabetes, who treats you for
16 that?
17    A.   I talk to Irene Shapiro.
18    Q.   Where is her office?
19    A.   65 Central Park West.
20    Q.   And what treatment do you get for the
21 diabetes?
22    A.   Insulin dependent.
23    Q.   How long have you been insulin
24 dependent?
25    A.   Twelve, 13 years.

46 (Pages 359 to 362)

363

Madelyne Hamilton

1
2    Q.    Other than insulin, do you have any
3 other treatment?
4    A.    For the diabetes?
5    Q.    For the diabetes.
6    A.    No.
7    Q.    The neuropathy, what is that?  What is
8 that problem?
9    A.    That's deadening of the nerves from
10 the sugar eating the nerves and leaving the --
11 leaving the nerves exposed or whatever.  It's
12 very pain -- you know like.
13    Q.    And is it your understanding that's
14 connected to the diabetes or caused by the
15 diabetes?
16    A.    Yes, it is.  It's caused by the
17 diabetes.
18    Q.    And where is it that you have
19 neuropathy?
20    A.    I have it in my feet and my hands.
21    Q.    Do you take any medication for that?
22    A.    I try not to.
23    Q.    Who treats you for that?
24    A.    Dr. Shapiro.
25    Q.    And how often --

364

Madelyne Hamilton

1
2    A.    St. Vincent's clinic.
3    Q.    And how often do you get treatment in
4 connection with the neuropathy?
5    A.    Well, neuropathy comes and goes, so
6 whenever it flares up.  If it flares up, I go.
7    Q.    What do they do for you when it flares
8 up?
9    A.    They give me a new prescription for
10 something they're trying to -- there is really no
11 medication for that.
12    Q.    Who treats you for your heart problem?
13    A.    Dr. Tupper.
14    Q.    And what type of heart problem do you
15 have?
16    A.    Panic palpitations.
17    Q.    How frequently do you have panic
18 palpitations?
19    A.    With kids, every day.
20    Q.    What kind of treatment do you get for
21 that problem?
22    A.    The nitroglycerin patch.
23    Q.    Do you wear a nitroglycerin patch all
24 the time?
25    A.    No.

365

Madelyne Hamilton

1
2    Q.    How frequently do you have the
3 nitroglycerin patch?
4    A.    Maybe twice, three times a week.
5    Q.    Have you ever been hospitalized as a
6 result of the heart problem?
7    A.    No.
8    Q.    Have you ever been hospitalized as a
9 result of palpitations or panic palpitations?
10    A.    No, I won't go.
11    Q.    And the edema, who treats you for
12 that?
13    A.    All of them.
14    Q.    Do you have any medications for the
15 edema?
16    A.    Lipitor, Lasix.
17    Q.    Do you have any treatment for that,
18 other than the medication?
19    A.    No.
20    Q.    Do you have any other medical problems
21 that we haven't talked about?
22    A.    No.
23    Q.    Have you ever been diagnosed as having
24 cancer?
25    A.    I haven't been diagnosed 'cause -- no.

366

Madelyne Hamilton

1
2    Q.    Have you ever been told that you have
3 cancer?
4    A.    Yes.  Someone has said it.
5    Q.    And when was that?
6    A.    Two years ago.
7    Q.    What type of cancer?
8    A.    Colon.
9    Q.    And were you treated for that?
10    A.    No.  I'm working that out with a
11 Christian Science practitioner.
12    Q.    Is any doctor treating you for cancer?
13    A.    No.
14    Q.    Do you have any symptoms that you've
15 been told are caused by --
16    A.    Bleeding.
17    Q.    Internal bleeding?
18    A.    No, the rectal -- it's very
19 embarrassing.
20    Q.    I don't want to embarrass you any more
21 than necessary.  But you're not having any
22 medical treatment for that problem; is that
23 correct?
24    A.    No.  I'm working it out, like I said,
25 with --

47 (Pages 363 to 366)

367

Madelyne Hamilton

1
2     Q.    Who told you that you have that
3 diagnosis?
4     A.    St. Clare's Hospital.
5     Q.    Who at St. Clare's Hospital?
6     A.    Pardon?
7     Q.    Who at St. Clare's Hospital?
8     A.    One of the medical -- in the medical
9 clinic.
10    Q.    Do you have any doctor that you're
11 seeing regularly at St. Clare's Hospital?
12    A.    No.
13    Q.    How was it that you ended up there, at
14 St. Clare's Hospital?
15    A.    I was bleeding profusely.
16    Q.    Have you had any medical treatment for
17 that problem?
18    A.    No, only home remedies, health -- home
19 health.
20    Q.    Do you have any other medical problems
21 that you're being -- that you're treating through
22 a Christian Science practitioner or through
23 Christian Science?
24    A.    No. That's it.
25    Q.    When you told the person who called

369

Madelyne Hamilton

1
2     A.    Right.
3     Q.    What's the next thing that happened?
4     A.    She came. I didn't open the door.
5     Q.    Okay. Were you in the apartment when
6 she came?
7     A.    Yes.
8     Q.    Did she get to your front door?
9     A.    Yes.
10    Q.    Do you have security in your building?
11    A.    Supposed to.
12    Q.    All right. Do you know how she got
13 past the security in your building?
14    A.    Just like all the others.
15    Q.    So do you know how she did that?
16    A.    Well, what they usually do is they
17 wait for somebody to come in, you know. They
18 wait and they wait for somebody like, you know,
19 who is going in and out the building and they
20 catch the door and they come up and they go to
21 wherever.
22    Q.    So at some point somebody was knocking
23 on your door; is that how you learned of it?
24    A.    Right.
25    Q.    What did that person say?

368

Madelyne Hamilton

1
2 you with the information that you were going to
3 be subpoenaed that you were sick, what were you
4 referring to?
5     A.    Everything.
6     Q.    Okay. And what was the next
7 conversation you had about the subpoena, after
8 that first conversation with the person from the
9 law firm?
10    A.    She said that she was going to come,
11 you know, and serve me.
12    Q.    And did you talk to her again?
13    A.    I talked to her. She came one time
14 and she called back again. She called back the
15 second time.
16    Q.    Now, you mentioned at one point that
17 you got her number off a caller ID and called her
18 back.
19    A.    Yes.
20    Q.    When did that happen?
21    A.    That happened after she slipped it
22 underneath the door.
23    Q.    Okay. So you got the telephone call
24 and she asked if you would accept service,
25 correct, and you said no?

370

Madelyne Hamilton

1
2     A.    She didn't say anything. She didn't
3 say anything.
4     Q.    What did she do?
5     A.    She just kept ringing the bell.
6     Q.    Okay. And you didn't answer?
7     A.    No.
8     Q.    Why not?
9     A.    Because I knew it was her.
10    Q.    How did you know it was her?
11    A.    Because I don't have, you know, a lot
12 of company. I don't have company and she had
13 said she was on her way and she wanted to -- when
14 she called me, she asked me are you near the
15 water, so I knew she was near the water. I live
16 near the water.
17    Q.    How much time from the telephone call
18 to this person knocking on the door?
19    A.    Maybe 40 minutes, maybe 40 minutes, 45
20 minutes.
21    Q.    Did they do anything other than knock
22 on the door?
23    A.    Rang the bell. She didn't knock.
24    Q.    Did they do anything else?
25    A.    No. They left.

48 (Pages 367 to 370)

375

1      Madelyne Hamilton
2 called about the subpoena?
3    A.   Right.
4    Q.   Did you tell John Gamel that you were
5 sick and ill?
6    A.   Yes.
7    Q.   What did he say when you told him
8 that?
9    A.   I'm sorry, I mean, something
10 sympathetic.
11    Q.   Did you tell him that that was one of
12 the reasons you didn't want to be -- go through
13 this deposition, because of your health problems?
14    A.   Yeah.  And I told him -- yeah. I told
15 him that and I told him that me getting upset and
16 all that is not going to do me any good and I --
17 if I had knew that talking to him was going to
18 lead to this, I wouldn't have opened my damn
19 mouth.  That's what I said.
20    Q.   At that point, were you upset with
21 yourself for having talked to him and encouraged
22 him to subpoena you?
23        MR. ROACHE:  Objection.
24    A.   I didn't know she was going -- I
25 didn't know he was going to subpoena me, but when

376

1      Madelyne Hamilton
2 I found out --
3    Q.   When you found out he was going to
4 subpoena you, were you wishing you hadn't talked
5 to him?
6        MR. ROACHE:  Objection.
7    A.   It wasn't a question of -- it would
8 have been anybody that had subpoenaed me for
9 anything.  Even Rhonda.  Anybody.  It wasn't just
10 him, per se.
11    Q.   You didn't want to be deposed, though;
12 is that fair?
13    A.   No.  No.
14    Q.   That's correct, you didn't want to be
15 deposed?
16    A.   No, I didn't.
17    Q.   Okay.  And when you told John Gamel
18 that one of the reasons you didn't want to be
19 deposed was your health problems, what did he say
20 to you?
21    A.   He said there is nothing to worry
22 about.  He said you just go answer the questions
23 and tell the truth.
24    Q.   Who was the next person you talked to
25 about this subpoena?

377

1      Madelyne Hamilton
2    A.   Oh, next person.  I called -- I called
3 my brother and I asked him did he have the name
4 of a lawyer because at that time I thought that I
5 needed a lawyer to represent me because he was
6 saying like, you know, there's going to be
7 lawyers and blah-blah-blah, so I said, well,
8 maybe I need a lawyer.
9    Q.   Let me just go back for a minute.  Did
10 you ask John Gamel about whether you needed a
11 lawyer?
12    A.   No.
13    Q.   Did you talk to the person who served
14 the subpoena about whether you needed a lawyer?
15    A.   No.  No.
16    Q.   What's your brother's name?
17    A.   Joshua Powell.
18    Q.   Where does he live?
19    A.   357 Seaver Street, Dorchester.
20    Q.   And did you understand that the
21 deposition you've been subpoenaed for was going
22 to take place in Boston -- excuse me, in New
23 York?
24    A.   After I read it, yes.
25    Q.   Okay.  And why was it that you were

378

1      Madelyne Hamilton
2 calling your brother in Boston about questions
3 about lawyers?
4    A.   Because I never -- well, any -- any
5 other time I went to court, I always was
6 represented.
7    Q.   Okay.  Had you been represented by
8 lawyers in New York?
9    A.   Yeah, law guardians, whatever.
10    Q.   And did you call any of those people
11 who had previously represented you in New York?
12    A.   No.  They were adoption lawyers.
13    Q.   Okay.  When you called your brother in
14 New York, excuse me, in Boston, what did you say
15 to him?
16    A.   I told him that I got a deposition, I
17 got a subpoena for a deposition.  I got a
18 subpoena for a deposition.  I don't know if I
19 need a lawyer, do you know a lawyer, and he gave
20 me a name.
21    Q.   And did you tell your brother that you
22 were sick and for that reason you didn't want to
23 go to the deposition?
24    A.   No.  He knows I have medical problems.
25    Q.   Do you remember saying the first day

50 (Pages 375 to 378)

379

1          Madelyne Hamilton
2 of your deposition, "What I did was I called my
3 brother in Boston.  I asked him, I said do I need
4 a lawyer?  I said, you know, I'm sick and I said
5 these people are just, you know, and I explained
6 to the person that I wasn't going to accept it."
7        Do you remember that's what you said
8 the first day of the deposition?
9    A.   Yeah, maybe.
10    Q.   And if you think about it today, in
11 fact, you told your brother in that conversation
12 that one of the reasons you didn't want to be
13 deposed was because you were sick; is that
14 correct?
15        MR. ROACHE:  Objection.
16        MR. WHITE:  Objection.
17        MS. HARRIS:  Objection.
18    A.   Not as a matter of fact, like that's
19 the reason I don't want to come.  I wasn't going
20 to come.  Speaking like I'm sick, what do people
21 want?  I'm not going to Boston.
22    Q.   So one of the reasons you didn't want
23 to be deposed was because you were sick?
24    A.   Yes.
25    Q.   And what did your brother say to you?

380

1          Madelyne Hamilton
2    A.   He said all I can tell you is I will
3 give you a name and he gave me a name.
4    Q.   What was the name?
5    A.   I don't know.  I gave it to the -- the
6 first time.
7    Q.   Do you remember Mr. Denner?
8    A.   That's the office, right.
9    Q.   When you got the subpoena, did you
10 notice there were a bunch of lawyers' names on
11 the subpoena?
12    A.   In the back.
13    Q.   Did you call any of those lawyers?
14    A.   No.
15    Q.   Why not?
16    A.   I didn't know who they were and who
17 they were for.  I don't know.  I wasn't calling
18 for who was on the subpoena.  I was looking for a
19 lawyer for me.
20    Q.   Did you know who represented Shawn?
21    A.   No.
22    Q.   What did your brother tell you about
23 Mr. Denner?
24    A.   He didn't tell me anything about him.
25 He just said call this -- you know, call this

381

1          Madelyne Hamilton
2 name, this number, and see if they can help you.
3    Q.   Did you understand that Mr. Denner was
4 in Boston?
5    A.   Yes.
6    Q.   He had a Boston number, correct, 617?
7    A.   Yes.
8    Q.   Okay.  And did you call Mr. Denner?
9    A.   Yes, I did.
10    Q.   And who did you talk to?
11    A.   Oh, boy, I can't remember her name.
12 It was a female.  He was a criminal lawyer or
13 something, something, and they transferred me to
14 a female that was in civil litigation or
15 something.
16    Q.   Okay.  Did you ever actually talk to
17 Mr. Denner?
18    A.   No.  No.
19    Q.   Do you remember the name of the woman
20 that you talked to in Mr. Denner's office?
21    A.   No, I don't.
22    Q.   Do you remember telling that woman,
23 when you talked to her, that you didn't want to
24 be deposed because you were too sick to be
25 deposed?

382

1          Madelyne Hamilton
2    A.   That was one -- that was one of the
3 things I said to her.
4    Q.   Okay.  And what did she say to you?
5    A.   She asked me what was this -- what was
6 it about.  I told her what was it about.  She
7 said she would call me back.  She called me back
8 and she said they charge 450 an hour and I said
9 good-bye, I went, you know, like that, and I
10 said that she was -- there was an office, there
11 was somebody in the building, someone in the
12 building that she would talk to, that she knew
13 that was very good, and she gave me a name and a
14 number.  She said call that number.  She said
15 they may be in court, but leave a message.  She
16 said leave a message and I'll try to get to that
17 person before you and explain to her what you
18 said.
19    Q.   And whose name did she give you?
20    A.   I can't -- I can't pronounce the
21 name.  I don't want to -- I can't pronounce the
22 name.
23    Q.   Was it Ms. Scapicchio, is that the
24 name she gave you?
25    A.   Ms. Scapicchio.

51 (Pages 379 to 382)

387

1                  Madelyne Hamilton
2    Q.   So you told Ms. Scapicchio that you
3 were sick and you couldn't go?
4    A.   Yes.
5    Q.   And that was in the first conversation
6 you had with Ms. Scapicchio?
7    A.   The first conversation I had with her
8 she said -- she announced who she was. She said
9 I'm returning your call. I said -- I went on and
10 I said about -- I think I mentioned about the
11 deposition, Shawn Drumgold, and I told her I was
12 sick.
13   Q.   And you couldn't go?
14   A.   And I said I'm not going.
15   Q.   All right. And she told you that the
16 only way you could be excused from going to the
17 deposition was to have a doctor's note. Do you
18 remember that?
19   A.   I remember that.
20   Q.   Okay. So you told her you were sick
21 and you couldn't go and she said to you the only
22 way you would be excused is if you had a doctor's
23 note?
24   A.   No. She said -- when we were talking
25 about me being sick, what she said was the only

388

1                  Madelyne Hamilton
2 way that I would -- that I wouldn't go -- that I
3 wouldn't go is if I had a note, referring to my
4 memory.
5    Q.   All right. And did you tell her you
6 had any memory problem?
7    A.   No.
8    Q.   And so she just out of the blue said
9 you needed to have a letter referring to your
10 memory?
11   A.   No. What I said was, it's been -- I
12 remember the conversation. It's been 18 years or
13 something to that effect, and she said do you
14 have a problem with your memory. She said, if
15 you get me a doctor's note, call me back.
16   Q.   But before that, the first -- one of
17 the first things you said to her is I'm sick and
18 I can't go to this deposition, correct?
19        MS. HARRIS: Objection.
20   Q.   That's what you said to her?
21        MS. HARRIS: Objection.
22   A.   I mentioned that I was sick.
23   Q.   And she said to you, if you're sick,
24 you won't be excused from the deposition unless
25 you have a letter from a doctor.

389

1                  Madelyne Hamilton
2        MS. HARRIS: Objection.
3        MS. HARRIS: Objection.
4    Q.   Right? That's what she said to you.
5    A.   She said -- she said that after.
6    Q.   And your testimony is she never asked
7 you what the sicknesses that you were referring
8 to, but instead started talking about a memory
9 problem. Is that your testimony?
10   A.   Yes, it is. Yeah.
11   Q.   Okay. So she never said to you,
12 Ms. Hamilton, why are you telling me you're too
13 sick to be deposed, what are the health problems?
14   A.   No, she didn't.
15   Q.   She didn't ask that?
16   A.   No. No.
17   Q.   Instead, she just started out of the
18 blue talking about memory problems?
19   A.   She said -- when I told her that I was
20 sick, I have a lot of medical problems and I
21 don't want to -- I can't go to Boston because I'm
22 sick. I said it's been 18 years, and she said
23 does that affect -- she said, well, if you can
24 get a note from your doctor about your memory
25 problem, it's been a long time, I realize that.

390

1                  Madelyne Hamilton
2 It's been a long time. Call me back.
3    Q.   So she didn't ask you what your
4 medical problems were?
5    A.   No, she never asked.
6    Q.   And in fact, you said that you were
7 too sick to go to Boston, but you knew you
8 weren't being asked to go to Boston, right? You
9 knew the deposition was supposed to be in New
10 York.
11   A.   It said -- I don't understand anything
12 that was on there. I seen 2-something Park
13 Avenue. Now, I don't know what that meant. I
14 didn't really understand what that meant. What
15 like a dispose -- a disposition was here or
16 there. I didn't know that. All I knew was that
17 I wasn't going to go on a bus and bleed halfway
18 there.
19   Q.   Did Ms. Scapicchio tell you that you
20 had to get a letter from your doctor simply
21 saying that your health was bad or did she
22 specifically say memory?
23   A.   No. She said my memory.
24   Q.   So she didn't say you got to get a
25 letter saying your health was bad?

53 (Pages 387 to 390)