**EXHIBIT A TO DEFENDANTS' MOTION FOR**
**DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION**

|  | Witness | SSN | DOB | Last Known Address | Aliases |
|---|---|---|---|---|---|
| 1. | Alexander, Lola | ▮ | ▮ | 4 Theodore Street Apt 5 Dorchester, MA 02124 | |
| 2. | Allah, True See | | | 24 Kenilworth Street Roxbury, MA 02119 | Tony Watson |
| 3. | Anthony, Antonio | ▮ | ▮ | 50 Pleasant Street Apt 7B Brookline, MA 02446 | "Country" |
| 4. | Blalock, Michelle | | | 23 Quincy Street Dorchester, MA 02121 | |
| 5. | Brewer, Tyrone | ▮ | ▮ | 72 Elm Hill Avenue Dorchester, MA 02121 | Tyrone Mitchell, Dwayne Satchabell, Tyrone Dwane Brewer |
| 6. | Carter, Treas | | ▮ | | Treas Chilly, Rinnie Carter |
| 7. | Chaney, Christopher | ▮ | ▮ | 141 Homestead Street #9 Dorchester, MA 02121 | Chris Colt |
| 8. | Cousins, Christopher | ▮ | ▮ | 44 Hewins Street Dorchester, MA 02121 | |
| 9. | Curry, Tanoi | ▮ | ▮ | 756 Washington Street Dorchester, MA 02124 | |
| 10. | Davis, Theron | ▮ | ▮ | FCI Elkton 8730 Scroggs Road Elkton, OH 44415 | "Apple", Gary T. Clark, Darrel Joel Ernest, Ernest Darrel Joel, Terence Raynard Davis |
| 11. | Delahunt, Caryn | | ▮ | Address unknown | Karim Delahunt |
| 12. | Drumgold, Juanda Carole | | | 181 Stratton Street Apt. 157 Dorchester, MA 02125 | |
| 13. | Drumgold, Karen | ▮ | ▮ | David Lewiston Family Center 137 Newbury Street Brockton, MA | |

|  | **Witness** | **SSN** | **DOB** | **Last Known Address** | **Aliases** |
|---|---|---|---|---|---|
| 14. | Drumgold, Rachelle | | 1█████ | David Lewiston Family Center 137 Newbury Street Brockton, MA | |
| 15. | Drumgold, Shawn | | █████ | | |
| 16. | Durand, Paul | █████ | █████ | 2123 Murray Street 1st Floor Boston, MA  02154 | |
| 17. | Evans, Ricky | █████ | █████ | 19 Bradlee Street Apt 3 Dorchester, MA 02124 | |
| 18. | Evans, Arliss | | | | |
| 19. | Evans, Roy | █████ | █████ | | |
| 20. | Graham, Juanita | | | Dorchester, MA | |
| 21. | Graham, Olisa | █████ | █████ | 644 River Street Apt 5 Mattapan, MA  02126<br><br>4412 Washington Street Roslindale. | |
| 22. | Graham, Obie | █████ | █████ | █ Haskell Street Bsmt A Alston, MA  02134 | Ladia Carter, Randy Carter, Rick Green |
| 23. | Gray, Tynetta | | | | |
| 24. | Hamilton, Madelyn | █████ | █████ | 535 West 51st Street New York, NY  10019 | . |
| 25. | Holliday, Romero | | █████ | 103 Columbia Road Apt 1 Dorchester, MA  02121 | |
| 26. | Hullum, Gemini | █████ | █████ | 215 Canton Street Randolph, MA  02368 | |
| 27. | Jenkins, Troy | | █████ | 41 Intervale Street Apt 3 Dorchester, MA  02121 | |

|     | Witness               | SSN | DOB | Last Known Address                                  | Aliases                  |
|-----|-----------------------|-----|-----|-----------------------------------------------------|--------------------------|
| 28. | Johnson, Eric         | ■   | ■   | 30 Regina Road<br>Apt. 3<br>Dorchester, MA  02124   |                          |
| 29. | Johnson, Travis       |     | ■   | Address unknown                                     |                          |
| 30. | Lucas, Kevin          | ■   | ■   | 40 Cheney Street<br>Dorchester, MA  02121           |                          |
| 31. | McPherson, Vantrell   | ■   | ■   | 105 Taffrail Road, #1<br>Quincy, MA  02169          |                          |
| 32. | Mells, Shawn          | ■   | ■   | 101 Draper Street #3<br>Dorchester, MA  02122       |                          |
| 33. | Payne, Edrina         |     | 1■  | c/o Olisa Graham<br>4412 Washington Street<br>Roslindale |                     |
| 34. | Peaks, Betty          | ■   | ■   | 67 Woolson Street<br>Apt 2<br>Mattapan, MA  02126   |                          |
| 35. | Peaks, Tracie         | ■   | ■   | 67 Woolson Street<br>Apt 2<br>Mattapan, MA  02126   |                          |
| 36. | Pina, Lorraine        |     |     |                                                     |                          |
| 37. | Reese, Mervin         | ■   | ■   | 9 Yarmouth Place<br>Apt 4<br>Boston, MA 02116       | Mark Atkins              |
| 38. | Roisten, Rena         | ■   | ■   | 80 West Dedham Street<br>Apt 601<br>Boston, MA  02118 | Rana Roisten, Rana Smith |
| 39. | Roisten, Noah         | ■   | ■   | 77 Harrison Archway #1<br>Boston, MA  02118         | James Bailey,<br>Noah Royston |
| 40. | Rowell, Shon          | ■   | ■   | 74 Hope Street<br>Apt. 32<br>New Bedford, MA  02745 |                          |
| 41. | Short, (Payne), Michelle |  | ■   | Litchfield Drive<br>Brockton, MA                    |                          |
| 42. | Sloan, Michael        |     |     |                                                     | Michael Bond (SD D 2)    |

|     | **Witness**      | **SSN** | **DOB** | **Last Known Address**                              | **Aliases**            |
|-----|------------------|---------|---------|-----------------------------------------------------|------------------------|
| 43. | Taylor, Terrance |         | ▇       | FCI Raybrook<br>128 Ray Brook Road<br>Ray Brook, NY  12977 |                        |
| 44. | Walker, Cherry   |         | ▇       | Address unknown                                     | Cherre, Cherrie, Cherie |
| 45. | West, Gatewood   |         |         | 63 Creighton Street<br>Cambridge, MA 02140          |                        |
| 46. | Williams. London |         | ▇       | 7 Sextant Circle<br>Mashpee, MA  02649              |                        |