UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD,

    Plaintiff

v.

TIMOTHY CALLAHAN,
FRANCIS M. ROACHE,
PAUL MURPHY, RICHARD WALSH,
and THE CITY OF BOSTON,

    Defendant

C.A. NO.: 04-11193NG

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Upon leave of Court, access is granted to counsel for the Defendants, Mary Jo Harris, Morgan, Brown & Joy, LLP, 200 State Street Boston, MA 02109 (for Defendant Callahan); Hugh R. Curran, Bonner Kiernan Trebach & Crociata, 200 Portland Street, Boston, MA 02109 (for Defendant Walsh); John Roache, Roache & Malone, 66 Long Wharf Boston, MA 02110 (for Defendant City of Boston); and William M. White, Wm. White & Associates, One Faneuil Hall Marketplace, Boston, MA 02109 (for Defendant Murphy), to obtain certified copies of all criminal records, and all documents related thereto, of the individual identified on Exhibit A (attached).

                By the Court,

_____

Dated: _____, 2008

**EXHIBIT A TO DEFENDANTS' MOTION FOR
DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION**

|     | Witness | SSN | DOB | Last Known Address | Aliases |
|-----|---------|-----|-----|--------------------|---------|
| 1.  | Alexander, Lola | ■ | ■ | 4 Theodore Street Apt 5 Dorchester, MA 02124 | |
| 2.  | Allah, True See | | | 24 Kenilworth Street Roxbury, MA 02119 | Tony Watson |
| 3.  | Anthony, Antonio | ■ | ■ | 50 Pleasant Street Apt 7B Brookline, MA 02446 | "Country" |
| 4.  | Blalock, Michelle | | | 23 Quincy Street Dorchester, MA 02121 | |
| 5.  | Brewer, Tyrone | ■ | ■ | 72 Elm Hill Avenue Dorchester, MA 02121 | Tyrone Mitchell, Dwayne Satchabell, Tyrone Dwane Brewer |
| 6.  | Carter, Treas | | ■ | | Treas Chilly, Rinnie Carter |
| 7.  | Chaney, Christopher | ■ | ■ | 141 Homestead Street #9 Dorchester, MA 02121 | Chris Colt |
| 8.  | Cousins, Christopher | ■ | ■ | 44 Hewins Street Dorchester, MA 02121 | |
| 9.  | Curry, Tanoi | ■ | ■ | 756 Washington Street Dorchester, MA 02124 | |
| 10. | Davis, Theron | ■ | ■ | ■ Elkton 8730 Scroggs Road Elkton, OH 44415 | "Apple", Gary T. Clark, Darrel Joel Ernest, Ernest Darrel Joel, Terence Raynard Davis |
| 11. | Delahunt, Caryn | | ■ | Address unknown | Karim Delahunt |
| 12. | Drumgold, Juanda Carole | | | 181 Stratton Street Apt. 157 Dorchester, MA 02125 | |
| 13. | Drumgold, Karen | ■ | ■ | David Lewiston Family Center 137 Newbury Street Brockton, MA | |

|  | **Witness** | **SSN** | **DOB** | **Last Known Address** | **Aliases** |
|---|---|---|---|---|---|
| 14. | Drumgold, Rachelle | | ██ | David Lewiston Family Center<br>137 Newbury Street<br>Brockton, MA | |
| 15. | Drumgold, Shawn | | ██ | | |
| 16. | Durand, Paul | ██ | ██ | 2123 Murray Street<br>1st Floor<br>Boston, MA  02154 | |
| 17. | Evans, Ricky | ██ | ██ | 19 Bradlee Street<br>Apt 3<br>Dorchester, MA 02124 | |
| 18. | Evans, Arliss | | | | |
| 19. | Evans, Roy | ██ | ██ | | |
| 20. | Graham, Juanita | | | Dorchester, MA | |
| 21. | Graham, Olisa | ██ | ██ | 644 River Street<br>Apt 5<br>Mattapan, MA  02126<br><br>4412 Washington Street<br>Roslindale. | |
| 22. | Graham, Obie | ██ | ██ | 31 Haskell Street<br>Bsmt A<br>Alston, MA  02134 | Ladia Carter,<br>Randy Carter,<br>Rick Green |
| 23. | Gray, Tynetta | | | | |
| 24. | Hamilton, Madelyn | ██ | ██ | 535 West 51st Street<br>New York, NY  10019 | . |
| 25. | Holliday, Romero | | ██ | ██████<br>Apt 1<br>Dorchester, MA  02121 | |
| 26. | Hullum, Gemini | 030-6██ | ██ | 215 Canton Street<br>Randolph, MA  02368 | |
| 27. | Jenkins, Troy | | ██ | 41 Intervale Street<br>Apt 3<br>Dorchester, MA  02121 | |

|     | **Witness** | **SSN** | **DOB** | **Last Known Address** | **Aliases** |
|-----|-------------|---------|---------|------------------------|-------------|
| 28. | Johnson, Eric | ■■■ | 03■■ | 30 Regina Road Apt. 3 Dorchester, MA 02124 | |
| 29. | Johnson, Travis | | ■■■ | Address unknown | |
| 30. | Lucas, Kevin | ■■■ | ■■■ | 40 Cheney Street Dorchester, MA 02121 | |
| 31. | McPherson, Vantrell | ■■■ | ■■■ | 105 Taffrail Road, #1 Quincy, MA 02169 | |
| 32. | Mells, Shawn | ■■■ | ■■■ | 101 Draper Street #3 Dorchester, MA 02122 | |
| 33. | Payne, Edrina | | ■■■ | c/o Olisa Graham 4412 Washington Street Roslindale | |
| 34. | Peaks, Betty | ■■■ | ■■■ | 67 Woolson Street Apt 2 Mattapan, MA 02126 | |
| 35. | Peaks, Tracie | ■■■ | ■■■ | 67 Woolson Street Apt 2 Mattapan, MA 02126 | |
| 36. | Pina, Lorraine | | | | |
| 37. | Reese, Mervin | ■■■ | ■■■ | 9 Yarmouth Place Apt 4 Boston, MA 02116 | Mark Atkins |
| 38. | Roisten, Rena | ■■■ | ■■■ | 80 West Dedham Street Apt 601 Boston, MA 02118 | Rana Roisten, Rana Smith |
| 39. | Roisten, Noah | ■■■ | ■■■ | 77 Harrison Archway #1 Boston, MA 02118 | James Bailey, Noah Royston |
| 40. | Rowell, Shon | ■■■ | ■■■ | 74 Hope Street Apt. 32 New Bedford, MA 02745 | |
| 41. | Short, (Payne), Michelle | | ~~08/24/64~~ | Litchfield Drive Brockton, MA | |
| 42. | Sloan, Michael | | | | Michael Bond (SD D 2) |

-3-

|     | **Witness**      | **SSN** | **DOB** | **Last Known Address**                                 | **Aliases**              |
|-----|------------------|---------|---------|--------------------------------------------------------|--------------------------|
| 43. | Taylor, Terrance |         | ■■■     | FCI Raybrook<br>128 Ray Brook Road<br>Ray Brook, NY 12977 |                          |
| 44. | Walker, Cherry   |         | ■■■     | Address unknown                                        | Cherre, Cherrie, Cherie  |
| 45. | West, Gatewood   |         |         | 63 Creighton Street<br>Cambridge, MA 02140             |                          |
| 46. | Williams. London |         | ■■■     | 7 Sextant Circle<br>Mashpee, MA 02649                  |                          |

-4-