UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD, ) | |
|     Plaintiff ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | NO. 04-11193 NG |
| TIMOTHY CALLAHAN, FRANCIS M. ROACHE, ) | |
|   PAUL MURPHY, RICHARD WALSH, ) | |
|   And THE CITY OF BOSTON, ) | |
|     Defendants. | |

**NOTICE OF APPEARANCE**

    Notice is hereby given that William M. White, Jr. hereby appears on behalf of the

**Defendant Timothy Callahan** in the above-captioned action.


        TIMOTHY CALLAHAN
        By his Attorney,

        /s/William M. White, Jr.
        William M. White, Jr.
        BBO#: 546283
        WILLIAM M. WHITE, JR. And ASSOCIATES, LLC
        One Faneuil Hall Marketplace, Third Floor
        Boston, MA 02109
        (617) 723-7339

**C E R T I F I C A T E   O F   S E R V I C E**

    I, William M. White, Jr., do hereby certify that this document filed thorough the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2008.

        _____
        William M. White, Jr.
        Date: 1/29/08.