UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11193-NG

SHAWN DRUMGOLD,
    Plaintiff

v.

TIMOTHY CALLAHAN, FRANCIS M. ROACHE,
PAUL MURPHY, RICHARD WALSH, and THE
CITY OF BOSTON,
    Defendants

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please withdraw my appearance as attorney for John Daley in the above-entitled matter, pursuant Local Rule 83.5.2.

    On January 16, 2008, the nomination of Christine M. Roach as an Associate Justice of the Commonwealth of Massachusetts Superior Court was confirmed by the Executive Council.  Attorney Roach is the sole shareholder of Roach & Carpenter, P.C., resulting in dissolution of the law firm of Roach & Carpenter, P.C. on or about January 31, 2008.

    This Notice is not accompanied by the appearance of successor counsel because Mr. Daley is not a party to this action, and an appearance was filed on his behalf for the purpose of representing him at his depositions and filing discovery-related motions on his behalf during the discovery period, which is now closed.  All discovery motions related

to Mr. Daley have been resolved by this Court. No motions related to Mr. Daley are now pending before the court; no hearings or conferences related to Mr. Daley are scheduled, and no reports, oral or written, are due. While a trial date has been set, Mr. Daley is not a party to the above-referenced action.

                                        Respectfully submitted,

                                        */s/ Eve A. Piemonte Stacey*
                                        Eve A. Piemonte Stacey (BBO# 628883)
                                        ROACH & CARPENTER, PC
                                        24 School Street
                                        Boston, Massachusetts 02108
Dated: January 31, 2008                    (617) 720-1800

## CERTIFICATE OF SERVICE

I, Eve Piemonte Stacey, hereby certify that this document was filed through the ECF system on January 31, 2008, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing by first class mail on January 31, 2008.

                                        /s/ *Eve A. Piemonte Stacey*