UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff | )<br>)<br>) | C.A. NO. 04-11193NG |
| v. | )<br>) | |
| TIMOTHY CALLAHAN, ET AL.<br>    Defendant(s) | )<br>)<br>) | |

## PLAINTIFF'S EXHIBIT LIST

1. Carney Hospital Medical Record, Mary Alexander, April 13, 1988-August 1, 2003.

2. Resume of Shawn Drumgold

3. Drumgold Employment Records Shawmut Coast

4. May 31, 1989 Boston Police Department Report of Walsh and Callahan to Daley (BPD HOM 0634)

5. Drumgold Family photograph

6. Diagram of corner of Humboldt and Homestead (Suffolk County DA 4155) (Depo exhibit 69)

7. Drumgold GED

8. Drumgold Program Completion Certificates

9. Report of Rosemary McLaughlin (SCDA 3405)

10. Report of Paul Murphy to Joseph Dunford, Ex. 218

11. Report of Tony Smith to Deputy Superintendent William Selester, undated

12. November 2, 1989, letter of Francis M. Roache to Philip Beauschesne

13. Statement of Troy Jenkins, August 18, 1989?

14. Commissioner's special citation to Walsh and Murphy, December 22, 1988

15. Consolidated Memorandum on Defendant Shawn Drumgold's Motion to Dismiss for Prosecutorial Misconduct; Defendant's Motion to Suppress Statements…Volterra, J.  May 18, 1989

16. Daley notes from Daley Exhibit 206

    - P. 228 beginning, "great news"

    - P. 232?, dated December 24, 1985 beginning, "we are beginning"

    - P. 238, beginning, "a list of sergeants"

    - P. 248, beginning, "we are hearing more and more"

    - P. 251, beginning, "our most recent case"

    - P. 258, beginning, "our operation is divided"

    - Entry for January 24, 1987, beginning, "a man named Joseph Griffin

    - P. 270 dated June 11, 1987,  beginning, "we are going through some bewildering personnel changes"

    - May 17, 1989, beginning, "in the last several months"

    - May 19, 1989, beginning, "more controversy"

    - May 30, 1989, beginning, "visit to mortuary rooms" Ex. 20

17.  Daley Exhibit 207 notes

    - Excerpts, p. 185, p. 191, p. 196, p. 206, p. 212, p.227, p. 229, p. 232, p. 250, p. 251, p. 263

18.  Press Release, July 10, 1991,U.S. Department of Justice, U.S. Attorney's office

19. Roxbury District Court, Docket # 8802CR12175 (ex. # 147)

20. Warrant, Roxbury District Court, Docket #8802CR10603

21. Docket #8802CR2429, Ex. 34

22. 30-day St. Claire Implementation Report, Boston Police, March 4, 1992 – White Notebook Copy Ex 32

23. Neighborhood Policing report, September 1992 – White Notebook Copy Ex 33

24. Findings of Fact and Rulings of Law, Defendant's Motion to Dismiss, Commonwealth v. Harris, Suffolk Superior 9125141 – White Notebook Copy Ex 44

25. Memorandum in Order on Defendant's Motion for New Trial, Commonwealth v. Harding, Suffolk Sup. Ct. CR091158-62 – White Notebook Copy Ex 45

26. Photograph Stefen Cowans

27. Photograph Albert Lewin

28. Photograph Willie Bennet

29. Photograph Tahann Harris

30. Photograph Christopher Harding

31. Roxbury District Court Criminal Docket Records of Ricky Evans – White Notebook Copy Ex 41

32. Report of Officer McCallum 8/20/88

33. Handwritten notes of Walsh (ex. 83)

34. Report from Robert Merner to Commander Hayden, 8/21/88 (ex. 96)

35. Boston Police Crime Lab report, 8/8/88

36. Homicide report of Fogerty, (SCDA 5185, ex. 26)

37. Statement of Shawn Drumgold, August 29, 1988

38. Expert Report of Doctor Michael Lyman

39. Indictment and Mittimis, Commonwealth v. Drumgold, Suffolk Sup. #071882

40. Letter from Beauschesne to Walsh, December 29, 1988 with Attachment

41. Practical Homicide investigation by Vernon J. Geberth

42. Docket in Commonwealth v. Drumgold Suffolk Superior Court 071882

43. Aerial photograph of Roxbury

44. Motor Vehicle Purchase Contract – Frost Motors Suzuki to London Williams 8/15/88

45. Certificate of Registration – London Williams

46. Operator's Report 8/21/88 – London Williams

47. Transcript of Hearing Commonwealth v. Passley

48. Superior Court Decision Commonwealth v. Toro

49. Release Order – Commonwealth v. Miller

50. Decision of Superior Court Commonwealth v. Cowans

51. Photograph of Marlon Passley

52. Photograph of Angel Toro

53. Photograph of Neal Miller