UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD,                )      C.A. NO. 04-11193NG
    Plaintiff                              )
                                              )
    v.                                      )
                                              )
TIMOTHY CALLAHAN, ET AL.    )
    Defendant(s)                       )
                                              )

## **PLAINTIFF'S WITNESS LIST**

1. Timothy Callahan
   130 Church St.
   Milton, MA

2. Richard Walsh
   42 Weybosset St.
   Weymouth, MA

3. Robert Merner
   100 Salman St.
   West Roxbury, MA 02132

4. Paul McDonough
   15 Border St.
   Quincy, MA

5. Tony Smith
   Boston Police Department

6. John Daley
   64 Flames Rd.
   Marshfield, MA

7. Joseph Dunford
   93 Narragansett Rd.
   Quincy, Ma 02169

8. Fred Wagget
   Boston Police Department

9. Gregory Brown
   Boston Police Department

10. Paul Joyce
    Boston Police Department

11. Rosemary McLaughlin
    Boston Police Department

12. Francis Roache
    29 Beaufield St.
    Dorchester, MA

13. Detective Edward McNelly
    9 Berridge Way
    North Reading, MA

14. Shawn Drumgold
    181 Stratton St, Apt 157
    Dorchester, MA

15. Rachelle Drumgold
    16C Miller St.
    Fall River, MA 02721

16. Karen Drumgold
    16C Miller St.
    Fall River, MA

17. Juanda Drumgold
    181 Stratton St. #157
    Dorchester, MA 02126

18. Steve Rappaport
    Rappaport, Freeman, & Pinta
    Suite 400
    171 Milk St
    Boston, MA 02109-4323

19. Ralph Martin
    Bingham McCutchen, LLP
    150 Federal St.
    Boston, MA 02110

20. Gerald Malone
    Roache & Malone, LLP

      66 Long Wharf
      Boston, MA 02110

21. David Meier
    One Bullfinch Place
    Boston, MA 02114

22. Paul Connelly
    892 Shirley St.
    Winthrop, MA

23. Robert George
    George & Assoc., P.C.
    77 Newbury St.
    Boston, MA 02116

24. Michelle Payne Short
    38 Litchfield Terrace
    Brockton, MA

25. Olisa Graham
    4412 Washington St. #2
    Roslindale, MA 02131

26. Gemini Hullum
    215 Canton St.
    Randolph, MA

27. Obie Graham
    31A Haskell St.
    Allston, MA 02134

28. Vantrell McPherson
    18 Kilby St.
    Quincy, MA

29. Christopher Cousins
    176 St. Alphonsus St.
    Roxbury, MA

30. Tyron Brewer
    46 Adams St.
    Dorchester, MA

31. Travis Johnson

32. Chris Cheney
    141 Homestead St.
    Roxbury, MA

33. Mervin Reese
    9 Yarmouth Place, Apt. 4
    Boston, MA

34. Troy Jenkins
    21 Carruth St.
    Dorchester, MA

35. Eric Johnson
    30 Regina Rd #3
    Dorchester, MA

36. Romero Holiday
    236 East Foxboro
    Sharon, MA

37. Shawn Rowell
    16 Ormond St. #3
    Mattapan, MA

38. Antonio Anthony
    50 Pleasant St.
    Brookline, MA

39. Ricky Evans
    137 Spring St.
    Cambridge, MA

40. Tracy Peaks
    67 Woolson St.
    Mattapan, MA

41. Betty Peaks
    67 Woolson St.
    Mattapan, MA

42. Lola Alexander
    75 Ellington Street
    Dorchester, MA

43. Kevin Lucas
    ? 63 Elm Hill Ave.

    Roxbury, MA

44. Michael Watson

45. Dwight Morris

46. Honorable Leslie Harris
    Juvenile Court Suffolk Community Division
    24 New Chardon St.
    Boston, MA

47. Honorable Gordon A. Martin (retired)
    31 Grant Ave.
    Newton Centre, MA

48. Leslie Walker, Esq.
    8 Winter Street
    Boston, MA

49. Officer McCallum
    Boston Police Department

50. Willie Sims
    83 Homstead Street
    Dorchester, MA

51. Joan Stanley
    400 Granite Ave.
    Milton, MA

52. Paul Durand
    24 Lowell St.
    Waltham, MA

53. Joseph E. Saia
    Boston Police Department

54. Rodney Sadberry
    Milton, MA

55. Raynor Roisten

56. Dr. Michael Lyman
    4613 Villa Wood Ct.
    Colombia, MO 65203

57. Neal Miller

58. Marlon Passley

59. Angel Toro

60. Darnell Johnson

61. Lewis Santos

62. Vivian Miles
    3 Nazing St., Apt 1
    Boston, MA

63. John Tibbs
    25 Adam St.
    Roxbury, MA

64. Patricia Gray
    549 Blue Hill Ave., Apt 4
    Boston, MA

65. Keith Butler
    32 Maple St.
    Roxbury, MA

66. Eric Johnson
    67 Elm Hill Ave., Apt 6
    Boston, MA

67. Mary Ellen Jackson
    163 Rutheven St.
    Boston, MA

68. Shawn Rowell
    41 Holworthy
    Roxbury, MA

69. Allen Doherty
    Joyce Land
    50 Homestead St.
    Boston, MA

70. Maxine Davis
    92 Crawford St.
    Boston, MA

71. Superintendent Charles M. Horsely
    Boston Police Department