UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-CV-11193-NG

_____
SHAWN DRUMGOLD,                            )
                                           )
        Plaintiff                          )
                                           )
vs.                                        )
                                           )
CITY OF BOSTON, ET AL.,                    )
                                           )
        Defendants                         )
_____)

### DEFENDANTS WALSH AND CALLAHAN'S
### PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| 1. | 08/29/87 | Boston Police Department Arrest Booking Sheet. "Williams Bowie" [Rickey Evans] | SCDA 0300 |
| 2. | 00/00/88 | Suffolk County District Attorney File: London Williams automobile insurance, accident and car rental documents. | SCDA 1508-1547 |
| 3. | 01/01/88 | Boston Police Incident Report.  Shooting. Christopher Chaney. | SCDA 3304-3305 |
| 4. | 01/23/88 | Boston Police Department Arrest Booking Sheet. "William Bowie" [Rickey Evans] | SCDA 0299 |
| 5. | 03/05/88 | Boston Police Incident Report. Stabbing Mervin Reese. | SCDA 3306 |
| 6. | 07/15/88 | Boston Police Incident Report.  Stabbing Theron Davis. | SCDA 3312-3313 |
| 7. | | Boston Police Incident Report.  Shooting Romero Holiday. | |
| 8. | 08/19/88 | Boston Police Homicide Information Sheet. Darlene Tiffany Moore. | SCDA 1417 |
| 9. | 08/19/88 | Boston Police Incident Report.  Darlene Tiffany Moore. | SCDA 1421-1422 |

| 10. | 08/19/88 | Report. Boston Crime Laboratory. Darlene Tiffany Moore. | SCDA 1396 |
| 11. | 08/19/88 | Boston Police Crime Laboratory. Supplementary Report. | SCDA 3252 |
| 12. | 08/19/88 | Cassette Tape. Turret Calls BPD Emergency | |
| 13. | 08/19/88 | Transcript. Turret Calls. BPD Emergency. | BPDHOM 1357-1364 |
| 14. | 08/19/88 | Drawing. Notes at Scene and Sketch at scene. | SCDA 1402 |
| 15. | 08/19/88 | Photographs – Crime Scene | |
| 16. | 08/19/89 | Police Report. McDonough and Callahan to McNelley. Re: Tynetta Gray and Alice Moore. | BPDHOM 1552 |
| 17. | 08/19/88 | Report of Death. Darlene Tiffany Moore. | SCDA 1386 |
| 18. | 08/19/88 | Death Certificate. Darlene Tiffany Moore. | SCDA 3367 |
| 19. | 08/19/88 | Suffolk County D.A. Homicide Division Preliminary Field Report. Matthew King. | SCDA 1420 |
| 20. | 08/20/88 | Police Report. Fogerty. Interview; Theron Davis. | SCDA 5185 |
| 21. | 08/20/88 | Field Interrogation Reports. McCallum. Theron Davis and London Williams. | SCDA 3305 |
| 22. | 08/20/88 | Autopsy Report. Darlene Tiffany Moore. | SCDA 1375-1385 |
| 23. | 08/20/88 | Cassette Tape. Interview of Terrance Taylor | |
| 24. | 08/20/88 | Transcript of interview: Terrance Taylor. | BPDHOM 1226-1236 |
| 25. | 08/20/88 | Cassette Tape. Interview of Travis Johnson | |
| 26. | 08/20/88 | Transcript of interview: Travis Johnson. | BPDHOM 0996-1004 |
| 27. | 08/20/88 | Cassette Tape. Interview of Tyrone Brewer | |
| 28. | 08/20/88 | Transcript of interview: Tyron D. Brewer. | BPDHOM 0601-614 |
| 29. | 08/20/88 | Report. McCarthy to Ahearn. Re: Angelita | BPDHOM 1957-1959 |

| | | Valdwin. | |
|---|---|---|---|
| 30. | 08/20/88 | Cassette Tape.  Interview of Mervin Reese | |
| 31. | 08/20/88 | Transcript of interview: Mervin Reese. | |
| 32. | 08/20/88 | Police Report.  Fogerty.  Interview; Theron Davis. | SCDA 5185 |
| 33. | 08/21/88 | Cassette Tape.  Interview of Chris Chaney | |
| 34. | 08/21/88 | Transcript of interview: Chris Chaney. | BPDHOM 1422 |
| 35. | 08/23/88 | Cassette Tape.  Anonymous Turret Call | |
| 36. | 8/23/88 | Transcript.  Anonymous Turret Call. | BPDHOM 8357 |
| 37. | 08/23/88 | Police Report.  McLaughlin to Walsh.  Re: Ongoing Homicide Investigation Tiffany Moore. | BPDHOM 1564 |
| 38. | 08/24/88 | Police Report.  Walsh.  Interview: Erick Johnson. | BPDHOM 1881 |
| 39. | 08/26/88 | Police Report.  Murphy.  Interview: Tracie Peaks and Mary Alexander. | BPDHOM 1159 |
| 40. | 08/29/88 | Boston Police Department Booking Sheet.  Drumgold. | SCDA 1425 |
| 41. | 08/29/88 | Boston Police Incident Report.  Arrest Drumgold. | SCDA 1418 |
| 42. | 08/29/88 | Booking Photos.  Drumgold | SCDA3253-3259 |
| 43. | 00/00/88 | Probation Record.  Drumgold. | SCDA 3270-3278 |
| 44. | 08/29/88 | Cassette Tape.  Interview of Shawn Drumgold | |
| 45. | 08/29/88 | Transcript of interview: Shawn Drumgold. | BPDHOM 0470-490 |
| 46. | 08/30/88 | Booking Photos.   Taylor. | SCDA 3260-3264 |
| 47. | 00/00/88 | Probation Record.  Taylor. | SCDA 3266-3269 |
| 48. | 08/31/88 | Boston Police Department Booking Sheet.  Taylor. | SCDA 1424 |

| 49. | 08/31/88 | Boston Police Department Incident Report. Arrest Taylor. | SCDA 1423 |
|-----|----------|---------------------------------------------------------|-----------|
| 50. | 08/31/88 | Application for Search Warrant and Supporting Affidavit of Richard Walsh.  27 Olney Street, Dorchester | SCDA 3283-3292 |
| 51. | 08/31/88 | Cassette Tape.  Interview of Antonio Anthony. | |
| 52. | 08/31/88 | Transcript of interview: Antonio Anthony. | BPDHOM 0537-542 |
| 53. | 09/08/88 | Transcript.  Grand Jury Proceeding. | BPDHOM 1245-1273 |
| 54. | 10/06/88 | Serology Report.  Darlene Tiffany Moore. | SCDA 1397 |
| 55. | 12/13/88 | Boston Police Incident Report.  "Tyrone Corey" [Rickey Evans] | SCDA 0301-0302 |
| 56. | 12/16/88 | Report.  Boston Ballistician's Office.  Nature of Case: Homicide of Tiffany Moore. | SCDA 1390 |
| 57. | 05/22/89 | Police Report.  Dahill. Interview: Madelyne Hamilton and Rhonda Hamilton | BPDHOM 1973 |
| 58. | 05/31/89 | Police Report.  Walsh and Callahan to Daley. Interview: Mary Alexander. | BPDHOM 0634 |
| 59. | 05/31/89 | Police report.  Walsh and Callahan to Daley. Interview: Mary Ellen Jackson. | BPDHOM 1971-1972 |
| 60. | 06/02/89 | Police Report.  Callahan to Daley.  Telephone interview: Mary Ellen Jackson. | BPDHOM 1970 |
| 61. | 06/05/89 | Police Report 6/5/89.  Interview: Karim Delahunt | |
| 62. | 06/05/89 | Police Report.  Callahan and Walsh to Daley. Interview: Willie Simms. | BPDHOM 1962-1963 |
| 63. | 06/10/89 | Cassette Tape.  Interview of Tanoi Curry. | |
| 64. | 06/10/89 | Transcript of interview: Tanoi Curry. | BPDHOM 0627-632 |
| 65. | 06/10/89 | Cassette Tape.  Interview of Vantrell McPherson. | |

| 66. | 06/10/89 | Transcript of interview: Vantrell McPherson | BPDHOM 1871-1877 |
| 67. | 06/11/89 | Police Report. Callahan to Daley. Interview: Confidential Informant. | BPDHOM 1518-1519 |
| 68. | 06/13/89 | Cassette Tape. Interview of Shamia Clemons. | |
| 69. | 06/13/89 | Transcript of interview: Shamia Clemons. | BPDHOM 0615-619 |
| 70. | 06/16/89 | Police Report. Callahan to Daley. Re: Durand telephone call. | BPDHOM 0459 |
| 71. | 06/19/89 | Police Report. Callahan to Daley. Scheduled interview: Paul Durand | BPDHOM 0455 |
| 72. | 06/21/89 | Police Report. Walsh and Callahan to Daley. Interview: Keith Butler | BPDHOM 1524 |
| 73. | 06/21/89 | Cassette Tape. Interview of Cherry Walker | |
| 74. | 06/21/89 | Transcript of interview: Cherry Walker. | BPDHOM 0368-375 |
| 75. | 06/22/89 | Police Report. Walsh and Callahan to Daley. Interview: Mervin Reese | BPDHOM 1516-1517 |
| 76. | 06/25/89 | Cassette Tape. Interview of Rachelle Roisten | |
| 77. | 06/25/89 | Transcript of interview: Rachelle Roisten. | BPDHOM 1296-1309 |
| 78. | 06/25/89 | Police Report. McDonough and Callahan to Daley. Interview: Travis Johnson. | BPDHOM 1969 |
| 79. | 06/28/89 | Police Report. Callahan, McDonough and Walsh to Daley. Interview: Tyrone Brewer | BPDHOM 1978-1979 |
| 80. | 06/29/89 | Cassette Tape. Interview of Noah Roisten | |
| 81. | 06/29/89 | Transcript of interview: Noah Roisten | BPDHOM 0396-410 |
| 82. | 07/01/89 | Cassette Tape. Interview of Olisa Graham. | |
| 83. | 07/01/89 | Transcript of interview: Olisa Graham. | BPDHOM 0730-757 |
| 84. | 07/04/89 | Police Report. Callahan, McDonough and Walsh to Daley. Interview: Dedrick Boone's mother. | BPDHOM 1558 |

| 85. | 07/07/89 | Police Report. Callahan to Daley. Interview: Dedrick Boone. | BPDHOM 1563 |
| 86. | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Rachelle Roisten. | BPDHOM 1295 |
| 87. | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Rana Roisten. | BPDHOM 1290 |
| 88. | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Vivian Miles. | BPDHOM 1560 |
| 89. | 07/07/89 | Police Report. McDonough and Callahan. Interview: Carolyn Davis. | BPDHOM 1561 |
| 90. | 07/07/89 | Police Report. McDonough and Callahan. Interview: Robin Christiansen. | BPDHOM 1565 |
| 91. | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Patricia Gray. | BPDHOM 1559 |
| 92. | 07/10/89 | Police Report. Callahan to Daley. Re: "sunset" on 8/19/88 was 7:40 p.m. | BPDHOM 1562 |
| 93. | 07/11/89 | Police Report. McDonough and Callahan to Daley. Interview: Frita Workman. | BPDHOM 1520 |
| 94. | 07/13/89 | Police Report. Callahan and McDonough to Daley. Call from Dedrick Gunn. | BPDHOM 1523 |
| 95. | 07/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Roger Taylor. | BPDHOM 1521 |
| 96. | 07/14/89 | Police Report. Attempted Interview: Theron Davis. | BPDHOM 1526 |
| 97. | 07/14/89 | Police Report. Josey to Callahan. Interview: Wayne Davis. | BPDHOM 1196-1197 |
| 98. | 07/17/89 | Police Report. Callahan to Daley. Re: Michael Sloane (aka Michael Bonds). | BPDHOM 1889 |
| 99. | 07/28/89 | Police Report. Callahan and McDonough to Daley. Interviews at Deer Island: Michael Sloane, Antonio Anthony, Gus Braggs , Alonzo Keel . | BPDHOM 1541 |

| 100. | 08/01/89 | Police Report. Callahan and McDonough to Daley. Interview: Juanda Drumgold. | BPDHOM 1542 |
| 101. | 08/02/89 | Police Report. Callahan and McDonough to Daley. Interview: Gwenette Drumgold. | BPDHOM 1527 |
| 102. | 08/06/89 | Cassette Tape. Interview of Rickey Evans. | |
| 103. | 08/06/89 | Transcript. Interview of Rickey Evans. | BPDHOM 1383-1387 |
| 104. | 08/08/89 | Cassette Tape. Interview of Michelle Blalock. | |
| 105. | 08/08/89 | Transcript of interview: Michelle Blalock. | BPDHOM 0584 |
| 106. | 08/09/89 | Police Report. Callahan and McDonough to Daley. Interview: Allen Daughtry and Joyce Lord | BPDHOM 1528 |
| 107. | 08/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Jamal Crawford. | BPDHOM 1522 |
| 108. | 08/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Kevin Lucas. | BPDHOM 1531 |
| 109. | 08/16/89 | Cassette Tape. Interview of Eric Johnson | |
| 110. | 08/16/89 | Transcript of interview: Eric Johnson | BPDHOM 0496-506 |
| 111. | 08/18/89 | Transcript of interview: Candice Kelsey | BPDHOM 0385-395 |
| 112. | 08/18/89 | Cassette Tape. Interview of Troy Jenkins. | |
| 113. | 08/18/89 | Transcript of interview: Troy Jenkins | BPDHOM 0828-834 |
| 114. | 08/19/89 | Cassette Tape. Interview of Tara Grant. | |
| 115. | 08/19/89 | Transcript of interview: Tara Grant. | BPDHOM 0446-454 |
| 116. | 08/21/89 | Interview: Romero Holliday. | BPDHOM 1549-1550 |
| 117. | 08/24/89 | Cassette Tape. Interview of John Tibbs | |
| 118. | 08/24/89 | Police Report. McDonough and Callahan to Daley. Interview: John Tibbs. | BPDHOM 1388-1389 |
| 119. | 08/25/89 | Police Report. Interview: police present Chris | BPDHOM 1529 |

| | | Cousins with photo array (17 photographs) | |
|---|---|---|---|
| 120. | 08/25/89 | Cassette Tape.  Interview of Chris Cousins | |
| 121. | 08/25/89 | Transcript of interview: Chris Cousins. | BPDHOM 1390-1397 |
| 122. | 08/30/89 | Police Report.  Callahan and McDonough to Daley.  Interview: Shon Rowell. | BPD HOM 1964 |
| 123. | 09/02/88 | Memorandum.  Murphy to Dunford.  Re: Meal Expenses for witness in homicide case. | SCDA 5184 |
| 124. | 09/05/89 | Cassette Tape.  Interview of Renard Biggs | |
| 125. | 09/05/89 | Transcript of interview: Renard Biggs | BPDHOM 0387 |
| 126. | 09/10/89 | Police Report.  O'Malley, Fogerty and Thomas.  Interview: Tynetta Gray. | 410 [Plaintiff] |
| 127. | 09/12/89 | Interview: Rickey Evans. | BPDHOM 1975 |
| 128. | 09/20/89 | Transcript.  Interview: Paul Durand. | BPDHOM 0460-469 |
| 129. | 09/23/89 | Police Report.  Interview: Ronald Carter. | BPDHOM 1554 |
| 130. | 09/24/89 | Police Report.  McDonough and Callahan to Daley.  Interview: Maxine Davis. | BPDHOM 1553 |
| 131. | 09/26/89 | Transcript.  Trial.  Pre-Trial Motions. | |
| 132. | 10/02/89 | Transcript.  Cr. No. 071882. Trial Day 4. | |
| 133. | 10/03/89 | Transcript.  Cr. No. 071882. Trial Day 5. | |
| 134. | 10/04/89 | Transcript.  Cr. No. 071882. Trial Day 6. | |
| 135. | 10/05/89 | Transcript.  Cr. No. 071882. Trial Day 7. | |
| 136. | 10/06/89 | Transcript.  Cr. No. 071882. Trial Day 8. | |
| 137. | 10/10/89 | Transcript.  Cr. No. 071882. Trial Day 9. | |
| 138. | 10/11/89 | Transcript.  Cr. No. 071882. Trial Day 10. | |
| 139. | 10/12/89 | Transcript.  Cr. No. 071882. Trial Day 11. | |

| 140. | 10/13/89 | Transcript. Cr. No. 071882. Trial Day 12. | |
| 141. | Various | Medical Records. Jewish Memorial Hospital. Mary Alexander. | |
| 142. | Various | Medical Records. Boston Medical Center. Mary Alexander. | |
| 143. | Various | Medical Records. The Carney Hospital. Mary Alexander. | |
| 144. | | Photo Array and Booking Documents | SCDA 1438-1441 |
| 145. | Undated | Police Report. Attempted Interview 07/15/89: Daryl Weaver. | BPDHOM 1525 |
| 146. | Undated | Police Report. McDonough and Callahan to Daley. Interview: Dexter Rowell. | BPDHOM 1557 |
| 147. | 9/00/89 | Police Report. O'Malley. Interview: Michael Watson. | BPDHOM 1556 |
| 148. | Various | Media materials including videotapes and news footage. | |
| 149. | Various | Willie Evans Homicide File – Suffolk County District Attorney File | |
| 150. | Various | Documents produced by Madelyne Hamilton at deposition | |
| 151. | Various | Notes. Laura Scherz | |
| 152. | Various | Handwritten notes and correspondence re: Mary Alexander Housing. | SCDA 5264-5281 |
| 153. | 01/30/90 | Letter. Connolly to Scherz. Re: Evans housing needs. | SCDA 0444-0445 |
| 154. | 10/00/89 | Witness Sheet. Commonwealth v. Drumgold and Taylor | |
| 155. | 00/00/89 | Docket Sheet(s) Rickey Evans | SCDA 4336-4346 |
| 156. | 00/00/89 | Investigation Matrix. Timothy Callahan. | SCDA 2711-2712 |
| 157. | 00/00/89 | Pleading. List of Prospective Witnesses. Commonwealth v. Drumgold and Taylor. | SCDA 4877-4884 |
| 158. | 09/25/89 | Medical Records. Boston City Hospital. | SCDA 5194-5263 |

|  |  | Romero Holiday. |  |
|------|---------|-------------|------------------|
| 159. | 09/22/89 | Letter.  Rappaport to Beauchesne, ADA. | SCDA 4875-4876 |
| 160. | 09/13/89 | Letter.  Rappaport to Beauchesne, ADA. | SCDA 4873-4874 |
| 161. | 09/18/89 | Letter.  Connolly to Stanley.  Re: Commonwealth v. Treas Carter. | SCDA 0181 |
| 162. | Undated | Handwritten Notes.  Re: Rickey Evans in connection with Willie Evans Homicide. | SCDA 0278-0280 |
| 163. | 08/31/89 | Police Report. Callahan and McDonough to Daley.  Attempted Interview: London Williams. | BPDHOM 0787 |
| 164. |  | VHS Tape.  Shawn Drumgold Reel.  6/5/06. |  |
| 165. |  | VHS Tape.  WB 10 O'Clock News Tiffany Moore, Shawn Drumgold. |  |
| 166. | Undated | Police Report. Smith to Celester.  Re: white Suzuki. | BPDHOM 0806 |