UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11193-NG

_____

SHAWN DRUMGOLD,          )
                         )
     Plaintiff          )
                         )
vs.                      )
                         )
CITY OF BOSTON, ET AL.,  )
                         )
     Defendants         )
_____)

## DEFENDANTS WALSH AND CALLAHAN'S TRIAL WITNESS LIST

| | WITNESS | ADDRESS | PURPOSE OF TESTIMONY |
|---|---|---|---|
| 1. | Beauchesne, Phillip T. | | Factual Witness |
| 2. | Broker, Phyllis (Hon.) | | Factual Witness |
| 3. | Callahan, Timothy | 130 Church St, Milton, MA | Factual Witness |
| 4. | Connolly, Paul F. | 892 Shirley Street, Winthrop, MA 02512 | Factual Witness |
| 5. | Drumgold, Juanda | 181 Stratton Street, Apt. 157, Dorchester, MA 02125 | Factual Witness |
| 6. | Drumgold, Ra'Shawna | | Factual Witness |
| 7. | Drumgold, Shawn | | Factual Witness |
| 8. | George, Robert | 77 Newbury St, Boston, MA 02116 | Factual Witness |
| 9. | Groob, Jay | One University Road, Brookline, MA 02445 | Factual Witness |
| 10. | Hall, Diane | Dorchester, MA | Factual Witness |

| | | | |
|---|---|---|---|
| 11. | Hamilton, Madelyn | 535 West 51st Street<br>New York, NY 10019 | Factual Witness |
| 12. | Keller, Scott | 32 Arrowood St<br>Methuen, MA | Factual Witness |
| 13. | King, Matthew | Charlestown, MA | Factual Witness |
| 14. | McDonough, Paul | Boston Police Department | Factual Witness |
| 15. | McPherson, Dorothea | | Factual Witness |
| 16. | Meier, David | Belmont, MA | Factual Witness |
| 17. | O'Callaghan, Phyllis | McGuire's Liquor Store<br>Hecla and Dorchester Ave..<br>Dorchester, MA | Factual Witness |
| 18. | O'Callaghan, Timothy | McGuire's Liquor Store<br>12 Romsay St.<br>Dorchester, MA | Factual Witness |
| 19. | O'Meara, Francis | 15 Judge's Hill Drive,<br>Norwell, MA | Factual Witness |
| 20. | Rappaport, Steven | 228 Central<br>Lowell, MA 01852 | Factual Witness |
| 21. | Roisten, Rena | 80 West Dedham St., Apt 601<br>Boston, MA 02118 | Factual Witness |
| 22. | Walsh, Richard | Boston Police Department | Factual Witness |
| 23. | West, Gatewood | 63 Creighton Street<br>Cambridge, MA 02140 | Factual Witness |
| 24. | Keeper of the Records<br>Boston Police Department | Boston Police Department | Factual/Authentication Witness |
| 25. | Keeper of the Records<br>Suffolk County<br>District Attorneys Office. | | Factual/Authentication Witness |

| # | Name | Affiliation | Role |
|---|---|---|---|
| 26. | Daffner, MD | | Expert Witness |
| 27. | Tucker, Mel | | Expert Witness |
| 28. | Banville, Maurice | | Authenticating Witness |
| 29. | Banville, Josh | | Authenticating Witness |
| 30. | Canavan, John (Hon.) | | Factual Witness |
| 31. | Conley, Daniel | Suffolk County District Attorneys Office | Factual Witness |
| 32. | Dahill, Richard | Boston Police Department | Factual Witness |
| 33. | DeLuca, Mark | | Factual Witness |
| 34. | DeFazio, Vincent | | Factual Witness |
| 35. | Ellison, Larry | Boston Police Department | Factual Witness |
| 36. | Fallon, Lawrence | | Factual Witness |
| 37. | Fogerty, William B. | Boston Police Department | Factual Witness |
| 38. | Garvey, Andrew | Boston Police Department | Factual Witness |
| 39. | Graham, Juanita | | Factual Witness |
| 40. | Holmes, Lisa R. | Boston Police Department | Factual Witness |
| 41. | Josey, Wendell | Boston Police Department | Factual Witness |
| 42. | Merner, Robert | Boston Police Department | Factual Witness |
| 43. | Murphy, Paul | Boston Police Department | Factual Witness |

| | | | |
|---|---|---|---|
| 44. | Payne, Edrina | c/o Olisa Graham<br>4412 Washington Street, Roslindale | Factual Witness |
| 45. | Scherz, Laura | Texas | Factual Witness |
| 46. | Smith, Tony | Boston Police Department | Factual Witness |
| 47. | Thomas, Miller | Boston Police Department | Factual Witness |
| 48. | Thornton, Ellis | | Factual Witness |
| 49. | Towle, John | Suffolk County District Attorneys Office | Factual Witness |