UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, RICHARD WALSH and<br>THE CITY OF BOSTON,<br>    Defendants | 04-CV-11193-NG |

**ORDER**

GERTNER, J:

    Defendants Joint Motion for Leave to issue a Subpoena for the presence of a witness who is a justice of the Massachusetts Trial Court, pursuant to Rule 1 of Massachusetts Trial Court Rule IX. at the trial of this matter is allowed.

    IT IS HEREBY ORDERED THAT a Subpoena may issue requiring the presence of the **Honorable John A. Canavan, III**, at the United States District Court for the District of Massachusetts in Boston on the date and time indicated in the attached trial subpoena.

    SO ORDERED.

                                                                       _____
                                                                       Judge Nancy Gertner

Dated: