```
00001
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2

 3       ------------------------X
         SHAWN DRUMGOLD,
 4         Plaintiff

 5

 6       V.           Case No. 04-11193NG

 7

 8       TIMOTHY CALLAHAN, FRANCIS
         M. ROACHE, PAUL MURPHY,
 9       RICHARD WALSH, and THE
         CITY OF BOSTON,
10         Defendants
         ------------------------X
11

12            DEPOSITION OF TRACIE PEAKS, a

13       witness called to testify by and on behalf of

14       the Defendants, pursuant to the applicable

15       rules of the Federal Rules of Civil

16       Procedure, before M. ELAINE GANSKA, a

17       Stenographic Reporter and Notary Public in

18       and for the Commonwealth of Massachusetts, at

19       the offices of Bonner Kiernan Trebach &

20       Crociata, Attorneys at Law, One Liberty

21       Square, Boston, Massachusetts, on Friday,

22       April 28, 2006, commencing at 10:17 a.m.

23
                  FEDERAL COURT REPORTERS
24          781-585-6741       978-535-8333
```

00058

1    referring to?

2  A. Michelle.

3  Q. Okay. All right. What contact did you have

4     with the Roiston family after the murder of

5     Tiffany Moore?

6  A. Like I said, I just retreated. I didn't want

7     to deal with anybody. I -- you know, I

8     probably saw Rana maybe once or twice, three

9     times in that period of time, and then that

10    was it. It was -- you know, it didn't go on

11    after that.

12 Q. Okay. When you saw Rana, when was this in

13    relationship to the trial?

14 A. Oh, I don't -- I don't know. I can't

15    remember.

16 Q. Did you have contact with Rana Roiston and

17    Michelle Roiston prior to the trial of Shawn

18    Drumgold and Terrance Taylor?

19 A. I mean, yeah, it was like, you know, I saw --

20    like one or two, three times. You know, I

21    don't remember if it was before or after,

22    during. I can't remember the time.

23 Q. Okay. Did they talk to you about your

24    participation in the trial?

```
00059
 1  A.  No.
 2  Q.  Did they ever talk to you about Shawn
 3      Drumgold?
 4  A.  No.
 5  Q.  What was the substance of your conversations
 6      when you would see Michelle and Rana Roiston?
 7  A.  Me and Rana used to smoke weed.  We would go
 8      in my backyard, and that's what we'd do.  It
 9      wasn't like -- you know, we never went to the
10      movies; we never went sakting.  That's all we
11      did, little neighborhood kids experimenting.
12      That's what it was.
13  Q.  All right.  And did you smoke weed with Rana
14      after the murder of Tiffany Moore?
15  A.  Probably.
16  Q.  Okay, and it would be outside in your
17      backyard.
18          Any other locations?
19  A.  No, not really.
20  Q.  Okay.  Would you go over her house?
21  A.  I went over there like once or twice.
22  Q.  Okay.  And this was after the murder of
23      Tiffany Moore that you'd go over to Rana
24      Roiston's house above the Humboldt Superette?
```

```
00060
  1  A.  I think maybe once --
  2  Q.  Okay.
  3  A.  -- to wait for her.
  4  Q.  All right.  And how long were you over there?
  5  A.  Not long.
  6  Q.  All right.  And who was present when you were
  7      waiting for her?
  8  A.  I don't know if anybody was even there.
  9  Q.  All right.  Was her father, Noah, there?
 10  A.  I don't know.
 11  Q.  Did you know her father?
 12  A.  No.
 13  Q.  Okay.  Did you know who he was?
 14  A.  Yes.
 15  Q.  Okay.  Did you ever have any problems with
 16      him?
 17  A.  No.
 18  Q.  Okay.  So he was someone you didn't have any
 19      problems speaking to or --
 20          MS. SCAPICCHIO:  Objection.
 21  Q.  -- talking to?
 22          You can answer.
 23  A.  Well he was an older man, so I wouldn't have
 24      spoken to him or had a conversation with him.
```