Page 1

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

       ------------------------X
       SHAWN DRUMGOLD,
             Plaintiff

       v.                            Case No. 04-11193NG

       TIMOTHY CALLAHAN, FRANCIS
       M. ROACHE, PAUL MURPHY,
       RICHARD WALSH, and THE
       CITY OF BOSTON,
             Defendants
       ------------------------X


             DEPOSITION OF GEMINI HULLUM, a
       witness called to testify by and on behalf of
       the Defendants, pursuant to the applicable
       rules of the Federal Rules of Civil
       Procedure, before M. ELAINE GANSKA, a
       Stenographic Reporter and Notary Public in
       and for the Commonwealth of Massachusetts, at
       the offices of Bonner Kiernan Trebach &
       Crociata, Attorneys at Law, One Liberty
       Square, Boston, Massachusetts, on Monday,
       February 20, 2006, commencing at 11:15 a.m.

                    FEDERAL COURT REPORTERS
               781-585-6741          978-535-8333
```

Page 2

```
       APPEARANCES

       TOMMASINO & TOMMASINO
       BY: MICHAEL W. REILLY, Attorney at Law
       Two Center Plaza
       Boston, Massachusetts 02108-1904
       ON BEHALF OF: The Plaintiff

       BONNER KIERNAN TREBACH & CROCIATA
       BY: HUGH R. CURRAN, Attorney at Law
       One Liberty Square
       Boston, Massachusetts 02109
       ON BEHALF OF: Defendant Walsh

       HOGAN, ROACHE & MALONE
       BY: JOHN P. ROACHE, Attorney at Law
       66 Long Wharf
       Boston, Massachusetts 02110
       ON BEHALF OF: Defendants City of Boston
                      and Roache

       MORGAN, BROWN & JOY
       BY: MARY JO HARRIS, Attorney at Law
       200 State Street
       Boston, Massachusetts 02109-2605
       ON BEHALF OF: Defendant Callahan
```

Page 3

```
                      I N D E X
       Deposition of                              Page
       GEMINI HULLUM

       Examination by Mr. Curran                    9
       Examination by Mr. Roache                  172



                    E X H I B I T S
       No.                                        Page
       1-2     Subpoenas                           82
       3       Map                                 82
       4       Map                                 82
       5       Map                                 83
       6       Affidavit                          162
```

Page 4

         STIPULATIONS
    It is hereby stipulated and agreed
by and between Counsel for the respective
parties and the Deponent that the Deponent
shall read and sign the deposition transcript
within 30 days of receipt before any Notary
Public.
    It is further stipulated that all
objections, except as to form, and motions to
strike are reserved to the time of trial.
         PROCEEDINGS
    MR. CURRAN: Ms. Hullum, my name
is Hugh Curran. I'm an attorney at Bonner
Kiernan Trebach & Crociata. I represent
Richard Walsh in a matter, Shawn Drumgold vs.
Richard Walsh, Timothy Callahan, Francis
Roache, and the City of Boston. You're a
witness in this matter, and you've been
subpoenaed to testify today, and that's why
you are here to testify.
    MS. HULLUM: Well I plead the
fifth, so that's what I'm here to let you
know.
    MR. CURRAN: Have you had an

Page 5

opportunity to obtain counsel?
    MS. HULLUM: No, I haven't.
    MR. CURRAN: And would you like
that opportunity to obtain counsel?
    MS. HULLUM: Why would I need to
obtain counsel? I'm not on trial for
anything.
    MR. CURRAN: Okay. Then that's
the reason why you just can't say you plead
the fifth.
    MS. HULLUM: Why not? I've
already went to court. I've already
testified. This is a civil matter. It has
nothing to do with me. I'm not suing
anybody, so why would I not be able to plead
the fifth?
    MR. CURRAN: I'm not your
attorney. You can decide to do what you
would like to do, but we are representing the
parties in this case. Mr. Reilly represents
Shawn Drumgold, and the other attorneys here
represent individual parties to this
litigation. As a result of Mr. Drumgold
filing a civil action, the parties are

Page 6

entitled to discovery. Discovery includes
deposing witnesses. You were a witness in
this case, and we intend to go forward this
morning and ask you questions relative to
your knowledge about this matter. If you
choose not to answer questions, then we will
be forced to file a motion to compel and seek
an order of the Court in the Federal Court.
    Are you prepared to go forward
today?
    MS. HULLUM: You're Shawn's
lawyer?
    MR. REILLY: I am.
    MS. HULLUM: Where's Rosemary?
    MR. REILLY: She's home with her
sick baby right now.
    THE WITNESS: Oh, she has the
opportunity to be home with her baby, huh?
    MR. REILLY: If you ask me a
question, I'll tell you the answer.
    MS. HULLUM: So
what's-her-name -- why am I testifying here
today if I've already testified?
    MR. REILLY: Because you testified

Page 19

1  A. No, I had unemployment because it's an
2     agency.
3  Q. And where did you return to work next?
4  A. Suburban -- oh, I went to school for pharmacy
5     tech in Cambridge.
6  Q. Okay. What -- was that the name of the
7     school, pharmacy tech?
8  A. Health Training Center.
9  Q. How long was that program?
10 A. Four and a half months.
11 Q. Where'd you next seek employment?
12 A. Suburban Health Care.
13 Q. What year was that?
14 A. 2005.
15 Q. Okay. And how long did you work at Suburban
16    Health Care?
17 A. I just quit in October.
18 Q. Why'd you quit?
19 A. Because they didn't give me enough hours.
20 Q. Besides the education you've just indicated,
21    have you received any other types of training
22    or education besides your GED and Health
23    Training Center the other location, nurse's
24    aide training?

Page 20

1  A. No.
2  Q. Okay. Where'd you live prior to moving to
3     Stoughton -- I mean Randolph, Canton Street?
4  A. I lived in Dorchester, Irma Street.
5  Q. And for how long did you live on Irma Street
6     in Dorchester?
7  A. I think two and a half years.
8  Q. Do you know what number Irma Street?
9  A. Sixteen.
10 Q. And who'd you live at that location with?
11 A. Me and my three children.
12 Q. Okay. Directing your attention back to 1988,
13    do you recall where you were living at that
14    time?
15 A. Yeah, I do.
16 Q. Okay. Where were you living?
17 A. With my sister Adrienne. Oh, I don't know.
18    You -- pretty much here and there, between my
19    sister, between Sonoma Street, living all
20    over.
21 Q. Okay. You dropped out of high school in
22    1986, is that correct?
23 A. Yes.
24 Q. Okay. And where were you living at that time

Page 21

1     when you dropped out of high school?
2  A. On Sonoma Street.
3  Q. And who were you living with on Sonoma
4     Street?
5  A. Eloise Graham.
6  Q. And who did you live with --
7        What number Sonoma Street? I'm
8     sorry.
9  A. Twenty-three.
10 Q. And who lived there at that location with
11    you?
12 A. Me and her five children.
13 Q. What were the names of her five children?
14 A. Mickey, Drina, Cheryl, Lisa, Obie.
15 Q. How did you know the Grahams?
16 A. I went to school with Lisa at the Woodrow
17    Wilson.
18 Q. How would you characterize your relationship
19    with them back then in 1988?
20 A. With the people I lived with?
21 Q. Yes, with the Grahams.
22 A. It was fine.
23 Q. Okay. And how would you characterize your
24    relationship with them today?

Page 22

1  A. It's fine.
2  Q. Okay. You indicated that it -- how long did
3     you live with the Grahams at 23 Sonoma
4     Street?
5  A. From age 14 to age 22, maybe 21. Maybe 20,
6     21, I don't know.
7  Q. And before you moved in with the Grahams at
8     23 Sonoma Street, who did you live with and
9     where?
10 A. My mother --
11 Q. And where was she --
12 A. -- Faye Hullum.
13    Geneva Ave. I don't know the
14    number.
15 Q. And who lived with you and your mother at
16    that --
17 A. Oh, no, it wasn't Geneva Ave. She was living
18    with some lady.
19    She had us living with her, me and
20    my brother on Castlegate Street.
21 Q. What was your brother's name?
22 A. Lance Hullum.
23 Q. Where does he live now?
24 A. Walpole Prison.

Page 23

1  Q. Okay. And what is he doing time for?
2  A. I really don't know, because his mother is
3     crazy. I don't know. He supposedly molested
4     some kids or something, I don't know, in
5     Brockton. I wasn't living with him or my
6     mother at the time. I was a young adult with
7     a child, and they lived in Brockton, and I
8     lived on Sonoma, so I really don't know. She
9     lies about his case. I really don't know.
10 Q. Okay. Do you know when he was taken into
11    custody and sentenced?
12 A. He's been in jail for 17 years.
13 Q. Has he always been at Walpole, do you know?
14 A. (Nods head)
15 Q. And is he under -- is he serving a sentence
16    under Lance Hullum?
17 A. Yeah.
18 Q. Okay. Do you have any other family members?
19 A. Do I?
20 Q. Yes.
21 A. Yeah.
22 Q. Okay. Brothers and sisters?
23 A. Two sisters.
24 Q. And what are your sisters' names?

Page 24

1  A. Desiree and Adrienne Hullum.
2  Q. And where does Desiree live?
3  A. Florida.
4  Q. Do you know where in Florida?
5  A. Some -- Kissimmee. I don't know. I've never
6     been there.
7  Q. Do you have an address for her?
8  A. No.
9  Q. Do you have a phone number?
10 A. No.
11 Q. When was the last time you spoke to her?
12 A. Yesterday.
13 Q. Okay. And did you call her?
14 A. No, she's up here visiting.
15 Q. Okay. And who's she visiting?
16 A. Me.
17 Q. All right.
18 A. And some friends of hers.
19 Q. How long has she been living in Florida?
20 A. Around two years. I really don't know, keep
21    track of her.
22 Q. Did she live in the Dorchester/Boston area
23    before moving to Florida?
24 A. Brockton area.

## Page 25

1  Q. Okay. And what's a -- where does Adrienne
2     live?
3  A. In Cambridge.
4  Q. What address?
5  A. I don't know.
6  Q. Who does she live with in Cambridge?
7  A. Her and her two daughters.
8  Q. How old is Adrienne?
9  A. Forty.
10 Q. How old is Desiree?
11 A. She'll be 39 in March.
12 Q. Okay. Do you talk to Adrienne frequently?
13 A. No.
14 Q. When's the last time you spoke with her?
15 A. Summer.
16 Q. Okay. How often do you see her?
17 A. I don't see her often. I don't get along
18    with my sisters like that, especially her.
19 Q. Okay. Where did your sisters live back in
20    1988?
21 A. Desiree, I don't know. She might have been
22    in Nantucket with some family. Adrienne,
23    maybe Brighton. Adrienne lived in Brighton.
24    I don't know where Desiree lived.

## Page 26

1  Q. Why did you move out of your -- where your
2     mother was living --
3  A. Because --
4  Q. -- in with the Grahams?
5  A. -- she's a mean, crazy, abusive lady.
6  Q. And where is she currently living?
7  A. Dorchester.
8  Q. And what's her -- what's her name again? I'm
9     sorry.
10 A. Faye Hullum.
11 Q. And where's she live in Dorchester?
12 A. I think it's 533 Norfolk Street. I'm not
13    sure about the address, but I know it's
14    Norfolk Street.
15        Can I ask you what all my
16    background and my personal information have
17    to do with this case?
18 Q. Just asking questions about you to know who
19    you are, okay?
20        In August of 1988, how long had
21    you known the Grahams for?
22 A. About four years now, maybe five.
23    (Telephone)
24    (Discussion off the record)

## Page 27

1  BY MR. CURRAN:
2  Q. Okay. Why did you move out of the Grahams'
3     at the age of 22?
4  A. I went to live with my kids' mother -- my
5     kids' grandmother.
6  Q. Okay. And what is her name?
7  A. Deborah Paul.
8  Q. How do you spell that?
9  A. Paul? P-A-U-L.
10 Q. And where does she live?
11 A. Now in Dorchester.
12 Q. Where, whereabouts in Dorchester?
13 A. I don't know. She just bought a house. I
14    haven't even been over there. I don't even
15    know their address.
16 Q. Where did she live before she bought the
17    house?
18 A. Harrishof Street in Roxbury.
19 Q. How long did you live with your children's
20    grandmother?
21 A. A little over a year. There was a fire, so
22    she moved. Well, while they were in the
23    hotel, I couldn't go because I had the baby.
24    We needed milk, some -- whatever. I ended up

## Page 28

1     living with my sister after the fire, and
2     then from there I went to California with my
3     children's grandfather, their father's
4     father, so there's a lot of moving around.
5     Exact dates, I don't feel like digging for
6     all that, but I lived with the grandmother
7     for over a year and a half, but then I was
8     back there again at some point in time, so I
9     don't know.
10 Q. How long did you move to California?
11 A. I only stayed for a month.
12 Q. Okay. And then you returned to this area?
13 A. Yeah.
14 Q. Okay. Is it fair to say that the majority of
15    your life you lived in the Metropolitan
16    Boston area?
17 A. Definitely.
18 Q. Okay. And in the Dorchester --
19 A. Roxbury.
20 Q. -- Roxbury --
21 A. Mm-hmm.
22 Q. Where is the -- do you still stay in contact
23    with the Grahams?
24 A. Mm-hmm.

## Page 29

1  Q. How often do you see them?
2  A. Not often, because I don't go out. I go to
3     work, and I go home.
4  Q. Okay. When's the last time you've been over
5     to see the Grahams?
6  A. In the summer.
7  Q. When's the last time you spoke to them over
8     the phone?
9  A. I spoke to one of the sisters over the phone
10    a couple weeks ago.
11 Q. Okay. And how often do you see or speak to
12    Lisa Graham?
13 A. Not often at all. She works in Boston, and I
14    work in Braintree. I live in Randolph, and
15    she lives in Boston.
16 Q. Where does she work in Boston?
17 A. You'd have to ask her that. I can't give you
18    her information about where she works.
19 Q. Do you know where she works?
20 A. No.
21 Q. Okay. Where does she live?
22 A. She lives in Hyde Park or some --
23    Roslindale. It's on the line. I'm not
24    really sure.

## Page 30

1  Q. Do you know the address?
2  A. No.
3  Q. Okay. In 1988 did you know Shawn Drumgold
4     prior to this incident --
5  A. Mm-hmm.
6  Q. -- involving Tiffany Moore?
7  A. Yeah.
8  Q. Okay. And how long had you known Shawn
9     Drumgold?
10 A. Since I was a kid.
11 Q. Okay. And --
12 A. Sixth grade; 11, 12 years old maybe.
13 Q. What was your relationship with him?
14 A. Nothing other than a schoolmate. He was in a
15    higher grade than me. He was like an eighth
16    grader; I was like a sixth grader. I don't
17    even know if he went to the school he hung
18    out after. I don't know.
19 Q. Okay. Did he live in the same neighborhood
20    as you?
21 A. Mm-hmm.
22 Q. And for how long?
23 A. Most of my childhood, and then when I moved
24    to Grove -- to Sonoma, he lived in that --

## Page 61

1  Q. Okay. Did you ever see Shawn Drumgold with
2      Theron Davis, Apple?
3  A. No.
4  Q. Okay. Do you know Rhonda Hamilton?
5  A. Oh, is that Shawn's baby's mother?
6  Q. Yes.
7  A. Yeah, I know her.
8  Q. How'd you know Rhonda?
9  A. From Shawn.
10 Q. Okay. What was their relationship like,
11     Shawn and Rhonda?
12 A. What was their relationship like?
13 Q. Yeah.
14 A. They were boyfriend and girlfriend.
15 Q. Okay. Did you socialize with the two of
16     them?
17 A. Mm-hmm.
18 Q. Okay. How often would you see Rhonda?
19 A. I don't know. Whenever I went to Humboldt,
20     or sometimes Shawn would bring her by the
21     house.
22 Q. Okay. Did you ever do drugs with Rhonda and
23     Shawn?
24 A. No, I never did drugs with Shawn, period.

## Page 62

1  Q. Okay. How about Rhonda?
2  A. Yeah, maybe with Rhonda.
3  Q. Okay. Did you ever observe Shawn Drumgold be
4      physical with Rhonda Hamilton?
5  A. No, I don't know nothing about that.
6  Q. Do you know Ricky Evans?
7  A. I know who you talking about, but I don't
8      know him.
9  Q. Okay. Had you ever seen him?
10 A. Mm-hmm.
11 Q. When did you see him?
12 A. I seen him in the courthouse last year,
13     whenever I was --
14 Q. All right. But before that you never saw
15     him?
16 A. I've seen him on Elm Hill Avenue. I think he
17     was a drug dealer.
18 Q. Okay. In what years would you see him on Elm
19     Hill?
20 A. The years I was cracked out, so it was in the
21     late '80s. I don't know the specifics, what
22     year.
23 Q. Do you know his cousin Willy Evans?
24 A. Hmm-mm.

## Page 63

1  Q. Did you ever speak with -- with Ricky?
2  A. No.
3  Q. Okay. How about Romero Holiday?
4  A. That's Lisa's cousin. That's family.
5  Q. Okay. Lisa Graham and Romero Holiday are
6      related?
7  A. First cousins.
8  Q. What was your relationship with Romero?
9  A. Just a little cousin. He's like a little
10     cousin to me because that's her cousin.
11 Q. Okay. Where did he hang around, Romero?
12 A. Romero hung around Castlegate.
13 Q. How often would Romero socialize with you and
14     Lisa Graham?
15 A. Daily. He came to see us often.
16 Q. Did you party with him?
17 A. Party?
18 Q. Yeah.
       Did you do drugs with him?
19 A. No. Romero don't do drugs. Never has,
20     probably never will.
21 Q. Did he give you drugs?
22 A. No.
23 Q. Sell you drugs?

## Page 64

1  A. No.
2  Q. Okay. What was Romero Holiday's relationship
3      with Terrance Taylor like?
4  A. None. That was just little cousin, like I
5      said, and he -- his mother was making him
6      older cousin, and that was her baby boy.
7  Q. Okay. Now what was Romero Holiday's
8      relationship with Antonio Anthony?
9  A. None personal that I know of. He just knew
10     them.
11 Q. Okay. What was his relationship with Shawn
12     Drumgold?
13 A. He just knew Shawn too. Romero didn't hang
14     out -- he -- he -- he really didn't really
15     hang on Castlegate. He more like walked
16     through there because he cut through to get
17     from his house on Columbia Road, but a lot of
18     those kids he grew up with, but I've never
19     seen him, you know, in any type of drama or
20     whatever. He was actually a good kid, to my
21     knowledge.
22 Q. Okay. How about Mervin Reese?
23 A. Yeah, I know Mervin.
24 Q. Where did Mervin hang around?

## Page 65

1  A. Where he lived on Homestead Street.
2  Q. And who did he hang around with?
3  A. The boys that lived around there.
4  Q. What boys? Do you know any names?
5  A. The Jenkins.
6  Q. Troy Jenkins?
7  A. Yeah, I think one's name is Troy.
8  Q. Chris Chaney?
9  A. I don't know if -- Romero never really hung
10     with him. I don't -- they all lived on that
11     same area, so (shrugs shoulders). You walked
12     through that street, you'd see all of them,
13     you know.
14 Q. Okay. What was Mervin Reese's relationship
15     with you and Lisa Graham?
16 A. He really didn't know Lisa. He -- me and him
17     went to school, though. I knew him because I
18     used to hang out on Humboldt. Lisa really
19     didn't hang down on Humboldt.
20 Q. Okay. What was his relationship with Antonio
21     Anthony?
22 A. I don't even know if he knew Lug. I don't
23     know. I mean Country.
24 Q. Okay. Did you hang around on Homestead and

## Page 66

1     Humboldt often back in '88 -- '87, '88, '89?
2  A. Yeah, I did.
3  Q. Okay. And you would see Mervin Reese down
4      there daily?
5  A. Mm-hmm.
6  Q. Okay. Would you ever see him hanging around
7      with Antonio Anthony?
8  A. No, I don't even know if he knew Country. I
9      don't know.
10 Q. Okay. Being a regular on Homestead and
11     Humboldt, would you see Antonio Anthony down
12     there in that area?
13 A. I don't even really know. I mean I'm sure he
14     has been on Humboldt, but I'm not going to
15     sit here and say something that I really
16     don't remember.
17 Q. Okay.
18 A. But I'm sure Country has been through
19     Humboldt or even stood there for -- I mean I
20     don't know.
21 Q. Okay. How about --
22 A. They were older. They were all older than
23     me, and back then it seemed like they were a
24     whole lot older than what they are now

Page 73

1  Q. Okay. And do you recall whether or not your
2     child was with you on August 19th, 1988?
3  A. Yeah, I know he wasn't with me.
4  Q. Okay. And where was he?
5  A. With his grandmother.
6  Q. All right. And do you recall when you awoke
7     that day who was in the room with you?
8  A. Nope.
9  Q. Okay. Do you recall what you did after you
10    woke up?
11 A. Nope.
12 Q. Do you recall what time you left the house?
13 A. Hmm-mm (shakes head).
14 Q. You have to answer --
15 A. No.
16 Q. -- verbally.
17 A. No.
18 Q. Okay. And do you recall where you went when
19    you first left the house?
20 A. No.
21 Q. Okay. Do you recall whether or not you
22    stayed out throughout the day, or did you
23    return to the house?
24 A. I was on Sonoma, in and out of the house, up

Page 74

1     the street, around the corner, down to the
2     store.
3  Q. Okay. Did you have any drugs or alcohol on
4     that day?
5  A. I didn't have any alcohol. I was getting
6     high earlier, I do believe, yeah.
7  Q. Okay. And do you recall what time you were
8     getting high on the day of this incident?
9  A. I know it was daytime.
10 Q. Okay. Do you recall whether it was early
11    afternoon, mid-afternoon, late afternoon?
12 A. Maybe mid-.
13 Q. Okay. And for the purposes, what do you
14    understand mid-afternoon to be?
15 A. Maybe around 2.
16 Q. Okay. And do you recall what exactly -- how
17    much you had when you got high that
18    afternoon?
19 A. A hit or two, smoke one rock.
20 Q. And you're referring to crack cocaine?
21 A. Mm-hmm.
22 Q. Okay. And do you recall who you got high
23    with?
24 A. I want to say I do, but I really don't.

Page 75

1  Q. Okay.
2  A. It was one of my friends. I don't know.
3  Q. Okay. And who did you usually get high with
4     back then?
5  A. Oh, the girls, Lisa, Ty, Ladybird, Diane, a
6     bunch of us.
7  Q. When you say Ty, what's Ty's last name?
8  A. Gray.
9  Q. And that's Tynetta --
10 A. Mm-hmm.
11 Q. -- Gray?
12 A. Mm-hmm.
13 Q. Is she related to the Grahams?
14 A. No.
15 Q. And you indicated Ladybird?
16 A. Mm-hmm.
17 Q. Who's Ladybird?
18 A. Lori Gray.
19 Q. They were sisters, Ty --
20 A. They're not related.
21 Q. And where is -- where was Ty and Lori Gray
22    living at that time?
23 A. Ty, she's kind of everywhere. I don't know.
24    She didn't live with her mother. Ladybird

Page 76

1     lived on Hutchings with her mother.
2  Q. Okay. Do you know where they live now?
3  A. Ty lives in Dorchester somewhere. I don't
4     know her address. And Ladybird also lives in
5     Dorchester with her boyfriend. I don't know
6     her address either.
7  Q. What's her boyfriend's name?
8  A. I think her boyfriend's name is Eric.
9  Q. Eric what?
10 A. I don't know. I don't know him.
11 Q. And how often do you see Ladybird and Ty?
12 A. I don't see them often at all.
13 Q. Okay. What is your relationship with them?
14 A. They still active.
15 Q. Okay. Hustling?
16 A. They do drugs still.
17 Q. Okay. So you don't see them too often?
18 A. (Shakes head)
19 Q. All right. Do you recall where you got high?
20 A. Hallways --
21 Q. No, on this day in particular, when you --
22 A. Probably the hallway.
23 Q. All right. And which hallway to what
24    location?

Page 77

1  A. It was Brookledge.
2  Q. Okay. Was that a particular place you'd go
3     to buy -- buy crack?
4  A. Oh, it was crack all over that area, yep.
5  Q. Okay. And do you recall how long you were in
6     the hallway at Brookledge buying and
7     consuming crack?
8  A. I wasn't buying it. Somebody asked me if I
9     wanted to get high.
10    Probably half an hour, I don't
11    know.
12 Q. Okay. Where did you go after you left
13    getting high?
14 A. I was just sitting on the stairs on Sonoma.
15 Q. Okay. And do you recall what stairs you were
16    sitting on in Sonoma Street?
17 A. Mine, 23.
18 Q. Okay. And how long did you stay sitting on
19    the stairs that day?
20 A. Oh, I don't know, but I remember different
21    people was coming through, say hi, what's
22    up. I was across the street at one point,
23    back on the other side, up on the corner.
24    Basically that whole neighborhood, everybody

Page 78

1     was friends, everybody socialized, everybody
2     knew each other. People came through just to
3     show up there and hang out with other people
4     who lived around there. Sure, there was a
5     lot of activity and drug selling and drug
6     using, but when I first come up on Sonoma,
7     there really wasn't none of that that we were
8     affiliated with. But it was there. The New
9     York people had it -- they were on the roofs
10    and everything up there, but nobody was
11    indulging back then until they got ahold of
12    us.
13 Q. Okay. Now do you recall what time you went
14    into 23 Sonoma Street on that day, or did you
15    stay outside --
16 A. No, I was --
17 Q. -- for the day?
18 A. -- in and out of the house.
19 Q. All right. Do you recall what time you had
20    dinner?
21 A. I probably didn't have dinner that night.
22 Q. Were you drinking at all that evening?
23 A. No, I don't really drink, no.
24 Q. Okay. Did you have any other drugs other

Page 115

1 the players?
2 A. No, I wasn't no runner.
3 Q. No?
4    Did he know you were selling for
5 some --
6 A. No, I don't think he ever knew that. That
7 didn't last long. That was on Seaver
8 Street --
9 Q. Okay.
10 A. -- and he really patrolled Castlegate or
11 Sonoma.
12 Q. Okay. Did he treat you with respect?
13 A. Mm-hmm.
14 Q. Okay. No problems with Joe Driscoll, right?
15 A. Hmm-mm.
16 Q. All right. And Armstead, big -- big guy,
17 used to --
18 A. Beat up everybody.
19 Q. -- have a dog?
20 A. Mm-hmm.
21 Q. Okay. And what was your relationship with
22 him?
23 A. Oh, he used to cuss us out about using drugs,
24 and he knew -- he said he knew we was

Page 116

1 selling; if he ever caught us he would arrest
2 us.
3 Q. Okay. Were you afraid of him?
4 A. Mm-hmm, very much so.
5 Q. Okay. You weren't afraid of Joe Driscoll,
6 though?
7 A. Hmm-mm.
8 Q. Joe always treated you like a gentleman?
9 A. Well I never, you know, really was anything
10 he was looking for, so he didn't really
11 bother the girls anyway.
12 Q. Okay. Officer Drew, was that a --
13 A. They're from Area B. They're blue and white.
14 Q. Right.
15    But which -- was it a first name
16 or a last name, Drew?
17 A. I'm not sure.
18 Q. Who was his partner?
19 A. Mario.
20 Q. Okay. Mario, an Italian guy and is older?
21 A. Dark skin.
22 Q. Dark skin, dark hair?
23 A. It's gray now.
24 Q. Yeah (laughs), like a lot of us.

Page 117

1 A. Mm-hmm.
2 Q. All right. And did you have a good
3 relationship with Mario?
4 A. Mm-hmm.
5 Q. Never any problems with Mario?
6 A. No. They always had something positive to
7 say to try to tell us, you know, stop
8 being -- but they failed to realize we lived
9 there. We were invaded as far as what
10 happened, no guidance, so sometime you end up
11 on the wrong path when it's like that.
12 Q. Okay. And you knew Detectives Driscoll and
13 Mario and Drew and Armstead before the
14 Tiffany Moore murder case?
15 A. Mm-hmm.
16 Q. And you saw them soon after the Tiffany Moore
17 murder case in the neighborhood?
18 A. More Armstead than any of those other ones.
19 Q. Okay. But prior to the trial when Shawn
20 Drumgold was tried and convicted for the
21 murder of Tiffany Moore, you would see these
22 officers?
23 A. More a bunch of other officers, mean nasty
24 officers that I did not know.

Page 118

1 Q. Okay. What I'm saying is, you would also see
2 these officers.
3 A. Mm-hmm.
4 Q. And did Joe Driscoll give you his card and
5 his beeper --
6 A. No.
7 Q. -- pager number or anything like that?
8    You know where to get ahold of
9 him?
10 A. For what?
11 Q. For any reason --
12 A. No.
13 Q. -- that you needed to speak to him.
14 A. It was no interest to me.
15    I would see him more on
16 Castlegate. He used to stalk them.
17 Q. Okay. And Mario and Drew you would see on a
18 regular basis?
19 A. Yeah, plus when I got arrested a few times, I
20 ended up in Dudley, they'd buy me sandwiches
21 and be nice.
22 Q. Okay. All right. After this -- that evening
23 is it fair to say that you talked about the
24 shooting of Tiffany Moore at 23 Sonoma

Page 119

1 Street?
2 A. Well we just talked about what happened that
3 evening, you know, specifically to her and
4 how terrible it was that that happened. Not
5 even the people, whoever was involved, to
6 think to go down there and start shooting
7 with all those people outside.
8 Q. Did you go down to the scene?
9 A. Oh, no.
10 Q. Okay. When was the first time you went down
11 to the scene?
12 A. I think a couple days later we viewed the
13 mailbox, and -- because the police were down
14 there for a few days after that.
15 Q. All right. Did you know any of the police
16 officers that were down there when you went
17 down there?
18 A. I didn't go when they were down there.
19 Q. Okay. When's the first time you heard that
20 Terrance Taylor and Shawn Drumgold were
21 either picked up for questioning or arrested
22 for the murder of Tiffaney Moore?
23 A. I never even knew Lug was involved. I had
24 heard Shawn first.

Page 120

1 Q. How soon after the murder did you hear that?
2 A. I don't even know because I don't even know
3 when they got Shawn after that, but I know
4 when we heard that Shawn was arrested,
5 basically I think I got it from the paper
6 because I would always get the paper and just
7 read the paper.
8 Q. Okay.
9 A. And --
10 Q. What paper would you get?
11 A. The Herald from the the corner store. I went
12 to the store a lot in the mornings to get
13 different things to drink or eat in the
14 morning.
15 Q. Okay.
16 A. And we just talked about how it was so wrong
17 that they would even affiliate him with it,
18 and then they were saying gang shooting, and
19 we're like, Shawn is not a part of any gang.
20 Q. Okay. You indicated that you'd go down to
21 the store to get the paper every day.
22 A. At Grove Hall.
23 Q. Okay. And it was a practice that you had
24 done for years?

Page 181
1  A. A-D-R-I-E-N-N-E.
2  Q. Okay. And who else?
3  A. Desiree.
4  Q. How do you spell Desiree?
5  A. D-E-S-I-R-E-E.
6  Q. Okay.
7  A. Lance.
8  Q. Okay. Where -- where is Lance currently?
9  A. Walpole.
10 Q. Okay. And he's serving a long prison
11    sentence?
12 A. (Nods head)
13 Q. Do you communicate with Lance?
14 A. Yes.
15 Q. Do you still communicate with him?
16 A. Yes.
17 Q. Do you save his letters?
18 A. Yeah. Not all of them.
19 Q. Why not all of them?
20 A. Because mice like paper, and it's too much to
21    store.
22 Q. Mice like paper?
23 A. Uh-huh.
24 Q. Okay. Now you mentioned Arlis Evans?

Page 182
1  A. Mm-hmm.
2  Q. How do you spell Arlis?
3  A. A-R-L-I-S.
4  Q. And where was Mr. Evans incarcerated?
5  A. They were both in Old Colony.
6  Q. Both being -- meaning whom?
7  A. Him and Shawn. That's how I got the contact.
8  Q. You got the contact through Arlis?
9  A. After my kids' father died, he wrote and said
10    that Shawn wanted to fly me a kite, is it all
11    right to give the address.
12 Q. What do you mean by fly me a kite?
13 A. A letter, send a letter.
14 Q. How do you know Arlis?
15 A. He has a kid with my sister-in-law.
16 Q. And who is your sister-in-law?
17 A. Tina Paul.
18 Q. I'm sorry?
19 A. Why? Why you want to know who my
20    sister-in-law is? You got me sitting here
21    putting people's names in writing that have
22    nothing to do with this. Can I ask you why?
23 Q. It may have some relevance, ma'am. I
24    don't --

Page 183
1  A. It don't have no relevance.
2  Q. I'm asking you who your sister-in-law is.
3  A. Her name is Tina.
4  Q. Tina, what's Tina's last name?
5  A. Paul.
6  Q. Okay. And who is William Howell?
7  A. My father's son.
8  Q. And Charles Howell?
9  A. Carlos.
10 Q. Carlos Howell, I'm sorry.
11 A. He's also my father's son.
12 Q. And you communicate with them as well?
13 A. When they have been incarcerated, I have
14    communicated with them.
15 Q. Okay. I'm going to ask you to look at
16    Exhibit Number 6 which is the affidavit that
17    you signed on May 28th, 2003 (handing
18    document). You signed this affidavit while
19    you were at home?
20 A. I don't remember.
21 Q. Okay. Have you ever been to Ms. Scapicchio's
22    office?
23 A. I don't think so.
24 Q. Okay. Now you refer to Ms. Scapicchio as

Page 184
1     Rosemary, correct?
2  A. Mm-hmm.
3  Q. Why do you refer to her as Rosemary?
4  A. Because that's what I know her as.
5  Q. You know her as Rosemary?
6  A. Or Rosemarie, one.
7  Q. Okay. You don't know her as Ms. Scapicchio?
8  A. Well, I might have heard it, but I ain't got
9     time to try to be pronouncing or remember her
10    last name, so I'm an adult, she's an adult,
11    first-name basis is what I called her.
12 Q. All right. And does she refer to you as your
13    first name, Gemini?
14 A. We've never like really called each other on
15    a regular or been in each other's presence to
16    refer to each other as -- as each other's
17    names.
18 Q. Do you have any nicknames?
19 A. No.
20 Q. Did you ever have any nicknames?
21 A. Yeah.
22 Q. What nicknames did you have?
23 A. Ni.
24 Q. I'm sorry?

Page 185
1  A. Ni.
2  Q. N-I- --
3  A. Ni.
4  Q. -- G-H?
5  A. Ni. I don't know. I never spelled it. I
6     was called it.
7  Q. Ni? Who called you Ni?
8  A. My kids' father.
9  Q. That's short for Gemini?
10 A. Mm-hmm.
11 Q. Did anyone else refer you to as Ni?
12 A. Yeah.
13 Q. Who else?
14 A. My kids sometimes.
15 Q. Where were you living when your father left
16    you at age 12?
17 A. Oh, my mother owned a house on Oakley Street
18    in Dorchester.
19 Q. Did your mother and father own it together?
20 A. I don't think so.
21 Q. Did your father work?
22 A. I don't think so.
23 Q. What he did do?
24 A. He was a pimp.

Page 186
1  Q. He was a pimp?
2     You testified earlier that your
3     mother is an RN?
4  A. No (laughs).
5  Q. What does your mother do?
6     Oh, your mother is a crazy woman?
7  A. Mm-hmm.
8  Q. What does she do?
9  A. Nothing.
10 Q. How does she support herself?
11 A. She has lupus. She gets checks. She has
12    lupus blood disease.
13 Q. She gets checks, welfare checks?
14 A. Hmm-mm. What is it, disability?
15 Q. She receives disability checks?
16 A. Mm-hmm.
17 Q. Okay. Now you said that your mother owned
18    the house on Oakley Street?
19 A. Mm-hmm.
20 Q. Did she ever work?
21 A. Yes, she used to be some type of a home care
22    person, jack-of-all-trades, beauty --
23    beautician, home care type of person.
24    I know she got the house because

Page 187

1  my sister got hit by a car, and she sued the
2  man that hit her.
3  Q. Which sister got hit by the car?
4  A. Desiree.
5  Q. And your mother sued the operator of the car
6  that hit Desiree?
7  A. And almost crippled her.
8  Q. When was that?
9  A. I was a kid. I don't know the year. I was
10  probably like six or seven.
11  Q. Okay. And when did you live at Oakley
12  Street?
13  A. Right after -- shortly after that we moved to
14  Oakley.
15  Q. Okay.
16  A. In the '70s.
17  Q. Your mother used some of the proceeds from
18  the lawsuit to purchase Oakley Street --
19  A. Mm-hmm.
20  Q. -- is that correct?
21  A. Mm-hmm (nods head).
22  Q. When did you stop living at Oakley Street?
23  A. Age 12.
24  Q. That's when your father moved out, correct?

Page 188

1  A. Yes.
2  Q. You moved out as well?
3  A. No. She sold the house and moved us around
4  the corner from him.
5  Q. Okay. So where did you live next?
6  A. Somerville, the line of Somerville and
7  Cambridge, Mass.
8  Q. Somerville and Cambridge?
9  A. Mm-hmm.
10  Q. What addres?
11  A. Park Street.
12  Q. Was it in Somerville, or was it in Cambridge?
13  A. It was more in Somerville. It was on the
14  line, but I guess it was Somerville.
15  Q. And Park Street?
16  A. Like one end of it was Cambridge. One end of
17  the street was Cambridge, and the other end
18  of the street was considered Somerville.
19  Q. Okay. And you were age 12 at that time?
20  A. Yep.
21  Q. Okay. How long --
22  A. Approaching 13.
23  Q. I'm sorry?
24  A. Approaching 13.

Page 189

1  Q. Okay. And how long had you lived at that
2  address on Park Street?
3  A. I think a year or so. I don't know. We was
4  there for a short amount of time, and she got
5  arrested.
6  Q. Who got arrested?
7  A. My mother. The feds came in there and took
8  her, and then --
9  Q. What was she arrested for?
10  A. Whatever her lifestyle was. I really don't
11  know. I know she was a pickpocketer. I
12  don't know if she was a drug dealer. I don't
13  know what exactly she was, but.
14  Q. Okay. And when you lived on Park Street in
15  Somerville or Cambridge, where did you go to
16  school?
17  A. What is the name of the school? I think the
18  King -- it was after a president or
19  something, I don't know.
20  Q. I'm sorry? It was after a president?
21  A. Yeah. It was down the street. The
22  Roosevelt, the King, something. I don't
23  know, but me and my brother went to a school
24  down the street.

Page 190

1  Q. Was it in Somerville or in Cambridge?
2  A. It was in Somerville.
3  Q. So you went to school in Somerville?
4  A. Yeah.
5  Q. What grade were you in?
6  A. It was elementary.
7  Q. Elementary school at age 12?
8  A. No, it was -- but -- it was elementary, but
9  it went to like middle school grades
10  combined. It was from second grade to eighth
11  grade. I think it was called the King.
12  Because my brother went there as well, and he
13  was not in middle school; he was still in
14  elementary.
15  Q. And that's your brother Lance?
16  A. Yeah.
17     It must have been the seventh
18  grade because we moved back to -- Jesus
19  Christ. I don't know. You see, that's
20  why -- you digging in territory that you
21  know -- you want to go there? Go there,
22  because I don't know. I don't know.
23  Q. Okay. So you lived in Somerville at age 12
24  for approximately one year?

Page 191

1  A. Mm-hmm, I believe it was about a year.
2  Q. And you said you moved -- your mother sold
3  Olney (sic) Street and moved you around the
4  corner from your father?
5  A. Mm-hmm.
6  Q. Is that correct?
7  A. Mm-hmm.
8  Q. So your father lived where?
9  A. On Trowbridge with his girlfriend.
10  Q. Okay. And your father was a pimp?
11  A. Mm-hmm.
12  Q. Where was he a pimp?
13  A. Well, you know, by me telling you that,
14  that's something I learned when I was older,
15  so for you asking me where was he a pimp, I
16  don't know.
17  Q. Do you know where?
18  A. No, I don't where he was a pimp at.
19  Q. Okay.
20  A. In the streets. Isn't that where pimps
21  pimp?
22  Q. I don't know.
23  A. Well neither do I.
24  Q. Okay. After you moved to Park Street, where

Page 192

1  did you next move to?
2  A. I don't remember if it's Southern Ave. or --
3  it was Southern Ave., I think.
4  Q. Southern Ave.?
5  A. Mm-hmm.
6  Q. Where is that located?
7  A. Dorchester.
8  Q. What section of Dorchester?
9  A. Codman Square.
10  Q. Codman Square?
11  A. Yeah.
12  Q. Okay. So how old were you when you moved to
13  Southern Ave.?
14  A. Thirteen.
15  Q. Okay. And what grade were you in when you
16  moved to Southern Ave.?
17  A. I don't know. I think the eighth or the
18  seventh. I'm not sure.
19  Q. What school did you attend when you moved to
20  Southern Ave.?
21  A. The Woodrow Wilson.
22  Q. How long did you live at Southern Ave.?
23  A. I don't know. Probably only a year there
24  too.