```
00001
 1           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
 2

 3     ------------------------X
       SHAWN DRUMGOLD,
 4       Plaintiff

 5

 6     V.           Case No. 04-11193NG

 7

 8     TIMOTHY CALLAHAN, FRANCIS
       M. ROACHE, PAUL MURPHY,
 9     RICHARD WALSH, and THE
       CITY OF BOSTON,
10       Defendants
       ------------------------X
11

12           DEPOSITION OF RICKEY EVANS, a

13     witness called to testify by and on behalf of

14     the Defendants, pursuant to the applicable

15     rules of the Federal Rules of Civil

16     Procedure, before M. ELAINE GANSKA, a

17     Stenographic Reporter and Notary Public in

18     and for the Commonwealth of Massachusetts, at

19     the offices of Bonner Kiernan Trebach &

20     Crociata, Attorneys at Law, One Liberty

21     Square, Boston, Massachusetts, on Monday,

22     June 26, 2006, commencing at 10:25 a.m.

23
                FEDERAL COURT REPORTERS
24        781-585-6741        978-535-8333
```

00017
1    been back there since.
2 Q. Okay. And how long were you there?
3 A. I went back there in 2000.
4 Q. Okay. And you're still employed there?
5 A. Not as of now.
6 Q. No? Why'd you leave your employment at
7    Hancock Manor?
8 A. I have -- I had -- I had this private
9    investigator come through there, and he came
10   through and wanted to see me at my job, and
11   next thing you know, I started having to
12   answer questions about why was there a
13   private investigator coming to see you at the
14   nursing home, and one thing led to another,
15   next thing you know, I was unemployed.
16 Q. Okay. A private investigator relative to
17   this case?
18 A. Yeah.
19 Q. Came to locate you and ask you some
20   questions?
21 A. Came and located -- yeah, came to my job.
22 Q. And that's the reason why you were terminated
23   from your --
24 A. I told --

00018
1  Q.  -- employment?
2  A.  I'm sorry.
3      When he first -- when he first
4      came, I was in the middle of lunch, and I
5      told him I didn't have time to talk with him
6      at the time, and next thing you know, he
7      shows up about a month and a half, two months
8      later.
9  Q.  Okay.  And what happened that time?
10 A.  Whether he -- I think he showed up with -- he
11     showed up or either he called me, one of the
12     two, and this is when he -- you know, he kept
13     asking, he wanted to meet up with me, he
14     wanted to talk to me, and I said, "Fine."  I
15     was like, I don't have anything to lose, you
16     know, to just meet up with him, and I met up
17     with him one day, and we started talking, but
18     not too much.
19 Q.  Okay.  And after the second time that he
20     visited you at your employment, you were
21     subsequently terminated?
22 A.  He was -- no, I was terminated because
23     somebody had played a prank at -- a prank on
24     me, on my license plate on my car.  This lady

00019
1  came to -- one of the -- well, I usually park
2  my car over at the main entrance, and this
3  was one of the CNAs that came, and they was
4  like -- she was like, Somebody had stole my
5  license plate, and I spoke to her, you know,
6  I spoke about -- you know, we had went out
7  looking for it, and about two weeks later she
8  came and said that my -- her license plate
9  was on my car. Somebody had played a prank
10 on me 'cause I'm usually there at 4:30 in the
11 morning before the -- you have this other
12 shift gets off, and I didn't -- I never
13 noticed the license plates, so I took the
14 license -- I went out and looked at it, and I
15 was looking for my license plates, and I
16 couldn't find mine, so I took the license
17 plates off my car that somebody had put on
18 that they took off her car and gave them the
19 license plates, so I went and told the
20 administrator to call the police so we'd
21 straighten everything out with everybody in
22 the building, and he told me -- the
23 administrator told me to call the -- you
24 know, he just say, "You know, Rickey, just --

00020
1   saw something of consequence, just call me
2   later on," (sic) and I haven't been back to
3   the nursing home since.
4 Q. You said the CNA, you used the term "CNA."
5   What's a CNA?
6 A. Nurses assistant.
7 Q. Okay. And the nurses assistant approached
8   you?
9 A. No. Actually when I came, when I pull back
10  in the -- well, when I pull back at the
11  parking lot, she had -- she said, "Rickey,
12  whose license plates are those? I mean whose
13  plates are those?"
14      I'm like, Those are my license
15  plates on my car.
16      She's like, No, they're mine.
17      I'm like, They can't be yours
18  because this is my car. How would my license
19  plates get on your car (sic)?
20      And she like, Well, they're mine.
21      So we -- she had got her
22  registration out, and we looked at them, and
23  of course they was her license plates, so I
24  took the license plates off and gave them to