# EXHIBIT 1

DAILY
EXHIBIT NO. 206
LI21107  NMW

**To Be Produced In Camera**

Great News for me ON April 27, 1985 I was transfered to Homicide where I was placed in charge of the Homicide Unit. I now 21 officers and two civilians working for me. It is a super challenging job and one of the best in the police department. It is very pleasant to be a friend of the commissio and Superintendent. Jack Barry was very instrumental in getting me out of Field Inspection and in getting in my present position.

There are some changes since last time I was here. The Dist. Attorney has much greater imput into homicide matters and in fact, has ultimate control. Nevertheless, it is a very good job in the police department.

In order to put the house in order I have had to do many unpleasant things and the first couple of months have been difficult for all. I have had to tal cars away from officers, 11 cars in all,who had the use of these vehicles 24 hrs a day, 7 days a week. This was a plum that some officers had a diffic time giving up. In addition I changed the night officers hours to more nearly meet the needs of the department.These changes are in ;place now and things appear to be going along smoothly though I don,t kid myself that there may not be rough  times ahead from time to time

I have not had a major case yet but I am looking foward to having one There is a great difference in actually investigating murder cases and seeing to it that others do it.



Dec. 24, 1985

We are beginning to have serious problems with some of the more recently hired minority police officers. We have been getting the bottom of the barrel in our search for minorities and it is beginning to show. We are seeing behavior now that would be completly unacceptable years ago. Oblack female officer, ███████ ████ in area D has been involved in sex acts with other policeman and civilians. She is also suspected of being a junkie. Yesterday a body was found in a hotel room in Dorchest and along with the body was found a stolen police radio. The room was taken bv Off. Hood and she has been identified as being with the decease in the room. We are not sure just what he died from but it appears to be a drug connected death. She is, of course, guilty of stealing a $3,000. police radio. She should be fired and it remains to be seen if this will happen.

Several years ago a police officer collected about $24,000. in welfare payments while she was on the police force. She was found guilty and has to pay back about $5.00 a week for the next  100 years. She did not lose her job and was a awarded a medal at the ball for being a good officer this year.

An other welfare fraud involved a black officer named ███████ who had developed a terrible drinking problem. He also was just arrested and charged with welfare fraud, he and his wife taking the state for about $10,000. He was discharged from the force

Dec. 31, 1985

Things have been quiet in homicide the p-ast couple of weeks. We have had several violent incidents but all victims have survived. Two of these incidents are particularly nasty

In one a  17 yr old white boy was shot by an older hispanic in a deliberate unprovoked shooting. The assailant told the victim he was going to shoot him, took a shooter,s stance, aimed  and shot him in the in the head just over the eye. Victim was on death,s door but at this writing is still alive
Very little of this incident in newspapers

In the other a 77 yr old white women was lying in her bed when two people broke in through the rear door and covered her with a coat over the face. They then beat her with  a dent puller that was later recovered blood soaked in the rear of the house. She survived. Again very little publicity

*Further info that this was not quite the case. Ball victim - Bef to Police Commission - arrested -*

238

Jan 26,1986

A list of Sergeants to be promoted next week was posted today. In the main in is a good list. Toward the bottom there was jumping around in order to get more minorities and this may cause some bad feelings. I hope that after a short time they make those that they passed over. In our outfit we lose Det. Horsley. He is an extremely talented black detective and it is unlikely that we will be able to hold on to him

An other first occured this week. A man named Gilmore Powell 68 yrs old , a teacher, was found shot to death near his girl friends house. on America Legion Highway. We were having some problems locating relatives so we got the keys to his home and with an ex wife we went through his personal effects looking for relatives. WE found  that he had a sister in Washington and notified her and also that he had an illegitimate 11 yr old duaghter by his girl friend. The sister came up from Washington and went to the morgue to claim the body. The body was gone. It had been claimed by an other ex-wife who he had divorced 30 yrs ago. She took the body and the $1100 that was in his pocket whenhe was killed. She set up a wake and a funeral mass. When a search was made a divorce paper was found and the body taken from the funeral home and put back in the morgue.We are having a  much more difficult time getting the money back Her rational was that she,as a catholic, did not recog ize divorce and in her mind she was still married to him

C arrest made in this case - 8/87 - Sgt Bully Det Hollows + Foley Great work

Shootings where police are involved get very complicated. A young police officer named ██████ walked into a wild west shoot out just off Grove Hall this week. It seems that two men were in a hall way , armed with a gun and knife, and were robbing everybody that came into the apartment building. They had 7 people, males and females,lined up against the wall, including a cable TV repairman.
An other bad guy came along with his friend and saw what was happening. This guy took out his 44 magnum cannon and just started shooting in the hallway. He missed and the two guys inside came out and started scuffling with the outside guys, More shots are fired. The friend pulls his gun and started shoo ing into the scuffle and in doing so kills the man he arrived at the front door with.
Now the police man hears the shots and is called to the scene by concerned ( and scared) citizens He wanders up and when he starts to tell every body to freeze no one pays any attention to him. He fires a couple of times at the last shooter and misses and every gets away except the dead man. The officer th inks he is the one who killed him and is very upset.

When he went back to the station well intentioned supervisors put a report together that protects the officers but is inconsistent with what really happened. All that is doing is creating problems for ourselves

Det Housley was promoted To SSgt. and allowed To stay in Homicide

3

WE are hearing more and more from out new Superintendent Jack Gifford. Some good but most of communications are negative and he appears to be typical of those who believe that they are now an instant expert in Homicide. He has been appearing at Homicide scenes and by his very presence, an inhibiting factor on the investigators. I believe that officers who have been trained to do their jobs should be allowed to do so with out the presence of senior officers who generally add very little to the investigation. It seems is that all they want to know are the basic facts  so that they can answer to their superior. We really can,t object to that but many times all it serves to do give the impression that one is on top of all events happening  and all we are doingxixx giving priority to this instead of trying to sol ve the crime

These superior officers are deathly afraid that someone out side their area will know something and suprise them with this knowledge and they will be embarrased. A sense of insecurity I suppose


 The homicide rate continues to be heavy. To date we have had 62 homicide: this year in Boston.OUr clearance rate has been going down, partly becaus we have had a run of :tough cases  and partly bcause of being slowed by the district attorney.

He is having more that his share of losses at the trial level, 34 to date this year, and will probably be trying to impose tougher standards for arrest.  =There is conflict in such an arrangment such as we have here. The police must be risk takers in order to solve crimes. Things are rarely neat at the police level and if we play it safe all the time there will be a drastic reduction in police activity. Lawyers, especially the Dist. Attorney, have to be conserative in order to avoid embarrassmen at trial stages so they tend to play it safe.

We are getting a greator and greator number of cases where we know who the murderer is and we are prohibited from taking any action

Past mistakes keep coming back to haunt us.Some of these mistakes ar
ond correcting and the best that we can do is damage control. A Very good detecti
 Tom Gleason is by himself, late at night comes across a scene where two
men shoot and kill a third person, James Crowe. Gleason hears the shootin
and is on the scene in a flash. He sees two men get into a car and he
chases them . At some point they throw the murder weapon from the car and
at some later point both men are apprehended in the car and the police
go back and they found the murder weapon.
Sounds like a good case. Bullet from gun matches bullet in victim,
Police officer make direct pursuit
Wrong
A fingerprint found on the gun does not match either of the suspects
( first print found on a gun in 10 yrs)
Gleason gets onthe witness stand and when asked did you see them throw
the gun from the car he answers No. He then voluteers that the car smoked
too much and that is why he did not see the gun get thrown out



**To Be Produced In Camera**

Our most recent case involves a 4 yr old girl who is raped annaly and
vaginally by the suspect and then murdered by asphyxia. The suspect Joseph
Freeman was probably the boy friend of the mother of the victim. He was
living inthis apartment with about 10 other people and the landlord had
moved to get them out.
  After the rape and murder  the suspect was cornered in the apartment and
stabbed by friends and family of the little girl. He is presently in the
BCH and will recover. The girl won,t

  I went over the body at the mortuary and at this time I sensed my total
indiference and thought of the victim as merly a piece of evidence that
could be used to convict the suspect. All I was interested in was physical
marks made by suspect and the presence of semen or hairs of evidenciary
value. I am unable to think of the victim as a living human being.

  At the same time an other doctor, Dr. Atkins, was taking the head apart
of an other victim who had been beaten with a baseball bat. Sgt. Curran
was onthe scene as it was his case. It looks like he is having the same
problems I am having  but I really don,t want to talk about it with him.

  At this time I am trying to get more men for the Homicide Unit but it
is very difficult. They have to pass a review by the Dist, Attorney and
then someone may nix an individual and I never get an answer. IN addition
our own hierachy will do some crazy manouverng . In any event believe that
we are getting at least one detective, Jos Lundbohm, a very good detective.

  IN a recent case a JOse Rivera is shot about 10:30 P.M. at 231 Geneva Ave
The ambulance arrived and was about to move victim to the hospital when a
friend asked if he could accompany victim in ambulance. Medic,s agreed and
friend jumped in. Policeman standing near by on seeing this tells friend to
get the hell out of the ambulance. Emotional encounter, the friend gets locke
up and victim goes to the hospital alone and dies a few hours later. We have
just locked up our only witness. Next morning arrangements were made to have
the friend released but damage was done and case presently is going nowhere

5

Our operation is divided up into sixx teams of 3 men each, A Sgt. and two detectives. Three teams inthe day time ;and three at night. Although each team has a leader every one is cabable of doing a complete investigation  so if some one is on vacation out out sick efficeincy does not suffer

I am haringproblems with one team where the sergeant, Bradley is a very hard worker and a ;good records keeper but a very difficult guy to get along with. His Detectives, Ahearn and Tinlin, are very good detectives but they are clashing. Bradley really does not want to do the leg work anymore and is dropping everything on the other two. They are resenting it and one of them wants out. The friction on this team is hurting our operatinn and I am not ;sure how ;to solve it. The DA has put some pressure on me to switch people around but all that will do is to break up othr good teams. Bradley ;will be ;difficut to work with for any detective. It would be devastating devastating for him to get moved because he has done very good work in the past and deserves ;better. He is a victim of no exam and no possibility to get promoted . Although an  Lts. Exam is scheduled for April of 87 it is the  first one in 10 yrs and a lot Sergeants have lost ;their opportunity.

==Personnel Personnel problems are always the biggest problem. An other detective, R. Walsh has had some drinking problems and also some romance problems and just redently has girl friend made a complaint against him stating that he has beat her up. She went to Internal Affairs and started a formal process. They have been going to gether,off and on, and for 10 yrs and their relationship has always been a stormy one. but it has nerver affected his work in homicide. I am not ;sure that the police dept has any business getting mixed up in this==



Jan 24, 1987

A man named Joseph Griffin , an itinerant from South Boston, a drinker was found dead behind the L St. Bath House. He had been living there under a set of stairs. It was very cold and it appeared that it was his custom to build a little fire in his makeshift shelter to keep warm. This night he got careless and set his own clothes on fire. He then tried to make his way down the beach to the water in order to quench the fire. He did,nt make it and was found dead in his burned up clothes on the beach. There was some suspicions that perhaps kids had set  him on fire but this was not the case.

The mayor appeared at his funeral and he also showed up at the morgue. Publicity purposes only, ostensibly he was pleading for  the homeless.The truth is that most people are on the street because they want to be there. If there was a shelter across from L St. Griffin probalby would still be sleeping on the beach.

Two more case since the last entry. ONe victim Alphonse Blas appears to be the victim of a family situation. He, who is married, got a woman pregna and then refused any responsibilty for the woman or the child. She made threats to kill  him as  did her new boy friend. Maybe one of them did because as yet we have made no arrests and are not sure just who killed him

*STOP*

The other murder is drug related, conflict between blacks and ~~PR~~,s . Two ~~##~~, brothers, Manuel and Rafael Mejea-Pina, both with drug history,s got into a dispute with three black males who had guns and Raphael was shot in the eye and killed and his brother Manuel was  shot in Ithe mouth and *h as* survived. He has refused to cooperate with the police so far and we have threatened him with deportation as both were illegal dominicans. Unofrtuant ts is very difficult to get immigration to move on these cases *Hispanics*

*survivor filed for compensation as victim of violent crime - we opposed as he did not cooperate - Now he is cooperating and an arrest made - 5/1/87*

A bizzare case under disscussion athfthe meeing at the ME, Office A man 34 yrs, was found dead standing up. His head was resting on a bureau and his buttocks was resting against the wall. His legs were locked up right and his body was in a KXMMX inverted L position. He died of a cocaine Overdose



A young female police officer killed herself last week. She was black. and her name was ████████ ████████ rland.She was a good worker and well liked. She killed her self with and OD of medication. She suffered from Lupos That was not why she killed herself. She had a live in boy friend and they had a dispute. There was some allegation that it was physical. Unfortunatel her boy friend was a very good detective, ████████ r. It appears to be clearly a suicide but because both parties were police officers and investi was made. Dep. Celester wanted to smother ████████ ,s name in the report but, I suggested that it be included and this was done. My feeling is that if the boy friend is not named it would trigger angreater investigation and we would not be able to get it past the Medical Examiner* of the  DA or  Supt. Gifford? So far so good. We seem to be making it with no -publicity and no scandal

— No further Investigation —

⑦

June 11, 1987

We are going through some bewildering personell changes. One Det. Brian Flynn, returned this date to Community Disorders and an other Mark Coleman, took his place in Homicide. This was done over night without any imput from me of the DA. This incredible administration and devastating to the unit and particularly to Sgt. Horsley who has had three partners in the past three weeks. IIt is an other example of individuals with inside contacts who can move at will from job to job.

An other strange death, A man is taken into the Detox center in the South End by his sister. He had been drinking for 11 days and needed drying out. He was depressed and was given librium. He was in a room with an other patient and with a monitor at the door.At 3:00 P.M. it was noticed that he was having trouble breathing and a nurse was summoned and she noticed bloody mucus around his mouth . With that she got an air bag and gried to give patient more oxygen by squeezing this bag over victim,s mouth. The EMT,s arrived ;and they inserted and airway into patients mouth and throat and tried more oxygen. No response and patient was taken to BCH where he was pronounced dead about 1 hr later At the hospital they opened the patients throat surgically and found a red handkerchief stuck in his throat

In vestigation disclosed to criminal asp ect to this death. It is probable the patient did roll up the handkerchief and stick it in his throat in a suicide attempt. When the nurse administered the Oxygen she shoved the handkerchief down a little more and when the EMT,s used the airway they pushed it way down and patient chocked to death Every one forgot to clear tl airway

I suppose that we can look foward to an other suit but at least this time it wongt be against the police. It seems that there is no way we can eliminate human error

Aids is looked upon as a greater threat than ever. At the scene of a recent homicide The victim,s surrounding were so vile that the detectives asked for jump suits. When I made inquiry there were none available

⑧

# Boston

May 17, 1989

In the last several months Homicide has lost some people and gained some. Sgt. Det. Bornstein retired and Det. Joe Lally went to Area B-3. Best of luck to both of them. They were both good workers in Homicide and we are sorry to see them go.

Sgt. Bornstein was feted by his friends and colleagues on his retirement. Det. Bill Fogerty handled the arrangements and all went well. The meal was excellent and plentiful. Everyone had a good time, particularly Dianne, Jodie, Arlene, Betty, and Karen Wilson.

Det. Miller Thomas has joined us. He comes with a good reputation and I'm sure he will be an asset.

There have been a number of extremely difficult cases since the first of the year and others coming to trial that have caused much stress and strain on the officers involved. The Sherman Griffiths case has been been very difficult for Sgt. Bradley, Det. Ross, and Det. Holloway. The case is presently in an appeal situation and we are confident that the courts will rule in the government's favor and that the trial will go forward.

The conduct of Homicide officers in the investigation into the death of Tiffany Moore was questioned by the media. It does not matter that the detectives were incredibly scrupulous in their observance of the defendant's rights. Homicide investigations are becoming increasingly technical and difficult and cheap shots by the media do not make the job easier.

The Otsuki case went well with ADA Munday as the prosecuting attorney and Sgt. Gaughan, Det. Walsh and Det. Murphy as the investigating unit and Dets. Powers, Fong, and Carroll of Dist. 4. Congratulations to them for Mr. Otsuki was found guilty in the first degree and sentenced to life imprisonment with no parole. They had great fun working with ADA Tom Munday. Tom is among the best in the DA's Office.

Sgt. Callahan, Det. Walsh and Det. Murphy played an investigative role in the shooting of Raymond Richardson by Officer Tom Boyle, MOP. Sawed off shotguns are very dangerous weapons and Officer Boyle did well to escape injury. Sgt. Garcia did the district investigation and wrote an excellent report of the incident.



⑨



**Raymond L. Flynn, Mayor**/POLICE DEPARTMENT/154 Berkeley Street 02116

May 19, 1989

More controvesy. Tiffany Moore case. Judge rules that statements taken from one of the suspects inadmissable.

Suspect, Sean Drumgold, arrested under a fake name on an unrelated offense was in Rx. ct. Homicide guys want to charge him with murder of Tiffany Moo and ask that he be taken from court room for processing (fingerprinting and photographs ect) Judge calls Dep Celester to court room and wants assurances that Drumgold will be brought back to the court by 3:30 P.M. He also instructs Celester not to interrogate Drumgold and Celester agrees Celester ;thinks that that means just him and doesn,t tell Murphy or Walsh. When Murphy and Walsh get to Drumgold they questioned him and he gave some implicating material.

News papers call it Misconduct by Police and prosecutor. Even the hearing judge takes a shot at us XXXXXXXX. Part of the problem is Celester who is a patrolman made deputy and who just did not understand the importance of the judge,s warning

Never the less we are taking the heat

Meeting called by Saia for Monday night. for every body in Homicide . I thc that he was going to support us but when I asked him he tells me that every one is mad at us. This can only be the Sherman Griffiths case where the department is badly embarrased

The situation is now that three officers have been suspended because they lied in in their affadivits for the original bust. They have admitted lying All this came about because of intensive investigation by Sgt. Bradley and his team who broke the officers stories and exposed the affidavists as frauds. Caused chaos in the drug unitbut Comm. stood by Jim Woods and so far all are surviving. ( no blame can be attached to the drug officers, Sgt.Amate; Dets Luna and Schroeder as ;that was the way the system operated

The judge in that case has ruled that the drug officers conduct has been so bad that the commonwealth can not go ahead with the case against Lewin , the man who killed Det. Sherman Griffiths

This decision is under appeal and we feel confident that the Supreme court will over rule the Superior Ct. judge and the case will go ahead. It wont help Amate, Luna or Schroder. They probalbly will be indicted for perjury
                                      police commissioner
Because the acts of the drug officers imperil the commission it appears that he is upset at us . If the case happened the same way tomorrow we would hav to do the same thing.. It looks like a case of wanting to shoot the messen

*********&**

Got a call from a South End Reporter about an old murder. Gave her what she wanted but somehow John,s name came up. She knew him because he walks the projects and the Residents like that. She stated that he looks more like a lumber jack than a cop

(10)

May 30, 1989

## To be produced in camera

Visit to the Mortuary rooms are incredible. A recent trip down there saw a body pretty much eviserate d with arms and legs going in 4 different and wrong directions. Last a week a 2 yr old baby burned up in fire and now just like charcoal

An other 26 yr old junkie while being held by the police broke away and banged his head several times down on a pipe sticking our of the ground about 18 inches . He had some great cuts on his fore head. He also stuck a pen into his neck and throat and did a swan dive off a car onto the street. The police finally got him under control and got him to the Hosp where he died on the operating table. He was a junkie and recently released from addiction center. As he was in police custody there is always the possibility that deceased family will claim he was beaten by thepolice. Had the officers go back and check the top of the pipe. They found deceased hair on pipe. This case should cause us no problems

A 69 yr old woman has terminal cancer and is sent home from the University Hospital. T hey give her a prescription of .5 mill of morphine to ease her pain. She is back in the hospital the next day. The pharicist gave her 5. mill of morphine( 10 times the dose prescribed) and she died. Pharmicist said"I made a grave error" butthen the system closed down and on advice counsel no one will talk to police. I made judgement that death was not criminal and backed out.

A lot ot tenseness in dept. Supt Saia came over to talk to Homicide guys and was very hostile. He got hostility in return and we had a stormy session Claims we have forgotten who we work for. Too much allegiance to the DA Accused Homicide guys of talking to press and bad mout hing department. It seems that there is a lot of pressure in headquarters and Saia is feeling the heat.

Det. Fogerty has case where chinese coupe kill their baby. Husband apparent beats child to death. No one is talking. When they do they speak chinese Fogerty is having very difficult time investigating. He is fooling with the idea of putting them both in for conspiracy to murder

A body is found in burlap bag in Neponset near river close to Arkies Place Incident propably on MDC but Boston takes case anyway. Should have left it with MDC as case has gone nowhere

(11)



DALEY

EXHIBIT NO. 207

2|21|07    NMW

Chapter 25

Great news for me. On April 27,1985 I was transferred back to homicide as the commanding officer. I now have 21 officers and two civilians working for me. It is a very challenging job and one of the best in the police department. My old friend, Jack Barry, was most influencial in getting me assigned to this position. It did not hurt to be a friend of the commissioner either.

There have been some changes since I was last in the unit. The Dist. Attorney has much imput into homicide investigation and in fact has ultimate control. This is the result of bill passed by the legislature giving the DA control. The purpose of this legislation was not better homicide investigation but to give the Dist Attorney a more visible role with its attended publicity. They have to run for office every 6 yrs. It actually turned out to be actual hinderence as lawyers do not make good detectives. Lawyers and Dist Attorneys are not risk takers and they tend to restrict the activities of the investigators. The police still do the actual investigations but in high profile cases the local DA likes to appear on TV concerning these cases.

In order to put the house in order I have had to do many unpleasant things and the first couple of months have been difficult. I have had to take cars away from officers, 11 cars altogether. These officers had use of these vehicles 24 hours a day 7 days a week. It was hard to justify detectives having their own police cars when from time to time we actually needed vehicles that were not available because they were parked at some detectives house.

I changed the night officers hours in order to make for a better distribution of cases among investigative personel. The shock of all this seems to be over but I am not kidding myself that there won,t be some rough times ahead. I have not had a major high profile case yet but I am looking forward to having one.

There is a great deal of difference in actually investigating murder c ases and seeing to it that others do it.

4 months have passsed and the parade of homicides never stops. The variety is unbelievable. My immediate boss ,Capt Joe Mills, had never been a working police man or investigator. Our relationship is OK but guarded. Because of the DA,s control we do not have the investigative independence that we once had and this shows in our statistics .

There is a new system of Medical Examiners It is a state system now and it was a count y system when I last served in homicide. The doctors are competent and welcome the presence and participation of the police at autopsies. They would like the investigating officer at the autopsy whenever possible. This was not always so in the past when some of the older patholigists did not want the police present to see what they wer e doing.( I suspect that some of these older doctors were letting the morgue assistants do much of the autopsy) My problem is that some of the investigators in homicide are not too anxious to be present at these autopsies. I encourage them to be there but I do not force any one to go .

Deaths of prisoners in cells always cause problems. In spite of all the precautions taken these deaths still occur because of human failings or just some crazy misadventure.

Last Sunday, July 14, a prisoner was found dea d in his cell at Area B in Roxbury. He had bruises all over him but these bruises did not cause his death . When he was arrested he was already banged up and the police were no way implicated in the bruises on his body. Our problem was that when this man was found dead he was in full rigor which means that he had been dead about 6 to 8 hours. The cell and prisoner had been checked many times during t his time period but no one had thought to speak to the prisoner. It is not uncommon for prisoners who have had a lot to drink to sleep in a cell for 8 or more hours so it is hard to blame the officer in charge of the prisoners for not discovering that the prisoner was actually dead. It was d etermined at the autopsy that the victim died as a result of a stroke and that he had numerous other medical problems. It was unlikely that had he been found alive he could have been saved. Never the less , the police department is taking the heat

We respond to just about every sudden death now in contrast to the past when we only responded to those deaths that seemed suspicious. Recently I went out with responding investigators to a death on Sparhawk St in Brighton. The



**To Be Produced In Camera**

An other first. A relativly young man,I guess in his middle 30,s,committed suicide.Beofre he killed him self he wrote on the palm of his hand," Please cremate me"In addition he also wrote a telephone number that we were to call when his body was found.The poor devil could not even afford a pencil and paper. Perhaps he felt that his suicide note would have been lost. There was no danger of the note being lost if it was written on his body and that was what he chose to do. I am not sure if we honored his wish to be be cremated. The only way that was going to happen is if it was cheaper for the city because I don,t believe that anyone ever claimed the body.

So far this year we have 87 homicides in the city. As usual we are getting a lot of shootings and stabbings where the is the real possibility that the victim will not survive and we have to investigate them and treat them as possible homicides until it is clear that the victim will survive. The medical profession is working miracles patching up victims. It is amazing how much damage can be done to the human body and the victim survives.
Last week on West Tremlett St in Dorchester drug dealers turned on each other and one man was stabbed 10 times. He was then tied up although we are not really sure if he was stabbed before or after he was tied up. In any event he had 10 stab wounds. The other dealers then tied him hand and feet. wrapped him in a sheet, dragged him out to the r ear porch and left him there. They left him there for a while until his assailants realized that someone might spot him. When that realization came they dragged the victim off the porch and put him in the cellar. Incredibly the victim was not dead. He was able to f ree himself in the cellar .He was wise enough not to try to escape up the stairs. He crawled out a cellar window and was found on the street wearing only his underwear. The officers who responded to the scene did believe that he could possibly survive and homicide w as called. He did survive however and we never played any role in the ca se after that and I never did find out if a case was made against his assailants.

We are getting a lot of work from the Medical Examiner on deaths that are not criminal but there are questions as to how and why the decedent died.These investigations are time consuming and not particularly attractive to Detectives
The death of a police officer is always a tragic event.About 2 months ago a young officer, Kevin Callahan killed himself with his own service revolver.After he was found d ead in his car some allegations surfaced suggesting that somehow he had been compromised as a result of some drug situation.He and his partner some time before the suicide had made a very good drug arrest.The d efendant in this drug arrest was implying that he killed himself because because he had done something wrong in making t his ar rest.This was just a self serving rumor planted by the defendant in the hope of weakening the case against him but it d id muddy the waters and the Medical Examiner got scared off and did not immediately declare the death a suicide ( or as we always want in these cases, an accident) After a brief time he did sign it off as a suicide because Callahans wife was in posssession of a note that suggested suicide.

It was further discovered that Callahan had had some depression problems before becoming a police officer He had been having problems dealing with real life as a police officer.He had somehow b ecome convinced that he had lied in recent court testimony.This was not the case.He had been subjected to a rigorous cross examination and what came out was not the truth as he saw it.This is the normal practice of trials and testimony where there is a lot of give and take.Police officers get used to it and accepted it.Unfortunately Officer Callahan was seeing things in black and white and and as long as he looked at events that way he could never be comfortable as a police officer.
Just before he killed him self he signed out a quantity of seized drugs( one of his own cases).He popped about 75 tabs of LSD .I guess that made it easier for him to put the gun to his head
We area beginning to have problems with some of the more recently hired minority officers.We have been getting the bottom of the barrell in our search for minority recruits.
We are seeing behavior that would have been completely unacceptable only a few years ago.A black female officer in Area D ▮▮▮▮▮ had been involved in sex acts with other police officers and civilians while working.She is also suspected of being a junkie.As yet we do not have a solid policy dealing with these abberations and so we drift.

Yesterday a body was found in a budget motel in Dorchester.Found in the room was a stolen police walkie talkie.The room had been rented by Officer Hood and she has been identified as being in the room with deceased.We are not sure of the cause of death but I think that one can reasonably assume that it was drug related.Officer Hood could certainly be charged with possession of the stolen radio( a 3,000. Item) but it remains to be seen if this will



19 6

The one who shot himself probably accidentally carried a personal automatic in a shoulder holster. This gun was defective and dangerous and it seemed that the officer was not aware of the guns deficiencies.when he moved into the front seat of his car this gun fell from his shoulder holster and discharged.The round hit him in the chest and killed him.This occurred in Fields Corner and there were plenty of witnesses who saw what happened.The officer was alone when it happened.

He was a black officer who was suspected of being involved in some illegal drug and gun activity and his name was Clovis Cobb.Charges ,both departmental and criminal, were filed against him about 6 months ago but apparently they just faded away for lack of evidence.

The second was a white detective who shot himself to death at home. He was a rather affluent police officer,or at least he seemed to be, because he lived a high and fast life.He had some kind of a business relationship with a d octor and there was some suspicion that he may have been involved in illegal drug activity but there never was any proof of it.

He appeared to have to have a great deal of money, a lot more than the average detective,and he was able get himself made detective and go to choice assignments through political connections.He was a likeable guy but in truth he was not fitted for the police job.I recall when I was in the Roxbury district he was a patrolman there.I gave him a simple routine police assignment and I saw his face go white.I knew then that he was actually afraid and that he could not do the patrolmans job.

Later, when he became a detective, he was instructed to stake out a particular bank as part of a plan to put detectives in every bank that was likely to be held up.We had a rash of bank holdups going on and this was one strategy that we employed.When he received this assignment he fainted dead away and was out of work for a bout 2 weeks

In his defence he worked with Sgt Mulvey in Homicide before I got there and Sgt Mulvey thought he did a good job.

His name was Saul Chamowicz.It is a terrible fate to want to be something that you are not cut out for and this was Saul Chamowicz,s tragedy.He made a disasterous career choice.

The third officer apparently was having some stress problems and was about to enter a stress relief program when events caught up with him and he shot himself.I did not recognize his name but I must have known him because he was a very senior officer(30 yrs) and worked inside in Area A as a clerk.

==We are once again in turmoil in the department.The Supt in Chief, Jack Gifford,has been demoted.To make a place for him Supt Jack Barry has been moved out as head of the detectives and Gifford was given t he job. Barry,s assistant, Dept Supt Joe Dunford was also shunted aside.(later he was able to regain his assistant slot under Gifford. A number of patrolman were given triple promotions to Dept Supt.All this is taking place under Mayor Flynn and Comm Roach .Politics is behind all these moves but at least they are not selling promotions as did the previous mayor, Kevin White. It appears easier to make Dept Supt than it is to make Sergeant.==

Just before I came to Homicide( the second time) the county Medical Examiner system was abolished and the local Medical Examiner became part of a state system.The state system is much more efficient and now we have 5 full time medical examiners plus a couple more doctors who work part time.Now there is always a Medical Examiner on the scene of any suspicious death.

The Chief of the Boston office is Dr Blackburn.He decreed that all the Boston Medical Examiners meet every two weeks to discuss all troublesome cases.He requested that a Dist Attorney be present and the head of the Homicide Unit be present and I was happy to oblige.These sessions turned out to be very lively and I learned an awful lot about doctors errors.

At our last meeting the death of two men in a parked car was discussed.They were apparently sleeping when they were over come by Carbon Monoxide.It was winter so the windows of the car were shut.The two dead men were



A doctor at the NE Medical cntr asked McIver if the police beat him.McIver answered "No" .McIver said that he was jumped before he was arrested.The doctor asked again, "Are you sure that the police did not beat you?"and again McIver responded that they did not.

The doctor obviously did not have much confidence in the police.

## To be produced in camera

My most recent experience at the morgue involves a 4 yr old girl who raped vaginlly and annally and then smothered to death.The suspect, Joseph Freeman, was probably the boy      f riend of the mother of the child.He was living in the apartment with her and her mother and it seems that about 10 other people were living there also.I guess even this large  group could not pay the rent and the landlord was trying to get  them out

After the rape and murder of the little girl was suspect was cornered in t he apartment  by friends and relatives of the victim and he was  badly sta bbed.He is presently in the hospital but he will recover.The little girl won,t .

## To be produced in camera

At t he same time Dr Atkins was taking the head  apart of an ot her victim  who had been beaten with a baseball bat.Sgt Curran was witnessing this autopsy as it was his case.~~████████████████████████████~~
~~████████████████████████████~~

At this time ,Sept.1986, I am trying to get  more men for homicide.Candidates have to pass a re view  by the Dist Attorney and  by  our own police hierachy.Politics plays a role and I don,t necessarily get who I want.I am hoping to get one good detective, Joe Lundbohm ( I never did get Joe)

In a recent case Jose Rivera, was shot about 10:30 PM at 231 Geneva Ave.The ambulance arrived and was about to move t he  shooting to the hospital.A f riend of the victim asked the medics if he could go with the Rivera to the hospital.The Medics said OK and the friend jumped into the ambulance.A police officer standing nearby saw the friend jump into the ambulance and not knowing that the medic had given his permission to the friend to get the hell out of there.Am emotional encounter followed and the friend gets locked up.The ambulance go off to the hospital with just the  victim.Jose Rivera died a couple of  hours later. We have locked up our  only witness.The next morning arrangements were made to have the witness  released but the damage had been done and the witness was not cooperative.Case presently is g o ing nowhere.

We have a new photographer who is having trouble at death scenes.Recently he walked into a death scene wearing a gas  mask much to t he amusment of the homicide officers.An other       time he asked the homicide guys to take t he photos and he showed them how to click the shutter.

His latest escapade was at a  suicide scene. A man climbed up onto a chair,wrapped a wire around this throat and then he had stepped off the  chair.He was still hanging when the photographer arrived.The photographer asked the



I am having problems with one team. The Sergeant, Bradley, is a hard worker and a good record keeper but he is a difficult man to work with. His dete ctives, Ahearn and Tinlin, are also very good detectives and they are clashing with Bradley. Bradley really does not want to do the leg work and is dropping every thing on the detectives. They resent this and want out of his team. The friction is hurting our operation and I am not sure just how to solve th is problem.

The DA has put some pressure on me to move people around. I suspect that he is doing this because the two detectives asked him to. Moving people ar ound w ill only break up other good teams and Sgt Bradley will always be difficult to work for. He is a good producer and that has to be the ultimate test

Personell problems are always the most difficult problems. A Det. Richard Walsh has some drinking problems and also some romance problems. His girl friend recently made a complaint to Internal Affairs claiming that he beat her up. They have been going together, on and off, for about 10 yrs and their relationship has always been a stormy one It has never affected his work in Homicide but if she continues to complain it w ill cause him some problems on the police dept. It would seem that these relationships should be not the business of the police department but somehow they are.

It is now Nov of 1968 and I have been reviewing the homicides tht took place when I was on vacation. At this writing we have had 100 murders so far this year. The last three of these are directly related. It seems that David Scott and his girl friend, Amy Jennings, were in the drug business with Eugene Evans, all of Roxbury. About 6:45 PM on a fall evening Evans and Scott quarreled at the corner of Winslow and Dudley St. Scott stabbed his partner, Evans, 22 yrs in the chest and killed him. About 2 hours later, David Scott, was found at 107 Columbia Rd. with mutiple stab and gun shot wounds. He died within minutes. He was 17 yrs old.

Three days later David Scotts girl friend, Amy Jennings, 21 yrs was shot to death in the Columbia project.

It appears that Evans had a big family and it was a big mistake for Scott to stab one of the Evan,s. The investigation indicates that a brother of Eugene Evans was responsible for the second two murders but ,so far, the detectives have not been able to get a case together.

That is not the way business partnerships are supposed to end.

Ann other bizzare incident in Charlestown. A young girl, Carol Mahon, 19 yrs went off a pier in a car in Charlestown and drowned. She was the driver of the car. Shortly before the car went into the water a young man by the name of O,Connor was with her. His father was the head of the Boston area Federal Drug Enforcement Agency and he is well known to many police officers. It appears that O,Connor and Mahon were doing some PCP in the car before it went off the pier. It may have bven that he even supplied the PCP but we just don,t know. We are not even sure if he was in the car when it went into the water We do know that when the police arrived he was still high as a kite. He had run all over the place looking wildly for help and had even jumped into the water in an effort to get Carol Mahon out of the car. He made some statements to the police when they arrived at the scene but they did not add much light on what had just happened and he could not remember when he got out of the car.

Our new Supt of Dets arrived on the scene. he ordered O,Connor a rrested for murder and it was so done. There was a small problem with this. When Carol Mahon was taken from the car she was not dead. She lived several hours before she obliged the Supt and died. This was a very hasty decision by the Supt as there was very little evidence tto suport a chargeof Murder against O,Connor. O,Connor was arrested actually because he was the son of a law enforcement official.



To Be Produced In Camera

I arranged to have a school for homicide investigators locally and brought in an expert( so called) from New York City by the name of Vernon Gerboth to teach the course at a local college. This New York city officer had written a textbook on Homicide investigation.(There are very f ew good books on homicide investigation) He was a pretty good teacher but I suspect that he had never done any of this work himself . As a result he had a legitimacy problem w ith the troops

An other day at the morgue

A 7month old fetus was found dead on a porch in Dorchester. The mother tells us that the baby was born dead. I spoke with the medical examiner as he did the autopsy on the fetus.He stated that it was going to be a tough case to call. All he had to tell us is that the baby drew one breath.The ME commented that some doctors are getting $600. for terminating pregancies at this stage.He was having a difficut time dealing with t he ethics of the situation.( His decision: No homicide)

At the autopsies of very young infants or fetuses it always seems to me that doctor is cutting up a cat.Not a vey nice way of describing the procedure but that is how it appears to me

Three people were found dead in a home at 64 Tennis St in Mattapan.The three are father, mother and baby.There is no trauma on any of the bodies.The gas and other utilities are in good order.There is not sign of a break into the house.The three victims are from Ghana.The male is a chemical engineer and was taking a masters at M I T.The wife is also a very bright individual. It s eems that the father had gotten into some kind of religious kick lately and lately w as loosing his mental balance.I was at the morgue and w ent over the bodies with the Medical Examiner.The three of them were absolutely undamaged.We are starting to think that they may have have ingested s ome kind of esoteric poison that a chemical engineer would have knowledge of and access to.It is very possible that a toxic exam of body f luids will not disclose what poison was used and we will have a mystery on our hands forever

The toxic exams did not show any poisons but there are about 200 separate compounds that could have been used and that would not show up routine tox examins.We don,t know whether to call it two murders and a suicide or two suicides and a murder.All we are sure of is that the baby did not commit suicide Final conclusion: The three of them starved to dea th. The bodies were dehyrated and indicated malnutrition.There was no heat in the house so they also suffered from cold and exposure.I guess that they just could not make it in America

*************

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■



The inquest went on for about 3 weeks and I got kicked around a bit. No case was able to be made against the 13 yr old suspect. There was some evidence that the home was treated heavily by the foster parents wit h some kind of an insecticide and the children may have picked it up while crawling around the house. The issue was never resolved and no indictments followed. We never did find out what killed the children but I believe that the insecticide poison is the most plausible explanation

I had a weakness for people who took in foster children as I knew one couple who did it and I considered t hem almost saints for doing it. This certainly influenced my judgement in this case .

I went to a Homicide School run by t he New york State Police in Albany NY. It was a good school but the class hours were long, sometimes running as late as 8:30PM. We ate our meals at the New york State Police Academy ( cafeteria style) and they were very good. We left our hotel at 7: 45 AM each day on a bus to the school. There were many interesting lectures and it was a great learning experience. There was one female officer at the school and , I don,t think that I was imaging it, who was more than willing to move in with me. Maybe it was just my ego at work because I never did find out . A new concept was introduced in this homicide school. It was genetic tracing by means of DNA. This concept holds tremendous promise as an investigative tool.

Aids is causing more problems. Sgt Bradley sent a evidence package down to t he FBI lab in Washington DC It was hand carried to the lab by a detective. They r efused to examine the contents of the package b ecause there was some suspicion that the homicide victim had Aids. This malady has even the FBI terrified. Do we have to do an Aids test on every Homicide victim?

There is a trial going on in Superior Ct charging three men with the murder of a popular So Boston bar owaner named Whitey McGrail. He was a likeable guy. I had many contacts with him and ev en though we were adversaries we still got along. The witnesses are folding up except for Whiteys girl friend and she is still hanging in there. Eventually the pressure was too much for her and she went into the tank also and the case failed. There was some evidence missing on this case and a lot of pressure was put on t he police to come upwith this evidence. The Supt in charge of the Criminal Division came down on me and I , a Captain, and other detectives were forced to search the finger print lab. It was fingerprint evidence and we did not find it.

Later it was discovered in the DA,s office. He was the one complaining about us loosing the evidence. It was probably out fault in that we had no record of its being delivered to the DA,s office.

I was happy to learn that the Assistant DA in their Homicide office was leaving. He was a very smart guy but he was difficult to work with. He had problems seperating the police role and the Prosecutors role in Homicide investigation. There guys always fancy themselves as experts in investigations and they like to believe that the police a ctually work for them. Nothing could be further from the truth.

We have three new members of the Homicide unit. Dets Lally, Donahue and Berlo. All were sent to homicide as a result of political connections. The one female that we had left, Norma Foley, left the unit at her own request. She got big press when she was first assigned here but from the very beginning she was hopelesly over her head. There was no press when she left. Of the the three that we got , two are males and one is female. She is Marie Donahue. There was no press for Marie and she turned out to be a very good detective along with her two companions, Lally and Berlo..

Police officers use tricks and ruses all the time. Here is an example

Det Lundbohm was  investigating a serious feloney and came up with suspect,s name, Lamaar Booth, but no address. He knew  who the suspect,s girl  friend was and he got a record of her long distance calls.There were three long distance calls to NYC. The number  listed in the first call was a prison. The number listed in the second call was disconnected. When Det Lundbohm  called the third number  he asked to speak with Lamaar Booth. When Booth came on the line Lundbohm passed himself off as being from Chelsea and that he heard that Booth was looking for him. Lundbohm warned Booth that he did not take kindly to anybody looking for him. Booth was puzzled but this is the kind of conversation that ex cons would have so he did not get alarmed. .Det Lundbohm hung up but now he got a listing on the address of the telephone number and called the NYPD in the Bronx

Within an hour t he NYPD called back and told Det Lundbohm that they had Lamaar Booth  in custody.
Aug 8,1988

# To be produced in camera

This week we had or seventieth murder of the year. It was a 12 yr. old black girl from Roxbury. She was sitting on a mail box on Humboldt Ave. about 9:00PM.Some one fired several  shots at a couple of men who standing near Tiffany Moore.The 12 yr old was hit in t he head and died quickly.No one else was hit. At first  we thought it was a drive by shooting but now the investigators are not so sure. We know who the targets were  and have the motive.The targets  have many enemies and are not cooperating with t he  investigators.One big problem is that t he shooters wore halloween masks There are many major and minor beefs in this area and it is hard to separate street rumors from what really happened

I spoke with the mother of the victim and offered my sympathies but I did not get any sense  of overwhelming grief on her part and I did not understand that

Later there was some suspicion that the mother of the victim may have dabbled herself in the drug trade but that should have no bearing on the shooting of her innocent 12 yr old girl. The case is understandably getting a great deal of  publicity

The Deputy Supt. in charge of the District where the murder took place,William Celester, is in a tough spot. He is saying the tried and true things. Drugs are responsible ( We are not  sure that they are ).The  federal government is not doing enough to stop the flow of drugs. The community must help the police. We must reduce the level of violence.

At this time there are two separate and distinct pairs of suspects. Dets. Murphy and Walsh eventually settle on one suspect, Shaw Drumgold, and they got a pretty good case together. They find that the shooting was the result of personal  beefs between 18 and 20 yr. old youths and that drugs are a side issue at best

Sufficient evidence was accumulated to get arrest warrants for Drumgold and he was taken into custody He was brought before the Roxbury Dist Ct and from there  he was sent to our ID section for processing.. . The commander of the local police  district,Dep Celester, was called to the court house by the judge who heard the bail hearing .The defendant, Drumgold, was represented by a lawyer,at that hearing .The lawyer asked the judge to prohibit the police questioning Drumgold without his lawyer present  and the judge granted this request. The judge may have overstepped his authority but we were bound  by his ruling. Dep Celester was instructed that the police were not  to question Shaw Drumgold unless his attorney was present .
Dets Walsh and Murphy of the Homicide office were unaware of any restrictions imposed by the court. These were the two detectives who were the chief investigators and who obtained the arrest warrant but they were not at the bail hearing.Dep Celester neglected to notify these detectives and neglected to call the homicide office or the DA,s office of the  restraints imposed.

(19)

257

Dets Walsh and Murphy located Drumgold while he was being processed at the ID section. They gave Drumgold a legitimate Miranda warning and, in spite of being warned, Drumgold made an incriminating statement.

When this got back to the judge all hell broke loose. Sole responsibility for t his lack of communication rested with the Dep Celester but he did not take the heat. Dets Walsh and Murphy did. They were offered as a sacrifice to the black community and transferred from Homicide. It did not matter that t hey actually did a very good job in this case.

These detectives did a good job but ,never the less, they took the hit

Th e truth is that drugs a re a social problem and the police can not stop drug abuse. As long as there is a market for drugs the drug sellers will flourish. The best that the police can do is to try and keep it under control

I was present at a press conference recently with a reporter from Time Magazine. My bosses, Dep Saia and Dep Dunford, stated that the increase in our murder rate is due to the fact that we are increasing our pressure on the drug dealers. Because of that pressure the dealers are fighting over turf and customers and killing each other .This is not true and I don,t think that t he reporter is buying that story.

We gave no idea why our homicide rate is increasing

Since the murder of t he young black girl, Tiffany Moore, there have been two more murders. Both of the victims were black males. One was 24 yr sold and the other 16 yrs old. The murders are unrelated. It appears that black youths are having problems settling the disputes that arise between individuals just in the course of growing up. Instead of a plain old fashion fight they are resorting to guns and knives.

The socially accepted answer is that drugs and gangs are the cause of all this violence. I don,t know why this is happening and I don,t think that anybody else does either. These murders are getting a lot of press and it is placing the black culture in a bad light.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### To Be Produced In Camera

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

This has been a sad day for the Boston Police Dept. Seven detectives have been found guilty by a federal jury of racketeering under the RICO statutes. One or two of these detectives may have had shaky reputations but the rest were good guys and friends. They were convicted on 54 counts or racketeering out of 58 charged and now face jail, disgrace and poverty. They were convicted because they were doing things that the police had been doing for years .They took money from the bookies, they took money from the bar room owners, they got free meals in restaurants, they falsified some paid details records, all bad things,( except for the free meals) and the federal government feels that they should go to jail.

I am convinced that this matter could have been handled internally much more equitably but the US Attorney chose to bring the whole weight of the government down on these hapless individuals.



263

We have a new detective in Homicide, Miller Thomas. He is a black guy and comes with a very good reputation.

I have had a long talk wit h Sgt Horsley and he seems to be back to his old self. I think that any racial problems that we may have had are behind us

About two months ago three people died in a house fire. The arson squad jumped t he gun and told the medical examiner that th e fire was accidental( children playing with matches) and the death certificates were so written. A relatively new Sergeant in homicide, Sgt Callahan, inquired into the facts and discovered that t he children playing with the matches were foster children and that they had set fire to a previous foster home where they were staying. His investigation strongly suggests that the children set this house fire also.

These children are minors and are now in a mental institution under the care and custody of t he Dept of Social Services. It is difficult for the investigator to interview the suspects as the DSS people are present at every interview to make sure t hat the rights of the suspects are protected. Naturally the family of t he people who died in the foster home fire are suing the Comm of Mass. The Medical Examiner, Dr Feigan is pressing for more information and is aware that he may have to change the death certificates

This case was a lot of work but the investigator was never able to get a case against the children.

Enclosed is a copy of an article that I had published in the Boston Police News letter

May 19, 1989

Our Division commander, Dep Saia, meet with all members of the Homicide Squad this day .I thought that he was going to support us but instead he said that every one in the department is mad at us. This has been caused by the debacle in the murder of Det. Sherman Griffiths. The case has completely failed, the murderer has gone free, and there is plenty of blame to pass around. Part of this is due to a joint control of homicides investigations, the police department and the District Attorney,s office. All the latter is interested in is favorable publicity and when it is unfavorable it is always someone else's fault.

In this investigation Sgt Bradley and an Asst DA Frank OMeara operated out side the structure of the police department and caused a lot of resentment. The department has been badly embarrassed.

There was a lot of tension at the meeting. The Dept Supt. said that some officers in Homicide had forgotten who they work for. He accused some officers of too much allegiance to the Dist Attorney,s office and he also accused us of leaking stuff to the press. I suspect that some officers did but I really did not know until many years later who it was.

I keep running into incredible scenes down at the Morgue. On a recent visit I observed a body that was pretty much eviscerated with arms and legs going in four different and wrong directions. The week before I checked out a 2 yr old baby that had been burned up in a fire and was now just like charcoal.

A 26 yr old junkie lay dead in the morgue. He had been recently released from a drug treatment center. He made extraordinary efforts to get into the morgue there before he finally succeeded. He was found out on the street acting crazy and some police officers took him into custody for his own protection. He broke away from the officers and ran to an area where a pipe was sticking out of the ground a distance of about 18" He banged his head up and down on the this pipe repeatedly. He continued to run from the police and climbed up on top of a car and did a swan dive into the street. The pursuing officers caught up with him and took him into custody again but it was much easier now because he was close to unconsciousness. He had some great cuts to his forehead and it turned out that he had stuck a pen into his neck and probably into his throat .He was taken to the Boston City Hospital where he died on the operating table. There no question that this guy was psychotic but because the police had him in custody there is always the possibility that a claim will be made charging police brutality. I sent detectives back to the scene and they found hairs from the victim still stuck on the pipe.

