UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

SHAWN DRUMGOLD    *
      Plaintiff,    *
              *

    vs.    *    CIVIL ACTION NO.
              *    04-11193 NG

CITY OF BOSTON et. all,    *
     Defendants    *
              *

_____    *


Background Questions

1.    Name:_____

2.    Sex:_____

3.    Date of Birth:_____

4.    Place of Birth:_____

5.    What city and county do you live in?_____

      _____

6.    What is the name of your neighborhood?_____

      _____

7.    What is your race or ethnic background?_____


**FAMILY HISTORY**

8.    Marital Status:

_____ Single and never married

_____ Currently married and have been for _____ years

_____ Single, but married in the past for _____ years

_____ Single, but living with non-marital mate for _____ years

_____ Widowed, but married in the past for _____ years

_____ Other: _____

Any prior marriages?   Yes _____     No _____

If yes, how many? _____

9.    If you have children, please list (include children who do not live with you):

| Sex | Age | Does child live with you? | Education | Occupation |
|-----|-----|---------------------------|-----------|------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10.    Do you have any grandchildren?   Yes _____     No _____

If yes, how many? _____

What are their ages?

_____

_____

For adult grandchildren, what are their occupations?

_____

_____

RESIDENCE

11.

(a) How long have you lived at your current address?

_____

(b) How long have you lived in that city or town?
_____

(c)  Which of the following best describes your type of
residence?

____Rental apartment        ____Own home

____Rental house              ____Own apartment/condo

____Rental_____               ____Own mobile home

(other)

____Other_____
(specify)

12.    What other cities, towns, or areas have you lived in and

for how long did you live there?  (Please note if you have lived in another country or state.)

_____

_____

13.    How many people live in your household? _____

14.    If persons other than your spouse/partner and children live with you, please explain:

_____

_____

EMPLOYMENT

15.    What is your current occupation/job title?

_____

(a) Describe what you do:

_____

_____

(b) For how long? _____

(c) Name of employer? _____

16.    Please list all prior occupations and employers.

| Employer | Occupation | For How Long |
|----------|------------|--------------|

_____

_____

_____

17.    If unemployed, please give the reason for your
       unemployment.

       _____Unable to find work          _____Retired

       _____Disabled

       _____Other: _____

18.    List the occupation and employers of any adult children:

| Employer | Occupation | For how long |
|----------|------------|--------------|

_____

_____

_____

19.    Have you supervised other people at your present or past
       place of employment?

       Yes_____          No_____

       If yes, please describe the nature of your duties and the
       number of persons supervised:

_____

_____

_____

20.    In the course of your employment, are you or have you
been required to write reports?

Yes_____            No_____

If yes, please describe the type of information you are
required to write in the report(s):

_____

_____

21.    Have you been required to attend training courses in
connection with your employment?

Yes_____            No_____

If yes, please describe the name of the course(s) and the
length of the course(s):

_____

_____

EDUCATION

22.    How many years of schooling have you completed?

_____

a.    What schools did you attend?

(1)    High school:_____

(2)    College or other programs of study:_____

_____

(a)    What did you study?_____

_____

(b)    What degrees or certificates did you
obtain? _____

_____

23.    Do you still attend or do you plan on attending school in
the future?

Yes_____                No_____

(a)    What do you/will you study?_____

24.    Do you speak or read any other language in addition to
English?

Yes_____                No_____

If yes, list the languages:_____

25.    How many years of schooling did your spouse complete?

_____

(a)    What schools did he/she attend?

(1)    High school:_____

(2)    College or other programs of study:_____

_____

26.   Does he/she still attend or does he/she plan on attending school in the future?

Yes_____          No_____

(a)   What does or will he/she study?_____

27.   Do you or your spouse have any legal training, or have you or your spouse taken any law courses?

Yes_____          No_____

If yes, please list the training and/or courses:

_____

_____

28.   Have you taken any medical or psychology courses?

Yes_____          No_____

(a)   If yes, please list the courses:

_____

_____

## MILITARY

29.   Have you, your spouse/partner, or other close family members ever served in the military?

Yes_____          No_____      If yes, please list:

| MEMBERS relationship) | YOU | PRESENT SPOUSE OR PARTNER | FAMILY (Specify |
|---|---|---|---|
| Branch of service | ____ | _____ | _____ |
| Dates of service | ____ | _____ | _____ |
| Duty Assignment | ____ | _____ | _____ |
| Rank | ____ | _____ | _____ |
| Combat | ___Yes | ___Yes | ___Yes |
| | ___No | ___No | ___No |

30. Have you or your spouse/partner ever participated in a military court martial, or served in the military police, or other military law enforcement capacity?

If yes, please describe that participation:

YOU:_____

_____

PRESENT SPOUSE/PARTNER:_____

_____


## ACTIVITIES

31. What civic, social, religious, professional, or trade clubs or organizations do you now belong to?

_____

_____

    (a)    What similar organizations have you belonged to in the past?

_____

_____

32.    Please list any office or title you currently hold, or have held in the past, in these or other organizations?

<u>Organization</u>          <u>Office Held</u>          <u>Dates</u>

_____

_____

_____

33.    Have you, a family member, or close friend ever participated in any group concerned with crime prevention or victims' rights?

Yes_____          No_____

    (a)    If yes, please identify that person's relation to you:

_____

    (b)    If yes, what group was it?  Describe its purpose and your participation in it:

_____

_____

34.    Do you belong to or associate with any group or organization that has protection or promotion of civil liberties as a goal?

Yes_____          No_____

    (a)    If yes, which one(s)?_____

_____

35.    Do you watch movies?

    Yes_____         No_____

    (a)    How often?_____

    (b)    Identify the titles of the last six movies you have seen:

_____

_____

_____

_____

36.    Do you read in your spare time?    Yes_____   No_____

    (a)    If yes, list the book(s) you are now reading or have read in the last year:

_____

_____

_____

37.    What newspapers do you read regularly, including both local and out-of-town papers?

_____

_____

38.    How often do you read a newspaper?

      _____Every day

      _____Several times a week

      _____Once or twice a week

      _____Less often than once a week

      _____Never

39.    What magazine(s) do you read regularly?

      _____

      _____

40.    Do you watch television?      \_\_\_\_\_Yes  \_\_\_\_\_No

     (a)    If yes, which programs do you tend to watch on
           a regular basis?

           _____

           _____

     (b)    Do you ever watch TV programs that show real life
           police activities, like the programs named "Cops" or
           "America's Most Wanted"?     \_\_\_\_\_Yes  \_\_\_\_\_No

           If yes, how often:         \_\_\_\_\_Very often

                                  \_\_\_\_\_Occasionally

                                  \_\_\_\_\_Almost never

41.    Which radio station(s) do you generally listen to?
      _____

42. How often do you listen to news on radio or television?

_____Every day

_____Several times a week

_____Once or twice a week

_____Less often than once a week

_____Never

43. What is the most important source of news for you?

_____ Internet

_____Newspapers

_____TV

_____Radio

_____Magazines

_____Friends and family

44. What are your leisure time activities or interests?

_____

_____

45. What is your current voter registration?

_____Not registered to vote

_____Democrat

_____Republican

_____Independent

_____American Independent

_____No party selected

_____Other_____

## YOUR SPOUSE OR PARTNER'S BACKGROUND

Please complete regarding your present spouse or partner.  If you are: (please check) _____widowed, _____divorced, or _____separated, please complete all of the following questions regarding your former spouse.

46.    Age_____

47.    Place of birth_____

48.    Race or ethnic background_____

49.    Current employment status:

_____Employed full-time

_____Employed part-time

_____Homemaker

_____Student

_____Unemployed - looking for work

_____Unemployed - not looking for work

_____Retired

50.

    (a)    What is his/her occupation (or what was it, if retired or unemployed? _____

_____

    (b)    By whom is s/he employed? _____

_____

    (c)    How long has s/he worked there? _____

    (d)    Please describe the nature of his/her job:

_____

_____

    (e)    Please list the main jobs s/he has had as an adult:

| Job | Employer | Dates |
|---|---|---|
| | | |
| | | |
| | | |

51.    What is the last level of education s/he completed?

_____Grade school or less

_____Some high school

_____High school graduate

_____Technical or business school

_____Some college

_____College graduate

_____Post graduate

Please name the degree, if any, s/he has and the schools or colleges s/he attended, and major areas of study:

_____

_____

_____

## CRIMINAL JUSTICE EXPERIENCE

52.    Have you ever called the police for any reason?

_____Yes          _____No

If yes, please explain: _____

_____

_____

53.    Have you, or has any close friend or relative, been the victim of, or witness to, any kind of crime, whether it was reported to law enforcement authorities or not (including robbery, burglary, assault, sexual assault, etc.)?

_____Yes          _____No        If yes:

| Relationship | Type of Crime | Victim or Witness | Reported to Police | Was anyone Caught? | Case Outcome |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

_____

_____

    (a)    How did you, or the person close to you, feel that the police or law enforcement agency handled the situation? _____

            _____

            _____

54.    If there was a court hearing for the case or cases described in Question 53, did you or any close friend or relative testify in court?    _____Yes          _____No

    (a)    If yes, who testified:_____

            _____

    (b)    If yes, how did you or your close friend or relative feel about the experience of testifying?

            _____

            _____

            _____

55.    How serious a problem do you think crime is in your neighborhood?

    _____Very serious

    _____Somewhat serious

    _____Not a serious problem

56.    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?

_____Yes          _____No

If yes, please explain:_____

_____

_____

57.    Have you taken any extra precautions to protect yourself, your family, or your home from crime?

_____Yes          _____No

If yes, please explain:_____

_____

_____

58.    To your knowledge, is there a crime watch group in your neighborhood?

_____Yes          _____No

If yes, do you participate?   _____Yes      _____No

59.    In your opinion, what are the major causes of crime?

_____

_____

_____

_____

## LAW ENFORCEMENT

60.    Please read the following list of law enforcement

Agencies:

Boston Police Department
Any other police department
County Jail Authorities
Department of Corrections
District Attorney
Police Commission
Probation or Probation Agency
Security/Detective Service
State Police
State Prison Authorities
Federal Bureau of Investigation (FBI)
Military Police
Drug Enforcement Agency
Federal Prison Authorities
United States Marshal
United States Attorney
Immigration and Naturalization Service
Other Federal Law Enforcement Agencies
CIA

(a)     Have you, or has someone you know, ever been
employed by any of the law enforcement agencies
listed above, or by any other law enforcement
organization (as employee or volunteer)?

_____Yes          _____No

If yes, please list:

Relationship
To you (friend,
Son, etc.)                    Position                    Employer

_____

_____

_____

(b)    Have you ever had any contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

_____Yes    _____No    If yes, please list:

Relationship
to you_____              Position              Employer

_____

_____

_____

(c)    Have you, or has someone you know, ever been employed in a security-related job for a private business (for example, as a security guard or investigator)?

_____Yes    _____No    If yes, please list:

Relationship
to you_____              Position              Employer

_____

_____

_____

61.    Have you, or has any close friend or relative, ever considered working in law enforcement?

If yes, who is this person?_____

If yes, please explain:_____

_____

62.   Have you had any training, courses, or work
      experience in law enforcement, criminal justice,
      administration of justice, or law?  If yes, please
      describe:_____

      _____

      _____

63.   Have you ever been on a "ride-along" with police officers?

      \_\_\_\_\_Yes          \_\_\_\_\_No

      If yes, please describe the experience:_____

      _____

      _____

## FOR EVERYONE

64.   Would you be more willing to believe the testimony of a
      police officer than another witness who is not a police
      officer?

      \_\_\_\_\_Yes          \_\_\_\_\_No

      If yes, please explain:_____

      _____

65.   Some people feel that the job police officers perform is so
      difficult and important that it is wrong to second-guess
      them by suing them for wrongdoing which occurs in the
      course of their job performance.

      Would you agree that it is wrong to sue police officers?

_____Agree              _____Disagree

If you agree, please explain:_____

_____

66.    Do you have any hesitation about the fairness of suing police officers who may have encouraged witnesses to lie at trial?

_____Yes                _____No

If yes, please explain:_____

_____

67.    What are your general views about the police being sued for their conduct while on duty? _____

_____

_____

68.    What are your views about compensation for a wrongfully convicted person?

_____

_____

_____

69.    Do you believe that a wrongfully convicted person should have to prove his innocence before you could hold the police responsible for violating his civil rights?

_____Yes                _____No

(a)    Why or why not?_____

_____

_____

## LEGAL SYSTEM

70.    Have you, or has any close friend or relative, had any legal training (including law courses, paralegal program, or on-the-job training)?

_____Yes                _____No

If yes, please explain:_____

_____

_____

71.    Have you, or has anyone in your family, ever sued or been sued by anyone?

_____Yes                _____No

If yes, please explain:_____

_____

_____

72.    How do you feel about the way the criminal justice system is working in the United States?_____

_____

_____

73.    For each of the following statements, please indicate how much you agree or disagree:

(a)    Regardless of what the law says, a defendant in a
       criminal trial should be required to prove his or her
       innocence?

       _____Agree strongly

       _____Agree somewhat

       _____Disagree somewhat

       _____Disagree strongly

       _____Other:_____

(b)    It is better for society to let some guilty people go
       free than to risk convicting an innocent person.

       _____Agree strongly

       _____Agree somewhat

       _____Disagree somewhat

       _____Disagree strongly

       _____Other:_____
       *(please explain)*

74.    Do you believe the criminal justice system makes it too
       hard for the police and prosecutors to convict people
       accused of crimes?

       _____Yes          _____No          Please explain:

       _____

       _____

       _____

WEAPONS (To be used if the Court denies Plaintiff's MIL on the gun)

75.  Do you own, or have you ever owned, any type of firearm?

_____Yes          _____No

(a)    For what purposes do you own a firearm?

_____

_____

76.  Do you have any close friend or relative who owns or uses firearms?

_____Yes          _____No

(a)    If yes, what type of firearms?

_____

_____

77.  Have you ever used or handled a firearm?

_____Yes          _____No

If yes, when?  For what purpose?_____

_____

_____

78.  Have you ever belonged to the National Rifle Association or any other organization that is concerned with protecting the rights to own weapons?

_____Yes          _____No

If yes, what was/is the extent of your participation in the organization?_____

_____

_____

79.    Do you feel that persons besides police officers should be permitted to own firearms or any other type of weapon?

_____Yes          _____No

If yes, what persons?  What type of weapons?_____

_____

_____


## NATURE OF CRIMES CHARGED AND PRE-TRIAL PUBLICITY


80.    Did you see, hear, or read anything about the previous trial?

_____Yes          _____No

(a)    If yes, how often did you follow the trial?

_____Every day

_____Several times a week

_____Just occasionally

_____Not at all

(b)    If yes, what are some of the main things you remember about the trial?_____

_____

_____

81.  People who have been wrongfully convicted
     sometimes bring lawsuits against the police department.
     do you favor or oppose this type of lawsuit?

     _____Favor                 _____Oppose

     Why?_____

     _____

82.  Have you heard, seen, or read anything else about
     this case?

     _____Yes          _____No

     If yes, please explain:_____

     _____

     _____

RACE

83.  How serious a problem do you think racial discrimination
     against African Americans in Boston?

     _____A very serious problem

     _____A somewhat serious problem

     _____Not too serious

     _____Not at all serious

84.  How often does it happen these days that a less qualified

African American person gets a job or promotion over a more qualified non minority?

_____Very often

_____Only now and then

_____Almost never

85.  In general, do you think our society treats people of all races equally?

_____Yes          _____No          Please explain:

_____

_____

_____

90.  What effects do you think racial or other forms of discrimination have on people who are the targets of the discrimination?_____

_____

_____

91.  Do you think some people use racial discrimination as an excuse for their own shortcomings?

_____Yes          _____No          If yes, please explain:

_____

_____

_____

92.    Have you been exposed to persons who exhibit, or who have exhibited racial, sexual, religious, and/or other ethnic prejudice?

_____Yes          _____No

If yes, please explain:_____

_____

_____

(a)    Would that experience affect you in any way while serving as a juror in this case?  Why or why not?

_____

_____

_____

## JURY SERVICE

93.    Have you ever served as a juror before?

_____Yes          _____No

If yes, please complete for each case on which you served:

| Civil or Criminal | Charges/ Allegations | When | Where | Did the jury reach a verdict? (yes/no) |
|---|---|---|---|---|
| 1_____ | | | | |
| 2_____ | | | | |
| 3_____ | | | | |

4_____

5_____

    (a)   Have you ever served as a jury foreperson?_____

    (b)   How did you feel about your experience as a juror?

          _____

          _____

          _____

    (c)   Was there anything about your experience as a juror which would make you not want to serve again?_____

          _____

          _____

    (d)   Were you contacted by or interviewed by anyone concerning your jury experience after the conclusion of the case?

          _____Yes          _____No

          If yes, by whom were you contacted?_____

          _____

94.   Have you ever served on a grand jury?

      _____Yes          _____No

      If yes, when:_____

Where:_____

Kind of jury:_____

Please describe experience:_____

_____

_____

## ATTORNEYS AND PARTIES TO THIS CASE

95.  During the trial, the following people may be involved
     or mentioned.  Please look over the list and note any
     person you know personally or have heard of.  At the end
     of the list, please indicate your relationship to any of the
     people and/or how you have heard of them.

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

## CONCLUDING QUESTIONS

96.  Is there any matter not covered by this questionnaire
     that should be brought to the attention of the Court
     because it would affect your ability to be a fair and
     impartial juror?

_____Yes          _____No

If yes, please explain:_____

_____

_____

97.    Is there any matter you would prefer to discuss privately
       with the judge?

       _____Yes          _____No

       If yes, please explain:_____

       _____

       _____

98.    Do you have any specific problems at home or at work
       that might interfere with your ability to concentrate on the
       case during trial?

       _____Yes          _____No

       If yes, please explain:_____

       _____

       _____

99.    Do you have any medical condition that would make it
       difficult for you to serve as a juror?

       _____Yes          _____No

       If yes, please explain:_____

_____

_____

100.  What is the condition of your hearing?_____

_____

101.  What is the condition of your eyesight?_____
_____

102.  Are you willing, as a juror, to remain as long as necessary
      to reach a verdict in the case, even if the proceeding
      lasts longer than the estimate given by the Court?

      _____Yes          _____No

103.  Do you have any specific problems dealing with stress
      or pressure?  If yes, please explain:_____

      _____

      _____

104.  Do you generally "hold your ground" when you feel that
      you are correct?  Are you easily swayed by the strong
      influence of others?  Explain:_____

      _____

      _____

105.  Would you be able to keep an open mind throughout this
      case?

      _____Yes          _____No

106.  Before coming here today, have you formed any opinion
      about this case?

_____Yes          _____No

(a)    If yes, what is the opinion:_____

_____

_____

(b)    Do you still hold that opinion?_____

(c)    Can you set aside any opinion and decide the case
       on the evidence presented in court, and the
       instructions on the law that the Court gives you?
       Why or why not?_____

_____

_____

107.  Is there any particular reason that you would like to be a
      juror on this case, or would not like to be a juror on this
      case?  Please explain:_____

_____

_____

_____

_____

Juror Signature