UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br><br>        Plaintiff<br><br>   v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY, RICHARD WALSH,<br>and THE CITY OF BOSTON,<br><br>        Defendant | C.A. NO.: 04-11193NG |

**DEFENDANTS' PROPOSED VOIR DIRE**

TO THE PROSPECTIVE JUROR:

     This questionnaire is being used to assist in jury selection in the case of <u>Shawn Drumgold v. Timothy Callahan, Francis M. Roache, (Richard Walsh and the City of Boston)</u>. Please answer all questions below completely and accurately. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. If you have any difficulty answering any of these questions, do not hesitate to consult the Court before answering that particular question. Please keep in mind that you are answering these questions under oath, and must be truthful.

     Please do not write on the back of any page. If there is insufficient space after a question for you to provide a complete answer, you may continue your answer at the bottom of the page.

     Please do not discuss anything about this case with anyone, and do not read, listen to, or watch anything relating to this case. **Do not engage in your own search for information about this case, including use of the Internet or other search engines to discover information apart from that entered into evidence at the trial of this action.** Until you are excused as a potential juror, or until the trial is over if you are selected as a juror, you are not to discuss this case, or allow yourself to be exposed to any discussion of this case whatsoever.

-2-

1. Name _____    Juror Number: _____

2. Age: _____

   State and City of Birth (or City and Country if born outside the U.S.):

   _____

3. Address: _____

   No. of years at current residence: _____

   List the first names and age of members of your household and their relationship to you:

   _____

   _____

   _____

   _____

4. Trial of this case may last as long as 6 weeks. Do you have any obligations or commitments that would interfere with your service as a juror in this case?

   Yes _____    No _____

5. Do you have any physical or medical problems that would make juror service difficult for you?

   If yes, please explain: _____

   _____

   _____

   _____

-3-

6. Do you have a hearing or vision impairment that may affect your ability to listen to the testimony of witnesses or see the exhibits in this case?

Yes _____    No _____

7. Do you have any difficulty understanding English that may affect your ability to understand the testimony of witnesses?  Yes _____    No _____

8. How long have you lived in Massachusetts? _____

9. a. Please state the highest grade completed or degree achieved and the names of the schools that you have attended:

_____

_____

_____

_____

b. Are you presently a student?  Yes _____    No _____

If yes, describe the course of study and anticipated date of completion:

_____

_____

10. What is your occupation? _____

Name of your employer: _____

Address of employer: _____

Length of employment: _____

Present job description: _____

11. If you are not currently employed outside the home, please check the category below that best describes your employment status:

    _____ Stay at home parent

    _____ Retired

    _____ Currently unemployed

    _____ Student

    _____ Other (Please explain): _____

12. If you are retired or unemployed (voluntarily or involuntarily), please answer the following questions:

    What was your occupation? _____

    Name of your primary employer? _____

    Address of employer? _____

    Length of employment: _____

13. Are you: Married _____ Single _____

    Living with significant other _____ Separated _____

    Divorced _____ Widowed _____

14. Spouse or significant other's

    First name _____

    Occupation _____

15. Do you have children? Yes _____ No _____

-5-

If you have children, please list the sex and age of each child. If the child is over 18 years of age, please also list his/her current occupation:

| Male/Female | Age | Occupation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

16. Have you, any family member or any close friend or associate ever been employed in the drug counseling or drug rehabilitation field? Yes _____ No _____

If yes, give details: _____

_____

_____

17. Have you, any family members or any close friend or associate ever been employed in the medical or mental health field? Yes _____ No _____

If yes, please explain: _____

_____

_____

18. Do you have any legal training or have you taken any law courses or worked in a law office? Yes _____   No _____

-6-

If your answer is yes, please list each training or course that you have taken, and when you had that training, or took those courses, or when and where you worked in a law office: _____

_____

_____

_____

_____

19. Do you regularly watch any television programs involving lawyers and police?

   Yes _____     No _____

If yes, please identify which programs: _____

_____

20. Do you read books or listen to books on tape?

   Yes _____     No _____

What authors and types of books do you tend to read or listen to?

_____

_____

_____

21. What was the last book you read/listened to?

_____

22. What is your primary source of news for example, newspapers, internet, tv, radio)?

_____

What newspapers and magazines, if any, do you read regularly?

_____

24. Have you read any books or articles about drug use, urban violence, gangs, law enforcement, or allegations of wrongful convictions?

    Yes _____    No _____

If yes, please indicate the books or articles you have read. _____

_____

_____

_____

25. Have you seen any movies or television programs involving allegations of gangs, urban violence, drug use, or allegations of wrongful convictions?

    Yes _____    No _____

If yes, please indicate the movies or programs you have watched:

_____

_____

_____

26. Do you belong to any organization, or any social, fraternal, or cultural club that is involved with crime prevention, law enforcement, civil liberties**,** criminal offenders, victims, witnesses, prisons, or police?  Yes _____ No _____

If yes, please state the name of the group(s) and describe its activities, policies, and your involvement with the group:

_____

_____

_____

27. Have you, any member of your family, or a close friend or associate been employed by, or made application for employment with, any law enforcement agency such as a police department, sheriff's office, the FBI, IRS, DEA, Immigration and Customs Enforcement (formerly U.S. Customs and the Immigration and Naturalization Service), ATF, U.S. Marshalls, U.S. Attorney's Office, U.S. Department of Justice, a district attorney's office, a probation or parole office, the Bureau of Prisons or any other law enforcement office or agency?  Yes _____   No _____

If yes, please describe: _____

_____

_____

_____

28. Have you (or your spouse or significant other) ever served in the military?  If so, when and in what branch? _____

_____

_____

_____

29. Some of the witnesses in this case will be law enforcement officers.  Would that fact make you either more likely or less likely to believe their testimony?

   Yes _____   No _____

30. Have you had prior jury service?  Yes _____   No _____

If your answer is yes, please answer the following:

a. Which type of jury service was it?

Criminal _____    Civil _____    Both _____

b. What court/

Federal _____    State _____    Both _____

c. Without disclosing the result, did the jury reach a verdict in the case in which you served as a juror? Yes _____   No _____

d. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____    No _____

If yes, please explain: _____

_____

_____

_____

31. Have you ever filed a lawsuit or been named in a lawsuit as a defendant?

Yes _____    No _____

If yes, please describe the nature of the lawsuit(s), your role in the lawsuit(s), and the result: _____

_____

_____

_____

32. Have you, any family member or close friend or associate worked for the U.S. Attorney's Office, a state prosecutor's office, a criminal defense attorney, public defender, prison, jail or detention center?

   Yes _____   No _____

   If your answer is yes, for each such person, please list in what office that person worked, and what your relationship is with that person.

   Office worked in                Relationship

   _____

   _____

   _____

   _____

33. Have you ever pleaded guilty to or been convicted of a crime, other than a simple traffic violation?  Yes _____   No _____

   If yes, what was the crime? _____

   Was it a felony or misdemeanor? _____

   What punishment did you receive (including probation)? _____

   _____

   _____

   _____

34. Are there any criminal charges now pending against you?

   Yes _____   No _____

   If yes, please explain: _____

35. Have you, a close friend or a family member ever been charged with a crime (including a drug crime)?  Yes _____   No _____

   If yes, for each person, state that person's relationship to you, the type of crime, and the date of the charges: _____

   _____

   _____

   _____

   Is the case over?   Yes _____   No _____

   What was the outcome? _____

   If you answered yes, did you feel the person involved was treated fairly?

   Yes _____   No _____

   If your answer is No, why not? _____

   _____

   _____

   _____

36. Have you, a family member, close friend or associate ever been the victim of a crime?   Yes _____   No _____

   If yes, please describe each such incident, giving the date, who was involved (you, relative or friend), and what kind of crime was involved.

   _____

   _____

   _____

   _____

How did you feel about the outcome of the matter (regardless of whether a person was prosecuted, or not)?

_____

_____

_____

_____

37.   This case ultimately stems from the 1988 shooting death of Darlene Tiffany Moore, in the Roxbury neighborhood of Boston.  She was 12 years old at the time of her death.  The plaintiff, Shawn Drumgold, was arrested, prosecuted and convicted of the crime.  Do you have any knowledge about this event, from any source whatsoever?

   Yes _____    No _____

   If your answer is yes, please explain: _____

_____

_____

_____

38.   Are you aware of any prejudice that you may have against the police, the plaintiff, or any witness in this case that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?  Yes _____   No _____

   If yes, please explain: _____

_____

_____

_____

**Respectfully Submitted,**

**Defendant,**
**TIMOTHY CALLAHAN,**
By his attorney,

/s/ Mary Jo Harris
Mary Jo Harris (BBO# 561484)
Morgan, Brown & Joy LLP
200 State Street
11th Floor
Boston, MA  02109
Phone:  (617) 523-6666
Fax:  (617) 367-3125

**Defendants,**
**CITY OF BOSTON AND**
**FRANCIS M. ROACHE,**
By their attorney,

/s/ John P. Roache
John P. Roache, Esq. (BBO #421680)
Patrick J. Donnelly, Esq. (BBO #651113)
Roache & Associates P.C.
66 Long Wharf
4th Floor
Boston, MA  02110
Phone:  (617) 367-0330
Fax:  (617) 367-0172

**Defendant,**
**RICHARD WALSH,**
By his attorney,

/s/ Hugh R. Curran
Hugh R. Curran (BBO# 552623)
Bletzer & Bletzer PC
300 Market Street
Brighton, MA  02135
Phone:  (617) 254-8900
Fax:  (617) 254-5522

Dated:  February 11, 2008