# EXHIBIT 1

1  ROBERT MERNER, SWORN

2

3  VOIR DIRE EXAMINATION

4  By Mr. Rappaport:

5  Q   State your name for the record, please, sir.

6  A   My name is Robert Merner.

7           THE COURT: How do you spell your last name,

8      sir?

9           THE WITNESS: M-e-r-n-e-r.

10 BY MR. RAPPAPORT:

11 Q   Are you a Boston Police patrolman?

12 A   Yes, I am.

13 Q   Directing your attention, sir, back to August 21, 1988,

14     did you receive a telephone call or a message from

15     a confidential informant that night?

16 A   It was in the afternoon, yes, sir.

17 Q   In the afternoon. And can you tell the Court, please,

18     what was the substance of that information that you

19     had received.

20 A   It was a telephone call to the Area B police station,

21     asking for a detective assigned to the Tiffany Moore

22     murder. There was no detectives at the desk at that

23     time. The clerk handed me the phone. A gentleman

24     who refused to identify himself, said that he would

25     meet me at, I believe it was Northampton and Wash.

|   |   |   |
|---|---|---|
| 1 |   | in the South End, said he had information relative |
| 2 |   | to the masks that were used, or he believed to be used |
| 3 |   | in the shooting. |
| 4 | Q | Okay. And did you proceed to the area where he had |
| 5 |   | asked to meet you? |
| 6 | A | Yes, I did. |
| 7 | Q | And did you have a conversation with him at that point? |
| 8 | A | Yes, sir, I did. |
| 9 | Q | And what did he tell you at that particular time? |
| 10 | A | He told me that he was a street person and that he |
| 11 |   | was asleep underneath a tractor-trailer truck on the |
| 12 |   | night of the incident and that a vehicle pulled up, |
| 13 |   | he couldn't identify the vehicle, and that they tossed |
| 14 |   | a bag over the fence and then the vehicle left. He |
| 15 |   | heard some conversation and the vehicle left. |
| 16 | Q | Okay. And did he direct you to the area where the |
| 17 |   | bag had been tossed over the fence? |
| 18 | A | Yes, sir, he did. |
| 19 | Q | And was a search conducted at that time? |
| 20 | A | Yes. |
| 21 | Q | And as a result of that search, was something found? |
| 22 | A | Yes. It was two wool caps with, it would be like eyes |
| 23 |   | and nose, eyes and mouth holes cut out of them. |
| 24 | Q | Okay. And did you do something with those masks? |
| 25 | A | Yes. |

1  Q   What did you do with them -- what were they like, ski
2      masks?
3  A   What I think they would be, would be a wool hat that
4      you would wear and they just stretched it out and cut
5      holes into them. They weren't like store made masks.
6      They were homemade.
7  Q   So they definitely appeared to be masks?
8  A   Yes.
9  Q   And after conducting the search, you found those masks?
10 A   Yes.
11 Q   And did you turn them over to somebody?
12 A   Yes, I bagged them and notified Detective Walsh from
13     the homicide unit.
14 Q   You gave them to Detective Walsh?
15 A   That's correct.
16 Q   This street person that you had spoken to that night,
17     did he indicate to you what time of night the bag
18     had been thrown over the fence?
19 A   I don't recall if he did.
20         MR. RAPPAPORT: No further questions.
21
22 VOIR DIRE EXAMINATION
23 By Mr. Beauchesne:
24 Q   This was August 21 that the call came in?
25 A   Yes, sir.

```
1   Q   Was this a male or female street person?
2   A   It was a male.
3   Q   When did this street person say that he had observed
4       the incident that he described to you?
5   A   He said it was, he had read the paper that morning
6       and knew that the police were looking for help, and
7       he said he was sleeping the other night, he believed
8       it to be the night of the incident.
9   Q   So it was the night of the incident, but did he tell
10      you when the car pulled up and the bag was thrown?
11  A   I believe it said the same night, sir.
12  Q   That's the same night?
13  A   Right.
14  Q   Did he give you any idea of what time of night or day,
15      or what time of night?
16  A   I don't recall the time, if he stated it, whether it
17      was --
18  Q   With regard to the masks --
19          MR. BEAUCHESNE:  Which I should say, Your
20      Honor, that we have, and I could produce.
21  BY MR. BEAUCHESNE:
22  Q   When I say masks, they're not masks, isn't that so?
23  A   That's correct.
24  Q   They are, in fact, wool hats?
25  A   Wool hats with holes.
```

1  Q  With holes cut in them?
2  A  That's correct, sir.
3  Q  And I think you described them as a wool hat stretched
4     out and the holes were cut in, cut in?
5  A  That's correct, sir.
6  Q  They're not anything like a Halloween mask with orange
7     hair?
8  A  No, sir.
9  Q  Or a so-called Jason mask, that is to say, a white
10    hockey mask?
11 A  No, sir.
12 Q  They don't resemble that in the slightest?
13 A  No, sir, not at all.
14 Q  Would it be possible, based upon your observations,
15    for any person to confuse either of those masks with
16    a white hockey mask?
17 A  No, sir.
18 Q  A so-called cast stone face, Halloween mask?
19 A  No, sir.
20         MR. BEAUCHESNE:  All right.
21         MR. RAPPAPORT:  I have nothing further, Your
22 Honor.
23         THE COURT:  All right. What's the point of
24 all of this?  It's a nonissue as far as I can see.
25         MR. RAPPAPORT:  As a result of the testimony,

99

```
 1    Your Honor, I would agree, but if I may have a moment
 2    to talk to my client?
 3            THE COURT:  Sure.
 4            MR. BEAUCHESNE:  If I could just say, Your
 5    Honor, on the record, that when I sent that report
 6    over to Mr. Rappaport, it was with tongue in cheek, but
 7    we had had a wide open discovery policy.
 8            THE COURT:  For which you're commended.
 9            MR. BEAUCHESNE:  Thank you.
10            MR. RAPPAPORT:  And with tongue in cheek,
11    I may say that Mr. Beauchesne was surprised that he
12    didn't hear from me within five minutes after he sent
13    the report over.
14            THE COURT:  Is that it, gentlemen?
15            MR. BEAUCHESNE:  I believe so, Your Honor.
16            MR. RAPPAPORT:  It's a nonissue.
17            THE COURT:  Let's take the lunch break.  Ten
18    minutes to two.
19                         * * * *
20                       LUNCHEON RECESS
21                         * * * *
22
23
24
25
```