# EXHIBIT 2

```
 1              MR. RAPPAPORT: Officer Smith, please.

 2

 3              TONY SMITH, a witness for the defense, was
 4     sworn and testified as follows:

 5

 6   DIRECT EXAMINATION
 7   By Mr. Rappaport:
 8   Q    Would you state your name for the record, sir?
 9   A    Patrolman Tony Smith.
10   Q    And Patrolman Smith, directing your attention to
11        August 19, 1988, were you employed that evening?
12   A    Yes, sir, I was.
13   Q    At a certain point during the course of that evening,
14        did you respond to the scene of a homicide?
15   A    Yes, I did.
16   Q    And do you recall which homicide that was?
17   A    The homicide of Tiffany Moore.
18   Q    Now, sir, did you perform any functions at the scene
19        of the homicide?
20   A    No.  We basically just drove by the scene.
21   Q    Okay.  And when you say, we, were you with your
22        partner, Mr. DeLuca, at that time?
23   A    That's affirmative.
24   Q    And at a certain point while you were in your vehicle,
25        did you receive a radio dispatch about a particular
```

```
 1        vehicle?
 2    A   Yes, we did.
 3    Q   And do you recall what vehicle you received that
 4        dispatch about?
 5    A   A white Samurai Suzuki.
 6    Q   And at a certain point did you and your partner stop
 7        a white Samurai Suzuki?
 8    A   Yes, we did.
 9    Q   And when you stopped that vehicle, were you able
10        to get the identifications of the people in that
11        vehicle?
12    A   The passenger of that vehicle, I was able to identify.
13    Q   Okay.  And who was the passenger of that vehicle?
14    A   One Theron "Apple" Davis.
15            MR. RAPPAPORT:  Thank you, sir.  I have no
16        further questions.
17            MR. BEAUCHESNE:  No questions, Your Honor.
18            THE COURT:  Thank you.
19            MR. RAPPAPORT:  Judge, I'm sorry to have to
20        do this, but we have to approach one more time.
21   BENCH CONFERENCE OFF THE RECORD
22            MR. RAPPAPORT:  Mr. Simms.
23
24
25
```

1  Q   Any other evidence of any note that was found at the
2      scene as far as you know?
3  A   Not to my knowledge, sir.
4           MR. RAPPAPORT: I have no further questions
5      of this witness.
6           THE COURT: Do you have any questions,
7      Mr. Beauchesne?
8           MR. BEAUCHESNE: No, Your Honor.
9           THE COURT: You may be excused.
10
11          MIKE DELUCA, a witness for the defense, was
12     sworn and testified as follows:
13
14 DIRECT EXAMINATION
15 By Mr. Rappaport:
16 Q   State your name for the record, please.
17 A   My name is Mike DeLuca.
18 Q   And Mr. DeLuca, directing your attention to the evening
19     of August 19, 1988, were you employed as a Boston
20     Police officer?
21 A   Yes, sir, I was.
22 Q   And were you working with a partner that night?
23 A   Yes, I was.
24 Q   And who was that partner, sir?
25 A   His name was Tony --

1  Q  Smith?
2  A  Tony Smith, that's it, sir.
3  Q  And again directing your attention to that night,
4     sometime around 9:30, did you proceed to a particular
5     crime scene?
6  A  No, sir.
7  Q  Sometime during that night did you receive a broadcast
8     with regard to a particular automobile?
9  A  Yes, sir, we did.
10 Q  And as a result of receiving that broadcast, did you
11    stop a certain automobile?
12 A  Yes, sir.
13 Q  And would you describe the automobile that you stopped
14    that night?
15 A  It was a white Suzuki, sir.
16 Q  How many occupants in that white Suzuki?
17 A  Two occupants.
18 Q  And did you, after stopping the automobile, did you
19    get the identification of the people that were in that
20    vehicle?
21 A  Yes, sir, I believe we did.
22 Q  And do you recall what the identification -- who those
23    people were?
24 A  No, I don't recall who they were, sir.
25 Q  Sir, if I were to show you a report prepared by your

1  partner that evening, might that refresh your
2  recollection as to the identity of the individuals?
3  A    It may, it may not.
4         MR. RAPPAPORT: May I show the document, Your
5  Honor?
6         THE COURT: Just read the document to yourself,
7  sir.
8  BY MR. RAPPAPORT:
9  Q    Does that refresh your recollection?
10 A    On the type of vehicle it does, sir.
11 Q    Okay.
12 A    On the occupants, I'm still not quite sure who they
13      were.
14 Q    It's fair to say, sir, that you did, at least at that
15      time, check the identification of the people in that
16      vehicle?
17 A    Yes, sir.
18 Q    Now, sir, I want to direct your attention to
19      August 21 of 1988, two days later. Did you assist in
20      an investigation with regard to certain potential
21      evidence with an Officer Mirner, do you recall?
22 A    If you could go into more detail, I don't really
23      recall what you're talking about.
24 Q    Okay. During the evening or sometime during the day or
25      evening of August 21 of 1988, did you conduct a search

```
 1        for certain masks in an area?
 2   A    Yes, sir.
 3   Q    And do you recall where that was that that search
 4        for the masks occurred?
 5   A    It was over in the South End, sir, near the Herald.
 6        I don't recall the exact location.
 7   Q    But it was in the South End of Boston?
 8   A    I believe it was, yes.
 9             THE COURT:  When you say the Herald, what does
10        that mean?
11             THE WITNESS:  The Herald newspaper.
12             THE COURT:  Where is that in the city?
13             THE WITNESS:  In the South End.
14             THE COURT:  Can you be more specific in the
15        South End, where that is?  Is it on Tremont Street?
16             THE WITNESS:  It's on Herald Street, I believe.
17             THE COURT:  Herald Street?
18             THE WITNESS:  The Herald building on Herald
19        Street.
20   BY MR. RAPPAPORT:
21   Q    But this was in the South End of Boston?
22   A    Yes, sir.
23   Q    And do you recall whether or not certain masks were
24        found that night?
25   A    I'm really not sure if they were or not.  I don't believe
```

```
 1   there were any masks found.  We searched the buildings
 2   and the roofs, etcetra.
 3              MR. RAPPAPORT:  No further questions.
 4              MR. BEAUCHESNE:  No questions.
 5              THE COURT:  Thank you.
 6              THE WITNESS:  Thank you.
 7              MR. RAPPAPORT: Your Honor, may we approach
 8   side bar?
 9   BENCH CONFERENCE
10              MR. RAPPAPORT:  I note that Mr. Laymon is
11   in the courtroom right now, and unless Mr. Smith gets
12   here -- I'm not running out of witnesses.  I can call
13   Detective Walsh, and he will be a witness.
14              THE COURT:  He will be quite a while?
15   Off the record.
16              (Discussion off the record at the bench.)
17   END OF BENCH CONFERENCE
18              THE COURT:  I have to interview another
19   witness outside of your presence and listen to that
20   person, and we will have to excuse you.  I can't say
21   any more than that.  I think literally about fifteen
22   minutes.
23              Thank you.  Would you take the jury out.
24   JURY OUT
25              THE COURT:  For the record, this is John
```