UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHAWN DRUMGOLD<br>   Plaintiff, | )<br>)<br>) |  |
| v. | )<br>) | C.A. NO.: 04-11193NG |
| TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY,<br>RICHARD WALSH, and<br>THE CITY OF BOSTON,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |  |

  The parties jointly submit the following Voir Dire questions to be submitted to the venire prior to empanelment.  The parties have indicated the questions on which they agree. The parties have also indicated their proposed questions that have not been agreed to by the other side.

**PROPOSED JOINT VOIR DIRE**

TO THE PROSPECTIVE JUROR:

  This questionnaire is being used to assist in jury selection in the case of <u>Shawn Drumgold v. Timothy Callahan, Francis M. Roache, (Richard Walsh and the City of Boston)</u>.  Please answer all questions below completely and accurately.  Your answers will be used only for the purpose of selecting a jury in this case.  There are no right or wrong answers to these questions.  If you have any difficulty answering any of these questions, do not hesitate to consult the Court before answering that particular question.  Please keep in mind that you are answering these questions under oath, and must be truthful.

  Please do not write on the back of any page.  If there is insufficient space after a question for you to provide a complete answer, you may continue your answer at the bottom of the page.

  Please do not discuss anything about this case with anyone, and do not read, listen to, or watch anything relating to this case. **Do not engage in your own search for information about this case, including use of the Internet or other search engines to discover information apart from that entered into evidence at the trial of this action.** Until you are excused as a potential juror, or until the trial is over if you are selected as a juror, you are not to discuss this case, or allow yourself to be exposed to any discussion of this case whatsoever.

1.  Name _____   Juror Number: _____

2.  Age: _____   State and City of Birth (or City and Country if born outside the U.S.): _____
    _____

3.  Address: _____
    No. of years at current residence: _____
    List the first names and age of members of your household and their relationship to you:
    _____
    _____
    _____
    _____

4.  Trial of this case may last as long as 6 weeks. Do you have any obligations or commitments that would interfere with your service as a juror in this case?
        Yes _____    No _____

5.  Do you have any physical or medical problems that would make juror service difficult for you?

        If yes, please explain: _____
    _____
    _____
    _____

6.  Do you have a hearing or vision impairment that may affect your ability to listen to the testimony of witnesses or see the exhibits in this case?

        Yes _____    No _____

7.  Do you have any difficulty understanding English that may affect your ability to understand the testimony of witnesses?  Yes _____ No _____

8.  How long have you lived in Massachusetts? _____

9.  a.  Please state the highest grade completed or degree achieved and the names of the schools that you have attended:
    _____
    _____
    _____
    _____

    b.  Are you presently a student?  Yes _____    No _____

        If yes, describe the course of study and anticipated date of completion:
        _____
        _____

10. What is your occupation: _____

   Name of your employer: _____
   Address of employer: _____
   Length of employment: _____
   Present job description: _____

11. If you are not currently employed outside the home, please check the category below that best describes your employment status:
   _____ Stay at home parent
   _____ Retired
   _____ Currently unemployed
   _____ Student
   _____ Other (Please explain): _____

12. If you are retired or unemployed (voluntarily or involuntarily), please answer the following questions:

   What was your occupation? _____
   Name of your primary employer? _____
   Address of employer? _____
   Length of employment: _____

13. Are you:  Married _____  Single _____

   Living with significant other _____
   Separated _____
   Divorced _____
   Widowed _____

14. Spouse or significant other's
   First name _____
   Occupation _____

15. Do you have children?  Yes _____    No _____

   If you have children, please list the sex and age of each child. If the child is over 18 years of age, please also list his/her current occupation:

   Male/Female              Age                     Occupation

   _____
   _____
   _____
   _____
   _____

3

16. Do you regularly watch any television programs involving lawyers and police?
Yes _____       No _____

If yes, please identify which programs: _____
_____
_____

17. Do you read books or listen to books on tape?
Yes _____       No _____

What authors and types of books do you tend to read or listen to?
_____
_____
_____

18. What was the last book you read/listened to?
_____
_____

19. What is your primary source of news  (for example, newspapers, internet, tv, radio)?
_____
_____

20. What newspapers and magazines, if any, do you read regularly?
_____
_____

21. Have you (or your spouse or significant other) ever served in the military?  If so, when and in what branch?  Yes _____ No _____
_____
_____
_____

22. Have you had prior jury service?  Yes _____       No _____

If your answer is yes, please answer the following:

a. Which type of jury service was it?
Criminal _____       Civil _____       Both _____

b. What court/
Federal _____       State _____       Both _____

c. Without disclosing the result, did the jury reach a verdict in the case in which you served as a juror?  Yes _____       No _____

d. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

      Yes _____ No _____
      If yes, please explain:_____

_____
_____
_____

23.     Have you ever filed a lawsuit or been named in a lawsuit as a defendant?
      Yes _____  No _____
      If yes, please describe the nature of the lawsuit(s), your role in the lawsuit(s), and the result:

_____
_____
_____

24.     Have you, any family member or close friend or associate worked for the U.S. Attorney's Office, a state prosecutor's office, a criminal defense attorney, public defender, prison, jail or detention center?
      Yes _____  No _____

      If your answer is yes, for each such person, please list in what office that person worked, and what your relationship is with that person.
      Office worked in                    Relationship

_____
_____
_____
_____

25.     Please read the following list of law enforcement agencies:

              Boston Police Department
              Any other police department
              County Jail Authorities
              Department of Corrections
              District Attorney
              Police Commission
              Probation or Probation Agency
              Security/Detective Service
              State Police
              State Prison Authorities
              Federal Bureau of Investigation (FBI)
              Military Police
              Drug Enforcement Agency
              Federal Prison Authorities
              United States Marshal
              United States Attorney
              Immigration and Naturalization Service
              Other Federal Law Enforcement Agencies
              CIA

      Have you, or has someone you know, ever been employed by any of the law

enforcement agencies listed above, or by any other law enforcement organization (as employee or volunteer)?

_____Yes          _____No

If yes, please list:

Relationship
To you (friend,
Son, etc.)                    Position                    Employer
_____
_____
_____

## **Plaintiff's Unagreed Voir Dire Questions:**

26. Have you, a family member, or close friend ever participated in any group concerned with crime prevention or victims' rights?
        Yes_____        No_____

    (a)    If yes, please identify that person's relation to you:
        _____
        _____

    (b)    If yes, what group was it? Describe its purpose and your participation in it:
        _____
        _____

27. To your knowledge, is there a crime watch group in your neighborhood?
        _____Yes        _____No

28. Would you be more willing to believe the testimony of a police officer than another witness who is not a police officer?
        _____Yes        _____No

29. Some people feel that the job police officers perform is so difficult and important that it is wrong to second-guess them by suing them for wrongdoing which occurs in the course of their job performance. Would you agree that it is wrong to sue police officers?
        _____Agree        _____Disagree

30. Do you believe that a wrongfully convicted person should have to prove his innocence before you could hold the police responsible for violating his civil rights?
        _____Yes        _____No

31. For the following statement, please indicate how much you agree or disagree:

    (a)    Regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence?
        _____Agree strongly
        _____Agree somewhat
        _____Disagree somewhat
        _____Disagree strongly
        _____Other:_____

32. People who have been wrongfully convicted sometimes bring lawsuits against the police department. Do you favor or oppose this type of lawsuit?
        _____Favor        _____Oppose

33. Have you ever served on a grand jury?
        _____Yes        _____No

       If yes, when:_____  
       Where:_____  
       Kind of jury:_____

34.     What is your current voter registration?

        _____Not registered to vote  
        _____Democrat  
        _____Republican  
        _____Independent  
        _____American Independent  
        _____No party selected  
        _____Other_____

35.     Is there any particular reason that you would like to be a juror on this case, or would not like to be a juror on this case?

_____  
_____  
_____  
_____  
_____

**Defendant's Unagreed Voir Dire Questions:**

36. Have you ever pleaded guilty to or been convicted of a crime, other than a simple traffic violation?     Yes _____ No _____
   If yes, what was the crime? _____
   Was it a felony or misdemeanor? _____
   What punishment did you receive (including probation)? _____
   _____
   _____
   _____

37. Are there any criminal charges now pending against you?
   Yes _____     No _____
   If yes, please explain: _____
   _____
   _____
   _____
   _____

38. Have you, a close friend or a family member ever been charged with a crime?
          Yes _____ No _____
   If yes, for each person, state that person's relationship to you, the type of crime, and the date of the charges:
   _____
   _____
   _____
   _____

   Is the case over? Yes _____     No _____
   What was the outcome? _____
   If you answered yes, did you feel the person involved was treated fairly?
   Yes _____     No _____
   If your answer is No, why not? _____
   _____
   _____

39. Have you, a family member, close friend or associate ever been the victim of a crime?  Yes _____     No _____
   If yes, please describe each such incident, giving the date, who was involved (you, relative or friend), and what kind of crime was involved:
   _____
   _____
   _____
   _____

40. In general, what opinion, if any, do you hold of police officers? _____
   _____
   _____
   _____

9

41. Have you ever had a personal encounter with a police officer?
Yes _____  No _____  If yes, please describe your experience: _____
_____
_____
_____
_____
_____
_____

42. This case ultimately stems from the 1988 shooting death of Darlene Tiffany Moore (hereafter: the "Tiffany Moore Case"), in the Roxbury neighborhood in Boston. She was 12-years old at the time of her death. Plaintiff, Shawn Drumgold, was arrested, prosecuted and convicted of the crime. Do you have any knowledge about this event from any source whatsoever?
Yes _____  No _____
If yes, please describe what you know and how you learned all of your acquired knowledge: _____
_____
_____
_____
_____
_____

43. Has anyone ever talked to you about the facts of the Tiffany Moore case?
Yes _____  No _____  If yes, please identify who talked to you and explain: _____
_____
_____
_____

44. Have you formed any opinions at all about the facts in the Tiffany Moore case?
Yes _____  No _____  If yes, please identify which facts and explain: _____
_____
_____
_____
_____

45. Have you formed any opinions about any of the parties involved in the Tiffany Moore case? Yes _____  No _____  If yes, please briefly describe your opinions: _____
_____
_____
_____
_____

46.  Have your civil rights ever been violated or have you ever felt that your civil rights were violated?  Yes _____ No _____
 If yes, please explain: _____
_____
_____
_____
_____
_____


47.  Do you personally know anyone whose civil rights were violated?
 Yes _____ No _____ If yes, please explain: _____
_____
_____
_____
_____
_____


48.  Do you have any opinion regarding allegations of civil rights violations made against police officers?  Yes _____ No _____
 If yes, please explain: _____
_____
_____
_____
_____



_____
Juror Signature

11