UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,  )<br>    Plaintiff )<br>)<br>v. )<br>)<br>TIMOTHY CALLAHAN, ET AL. )<br>    Defendant(s) )<br>) | C.A. NO. 04-11193NG |

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION**

<u>30.  Evidence of actual innocence or actual guilt</u>

It is also important that I instruct you as to what this trial is not about.  I have ruled that this is not a trial on the issue of whether Mr. Drumgold was innocent or guilty of the murder of Tiffany Moore.  As I have explained to you, the issues in the first part of this case are whether Timothy Callahan and Richard Walsh violated Shawn Drumgold's civil rights and whether that violation proximately caused Shawn Drumgold to be wrongfully convicted. I have ruled that Shawn Drumgold is neither required nor permitted to prove that he is innocent of the crime. Likewise Timothy Callahan and Richard Walsh are neither required nor permitted to prove that Shawn Drumgold is guilty of the crime.  This case is about whether or not the Defendants violated Mr. Drumgold's civil rights and whether that violation proximately caused damage to Mr. Drumgold.

                                                                          Respectfully submitted,

                                                                          By His Attorneys,

                                                                         <u> /s/ Michael Reilly</u>

                                                                          Michael W. Reilly, Esq.
                                                                          Tommasino & Tommasino
                                                                          Two Center Plaza
                                                                          Boston, MA   02108
                                                                          617 723 1720
                                                                          BBO 415900

<u>/s/ Rosemary Curran Scapicchio</u>

Rosemary Curran Scapicchio, Esq.
Four Longfellow Place
Boston MA 02114
617 263 7400
BBO 558312