UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, RICHARD WALSH and<br>THE CITY OF BOSTON,<br>    Defendants | 04-CV-11193-NG |

## DEFENDANTS' FRANCIS M. ROACHE AND THE CITY OF BOSTON SUPPLEMENTAL LIST OF TRIAL WITNESSES

Defendants Francis M. Roache and the City of Boston hereby submit the following supplemental list in addition to witnesses named by Plaintiff and Co-Defendants of trial witnesses in advance of the trial of the above-captioned matter:

1. Robert Ahearn (Ret.)
   Weymouth, Massachusetts
   (Factual)

2. Edward Callahan
   Boston Police Department – Personnel
   (Factual)

3. Francis Callan
   Boston Police Department
   (Factual)

4. William Celester (Ret.)
   Dorchester, Massachusetts
   (Factual)

5. James M. Claiborne
   Boston Police Department
   (Factual)

6. Capt. Daniel Coleman
   Boston Police Department
   (Factual)

7. Patrick Cullity
   Boston Police Department
   (Factual)

8. Commissioner Edward Davis
   Boston Police Department
   (Factual)

9. Robin DeMarco
   Boston Police Department
   (Factual)

10. Ann Marie Doherty
    Chatham, Massachusetts
    (Factual)

11. Deputy Superintendent Marie Donohue
    Boston Police Department
    (Factual)

12. Superintendent-In-Chief Robert Dunford
    Boston Police Department
    (Factual)

13. William Dunn
    Boston Police Department
    (Factual)

14. Sgt. Gary Eblan
    Boston Police Department
    (Factual)

15. Commissioner Paul Evans (Ret.)
    South Boston, Massachusetts
    (Factual)

16. Newman Flanagan
    Pocasset, Massachusetts
    (Factual)

17. George Foley
    Boston Police Department
    (Factual)

18. Superintendent Kenneth Fong
    Boston Police Department
    (Factual)

19. Robert Francis
    Boston Police Department
    (Factual)

20. Lorraine Henshaw
    Boston Police Department
    (Factual)

21. Trent Holland
    Boston Police Department
    (Factual)

22. Stephen B. Hrones, Esquire
    Boston, Massachusetts
    (Factual)

23. William Hussey
    Boston Police Department
    (Factual)

24. James Jordan (Ret.)
    Boston Police Department
    (Factual)

25. Daniel Keeler
    Boston Police Department
    (Factual)

26. Keeper of Records
    Boston Police Department – Archives
    (Factual)

27. Honorable Paul Leary
    Massachusetts Trial Court
    (Factual)

28. Jennifer W. Maconochie
    Boston Police Department
    (Factual)

29. William McCarthy
    Boston Police Department
    (Factual)

30. Thomas Miller (Ret.)
    Canton, Massachusetts
    (Factual)

31. Capt. Timothy Murray
    Boston Police Department
    (Factual)

32. Peter O'Malley (Ret.)
    Charlestown, Massachusetts
    (Factual)

33. Terrence O'Neil
    Boston Police Department
    (Factual)

34. Commissioner Kathleen O'Toole (Ret.)
    South Boston, Massachusetts
    (Factual)

35. Lalita Pulavarti
    Boston Police Department
    (Factual)

36. Pervis Ryan
    Boston Police Department
    (Factual)

37. Herbert Spellman (Ret.)
    Kingston, Massachusetts
    (Factual)

38. Michael D. Stratton
    Boston Police Department
    (Factual)

      39.      Justina (Mitchell) Ward
                 Boston Police Department
                 (Factual)

The below is a list of names of persons who are mentioned in police investigative reports who may or may not testify as fact witnesses at this trial:

A.     <u>Current and Former Personnel of the Boston Police Department</u>

      1.      Melbert J. Ahearn

      2.      Kevin G. Averill

      3.      Joseph C. Carter

      4.      Michael Conley

      5.      Robert Cunningham

      6.      Donald J. Devine

      7.      Daniel J. Dovidio

      8.      Thomas A. Dowd

      9.      Paul J. Farrahar

      10.    Robert Foilb

      11.    Gregory D. Gallagher

      12.    Michael L. Galvin

      13.    Darrin P. Greeley

      14.    James Hasson

      15.    James M. Hussey

      16.    Bobbie J. Johnson

      17.    John R. Kelly

      18.    John E. Kervin

19. Thomas F. Lee

20. Donald L. Levine

21. John H. McCarthy

22. Rosemary McLaughlin

23. Robert Orr

24. Bridgett Robinson

25. Roger E. Spring

26. Albert Terestre

27. James Wood

28. Joseph Zinck

B. <u>Non-members of the Boston Police Department Named</u>

1. Attorney Ralph. J. Cinquegrana

                                       Respectfully submitted,
                                       By Defendants City of Boston and
                                       Francis M. Roache
                                       Through their attorneys,

                                       _/s/ John P. Roache_____
                                       John P. Roache (BBO# 421680)
                                       Patrick J. Donnelly (BBO# 651113)
                                       Roache & Associates, P.C.
                                       66 Long Wharf
                                       Boston, Massachusetts 02110
Date: February 29, 2008                   Tel.: (617) 367-0330

CERTIFICATE OF SERVICE

    I, John P. Roache, hereby certify that on February 29, 2008, I served a copy of the above upon counsel of record by filing with the ECF/Pacer Case Management System.

                                       /s/ John P. Roache_____
                                       John P. Roache