UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, RICHARD WALSH and<br>THE CITY OF BOSTON,<br>    Defendants | 04-CV-11193-NG |

## JOINT LIST OF TRIAL WITNESSES

The parties in the above-captioned matter hereby submit the following joint list of witnesses whom may be called at trial:

Lola Alexander
Boston

True See Allah
Current address unknown

Antonio Anthony
Brookline

Josh Banville
Somerville

Maurice Banville
Somerville

Phillip Beauchesne
Current address unknown

Stanley Bogdan
BPD

Tyrone Brewer
Current address unknown

Hon. Phyllis Broker
Boston

Gregory Brown
BPD

Timothy Callahan
BPD

Hon. John Canavan
Plymouth

David Carter
BPD

Treas Carter
Department of Corrections

William Celester
Current address unknown

Christopher Chaney
Current address unknown

Shamia Clemons
Current address unknown

Daniel Conley
Boston

Paul Connolly
Boston

Christopher Cousins
Current address unknown

Tanoi Curry
Current address unknown

Richard Dahill
Boston

John Daley
BPD

Theron Davis
Bureau of Prisons

Wayne Davis
Current address unknown

Corrine Delahunt
Current address unknown

Mark DeLuca
Duxbury

Vincent DiFazio
BPD

Robert Downes
BFD

Juanda Drumgold
Boston

Karen Drumgold
Boston

Rochelle Drumgold
Fall River

Shawn Drumgold
Boston

Joseph Dunford
BPD

Paul Durand
Current address unknown

Larry Ellison
BPD

Ricky Evans
Cambridge

Lawrence Fallon
Current address unknown

William Fogerty
BPD

Jose Garcia
BPD

Andrew Garvey
BPD

Thomas Gaughan
BPD

Robert George
Boston

Diane Gill
BPD

Thomas Gomperts
Current address unknown

Travis Goss
Current address unknown

Olisa Graham
Boston

Jay Groob
Brookline

Paul Hadley
Waterville NY

Diane Hall
Dorchester

Madalyne Hamilton
NYC, NY

Honorable Leslie Harris
Boston

Robert Hayden
BPD

Romero Holliday
Dorchester

Lisa Holmes
BPD

Charles Horsely
Boston

Gemini Hullum
Boston

Troy Jenkins
Current address unknown

Donnell Johnson
Boston

Eric Johnson
Dorchester

Wendell Josey
BPD

Paul Joyce
BPD

Scott Keller
Methuen

Stanton Kessler, MD
BPD

Matthew King
West Roxbury

Daniel Linsky
BPD

Kevin Lucas
Current address unknown

Dr. Michael Lyman
Columbia, MO

Honorable Gordon Martin
Newton

Ralph Martin
BPD

Paul McDonough
BPD

Robert McGarry
BPD

Rosemary McLaughlin
Current address unknown

Edward McNelley
BPD

Vantrell McPherson
Current address unknown

David Meier
Belmont

Shawn Mells
Current address unknown

Robert Merner
BPD

Neal Miller
Boston

Alice Moore
Roxbury (Deceased)

Paul Murphy
BPD (Deceased)

Phyllis & Timothy O'Callaghan
Dorchester

Francis O'Meara
Norwell

Gerard O'Rourke
Weymouth

Marlon Passley
Boston

Edrina Payne
Roslindale

Tracie Peaks
Boston

Betty Peaks
Boston

Steve Rappaport
Lowell

Mervin Reese
Current address unknown

Francis Roache
BPD

David Roberto
Current address unknown

Rana Roisten
Boston

Rodney Sadberry
Current address unknown

Joseph Saia
BPD

Laura Scherz
Arizona

Willie Simms
Current address unknown

Tony Smith
Current address unknown

Joan Stanley
Boston

Terrence Taylor
Bureau of Prisons

Miller Thomas
BPD

Ellis Thornton
BPD

Angel Toro
Boston

John Towle
Suffolk County

Frederick Waggett
BPD

Cherry Walker
Current address unknown

Leslie Walker
Boston

Richard Walsh
BPD

Gatewood West
Cambridge

Donald Wilson
BPD

Edward Callahan
Boston Police Department – Personnel
(Factual)

Francis Callan
Boston Police Department
(Factual)

William Celester (Ret.)
Dorchester, Massachusetts
(Factual)

James M. Claiborne
Boston Police Department
(Factual)

Capt. Daniel Coleman
Boston Police Department
(Factual)

Patrick Cullity
Boston Police Department
(Factual)

Commissioner Edward Davis
Boston Police Department
(Factual)

Robin DeMarco
Boston Police Department
(Factual)

Ann Marie Doherty
Chatham, Massachusetts
(Factual)

Deputy Superintendent Marie Donohue
Boston Police Department
(Factual)

Superintendent-In-Chief Robert Dunford
Boston Police Department
(Factual)

William Dunn
Boston Police Department
(Factual)

Sgt. Gary Eblan
Boston Police Department
(Factual)

Commissioner Paul Evans (Ret.)
South Boston, Massachusetts
(Factual)

Newman Flanagan
Pocasset, Massachusetts
(Factual)

George Foley
Boston Police Department
(Factual)

Superintendent Kenneth Fong
Boston Police Department
(Factual)

Robert Francis
Boston Police Department
(Factual)

Lorraine Henshaw
Boston Police Department
(Factual)

Trent Holland
Boston Police Department
(Factual)

Stephen B. Hrones, Esquire
Boston, Massachusetts
(Factual)

William Hussey
Boston Police Department
(Factual)

James Jordan (Ret.)
Boston Police Department
(Factual)

Daniel Keeler
Boston Police Department
(Factual)

Keeper of Records
Boston Police Department – Archives
(Factual)

Honorable Paul Leary
Massachusetts Trial Court
(Factual)

Jennifer W. Maconochie
Boston Police Department
(Factual)

William McCarthy
Boston Police Department
(Factual)

Thomas Miller (Ret.)
Canton, Massachusetts
(Factual)

Capt. Timothy Murray
Boston Police Department
(Factual)

Peter O'Malley (Ret.)
Charlestown, Massachusetts
(Factual)

Terrence O'Neil
Boston Police Department
(Factual)

Commissioner Kathleen O'Toole (Ret.)
South Boston, Massachusetts
(Factual)

Lalita Pulavarti
Boston Police Department
(Factual)

Pervis Ryan
Boston Police Department
(Factual)

Herbert Spellman (Ret.)
Kingston, Massachusetts
(Factual)

Michael D. Stratton
Boston Police Department
(Factual)

Justina (Mitchell) Ward
Boston Police Department
(Factual)

Melbert J. Ahearn
Boston Police Department

Kevin G. Averill
Boston Police Department

Joseph C. Carter
Boston Police Department

Michael Conley
Boston Police Department

Robert Cunningham
Boston Police Department

Donald J. Devine
Boston Police Department

Daniel J. Dovidio
Boston Police Department

Thomas A. Dowd
Boston Police Department

Paul J. Farrahar
Boston Police Department

Robert Foilb
Boston Police Department

Gregory D. Gallagher
Boston Police Department

Michael L. Galvin
Boston Police Department

Darrin P. Greeley
Boston Police Department

James Hasson
Boston Police Department

James M. Hussey
Norwell

Bobbie J. Johnson
Boston Police Department

John R. Kelly
Boston Police Department

John E. Kervin
Boston Police Department

Thomas F. Lee
Boston Police Department

Donald L. Levine
Boston Police Department

John H. McCarthy
Boston Police Department

Robert Orr
Boston Police Department

Bridgett Robinson
Boston Police Department

Roger E. Spring
Boston Police Department

Albert Terestre
Boston Police Department

James Wood
Boston Police Department

Joseph Zinck
Boston Police Department

Attorney R.J. Cinquegrana
Boston

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By the Plaintiff, | By Defendants City of Boston and |
| Shawn Drumgold, | Francis M. Roache |
| Through his attorney | Through their attorneys, |
| | |
| /s/ Michael W. Reilly_____ | /s/ John P. Roache_____ |
| Michael W. Reilly, Esquire | John P. Roache (BBO# 421680) |
| Tommasino & Tommasino | Patrick J. Donnelly (BBO# 651113) |
| 2 Center Plaza | Hogan, Roache & Malone |
| Boston, Massachusetts 02108 | 66 Long Wharf |
| Tel.: (617) 723-1720 | Boston, Massachusetts 02110 |
| | Tel.: (617) 367-0330 |

Respectfully submitted,
By the Plaintiff,
Shawn Drumgold,
Through his attorney,


 /s/ Rosemary Curran Scapicchio_____
Rosemary Curran Scapicchio, Esquire
Four Longfellow Place
Suire 3703
Boston, Massachusetts 02114
Tel.: (617) 263-7400
BBO# 558312

| | |
|---|---|
| Respectfully submitted,<br>By the Defendant Timothy Callahan<br>Through his attorney, | Respectfully submitted,<br>By Defendant Richard Walsh<br>Through his attorney, |
| _/s/ Mary Jo Harris_____<br>Mary Jo Harris, Esquire<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>Tel.: (617) 523-6666<br>BBO# 561484 | _/s/ Hugh R. Curran_____<br>Hugh R. Curran, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1 Liberty Square, 6th Floor<br>Boston, Massachusetts 02109<br>Tel.: (617) 426-3900<br>BBO# 402057 |

Date:   March 1, 2008