UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br><br>    Plaintiff<br><br>    v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY, RICHARD WALSH,<br>and THE CITY OF BOSTON,<br><br>    Defendant | C.A. NO.: 04-11193NG |

MOTION FOR ORDER COMPELLING DISCLOSURE OF
CRIMINAL OFFENDER RECORD INFORMATION

Pursuant to the Order of the Court, the Defendants hereby move for an Order compelling the disclosure of Plaintiff trial witnesses Lola Alexander, Ricky Evans, Olisa Graham, Betty Peaks, and Tracy Peaks.  As grounds therefore, Defendants submit that the foregoing individuals appear on the Plaintiff's list of trial witnesses, and Defendants respectfully request that the CORI order be allowed so as to provide adequate opportunity to access certified copies of conviction, if any, of the aforementioned witnesses.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By the Defendant Timothy Callahan | By Defendant Richard Walsh |
| Through his attorney, | Through his attorney, |
| | |
| /s/ Mary Jo Harris | /s/ Hugh R. Curran |
| Mary Jo Harris | Hugh R. Curran |
| Morgan, Brown & Joy, LLP | Bletzer & Bletzer |
| 200 State Street | 300 Market Street |
| Boston, Massachusetts 02109 | Brighton, Massachusetts 02135 |
| Tel.: (617) 523-6666 | Tel.: (617) 254-8900 |
| BBO# 561484 | BBO# 402057 |

Date:   March 2, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br><br>      Plaintiff<br><br>  v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY, RICHARD WALSH,<br>and THE CITY OF BOSTON,<br><br>      Defendant | C.A. NO.: 04-11193NG |

## **ORDER FOR CRIMINAL AND PROBATION RECORDS**

Upon leave of Court, access is granted to counsel for the Defendants, Mary Jo Harris, Morgan, Brown & Joy, LLP, 200 State Street Boston, MA 02109 (for Defendant Callahan); Hugh R. Curran, Bletzer & Bletzer, 300 Market Street, Brighton, MA 02135 (for Defendant Walsh); John Roache, Roache & Malone, 66 Long Wharf Boston, MA 02110 (for Defendant City of Boston); and William M. White, Wm. White & Associates, One Faneuil Hall Marketplace, Boston, MA 02109 (for Defendant Callahan), to obtain certified copies of all criminal records, and all documents related thereto, of the individual identified on Exhibit A (attached).

                                                        By the Court,

                                                        _____

Dated: _____, 2008

**EXHIBIT A TO DEFENDANTS' MOTION FOR**
**DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION**

1.     Alexander, Lola
   SSN 4█████
   DOB █████
   Last known address:  4 Theodore Street, Apt. 5
                                    Dorchester, MA

2.     Evans, Ricky
   SSN: █████
   DOB: █████
   Last known address:  19 Bradlee Street
                                    Dorchester, MA

3.     Graham, Olisa
   SSN: █████
   DOB: █████
   Last known address:  644 River Street Apt 5
                                    Mattapan MA

4.     Peaks, Betty
   SSN: █████
   DOB: █████
   Last known address:  67 Woolson Street Apt 2
                                    Mattapan MA

5.     Peaks, Tracie
   SSN: █████
   DOB: █████
   Last known address:  67 Woolson Street, Apt 2
                                    Mattapan MA