UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br><br>        Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY, RICHARD WALSH,<br>and THE CITY OF BOSTON,<br><br>        Defendant | C.A. NO.: 04-11193NG |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Upon leave of Court, access is granted to counsel for the Defendants, Mary Jo Harris, Morgan, Brown & Joy, LLP, 200 State Street Boston, MA 02109 (for Defendant Callahan); Hugh R. Curran, Bletzer & Bletzer, 300 Market Street, Brighton, MA 02135 (for Defendant Walsh); John Roache, Roache & Malone, 66 Long Wharf Boston, MA 02110 (for Defendant City of Boston); and William M. White, Wm. White & Associates, One Faneuil Hall Marketplace, Boston, MA 02109 (for Defendant Callahan), to obtain certified copies of all criminal records, and all documents related thereto, of the individual identified on Exhibit A (attached).

By the Court,

_____

Dated: 3/3, 2008

**EXHIBIT A TO DEFENDANTS' MOTION FOR**
**DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION**

1.  Alexander, Lola
    SSN 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
    DOB 1/18/51
    Last known address:  4 Theodore Street, Apt. 5
                         Dorchester, MA

2.  Evans, Ricky
    SSN: 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
    DOB: 8/13/69
    Last known address:  19 Bradlee Street
                         Dorchester, MA

3.  Graham, Olisa
    SSN: 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
    DOB: 11/07/68
    Last known address:  644 River Street Apt 5
                         Mattapan MA

4.  Peaks, Betty
    SSN: 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
    DOB: 6/14/46
    Last known address:  67 Woolson Street Apt 2
                         Mattapan MA

5.  Peaks, Tracie
    SSN: 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
    DOB: 3/10/70
    Last known address:  67 Woolson Street, Apt 2
                         Mattapan MA