UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
SHAWN DRUMGOLD,                        )
       Plaintiff                       )
                                       )
v.                                     )
                                       )   04-CV-11193-NG
TIMOTHY CALLAHAN, FRANCIS              )
M. ROACHE, RICHARD WALSH and           )
THE CITY OF BOSTON,                    )
       Defendants                      )
_____)

# FIRST AMENDED JOINT TRIAL EXHIBIT LIST FOR PHASE I

## Agreed Exhibits

| Exh. No. | Date | Document | Doc. Nos. |
|---|---|---|---|
| 1-JA | 09/25/89 | Trial Transcript Page Designations. pp. 1, 3-5, 83. (TR 00001 – TR 00005) | |
| 1-JB | 09/26/89 | Trial Transcript Page Designations. pp. 1-2, 103, 117. (TR 00006 – TR 00009) | |
| 1-JC | 09/27/89 | Trial Transcript Page Designations. pp. None (TR 000010) | |
| 1-JD | 10/02/89 | Trial Transcript Page Designations. Trial Day 4. pp. 1-4, 12-27, 33-46, 55-113, 115-147, 149. (TR 000011 – TR 000137) | |
| 1-JE | 10/03/89 | Trial Transcript Page Designations. Trial Day 5. pp. 1-22, 28-69, 75-79, 81-100, 106-119, 121-183, 185-218, 221-229. (TR 000138 – TR 00345) | |
| 1-JF | 10/04/89 | Trial Transcript Page Designations. Trial Day 6. pp. 1-82, 90-92, 96-101, 125-126, 131-146, 150-171, 178-195, 213-270. (TR 000346 – TR 00552) | |
| 1-JG | 10/05/89 | Trial Transcript Page Designations. Trial Day 7. 1-6, 9-19, 21-22, 47-60, 62-112, 130-149, | |

| | | | |
|---|---|---|---|
| | | 152-163, 166-171. (TR 00553 – TR 677) | |
| 1-JH | 10/06/89 | Trial Transcript Page Designations. Trial Day 8. 1-59, 62-71, 121. (TR 00678 – TR 00748) | |
| 1-JI | 10/10/89 | Trial Transcript Page Designations. Trial Day 9. 1-3, 40-46, 49-63, 67-77, 79-83, 86-104, 108-116, 144-165, 171-183, 187-192, 210. (TR 00749 – TR 00859) | |
| 1-JJ | 10/11/89 | Trial Transcript Page Designations. Trial Day 10. 1-2, 18, 21-32, 39-49, 56-81, 86-185. (TR 00860 – TR 01011) | |
| 1-JK | 10/12/89 | Trial Transcript Page Designations. Trial Day 11. 1-20, 24-102, 107. (TR 01012 – TR 01111) | |
| 1-JL | 10/13/89 | Trial Transcript Page Designations. Trial Day 12. 1-3, 5. (TR 01112 – TR 01115) | |
| 2 | 05/31/89 | Police Report. Walsh and Callahan to Daley. Interview: Mary Alexander. | BPDHOM 0634 |
| 3 | | Roxbury District Court Docket # 8802CR12175 | |
| 4 | | Roxbury District Court Docket # 8802CR10603 | |
| 5 | | Roxbury District Court Docket # 8802CR2429 | |
| 6 | 08/29/88 | Cassette Tape. Interview of Shawn Drumgold | |
| 7 | 08/29/88 | Transcript of interview: Shawn Drumgold. | BPDHOM 0470-490 |
| 8 | 08/19/88 | Photographs – Crime Scene | |
| 9 | 08/26/88 | Police Report. Murphy. Interview: Tracie Peaks and Mary Alexander. | BPDHOM 1159 |
| 10 | 08/06/89 | Cassette Tape. Interview of Rickey Evans. | |

**Challenged or Contested Exhibits**

2

**\*\*\* Note:  The only exhibit where authenticity is at issue is Exhibit MMMMM, the notes of Laura Scherz.  It is not contested that these documents were produced by the District Attorney's Office.**

| | | | |
|---|---|---|---|
| A | 08/29/87 | Boston Police Department Arrest Booking Sheet. "William Bowie" [Rickey Evans] | SCDA 0300 |
| B | 01/23/88 | Boston Police Department Arrest Booking Sheet. "William Bowie" [Rickey Evans] | SCDA 0299 |
| C | 08/19/88 | Boston Police Homicide Information Sheet. Darlene Tiffany Moore. | SCDA 1417 |
| D | 08/19/88 | Boston Police Incident Report. Darlene Tiffany Moore. | SCDA 1421-1422 |
| E | 08/19/88 | Report. Boston Crime Laboratory. Darlene Tiffany Moore. | SCDA 1392-1395 |
| F | 08/19/88 | Boston Police Crime Laboratory. Supplementary Report. | SCDA 3252 |
| G | 08/19/88 | Cassette Tape.  Turret Calls BPD Emergency | |
| H | 08/19/88 | Transcript. Turret Calls. BPD Emergency. | BPDHOM 1360-1364 |
| I | 08/19/89 | Police Report.  McDonough and Callahan to McNelley.  Re:  Tynetta Gray and Alice Moore. | BPDHOM 1552 |
| J | 08/19/88 | Report of Death.  Darlene Tiffany Moore. | SCDA 1386 |
| K | 08/19/88 | Death Certificate.  Darlene Tiffany Moore. | SCDA 3367 |
| L | 08/19/88 | Suffolk County D.A. Homicide Division Preliminary Field Report.  Matthew King. | SCDA 1420 |
| M | 08/20/88 | Police Report.  Fogerty.  Interview: Theron Davis. | SCDA 5185 |
| N | 08/20/88 | Field Interrogation Reports. McCallum. Theron Davis and London Williams. | SCDA 3305 |
| O | 08/20/88 | Cassette Tape.  Interview of Terrance Taylor | |
| P | 08/20/88 | Transcript of interview: Terrance Taylor. | BPDHOM 1226-1236 |
| Q | 08/20/88 | Cassette Tape.  Interview of Travis Johnson | |

| | | | |
|---|---|---|---|
| R | 08/20/88 | Transcript of interview: Travis Johnson. | BPDHOM 0996-1004 |
| S | 08/20/88 | Cassette Tape. Interview of Tyrone Brewer | |
| T | 08/20/88 | Transcript of interview: Tyron D. Brewer. | BPDHOM 0601-614 |
| U | 08/20/88 | Report. McCarthy to Ahearn. Re: Angelita Valdwin. | BPDHOM 1957-1959 |
| V | 08/20/88 | Cassette Tape. Interview of Mervin Reese | |
| W | 08/20/88 | Transcript of interview: Mervin Reese. | BPDHOM 1575-1585 |
| X | 08/23/88 | Boston Police Department Crime Laboratory Report. | SCDA 1396 |
| Y | 08/21/88 | Cassette Tape. Interview of Chris Chaney | |
| Z | 08/21/88 | Transcript of interview: Chris Chaney. | BPDHOM 1422-1437 |
| AA | 08/24/88 | Police Report. Walsh. Interview: Erick Johnson. | BPDHOM 1881 |
| BB | 08/29/88 | Boston Police Department Booking Sheet. Drumgold. | SCDA 1425 |
| CC | 08/29/88 | Boston Police Incident Report. Arrest Drumgold. | SCDA 1418 |
| DD | 08/29/88 | Booking Photos. Drumgold | SCDA 3253-3259 |
| EE | 00/00/88 | Probation Record. Drumgold. | SCDA 3270-3278 |
| FF | 08/30/88 | Booking Photos. Taylor. | SCDA 3260-3264 |
| GG | 00/00/88 | Probation Record. Taylor. | SCDA 3266-3269 |
| HH | 08/31/88 | Boston Police Department Booking Sheet. Taylor. | SCDA 1424 |
| II | 08/31/88 | Boston Police Department Incident Report. Arrest Taylor. | SCDA 1423 |
| JJ | 08/31/88 | Application for Search Warrant and Supporting Affidavit of Richard Walsh. 27 Olney Street, Dorchester | SCDA 3283-3292 |

| | | | |
|---|---|---|---|
| KK | 08/31/88 | Cassette Tape. Interview of Antonio Anthony. | |
| LL | 08/31/88 | Transcript of interview: Antonio Anthony. | BPDHOM 0537-542 |
| MM | 09/08/88 | Transcript. Grand Jury Proceeding. | BPDHOM 1245-1273 |
| NN | 12/13/88 | Boston Police Incident Report. "Tyrone Corey" [Rickey Evans] | SCDA 0301-0302 |
| OO | 05/22/89 | Police Report. Dahill. Interview: Madelyne Hamilton and Rhonda Hamilton | BPDHOM 1973-1974 |
| PP | 05/31/89 | Police report. Walsh and Callahan to Daley. Interview: Mary Ellen Jackson. | BPDHOM 1971-1972 |
| QQ | 06/02/89 | Police Report. Callahan to Daley. Telephone interview: Mary Ellen Jackson. | BPDHOM 1970 |
| RR | 06/05/89 | Police Report 6/5/89. Interview: Karim Delahunt | BPDHOM 1962-1963 |
| SS | 06/05/89 | Police Report. Callahan and Walsh to Daley. Interview: Willie Simms. | BPDHOM 1962-1963 |
| TT | 06/10/89 | Cassette Tape. Interview of Tanoi Curry. | |
| UU | 06/10/89 | Transcript of interview: Tanoi Curry. | BPDHOM 0627-632 |
| VV | 06/10/89 | Cassette Tape. Interview of Vantrell McPherson. | |
| WW | 06/10/89 | Transcript of interview: Vantrell McPherson | BPDHOM 1871-1877 |
| XX | 06/13/89 | Cassette Tape. Interview of Shamia Clemons. | |
| YY | 06/13/89 | Transcript of interview: Shamia Clemons. | BPDHOM 0615-619 |
| ZZ | 06/16/89 | Police Report. Callahan to Daley. Re: Durand telephone call. | BPDHOM 0459 |
| AAA | 06/19/89 | Police Report. Callahan to Daley. Scheduled interview: Paul Durand | BPDHOM 0455 |
| BBB | 06/21/89 | Police Report. Walsh and Callahan to Daley. Interview: Keith Butler | BPDHOM 1524 |

5

| | | | |
|---|---|---|---|
| CCC | 06/21/89 | Cassette Tape.  Interview of Cherry Walker | |
| DDD | 06/21/89 | Transcript of interview: Cherry Walker. | BPDHOM 0368-375 |
| EEE | 06/22/89 | Police Report.  Walsh and Callahan to Daley.  Interview: Mervin Reese | BPDHOM 1516-1517 |
| FFF | 06/25/89 | Cassette Tape.  Interview of Rachelle Roisten | |
| GGG | 06/25/89 | Transcript of interview: Rachelle Roisten. | BPDHOM 1296-1309 |
| HHH | 06/25/89 | Police Report.  McDonough and Callahan to Daley.  Interview: Travis Johnson. | BPDHOM 1969 |
| III | 06/28/89 | Police Report.  Callahan, McDonough and Walsh to Daley. Interview: Tyrone Brewer | BPDHOM 1978-1979 |
| JJJ | 06/29/89 | Cassette Tape.  Interview of Noah Roisten | |
| KKK | 06/29/89 | Transcript of interview: Noah Roisten | BPDHOM 0396-410 |
| LLL | 07/01/89 | Cassette Tape.  Interview of Olisa Graham. | |
| MMM | 07/01/89 | Transcript of interview: Olisa Graham. | SCDA 2606-2635 |
| NNN | 07/04/89 | Police Report.  Callahan, McDonough and Walsh to Daley.  Interview: Dedrick Boone's mother. | BPDHOM 1558 |
| OOO | 07/07/89 | Police Report.  Callahan to Daley.  Interview: Dedrick Boone. | BPDHOM 1563 |
| PPP | 07/07/89 | Police Report.  McDonough and Callahan to Daley.  Interview: Rachelle Roisten. | BPDHOM 1295 |
| QQQ | 07/07/89 | Police Report.  McDonough and Callahan to Daley.  Interview: Rana Roisten. | BPDHOM 1290 |
| RRR | 07/07/89 | Police Report.  McDonough and Callahan to Daley.  Interview: Vivian Miles. | BPDHOM 1560 |
| SSS | 07/07/89 | Police Report.  McDonough and Callahan. Interview: Carolyn Davis. | BPDHOM 1561 |
| TTT | 07/07/89 | Police Report.  McDonough and Callahan. Interview: Robin Christiansen. | BPDHOM 1565 |

6

| | | | |
|---|---|---|---|
| UUU | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Patricia Gray. | BPDHOM 1559 |
| VVV | 07/10/89 | Police Report. Callahan to Daley. Re: "sunset" on 8/19/88 was 7:40 p.m. | BPDHOM 1562 |
| WWW | 07/11/89 | Police Report. McDonough and Callahan to Daley. Interview: Frita Workman. | BPDHOM 1520 |
| XXX | 07/13/89 | Police Report. Callahan and McDonough to Daley. Call from Dedrick Gunn. | BPDHOM 1523 |
| YYY | 07/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Roger Taylor. | BPDHOM 1521 |
| ZZZ | 07/14/89 | Police Report. Attempted Interview: Theron Davis. | BPDHOM 1526 |
| AAAA | 07/14/89 | Police Report. Josey to Callahan. Interview: Wayne Davis. | BPDHOM 1196-1197 |
| BBBB | 07/17/89 | Police Report. Callahan to Daley. Re: Michael Sloane (aka Michael Bonds). | BPDHOM 1889 |
| CCCC | 07/28/89 | Police Report. Callahan and McDonough to Daley. Interviews at Deer Island: Michael Sloane, Antonio Anthony, Gus Braggs, Alonzo Keel . | BPDHOM 1541 |
| DDDD | 08/01/89 | Police Report. Callahan and McDonough to Daley. Interview: Juanda Drumgold. | BPDHOM 1542 |
| EEEE | 08/02/89 | Police Report. Callahan and McDonough to Daley. Interview: Gwenette Drumgold. | BPDHOM 1527 |
| FFFF | | Exhibit Intentionally Blank | |
| GGGG | 08/06/89 | Transcript. Interview of Rickey Evans. | BPDHOM 1383-1387 |
| HHHH | 08/08/89 | Cassette Tape. Interview of Michelle Blalock. | |
| IIII | 08/08/89 | Transcript of interview: Michelle Blalock. | BPDHOM 0584-0598 |
| JJJJ | 08/09/89 | Police Report. Callahan and McDonough to Daley. Interview: Allen Daughtry and Joyce Lord | BPDHOM 1528 |

7

| | | | |
|---|---|---|---|
| KKKK | 08/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Kevin Lucas. | BPDHOM 1531 |
| LLLL | 08/16/89 | Cassette Tape. Interview of Eric Johnson | |
| MMMM | 08/16/89 | Transcript of interview: Eric Johnson | BPDHOM 0496-506 |
| NNNN | 08/18/89 | Transcript of interview: Candice Kelsey | BPDHOM 0385-395 |
| OOOO | 08/18/89 | Cassette Tape. Interview of Troy Jenkins. | |
| PPPP | 08/18/89 | Transcript of interview: Troy Jenkins | SCDA 1675-1684 |
| QQQQ | 08/19/89 | Transcript of interview: Tara Grant. | BPDHOM 0446-452 |
| RRRR | 08/19/89 | Cassette Tape. Interview of Tara Grant. | |
| SSSS | 08/21/89 | Interview: Romero Holliday. | BPDHOM 1549-1550 |
| TTTT | 08/24/89 | Cassette Tape. Interview of John Tibbs | |
| UUUU | 08/24/89 | Police Report. McDonough and Callahan to Daley. Interview: John Tibbs. | BPDHOM 1388-1389 |
| VVVV | 08/25/89 | Police Report. Interview: police present Chris Cousins with photo array (17 photographs) | BPDHOM 1529 |
| WWWW | 08/25/89 | Cassette Tape. Interview of Chris Cousins | |
| XXXX | 08/25/89 | Transcript of interview: Chris Cousins. | BPDHOM 1390-1397 |
| YYYY | 08/30/89 | Police Report. Callahan and McDonough to Daley. Interview: Shon Rowell. | BPD HOM 1964 |
| ZZZZ | 09/05/89 | Cassette Tape. Interview of Renard Biggs | |
| AAAAA | 09/05/89 | Transcript of interview: Renard Biggs | 204-212 [Plaintiff] |
| BBBBB | 09/10/89 | Police Report. O'Malley, Fogerty and Thomas. Interview: Tynetta Gray. | 410 [Plaintiff] |
| CCCCC | 09/12/89 | Interview: Rickey Evans. | BPDHOM 1975 |
| DDDDD | 09/20/89 | Transcript. Interview: Paul Durand. | BPDHOM 0460-469 |

| EEEEE | 09/23/89 | Police Report. Interview: Ronald Carter. | BPDHOM 1554 |
|---|---|---|---|
| FFFFF | 09/24/89 | Police Report. McDonough and Callahan to Daley. Interview: Maxine Davis. | BPDHOM 1553 |
| GGGGG |  | Photo Array and Booking Documents | SCDA 1438-1441 |
| HHHHH | Undated | Police Report. Attempted Interview 07/15/89: Daryl Weaver. | BPDHOM 1525 |
| IIIII | Undated | Police Report. McDonough and Callahan to Daley. Interview: Dexter Rowell. | BPDHOM 1557 |
| JJJJJ | 9/00/89 | Police Report. O'Malley. Interview: Michael Watson. | BPDHOM 1556 |
| KKKKK | Various | Willie Evans Homicide File – Suffolk County District Attorney File | SCDA 0165-0476 |
| LLLLL | Various | Documents produced by Madelyne Hamilton at deposition | HAM 00001-0101 |
| MMMMM | Various | Notes. Laura Scherz | SCDA 3143, 3146-3148, 3156, 3163, 3171-3172, 3204-3234 |
| NNNNN | Various | Handwritten notes and correspondence re: Mary Alexander Housing. | SCDA 5264-5281 |
| OOOOO | 01/30/90 | Letter. Connolly to Scherz. Re: Evans housing needs. | SCDA 0444-0445 |
| PPPPP | 9-10/89 | Witness Sign-in Sheets. Grand Jury Proceeding and Trial. *Comm v. Drumgold.* |  |
| QQQQQ | 00/00/89 | Docket Sheet(s) Treas Carter | SCDA 436-443 |
| RRRRR | 00/00/89 | Investigation Matrix. Timothy Callahan. | SCDA 2711-2712 |
| SSSSS | 00/00/89 | Pleading. List of Prospective Witnesses. Commonwealth v. Drumgold and Taylor. | SCDA 4877-4884 |
| TTTTT | 09/25/89 | Medical Records. Boston City Hospital. Romero Holiday. | SCDA 5194-5263 |
| UUUUU | 09/22/89 | Letter. Rappaport to Beauchesne, ADA. | SCDA 4875-4876 |
| VVVVV | 09/13/89 | Letter. Rappaport to Beauchesne, ADA. | SCDA 4873-4874 |

9

| | | | |
|---|---|---|---|
| WWWWW | 09/18/89 | Letter. Connolly to Stanley. Re: Commonwealth v. Treas Carter. | SCDA 0181 |
| XXXXX | Undated | Handwritten Notes. Re: Rickey Evans in connection with Willie Evans Homicide. | SCDA 0278-0280 |
| YYYYY | 08/31/89 | Police Report. Callahan and McDonough to Daley. Attempted Interview: London Williams. | BPDHOM 0787 |
| ZZZZZ | | Carney Hospital Medical Records re Mary Alexander | |
| AAAAAA | 9/2/88 | Report of Murphy to Dunford | |
| BBBBBB | | Diagram of Homestead and Humbolt | |
| CCCCCC | | Probation Record of Ricky Evans | |
| DDDDDD | | Indictment and Mittimis *Comm. v. Drumgold* | |
| EEEEEE | | Docket *Comm. v. Drumgold* | |
| FFFFFF | | Aerial Photograph of Roxbury | |
| GGGGGG | | Jury Question | |
| HHHHHH | 8/29/88 | Transcript of Arraignment of Drumgold | |
| 1-CA | 09/26/89 | Defendants' Contested Page Designations pp. 52-101. | (TR 01116 – TR 01166) |
| 1-CB | 09/27/89 | Defendants' Contested Page Designations pp. 1-3, 8-52, 57. | (TR 01167 – TR 01215) |
| 1-CC | 10/03/89 | Defendants' Contested Page Designations pp. 101-105, 163, 184. | (TR 01216 – TR 01223) |
| 1-CD | 10/04/89 | Defendants' Contested Page Designations | (TR 01224 – TR 01262) |

|       |          |                                                                      |                        |
|-------|----------|----------------------------------------------------------------------|------------------------|
|       |          | pp. 107-124, 147-149, 196-212.                                       |                        |
| 1-CE  | 10/05/89 | Plaintiff's Contested Page Designations pp. 36-37.                   | (TR 01263 – TR 01265)  |
| 1-CF  | 10/05/89 | Defendants' Contested Page Designations pp. 113-129.                 | (TR 01266 – TR 01282)  |
| 1-CG  | 10/06/89 | Defendants' Contested Page Designations pp. 72-120                   | (TR 01283 – TR 01332)  |
| 1-CH  | 10/10/89 | Defendants' Contested Page Designations pp. 193-209.                 | (TR 01333 – TR -1350)  |
| 1-CI  | 10/11/89 | Defendants' Contested Page Designations pp. 3-8.                     | (TR 01351 – TR 01357)  |
| 1-CJ  | 10/12/89 | Defendants' Contested Page Designations pp. 21-23.                   | (TR 01358 – TR 01361)  |
| 1-CK  | 10/13/89 | Plaintiff's Contested Page Designations   pp. 4.                     | (TR 01362 – 01363)     |

Respectfully submitted,  
By the Plaintiff,  
Shawn Drumgold,  
Through his attorney  

 /s/ Michael W. Reilly                              
Michael W. Reilly, Esquire  
Tommasino & Tommasino  
2 Center Plaza  
Boston, Massachusetts 02108  
Tel.: (617) 723-1720  

Respectfully submitted,  
By Defendants City of Boston and  
Francis M. Roache  
Through their attorneys,  

 /s/ John P. Roache                       
John P. Roache (BBO# 421680)  
Patrick J. Donnelly (BBO# 651113)  
Hogan, Roache & Malone  
66 Long Wharf  
Boston, Massachusetts 02110  
Tel.:  (617) 367-0330  

Respectfully submitted,  
By the Plaintiff,  
Shawn Drumgold,  
Through his attorney,  

 /s/ Rosemary Curran Scapicchio             
Rosemary Curran Scapicchio, Esquire

Four Longfellow Place
Suire 3703
Boston, Massachusetts 02114
Tel.: (617) 263-7400
BBO# 558312

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By the Defendant Timothy Callahan | By Defendant Richard Walsh |
| Through his attorney, | Through his attorney, |

 /s/ Mary Jo Harris_____                 /s/ Hugh R. Curran_____
Mary Jo Harris, Esquire                                          Hugh R. Curran, Esquire
Morgan, Brown & Joy, LLP                                   Bonner, Kiernan, Trebach & Crociata
200 State Street                                                        1 Liberty Square, 6th Floor
Boston, Massachusetts 02109                                Boston, Massachusetts 02109
Tel.: (617) 523-6666                                               Tel.:  (617) 426-3900
BBO# 561484                                                          BBO# 402057

Date:   March 2, 2008