EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                SUCR 071882

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMMONWEALTH OF MASSACHUSETTS

    -vs-                                           MOTION HEARING
                                                        DAY TWO
SHAWN DRUMGOLD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS

BEFORE: ROUSE, J

July 30, 2003
Boston, Massachusetts

APPEARANCES:

    DAVID MEIER, Esquire, Assistant District
    Attorney, for the Commonwealth

    ROSEMARY SCAPICCHIO, Esquire, for the Defendant

Mary M. Wrighton
Official Court Reporter

I N D E X

WITNESSES:                                                    PAGE

LOLA ALEXANDER
      direct examination by Ms. Scapicchio         3
      cross examination by Mr. Meier              17

TRUE SEE ALLAH
      direct examination by Ms. Scapicchio        56
      cross examination by Mr. Meier              70
      redirect examination by Ms. Scapicchio      81

ANTONIO ANTHONY
      direct examination by Ms. Scapicchio        95
      cross examination by Mr. Meier             118
      redirect examination by Ms. Scapicchio     165

THERON DAVIS
      direct examination by Ms. Scapicchio       170
      cross examination by Mr. Meier             172


                    *  *  *  *  *


EXHIBITS:

No. 6 — diagram
      marked and admitted                         21

No. 7 — calendar
      marked and admitted                         23

1              (Whereupon, the proceedings were

2      reconvened at 9:45 o'clock a.m.)

3                   THE COURT:  Good morning.  Are you

4      ready to proceed?

5                   MS. SCAPICCHIO:  I am.  Could I have

6      Lola Alexander, please?

7

8              LOLA ALEXANDER,

9      called as a witness, being first duly sworn,

10     was examined and testified as follows:

11                  DIRECT EXAMINATION

12     BY MS. SCAPICCHIO:

13     Q     Good morning, Ms. Alexander.

14     A     Good morning.

15     Q     In a loud, clear voice, could you please state

16           your name, spelling both your first and your last

17           name for the court reporter?

18     A     My name is Lola Alexander.  L-o-l-a,

19           A-l-e-x-a-n-d-e-r.

20     Q     Okay.  And back in August 19 of 1988, were did

21           you live?

22     A     Homestead Street.

23     Q     Okay.  And who did you live there with?

24     A     Me and my family.

3

1    Q    Okay.  And did your family include your daughter

2         Mary Alexander?

3    A    Yes, it did.

4    Q    And your grandson?

5    A    Tamaka, yes.

6    Q    Okay.  And at some point in time on August 19,

7         1988, were you in the house when something

8         happened outside?

9    A    Yes, I was.

10   Q    Okay.  Can you tell me whether or not your

11        daughter was in the house at the same time?

12   A    No, she wasn't in the house.

13   Q    Okay.  And at some point in time did you become

14        aware of the fact that there had been a shooting

15        on Humboldt Ave.?

16   A    Yes, because I heard it.

17   Q    Okay.  And after you heard -- tell the Court

18        exactly what you heard.

19   A    I just heard some shots but I didn't -- I went to

20        the porch and asked my daughter to come in with

21        her son because she was sitting on the porch with

22        her little son.  I said, someone's shooting out

23        there, come in the house, and that was it.

24   Q    Did she follow your advice?

1    A    She did follow my advice and brought herself and

2         the baby in the house.

3    Q    At the time that you went out on the porch to

4         tell your daughter to come in the house, did you

5         see anyone in the area?

6    A    I didn't pay it any attention.  I just heard the

7         shots and I went out for my daughter and her baby

8         to come in.  I didn't even try to look up that

9         way.  I was afraid.  I didn't do anything around

10        in the neighborhood like that.  I didn't even

11        look up.

12   Q    At some point after the shooting, can you tell me

13        whether or not you were visited by any Boston

14        Police officers?

15   A    I was visited by the detectives at numerous of

16        times.

17   Q    When you say numerous of times, can you qualify

18        that for us?  How many times do you think that

19        the Boston Police detectives came to speak to

20        you?

21   A    They came to speak to me about six to eight times

22        and called on my phone.

23   Q    Okay.  When you say called on your phone --

24   A    They were calling me at night after I get home

1    from work.

2    Q    Okay.  And would they contact you in any other

3         way other than calling you or coming by your

4         house?

5    A    They come to my job and I asked them, what were

6         they doing because I haven't said anything to

7         them about my job.  They found me and said, well,

8         we just want to ask you some questions.  What

9         questions you want to ask me?  Same questions you

10        asked me at my house?  I said I didn't see

11        nothing and I didn't -- I didn't hear nothing.  I

12        didn't see nothing and that was it.  Well, we

13        going to subpoena you.  Well, you have to

14        subpoena me because I didn't see nothing.

15   Q    Okay.  Were you present when anyone from the

16        Boston Police came by to speak to your daughter?

17   A    Yes.

18   Q    Okay.  And on how many occasions can you remember

19        the Boston Police coming by to speak to your

20        daughter?

21   A    Oh, they -- it seemed like they lived at my

22        house, that's how many times they are there.

23   Q    It seemed like they lived at your house?

24   A    Yeah.

1    Q    Can you estimate for us how many times they may

2         have been by?

3    A    During the hearing and stuff, whatever came up, I

4         know they have been by there twenty times or

5         more.

6    Q    Twenty times?

7    A    Seemed like they came three and four times a

8         week.

9    Q    Three to four times a week?

10   A    That's what it seems like.

11   Q    For how long a period of time did they come by

12        your house three or four times a week?

13   A    They came for months.

14   Q    Okay.  When they came by your house, did they sit

15        down and speak with either you or your daughter?

16   A    Well, they always had to speak with my daughter,

17        Mary, and about the last two times they brought

18        some book with some pictures in it and I was

19        standing right there beside her.  I said you're

20        not going to keep harassing her, my daughter is

21        sick, my daughter doesn't need to go through all

22        of this stuff.

23   Q    Did you have any conversation with any Boston

24        Police detectives regarding your daughter's

1    illness?

2    A    Yes, I did.

3    Q    And do you remember what you said to the Boston

4         Police detectives regarding your daughter's

5         illness?

6    A    I said to them that my daughter was sick with

7         malignant cancer at the brain and she was not

8         able to participate in this, this activity.

9         Well, we have to talk to her and they just kept

10        persisting.

11   Q    Okay.  And you had talked at some point about

12        them bringing some photographs?

13   A    Yes, they did.

14   Q    First of all, how many times do you remember the

15        Boston Police bringing photographs by to have

16        your daughter look at them?

17   A    I can remember twice but they had her, carried

18        her to the police station, had her come there for

19        about three times.

20   Q    Okay.  So you think altogether five times --

21   A    Yes.

22   Q    -- they showed her photos?

23   A    Yes.

24              THE COURT:  I'm not sure that was the

1    testimony.

2                    MS. SCAPICCHIO:  I'm sorry, Judge?

3                    THE COURT:  Could you re-ask that,

4    please?

5    BY MS. SCAPICCHIO:

6    Q    You recall that she went to the police station on

7    three separate occasions?

8    A    Yes.

9    Q    Okay.  And she went to the police station to look

10    at photographs?

11    A    Yes.

12    Q    Okay.  And then you remember two additional

13    occasions that the police officers came to the

14    house where she looked at photographs?

15    A    Yes.

16    Q    So altogether there would have been five

17    occasions that you remember --

18    A    Yes.

19    Q    -- that the Boston Police showed your daughter

20    photographs?

21    A    Yes.

22    Q    Were you present at the house when they showed

23    your daughter photographs?

24    A    Yes.

1    Q    Do you remember anything about what happened

2         during the time period that the Boston Police

3         were showing your daughter photographs?

4    A    I remember on one occasion they kept -- she said,

5         well, I don't, I don't see nobody, I don't see

6         anyone on here, and they kept saying, is this

7         him, is this him, kept pointing to the photo

8         album.  I said, don't make her say that it's

9         someone and it's not, she doesn't know.  She kept

10        on saying she didn't know.  They said, is this

11        him, is this him.

12   Q    Do you remember the officers that pointed to an

13        individual photograph and said, is this him, is

14        this him?

15   A    I forgot that officer's name.

16   Q    Do you know whether or not, if I suggested that

17        it was --

18   A    O'Malley or something.  I forgot his name.

19   Q    You think it was O'Malley?

20   A    Yes.

21   Q    Okay.  If I suggested to you Detective Walsh or

22        Sergeant Murphy, would that ring a bell?

23   A    Murphy, that's who it was.

24   Q    So you remember Detective Murphy pointing to a

1    photograph of an individual and asking your

2    daughter specifically whether or not that was the

3    person who was jumping over the Edison fence?

4  A  Yes.

5  Q  Okay.  And your daughter's response was what?

6  A  She didn't know who it was.  She didn't see

7    nobody.  She didn't see nobody's face.

8  Q  Okay.  And other than that occasion where they

9    pointed to a single photograph, you remember four

10   other occasions that they showed your daughter

11   photographs?

12  A  Yes.  That's one more at my house and three at

13    the police station.  I wasn't there at the police

14    station.

15  Q  Okay.  The second occasion at your house when

16    they showed her photographs, can you tell us what

17    the police did on that occasion to show the

18    photographs to your daughter?

19  A  Well, both of them kept, they kept, do you see

20    anyone, do you see the person that we're looking

21    for?  And both of them kept talking to her like

22    at the same time, you know.  I said, you all

23    don't need to harass my daughter.  She has severe

24    headaches.  My daughter, she said, I don't know,

11

1    I don't know.  They said, is this him, is this

2    him.

3  Q  Okay.  So on two separate occasions at your house

4    you heard Boston Police detectives point to a

5    single photograph and ask your daughter whether

6    or not that was the person that she saw?

7  A  Yes, because I was standing right beside her.

8  Q  Okay.  And at some point in time during the

9    pendency of this case, your daughter was being

10    treated for her brain cancer?

11  A  Yes.

12  Q  And what hospital was she being treated at?

13  A  At Boston Medical and Carney Hospital.  Carney

14    and Boston Medical.

15  Q  Okay.  And did you have any conversations with

16    the Boston Police detectives, and specifically

17    Detective Murphy, regarding your daughter's

18    treatment at these medical centers?

19  A  Yes.  I said it to both of the detectives.

20  Q  When you said it, what did you specifically say?

21  A  I said to them that my daughter's being treated

22    for malignant cancer at the brain, she's not up

23    to be tolerated with all this stuff.  I have to

24    sit up with her every night, hold her head in my

12

1    lap, and my daughter don't remember nothing that

2    go on from day to day so how she going to

3    remember who's who from whatever.

4    Q    Okay.  So you remember having a conversation with

5         two detectives and specifically informing them

6         that your daughter's cancer prevented her from

7         remembering things?

8    A    Yes.

9                   MR. MEIER:  Judge, with all due respect

10   I --

11                  THE COURT:  I'll see you at side bar.

12                  (Whereupon, the following discussion

13   occurred at side bar:)

14                  THE COURT:  Notwithstanding Mr. Meier's

15   great latitude in not objecting, I object to your

16   leading questions to these witnesses which are on

17   significant issues in the case.  They can testify

18   in their own words without you suggesting the

19   answer to them because this is very important,

20   and you also have a habit of summarizing

21   testimony they haven't given.  So I want to make

22   very clear, since I am the fact finder, that the

23   testimony is, indeed, the witness's and not being

24   suggested to them by you.  Okay?

13

1          MS. SCAPICCHIO:  I apologize, Your

2     Honor.

3          THE COURT:  Was that the reason you

4     were coming to side bar?

5          MR. MEIER:  Yes, Your Honor.  Just, in

6     all candor, just as the government might well

7     argue to a jury as a fact finder in a traditional

8     case that certain witnesses should not be

9     believed because of the manner in which they

10    answered questions or the manner in which

11    questions were put to them on the witness stand,

12    you know, I would reserve the right, to the

13    extent that the government has that position, at

14    the close of the hearing to argue to the Court.

15         THE COURT:  Okay.  I just want to make

16    sure the testimony they give is their own.

17    Obviously we all have a vested interest in that

18    and I think your questions are leading and

19    suggestive of the answers and I really want to

20    hear from the witness.  Okay.

21         MS. SCAPICCHIO:  Thank you.

22         (Whereupon, the discussion at side bar

23    was concluded.)

24 BY MS. SCAPICCHIO:

1   Q     Ms. Alexander, could you tell the Court in your

2          own words what conversations you had with Boston

3          Police detectives regarding your daughter's

4          illness?

5   A     Yes.  I spoke to the detectives as they come to

6          my house numerous of times and I asked them to

7          not harass my daughter.  Not not to harass her,

8          but not to keep coming to my house, bothering my

9          daughter, because my daughter was real sick and

10         she don't remember things and I said that put

11         more pressure on my daughter's head to try to be

12         aggravated with something that went on out on the

13         street which she don't know anything about.

14   Q    Did you have any other discussions with a police

15         officer regarding your daughter's memory, her

16         ability to remember things?

17   A    I said that to them in the beginning.

18   Q    When you say that, what specifically?

19   A    I said to them when they first started

20         questioning my daughter that my daughter's memory

21         wasn't good because she had malignant cancer at

22         the brain and she didn't need any more pressure

23         on her, she didn't remember from one day to the

24         other or from one incident to the other that

LASER BOND FORM A   ⊛   PENGAD • 1-800-631-6989 • www.pengad.com

1    happened during the day.

2    Q    Okay.  And on the three occasions that your

3         daughter went to the Boston Police Department and

4         was shown photographs, how do you know that?

5    A    Because my daughter told me.  I had to take her

6         down there because I didn't want to be any part

7         of it.  She told me what they were saying and

8         what she went down there for.

9    Q    And what did she tell you happened on the three

10        occasions she was at the Boston Police Department

11        to look at photographs?

12   A    She was telling me --

13             MR. MEIER:  Objection.

14   A    (continued) -- they was trying to make me --

15             THE COURT:  Grounds for the objection,

16   sir.

17             MR. MEIER:  Hearsay.

18             THE COURT:  I'll give her a little

19   latitude on this.  You may answer the question,

20   Ms. Alexander.

21   A    (continued)  She said that they were trying to

22        have her say it was somebody that she didn't see.

23        She didn't know who.  When that incident

24        happened, she said, mommy, I didn't see nobody, I

16

1    didn't see who it was.

2              MS. SCAPICCHIO:  Okay.  I have no

3    further questions.

4              THE COURT:  Thank you very much.  Cross

5    examination.

6              MR. MEIER:  Again, Judge, may I use the

7    easel, with the Court's permission?

8              THE COURT:  You may.

9

10                   CROSS EXAMINATION

11   BY MR. MEIER:

12   Q    Are you able to see that?

13   A    Yes, I can see that.

14   Q    Okay.  Ms. Alexander, where do you live now?

15        What street, without giving your address?

16   A    Theodore Street.

17   Q    Theodore Street.  Showing you Exhibit No. 4 for

18        purposes of this hearing before Judge Rouse, do

19        you recognize the words, the number 72 Homestead

20        Street, the number 72 and the words, Homestead

21        Street, where I'm pointing right now?

22   A    Yes.

23   Q    And in a general way does this show where 72

24        Homestead Street is and where it was on the night