EXHIBIT C

Page 31

1  just let him on in.
2  Q. Okay -- did you -- where -- do you remember
3     where you were when you spoke with him when
4     you had the conversation?
5  A. At 4 Theodore Street.
6  Q. Like were in your living room, in the
7     kitchen?
8  A. My living room.
9  Q. Okay.
10 A. Because I was in my bed when he rang my
11    doorbell. He liked to got it, but I said no,
12    because I don't want to see nobody. If you
13    come by my house uninvited, you don't get in.
14 Q. Do you remember if this gentleman took notes
15    of your conversation?
16 A. Yes, he did.
17 Q. Did he have a tape recorder?
18 A. No.
19 Q. Okay. Besides talking to him about your
20    daughter, Mary, do you remember anything else
21    that you spoke with the investigator about?
22 A. No.
23 Q. Did the investigator ask you if you would --
24    MS. HARRIS: Strike that.

Page 32

1  Q. Do you remember the investigator telling you
2     anything about signing an affidavit?
3  A. No. No, I don't remember that. I sure
4     don't.
5  Q. Okay. Do you remember the investigator
6     telling you anything at all about -- about
7     possibly -- that you would possibly become
8     involved in Mr. Drumgold's case for a new
9     trial?
10 A. He did say something where they might
11    subpoena me to court. He did say that.
12 Q. Do you --
13 A. I said, "Why?"
14 Q. And what did he say in response?
15 A. Because of my daughter, he said.
16 Q. Did you -- I think you said earlier that the
17    investigator said that he might be coming
18    back. Did he ever come back?
19 A. No, he did not come back.
20 Q. So he --
21 A. But he did say he might be coming back.
22 Q. So the only time that you met with this
23    gentleman was the one time he came to your
24    house at Theodore Street?

Page 33

1  A. Yes.
2  Q. And did he ever call you on the phone after
3     that?
4  A. No.
5  Q. Do you remember if he ever sent you any
6     letters, anything like that?
7  A. No. No, he didn't.
8  Q. Okay. Ma'am, I see that you have some
9     documents that you brought with you today.
10    Can you just tell me what you have so that we
11    can put that on the record?
12 A. Where? What documents?
13 Q. Okay. Well there's two pieces of paper in
14    front of you, and I'm assuming -- and if I'm
15    wrong, tell me, but I'm assuming that you
16    brought these with you --
17    MS. SCAPICCHIO: I actually gave
18    her those when she walked in.
19    MS. HARRIS: Okay.
20    MS. SCAPICCHO: She didn't have
21    them before.
22    MS. HARRIS: Okay. Okay.
23 A. And this is what the law office wrote me, and
24    I just brought it back today (pointing).

Page 34

1  Q. Okay. We're going to mark it just so we know
2     what you had with you today, okay?
3     MS. HARRIS: This will be our next
4     exhibit.
5  Q. And this is the deposition subpoena, you
6     know, that instructed to you come here today,
7     correct?
8  A. Yes.
9     (Deposition Subpoena to Lola
10    Alexander marked Deposition
11    Exhibit Number 7 for
12    identification)
13    MS. HARRIS: And we'll mark this,
14    the second stack.
15    (Documents provided to Lola
16    Alexander by Attorney Scarpicchio
17    marked Deposition Exhibit Number 8
18    for identification)
19    MS. HARRIS: And, Rosemary, just
20    for the record, we'll put on that these are
21    materials you provided to Mrs. Alexander this
22    morning when she came in?
23    MS. SCAPICCHIO: When she came in,
24    yes. I don't know that she's had a chance to

Page 35

1  even look at them.
2     THE WITNESS: I did not.
3  BY MS. HARRIS:
4  Q. Okay. Mrs. Alexander, I'm going to show you
5     a two-page document and you take a minute and
6     look that over, and I'm going to ask you some
7     questions about that (handing document).
8     (Pause)
9  A. Okay.
10 Q. Have you ever seen this document before,
11    ma'am?
12 A. No, just today.
13 Q. Okay. I'm going to ask you to look at the
14    second page of the document, and there's a
15    signature there (pointing). Is that your
16    signature?
17 A. Yes, it is.
18    MS. HARRIS: Why don't we mark
19    this as the next exhibit.
20    (Two-page document marked
21    Deposition Exhibit Number 9 for
22    identification     )
23    (Discussion off the record)
24 BY MS. HARRIS:

Page 36

1  Q. Okay. I think you just said that you only
2     saw the second page?
3  A. The second page. I've never seen this top
4     page (pointing).
5  Q. You've never seen the top page --
6  A. No.
7  Q. -- before?
8     Do you remember when you saw the
9     second page?
10 A. No, I don't, but I remember seeing that with
11    my -- well when I put my signature on it. I
12    don't remember.
13    I've not seen this (pointing).
14 Q. Do you remember whether or not the private
15    investigator brought this document with him
16    to your house?
17 A. No, I don't remember.
18 Q. Okay. So you don't remember yes or no?
19 A. No, I don't remember if he brought -- I'm not
20    sure. I don't think he brought -- I don't
21    remember; that's what I'm saying.
22 Q. Okay.
23 A. I don't remember.
24 Q. Okay. The date above the signature line on

Page 37

1    this document is the 28th of May of 2003.
2    Does that help place in your mind when you
3    saw this document?
4  A. No, it doesn't.
5  Q. Okay. Where it says 20- -- the number,
6    numerals 28 that are written, is that in your
7    handwriting?
8  A. (Handing document)
9  Q. I'll just ask you to keep it in front of you
10   until we're done.
11       Do you see where I'm referring,
12   the numerals 28 (pointing)?
13 A. Yeah.
14 Q. So does it appear that you wrote the 28?
15 A. (No response)
16 Q. If you can't tell, you know --
17 A. I can't tell.
18 Q. Okay. But in any event --
19      MS. HARRIS: Or strike that.
20 Q. Do you remember, ma'am, whether you saw this,
21   the second page of this document, before you
22   testified in Mr. Drumgold's motion hearing?
23 A. I don't remember.
24 Q. You don't remember whether -- one way or the

Page 38

1    other?
2  A. No, ma'am, one way or the other, I don't
3    remember.
4  Q. Okay. Do you have any idea who wrote this
5    document?
6  A. No.
7  Q. But you didn't write it?
8  A. No.
9  Q. Okay.
10 A. Oh, can I ask you one thing? This whole
11   document (pointing)?
12 Q. Mm-hmm.
13 A. No, I don't have any idea who wrote it.
14 Q. Okay. Ma'am, before coming here today, did
15   you speak to anybody about the fact that you
16   were going to be coming in for a deposition
17   in this case?
18 A. No.
19 Q. Okay. Mr. Allah brought you in today,
20   correct?
21 A. Yes.
22 Q. Did you speak with True See about the fact
23   that you were going to be deposed in this
24   case today?

Page 39

1  A. No, I just told him I had to go downtown for
2    some business.
3  Q. Did you show him a copy of the subpoena that
4    you received?
5  A. No.
6  Q. Okay. Did you tell him that you were going
7    to be talking about the Drumgold case today?
8  A. No, I did not.
9  Q. Okay. Did he ask you any questions about
10   what you were doing downtown today?
11 A. No.
12 Q. Did you -- have you spoken with anybody on
13   behalf of Shawn Drumgold prior to coming in
14   today?
15 A. No, ma'am.
16 Q. Okay. At any time from the date that the
17   private investigator came to your house on
18   Theodore Street until today, have you had any
19   conversations either with Ms. Scapicchio or
20   anybody else representing Mr. Drumgold?
21 A. No, ma'am. No, ma'am.
22 Q. Okay. On the second page of this document,
23   there are a couple of sentences, and I'm
24   wondering, did you read those sentences prior

Page 40

1    to putting your signature on the document?
2  A. No, I didn't.
3  Q. Do you remember why you signed this document?
4  A. No, I don't.
5  Q. Do you remember who asked you to sign it?
6  A. No, I don't.
7  Q. Do you have a copy of this document in your
8    records or in your possession?
9  A. No, I don't.
10 Q. You, I think, had a chance to look over the
11   first page of the document, correct?
12 A. Yes.
13 Q. Does any of that information --
14      MS. HARRIS: Or strike that.
15 Q. Do you -- do you know where any of the
16   information on the first page of this
17   document came from?
18 A. No.
19 Q. On the first -- by number one on the first
20   page of this document, it states, "On the
21   night of August 19, 1988, I was living at 72
22   Homestead Street in Roxbury, Massachusetts,
23   with my daughter and grandson." Is that an
24   accurate statement assuming that this

Page 41

1    statement is purporting to be information
2    that you provided?
3  A. I'm not --
4  Q. Do you understand?
5  A. -- understanding you.
6  Q. I'm sorry, that was a bad question.
7        This document says from the
8    beginning, "I, Lola Alexander, hereby depose
9    and state on the night of August 19th I was
10   living on 72 Homestead Street in Roxbury with
11   my daughter and grandson." Is it accurate
12   that on August 19th you were living at
13   Homestead Street with your daughter and
14   grandson?
15 A. (No response)
16 Q. Is that a true statement?
17 A. I'm still not -- I was -- I was living there
18   with my daughter and grandson, but I had my
19   other kids too.
20 Q. Okay.
21 A. They were there. We just weren't alone, just
22   me and my daughter and grandson.
23 Q. Okay. And then it goes on to say in the
24   second paragraph that you heard gunshots from

Page 42

1    your bedroom. Is that a true statement?
2  A. Yes.
3  Q. It goes on to say, "I went to the window and
4    saw my daughter, Mary Alexander, on the porch
5    with her baby son. I went to the door and
6    told her to get inside with the baby right
7    away." Is that what you --
8  A. Yes.
9  Q. "Once inside, Mary told me that she thought
10   someone had got shot near the mailboxes." Is
11   that a true statement?
12 A. Yes.
13 Q. Rather than having me --
14      MS. HARRIS: Well, strike that.
15   Strike that.
16 Q. In Paragraph 7 there's a reference to "I
17   believe Detective Walsh."
18 A. (Nods head)
19 Q. Detective Walsh is named. Do you know who
20   Detective Walsh is?
21 A. That's who was -- the detective that -- I
22   remember now. That's the detective that kept
23   coming and kept doing all the calling and all
24   of that.