UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>TIMOTHY CALLAHAN, FRANCIS )<br>M. ROACHE, RICHARD WALSH and )<br>THE CITY OF BOSTON, )<br>    Defendants )<br> ) | 04-CV-11193-NG |

## **DEFENDANTS' JOINT MOTION FOR ORDER COMPELLING DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION**

Pursuant to the Order of the Court, the Defendants hereby move for an Order compelling the disclosure of Defendants' trial witness, Antonio Anthony. As grounds therefore, Defendants submit that the foregoing individual appears on the Defendants' list of trial witnesses, and Defendants respectfully request that the CORI order be allowed so as to provide adequate opportunity to access certified copies of incarceration and release information in the custody, possession and control of the Massachusetts Department of Correction, if any, of the aforementioned witness.

Respectfully submitted by:

| | |
|---|---|
| **Defendants City of Boston and**<br>**Francis M. Roache,**<br>By their attorneys, | **Defandant,**<br>**Richard Walsh,**<br>By his attorney |
| /s/ John P. Roache<br>John P. Roache (BBO# 421680)<br>Patrick J. Donnelly (BBO# 651113)<br>Roache & Associates, P.C.<br>66 Long Wharf<br>Boston, Massachusetts 02110<br>Tel.: (617) 367-0330 | /s/ Hugh R. Curran<br>Hugh R. Curran (BBO# 552623)<br>Bletzer & Bletzer, P.C.<br>300 Market Street<br>Brighton, Massachusetts 02135<br>Tel.: (617) 254-8900 |

2

**Defendant,**
**Timothy Callahan**
By his attorneys,

 /s/ Mary Jo Harris                          /s/ William M. White, Jr.
Mary Jo Harris (BBO# 561484)         William M. White, Jr. (BBO# 546283)
Morgan, Brown & Joy, LLP              William M. White, Jr. and Associates, LLC
200 State Street, 11th Floor               One Faneuil Hall Marketplace, Thrd Floor
Boston, Massachusetts                      Boston, Massachusetts 02109
Tel.: (617) 523-6666                          Tel.: (617) 723-7339


Date:   March 28, 2008


CERTIFICATE OF SERVICE

I, John P. Roache, hereby certify that on March 28, 2008, I served a copy of the above upon counsel of record by filing with the ECF/Pacer Case Management System.


/s/ John P. Roache
John P. Roache