UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>  Plaintiff<br><br>v.<br><br>TIMOTHY CALLAHAN, FRANCIS<br>M. ROACHE, RICHARD WALSH and<br>THE CITY OF BOSTON,<br>  Defendants | 04-CV-11193-NG |

## ORDER FOR INCARCERATION RECORDS

Upon leave of Court, access is granted to counsel for the Defendants, Mary Jo Harris, Morgan, Brown & Joy, LLP, 200 State Street, Boston, Massachusess 02109 (for Defendant Callahan); Hugh R. Curran, Bletzer & Bletzer, 300 Market Street, Brighton, Massachusetts 02135 (for Defendant Walsh); John P. Roache, Roache & Associates, P.C., 66 Long Wharf, Boston, Massachusetts 02110 (for Defendants City of Boston and Francis M. Roache); and William M. White, Wm. White & Associates, One Faneuil Hall Marketplace, Boston, Massachusetts 02109 (for Defendant Callahan, to obtain certified copies of incarceration and release information in the custody, possession and control of the Massachusetts Department of Correction, and all documents related thereto, of the individual identified on Exhibit A, attached hereto.

By the Court,

_____
Judge Nancy Gertner

Dated: _____, 2008

2

**EXHIBIT A TO DEFENDANTS' MOTION FOR DISCLOSURE
OF CRIMINAL OFFENDER RECORD INFORMATION**

1. Antonio Anthony
   Social Security No.: ▮▮▮▮▮▮
   Date of Birth: ▮▮▮▮▮▮