UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| SHAWN DRUMGOLD, Plaintiff v. TIMOTHY CALLAHAN, FRANCIS M. ROACHE, PAUL MURPHY, RICHARD WALSH, and THE CITY OF BOSTON, Defendant | C.A. NO.: 04-11193NG |
|---|---|

## SECOND AMENDED JOINT TRIAL EXHIBIT LIST FOR PHASE I

### Agreed Exhibits

### UPDATED Tuesday, April 01, 2008

| Exh. No. | Date | Document | Doc. Nos. | Admitted |
|---|---|---|---|---|
| 1-JA | 09/25/89 | Trial Transcript Page Designations. pp. 1, 3-5, 83. (TR 00001 – TR 00005) | | |
| 1-JB | 09/26/89 | Trial Transcript Page Designations. pp. 1-2, 103, 117, 61-62. (TR 00006 – TR 00009; 01126-01127) | | |
| 1-JC | 09/27/89 | Trial Transcript Page Designations. pp. None (TR 000010) | | |
| 1-JD | 10/02/89 | Trial Transcript Page Designations. Trial Day 4. pp. 1-4, 12-27, 33-46, 55-113, 115-147, 149. (TR 000011 – TR 000137) | | |
| 1-JE | 10/03/89 | Trial Transcript Page Designations. Trial Day 5. pp. 1-22, 28-69, 75-79, 81-100, 106-119, 121-183, 185-218, 221-229. | | |

|  |  | (TR 000138 – TR 00345) |  |  |
|---|---|---|---|---|
| **1-JF** | 10/04/89 | Trial Transcript Page Designations. Trial Day 6. pp. 1-82, 90-92, 96-101, 107-126, 150-171, 178-270. (TR 000346 – TR 00552; 01223-01242; 01246-01262) |  | 3/6/08 |
| 1-JG | 10/05/89 | Trial Transcript Page Designations. Trial Day 7. 1-6, 9-19, 21-22, 47-60, 62-112, 130-149, 152-163, 166-171. (TR 00553 – TR 677) |  |  |
| 1-JH | 10/06/89 | Trial Transcript Page Designations.  Trial Day 8. 1-59, 62-71, 121. (TR 00678 – TR 00748) |  |  |
| 1-JI | 10/10/89 | Trial Transcript Page Designations.  Trial Day 9.  1-3, 40-46, 49-63, 67-77, 79-83, 86-104, 108-116, 144-165, 171-183, 187-192, 210. (TR 00749 – TR 00859) |  |  |
| 1-JJ | 10/11/89 | Trial Transcript Page Designations.  Trial Day 10.  1-2, 18, 21-32, 39-49, 56-81, 86-185. (TR 00860 – TR 01011) |  |  |
| 1-JK | 10/12/89 | Trial Transcript Page Designations.  Trial Day 11. 1-20, 24-102, 107. (TR 01012 – TR 01111) |  |  |
| 1-JL | 10/13/89 | Trial Transcript Page Designations.  Trial Day 12.  1-3, 5. (TR 01112 – TR 01115) |  |  |
| 2 | 05/31/89 | Police Report.  Walsh and Callahan to Daley.  Interview: Mary Alexander. | BPDHOM 0634 |  |
| **3** |  | Roxbury District Court Docket # 8802CR12175 |  | 3/6/08 |
| **4** |  | Roxbury District Court Docket # |  | 3/5/08 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 8802CR10603 |   |   |
| **5** |   | Roxbury District Court Docket # 8802CR2429 |   | 3/5/08 |
| **6** | 08/29/88 | Cassette Tape. Interview of Shawn Drumgold |   |   |
| **7** | 08/29/88 | Transcript of interview: Shawn Drumgold. | BPDHOM 0470-490 |   |
| **8** | 08/19/88 | Photographs – Crime Scene |   |   |
| **9** | 08/26/88 | Police Report. Murphy. Interview: Tracie Peaks and Mary Alexander. | BPDHOM 1159 | 3/7/08 |
| **10** | 08/06/89 | Cassette Tape. Interview of Rickey Evans. |   | 3/7/08 |
| **11** | 2006 | Criminal Records. Ricky Evans. [pending redaction] Certifiied Copies. |   | 3/6/08 |
| **12** | 1988 | Criminal Records. Ricky Evans. [pending redaction] Certified Copies. |   | 3/6/08 |
| **13** | 5/24/89 | Transcript Excerpt. Grand Jury Proceeding. Ricky Evans. | SCDA 0451, 0460-0451 | 3/6/08 |
| **14** |   | Transcript Excerpt. Motion for New Trial. Ricky Evans. |   | 3/7/08 |
| **15** |   | Grand Jury Subpoena. Tracie Peaks. |   | 15 |
| **16** | 9-10/89 | Witness Sign-in Sheets. Grand Jury Proceeding and Trial. *Comm v. Drumgold*. Pg. 1 |   | 16 |
| **17** | 09/08/88 | Transcript. Grand Jury Proceeding. Tracie Peaks. | BPDHOM 1245-1273 | 03/10/08 |
| **18A** |   | Photograph. Edison From Humboldt |   | 03/10/08 |
| **18B** |   | Photograph. Edison |   | 03/10/08 |

3

| | | | | |
|---|---|---|---|---|
| **18C** | | Photograph. 72 Homestead. | | 03/10/08 |
| **18D** | | Photograph. 72 Homestead. | | 03/10/08 |
| **18E** | | Photograph. 72 Homestead. | | 03/10/08 |
| **19** | 9-10/89 | Witness Sign-in Sheets. Grand Jury Proceeding and Trial. *Comm v. Drumgold.* Pg. 2 | | 03/10/08 |
| **20** | 09/12/89 | Interview: Rickey Evans. | BPDHOM 1975 | 03/13/08 |
| **21** | 01/30/90 | Letter. Connolly to Scherz. Re: Evans housing needs. | SCDA 0444-0445 | 03/18/08 |
| **22** | 00/00/89 | Docket Sheet(s) Treas Carter | SCDA 436-443 | 03/18/08 |
| **23** | 08/29/88 | Booking Photograph. Drumgold. | | 03/19/88 |
| **24** | | Newspaper Headline and Photo, "Tiffany Killer Jailed". | | 03/19/08 |
| **25** | 08/29/88 | Booking Sheet. Drumgold. | | |
| **26** | 08/29/88 | Interrogation, Advice of Rights Form. Drumgold. | | |

**Challenged or Contested Exhibits**

**\*\*\* Note: The only exhibit where authenticity is at issue is Exhibit MMMMM, the notes of Laura Scherz. It is not contested that these documents were produced by the District Attorney's Office.**

| | | | | |
|---|---|---|---|---|
| A | 08/29/87 | Boston Police Department Arrest Booking Sheet. "William Bowie" [Rickey Evans] | SCDA 0300 | |
| B | 01/23/88 | Boston Police Department Arrest Booking Sheet. "William Bowie" [Rickey Evans] | SCDA 0299 | |
| C | 08/19/88 | Boston Police Homicide Information Sheet. Darlene Tiffany Moore. | SCDA 1417 | |
| D | 08/19/88 | Boston Police Incident Report. Darlene Tiffany Moore. | SCDA 1421-1422 | |
| E | 08/19/88 | Report. Boston Crime Laboratory. Darlene Tiffany Moore. | SCDA 1392-1395 | |
| F | 08/19/88 | Boston Police Crime Laboratory. Supplementary Report. | SCDA 3252 | |
| G | 08/19/88 | Cassette Tape. Turret Calls BPD Emergency | | |
| H | 08/19/88 | Transcript. Turret Calls. BPD Emergency. | BPDHOM 1360-1364 | |
| I | 08/19/89 | Police Report. McDonough and Callahan to McNelley. Re: Tynetta Gray and Alice Moore. | BPDHOM 1552 | |
| J | 08/19/88 | Report of Death. Darlene Tiffany Moore. | SCDA 1386 | |
| K | 08/19/88 | Death Certificate. Darlene Tiffany Moore. | SCDA 3367 | |
| L | 08/19/88 | Suffolk County D.A. Homicide Division Preliminary Field Report. Matthew King. | SCDA 1420 | |

5

| | | | | |
|---|---|---|---|---|
| M | 08/20/88 | Police Report. Fogerty. Interview: Theron Davis. | SCDA 5185 | |
| N | 08/20/88 | Field Interrogation Reports. McCallum. Theron Davis and London Williams. | SCDA 3305 | |
| O | 08/20/88 | Cassette Tape. Interview of Terrance Taylor | | |
| P | 08/20/88 | Transcript of interview: Terrance Taylor. | BPDHOM 1226-1236 | |
| Q | 08/20/88 | Cassette Tape. Interview of Travis Johnson | | |
| R | 08/20/88 | Transcript of interview: Travis Johnson. | BPDHOM 0996-1004 | |
| S | 08/20/88 | Cassette Tape. Interview of Tyrone Brewer | | |
| T | 08/20/88 | Transcript of interview: Tyron D. Brewer. | BPDHOM 0601-614 | |
| U | 08/20/88 | Report. McCarthy to Ahearn. Re: Angelita Valdwin. | BPDHOM 1957-1959 | |
| V | 08/20/88 | Cassette Tape. Interview of Mervin Reese | | |
| W | 08/20/88 | Transcript of interview: Mervin Reese. | BPDHOM 1575-1585 | |
| X | 08/23/88 | Boston Police Department Crime Laboratory Report. | SCDA 1396 | |
| Y | 08/21/88 | Cassette Tape. Interview of Chris Chaney | | |
| Z | 08/21/88 | Transcript of interview: Chris Chaney. | BPDHOM 1422-1437 | |
| AA | 08/24/88 | Police Report. Walsh. Interview: Erick Johnson. | BPDHOM 1881 | |
| BB | 08/29/88 | Boston Police Department Booking Sheet. Drumgold. | SCDA 1425 | |
| CC | 08/29/88 | Boston Police Incident Report. Arrest Drumgold. | SCDA 1418 | |

| | | | | |
|---|---|---|---|---|
| DD | 08/29/88 | Booking Photos. Drumgold | SCDA3253-3259 | |
| EE | 00/00/88 | Probation Record. Drumgold. | SCDA 3270-3278 | |
| FF | 08/30/88 | Booking Photos. Taylor. | SCDA 3260-3264 | |
| GG | 00/00/88 | Probation Record. Taylor. | SCDA 3266-3269 | |
| HH | 08/31/88 | Boston Police Department Booking Sheet. Taylor. | SCDA 1424 | |
| II | 08/31/88 | Boston Police Department Incident Report. Arrest Taylor. | SCDA 1423 | |
| JJ | 08/31/88 | Application for Search Warrant and Supporting Affidavit of Richard Walsh. 27 Olney Street, Dorchester | SCDA 3283-3292 | |
| KK | 08/31/88 | Cassette Tape. Interview of Antonio Anthony. | | |
| LL | 08/31/88 | Transcript of interview: Antonio Anthony. | BPDHOM 0537-542 | |
| MM | | | | |
| NN | | | | |
| OO | 05/22/89 | Police Report. Dahill. Interview: Madelyne Hamilton and Rhonda Hamilton | BPDHOM 1973-1974 | |
| PP | 05/31/89 | Police report. Walsh and Callahan to Daley. Interview: Mary Ellen Jackson. | BPDHOM 1971-1972 | |
| QQ | 06/02/89 | Police Report. Callahan to Daley. Telephone interview: Mary Ellen Jackson. | BPDHOM 1970 | |
| RR | 06/05/89 | Police Report 6/5/89. Interview: Karim Delahunt | BPDHOM 1962-1963 | |

| | | | | |
|---|---|---|---|---|
| SS | 06/05/89 | Police Report. Callahan and Walsh to Daley. Interview: Willie Simms. | BPDHOM 1962-1963 | |
| TT | 06/10/89 | Cassette Tape. Interview of Tanoi Curry. | | |
| UU | 06/10/89 | Transcript of interview: Tanoi Curry. | BPDHOM 0627-632 | |
| VV | 06/10/89 | Cassette Tape. Interview of Vantrell McPherson. | | |
| WW | 06/10/89 | Transcript of interview: Vantrell McPherson | BPDHOM 1871-1877 | |
| XX | 06/13/89 | Cassette Tape. Interview of Shamia Clemons. | | |
| YY | 06/13/89 | Transcript of interview: Shamia Clemons. | BPDHOM 0615-619 | |
| ZZ | 06/16/89 | Police Report. Callahan to Daley. Re: Durand telephone call. | BPDHOM 0459 | |
| AAA | 06/19/89 | Police Report. Callahan to Daley. Scheduled interview: Paul Durand | BPDHOM 0455 | |
| BBB | 06/21/89 | Police Report. Walsh and Callahan to Daley. Interview: Keith Butler | BPDHOM 1524 | |
| CCC | 06/21/89 | Cassette Tape. Interview of Cherry Walker | | |
| DDD | 06/21/89 | Transcript of interview: Cherry Walker. | BPDHOM 0368-375 | |
| EEE | 06/22/89 | Police Report. Walsh and Callahan to Daley. Interview: Mervin Reese | BPDHOM 1516-1517 | |
| FFF | 06/25/89 | Cassette Tape. Interview of Rachelle Roisten | | |
| GGG | 06/25/89 | Transcript of interview: Rachelle Roisten. | BPDHOM 1296-1309 | |

| | | | | |
|---|---|---|---|---|
| HHH | 06/25/89 | Police Report. McDonough and Callahan to Daley. Interview: Travis Johnson. | BPDHOM 1969 | |
| III | 06/28/89 | Police Report. Callahan, McDonough and Walsh to Daley. Interview: Tyrone Brewer | BPDHOM 1978-1979 | |
| JJJ | 06/29/89 | Cassette Tape. Interview of Noah Roisten | | |
| KKK | 06/29/89 | Transcript of interview: Noah Roisten | BPDHOM 0396-410 | |
| LLL | 07/01/89 | Cassette Tape. Interview of Olisa Graham. | | |
| MMM | 07/01/89 | Transcript of interview: Olisa Graham. | SCDA 2606-2635 | |
| NNN | 07/04/89 | Police Report. Callahan, McDonough and Walsh to Daley. Interview: Dedrick Boone's mother. | BPDHOM 1558 | |
| OOO | 07/07/89 | Police Report. Callahan to Daley. Interview: Dedrick Boone. | BPDHOM 1563 | |
| PPP | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Rachelle Roisten. | BPDHOM 1295 | |
| QQQ | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Rana Roisten. | BPDHOM 1290 | |
| RRR | 07/07/89 | Police Report. McDonough and Callahan to Daley. Interview: Vivian Miles. | BPDHOM 1560 | |
| SSS | 07/07/89 | Police Report. McDonough and Callahan. Interview: Carolyn Davis. | BPDHOM 1561 | |
| TTT | 07/07/89 | Police Report. McDonough and Callahan. Interview: Robin Christiansen. | BPDHOM 1565 | |
| UUU | 07/07/89 | Police Report. McDonough and | BPDHOM 1559 | |

9

|  |  | Callahan to Daley. Interview: Patricia Gray. |  |  |
|---|---|---|---|---|
| VVV | 07/10/89 | Police Report. Callahan to Daley. Re: "sunset" on 8/19/88 was 7:40 p.m. | BPDHOM 1562 |  |
| WWW | 07/11/89 | Police Report. McDonough and Callahan to Daley. Interview: Frita Workman. | BPDHOM 1520 |  |
| XXX | 07/13/89 | Police Report. Callahan and McDonough to Daley. Call from Dedrick Gunn. | BPDHOM 1523 |  |
| YYY | 07/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Roger Taylor. | BPDHOM 1521 |  |
| ZZZ | 07/14/89 | Police Report. Attempted Interview: Theron Davis. | BPDHOM 1526 |  |
| AAAA | 07/14/89 | Police Report. Josey to Callahan. Interview: Wayne Davis. | BPDHOM 1196-1197 |  |
| BBBB | 07/17/89 | Police Report. Callahan to Daley. Re: Michael Sloane (aka Michael Bonds). | BPDHOM 1889 |  |
| CCCC | 07/28/89 | Police Report. Callahan and McDonough to Daley. Interviews at Deer Island: Michael Sloane, Antonio Anthony, Gus Braggs, Alonzo Keel. | BPDHOM 1541 |  |
| DDDD | 08/01/89 | Police Report. Callahan and McDonough to Daley. Interview: Juanda Drumgold. | BPDHOM 1542 |  |
| EEEE | 08/02/89 | Police Report. Callahan and McDonough to Daley. Interview: Gwenette Drumgold. | BPDHOM 1527 |  |
| FFFF |  | Exhibit Intentionally Blank |  |  |
| GGGG | 08/06/89 | Transcript. Interview of Rickey Evans. | BPDHOM 1383-1387 |  |

10

| | | | | |
|---|---|---|---|---|
| HHHH | 08/08/89 | Cassette Tape. Interview of Michelle Blalock. | | |
| IIII | 08/08/89 | Transcript of interview: Michelle Blalock. | BPDHOM 0584-0598 | |
| JJJJ | 08/09/89 | Police Report. Callahan and McDonough to Daley. Interview: Allen Daughtry and Joyce Lord | BPDHOM 1528 | |
| KKKK | 08/13/89 | Police Report. Callahan and McDonough to Daley. Interview: Kevin Lucas. | BPDHOM 1531 | |
| LLLL | 08/16/89 | Cassette Tape. Interview of Eric Johnson | | |
| MMMM | 08/16/89 | Transcript of interview: Eric Johnson | BPDHOM 0496-506 | |
| NNNN | 08/18/89 | Transcript of interview: Candice Kelsey | BPDHOM 0385-395 | |
| OOOO | 08/18/89 | Cassette Tape. Interview of Troy Jenkins. | | |
| PPPP | 08/18/89 | Transcript of interview: Troy Jenkins | SCDA 1675-1684 | |
| QQQQ | 08/19/89 | Transcript of interview: Tara Grant. | BPDHOM 0446-452 | |
| RRRR | 08/19/89 | Cassette Tape. Interview of Tara Grant. | | |
| SSSS | 08/21/89 | Interview: Romero Holliday. | BPDHOM 1549-1550 | |
| TTTT | 08/24/89 | Cassette Tape. Interview of John Tibbs | | |
| UUUU | 08/24/89 | Police Report. McDonough and Callahan to Daley. Interview: John Tibbs. | BPDHOM 1388-1389 | |
| VVVV | 08/25/89 | Police Report. Interview: police present Chris Cousins with photo array (17 photographs) | BPDHOM 1529 | |

11

| | | | | |
|---|---|---|---|---|
| WWWW | 08/25/89 | Cassette Tape. Interview of Chris Cousins | | |
| XXXX | 08/25/89 | Transcript of interview: Chris Cousins. | BPDHOM 1390-1397 | |
| YYYY | 08/30/89 | Police Report. Callahan and McDonough to Daley. Interview: Shon Rowell. | BPD HOM 1964 | |
| ZZZZ | 09/05/89 | Cassette Tape. Interview of Renard Biggs | | |
| AAAAA | 09/05/89 | Transcript of interview: Renard Biggs | 204-212 [Plaintiff] | |
| BBBBB | 09/10/89 | Police Report. O'Malley, Fogerty and Thomas. Interview: Tynetta Gray. | 410 [Plaintiff] | |
| CCCCC | | | | |
| DDDDD | 09/20/89 | Transcript. Interview: Paul Durand. | BPDHOM 0460-469 | |
| EEEEE | 09/23/89 | Police Report. Interview: Ronald Carter. | BPDHOM 1554 | |
| FFFFF | 09/24/89 | Police Report. McDonough and Callahan to Daley. Interview: Maxine Davis. | BPDHOM 1553 | |
| GGGGG | | Photo Array and Booking Documents | SCDA 1438-1441 | |
| HHHHH | Undated | Police Report. Attempted Interview 07/15/89: Daryl Weaver. | BPDHOM 1525 | |
| IIIII | Undated | Police Report. McDonough and Callahan to Daley. Interview: Dexter Rowell. | BPDHOM 1557 | |
| JJJJJ | 9/00/89 | Police Report. O'Malley. Interview: Michael Watson. | BPDHOM 1556 | |
| KKKKK | Various | Willie Evans Homicide File – Suffolk County District Attorney File | SCDA 0165-0476 | |

12

| | | | | |
|---|---|---|---|---|
| LLLLL | Various | Documents produced by Madelyne Hamilton at deposition | HAM 00001-0101 | |
| MMMMM | Various | Notes. Laura Scherz | SCDA 3143, 3146-3148, 3156, 3163, 3171-3172, 3204-3234 | |
| NNNNN | Various | Handwritten notes and correspondence re: Mary Alexander Housing. | SCDA 5264-5281 | |
| OOOOO | | | | |
| PPPPP | | | | |
| QQQQQ | 00/00/89 | Docket Sheet(s) Treas Carter | SCDA 436-443 | |
| RRRRR | 00/00/89 | Investigation Matrix. Timothy Callahan. | SCDA 2711-2712 | |
| SSSSS | 00/00/89 | Pleading. List of Prospective Witnesses. Commonwealth v. Drumgold and Taylor. | SCDA 4877-4884 | |
| TTTTT | 09/25/89 | Medical Records. Boston City Hospital. Romero Holiday. | SCDA 5194-5263 | |
| UUUUU | 09/22/89 | Letter. Rappaport to Beauchesne, ADA. | SCDA 4875-4876 | |
| VVVVV | 09/13/89 | Letter. Rappaport to Beauchesne, ADA. | SCDA 4873-4874 | |
| WWWWW | 09/18/89 | Letter. Connolly to Stanley. Re: Commonwealth v. Treas Carter. | SCDA 0181 | |
| XXXXX | Undated | Handwritten Notes. Re: Rickey Evans in connection with Willie Evans Homicide. | SCDA 0278-0280 | |
| YYYYY | 08/31/89 | Police Report. Callahan and McDonough to Daley. Attempted Interview: London Williams. | BPDHOM 0787 | |
| ZZZZZ | | Carney Hospital Medical Records re Mary Alexander | | |

| | | | | |
|---|---|---|---|---|
| AAAAAA | 9/2/88 | Report of Murphy to Dunford | | |
| BBBBBB | | Diagram of Homestead and Humbolt | | |
| CCCCCC | | Probation Record of Ricky Evans | | |
| DDDDDD | | Indictment and Mittimis *Comm. v. Drumgold* | | |
| EEEEEE | | Docket *Comm. v. Drumgold* | | |
| FFFFFF | | Aerial Photograph of Roxbury | | |
| GGGGGG | | Jury Question | | |
| HHHHHH | 8/29/88 | Transcript of Arraignment of Drumgold | | |
| 1-CA | 09/26/89 | Defendants' Contested Page Designations pp. 52-101. | (TR 01116 – TR 01166) | |
| 1-CB | 09/27/89 | Defendants' Contested Page Designations   pp. 1-3, 8-52, 57. | (TR 01167 – TR 01215) | |
| 1-CC | 10/03/89 | Defendants' Contested Page Designations   pp. 101-105, 163, 184. | (TR 01216 – TR 01223) | |
| 1-CD | 10/04/89 | Defendants' Contested Page Designations   pp. 107-124, 131-149, 196-212. | (TR 01224 – TR 01262, TR 00439-00454) | |
| 1-CE | 10/05/89 | Plaintiff's Contested Page Designations    pp. 36-37. | (TR 01263 – TR 01265) | |
| 1-CF | 10/05/89 | Defendants' Contested Page Designations  pp. 113-129. | (TR 01266 – TR 01282) | |

| | | | | |
|---|---|---|---|---|
| 1-CG | 10/06/89 | Defendants' Contested Page Designations   pp. 72-120 | (TR 01283 – TR 01332) | |
| 1-CH | 10/10/89 | Defendants' Contested Page Designations   pp. 193-209. | (TR 01333 – TR -1350) | |
| 1-CI | 10/11/89 | Defendants' Contested Page Designations   pp. 3-8. | (TR 01351 – TR 01357) | |
| 1-CJ | 10/12/89 | Defendants' Contested Page Designations   pp. 21-23. | (TR 01358 – TR 01361) | |
| 1-CK | 10/13/89 | Plaintiff's Contested Page Designations   pp. 4. | (TR 01362 – 01363) | |

Respectfully submitted,
By the Plaintiff,
Shawn Drumgold,
Through his attorney

 /s/ Michael W. Reilly_____
Michael W. Reilly, Esquire
Tommasino & Tommasino
2 Center Plaza
Boston, Massachusetts 02108
Tel.: (617) 723-1720

Respectfully submitted,
By Defendants City of Boston and
Francis M. Roache
Through their attorneys,

 /s/ John P. Roache_____
John P. Roache (BBO# 421680)
Patrick J. Donnelly (BBO# 651113)
Hogan, Roache & Malone
66 Long Wharf
Boston, Massachusetts 02110
Tel.:  (617) 367-0330

Respectfully submitted,
By the Plaintiff,
Shawn Drumgold,
Through his attorney,

 /s/ Rosemary Curran Scapicchio_____
Rosemary Curran Scapicchio, Esquire
Four Longfellow Place
Suire 3703
Boston, Massachusetts 02114
Tel.: (617) 263-7400
BBO# 558312

15

| | |
|---|---|
| Respectfully submitted,<br>By the Defendant Timothy Callahan<br>Through his attorney, | Respectfully submitted,<br>By Defendant Richard Walsh<br>Through his attorney, |
| /s/ Mary Jo Harris<br>Mary Jo Harris, Esquire<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>Tel.: (617) 523-6666<br>BBO# 561484 | /s/ Hugh R. Curran<br>Hugh R. Curran, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1 Liberty Square, 6th Floor<br>Boston, Massachusetts 02109<br>Tel.: (617) 426-3900<br>BBO# 402057 |

Date:   April 1, 2008