UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAWN DRUMGOLD,<br> Plaintiff | ) <br> ) <br> ) | C.A. NO. 04-11193NG |
| v | ) <br> ) | |
| TIMOTHY CALLAHAN, ET AL.<br> Defendant(s) | ) <br> ) <br> ) | |

GERTNER, D.J.

## PLAINTIFF'S PROPOSED STAGE 1
## VERDICT SLIP
April 2, 2008

1. Did the Defendant Walsh violated the Plaintiff's constitutional rights in connection with the case of <u>Commonwealth v. Drumgold</u> as to the following witnesses?

   | | | |
   |---|---|---|
   | Tracie Peaks | yes _____ | no _____ |
   | Mary Alexander | yes _____ | no _____ |
   | Ricky Evans | yes _____ | no _____ |

2. Did the Defendant Callahan violated the Plaintiff's constitutional rights in connection with the case of <u>Commonwealth v. Drumgold</u> as to the following witnesses?

   | | | |
   |---|---|---|
   | Tracie Peaks | yes _____ | no _____ |
   | Mary Alexander | yes _____ | no _____ |
   | Ricky Evans | yes _____ | no _____ |

3. Was there a conspiracy between Defendants Walsh and Callahan to deprive the Plaintiff of his constitutional rights?

   yes _____   no _____

4. If you answer "yes" to Question 3, was there an actual deprivation of the Plaintiff's constitutional rights resulting from that conspiracy?

   yes _____   no _____