UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD,

    Plaintiff

v.

TIMOTHY CALLAHAN,
FRANCIS M. ROACHE,
PAUL MURPHY, RICHARD WALSH, and
THE CITY OF BOSTON,

    Defendant

C.A. NO.: 04-11193NG

### THIRD AMENDED (FINAL) JOINT TRIAL EXHIBIT LIST FOR PHASE I

UPDATED Thursday, April 03, 2008

| Exh. No. | Date | Document | Admitted |
|---|---|---|---|
| 1-JA | 09/25/89 | Trial Transcript Page Designations. Pages 1, 3-5, 83. (TR 00001 – TR 00005) | 4/8/08 |
| 1-JB | 09/26/89 | Trial Transcript Page Designations. Pages 1-2, 61-62,103, 117. (TR 00006 – TR 00009) | 4/8/08 |
| 1-JC | 09/27/89 | Trial Transcript Page Designations. Pages (none). (TR 000010) | 4/8/08 |
| 1-JD | 10/02/89 | Trial Transcript Page Designations. Pages 1-4, 12-27, 33-46, 55-113, 115-147, 149. Trial Day 4. (TR 000011 – TR 000137) | 4/8/08 |
| 1-JE | 10/03/89 | Trial Transcript Page Designations. Trial Day 5. Pages 1-22, 28-69, 75-79, 81-100, 101-105,106-119, 121-163-183, 184, 185-218, 221-229. (TR 000138 – TR 00345) | 4/8/08 |
| 1-JF | 10/04/89 | Trial Transcript Page Designations. Trial Day 6. Pages 1-82, 90-92, 96-101, 107-124, 125-126, 131-146, 150-171, 178-195, 196-212, 213-270. (TR 000346 – TR 00552) | 3/6/08 |
| 1-JG | 10/05/89 | Trial Transcript Page Designations. Pages 1-6, 9-19, | 4/8/08 |

|  |  | 21-22, 47-60, 62-112, 130-149, 152-163, 166-171. Trial Day 7. (TR 00553 – TR 677) |  |
|---|---|---|---|
| 1-JH | 10/06/89 | Trial Transcript Page Designations. Trial Day 8. Pages 1-59, 62-71, 121. (TR 00678 – TR 00748) | 4/8/08 |
| 1-JI | 10/10/89 | Trial Transcript Page Designations. Trial Day 9. Pages 1-3, 40-46, 49-63, 67-77, 79-83, 86-104, 108-116, 144-165, 171-183, 187-192, 193-209, 210 (TR 00749 – TR 00859) | 4/8/08 |
| 1-JJ | 10/11/89 | Trial Transcript Page Designations. Trial Day 10. Pages 1-2, 3-8, 18, 21-32, 39-49, 56-81, 86-185. (TR 00860 – TR 01011) | 4/8/08 |
| 1-JK | 10/12/89 | Trial Transcript Page Designations. Trial Day 11. Pages 1-20, 21-23, 24-102, 107. (TR 01012 – TR 01111) | 4/8/08 |
| 1-JL | 10/13/89 | Trial Transcript Page Designations. Trial Day 12. Pages 1-3, 5. (TR 01112 – TR 01115) | 4/8/08 |
| 3 |  | Roxbury District Court Docket # 8802CR12175 | 3/6/08 |
| 4 |  | Roxbury District Court Docket # 8802CR10603 | 3/5/08 |
| 5 |  | Roxbury District Court Docket # 8802CR2429 | 3/5/08 |
| 6 | 08/29/88 | Cassette Tape. Interview of Shawn Drumgold | 4/2/08 |
| 7 | 08/29/88 | Transcript of interview: Shawn Drumgold. | 4/2/08 |
| 8 |  | Intentionally Left Blank |  |
| 9 | 08/26/88 | Police Report. Murphy. Interview: Tracie Peaks and Mary Alexander. | 3/7/08 |
| 10 | 08/06/89 | Cassette Tape. Interview of Rickey Evans. | 3/7/08 |
| 11 | 2006 | Criminal Records. Ricky Evans. | 3/6/08 |
| 12 | 1988 | Criminal Records. Ricky Evans. | 3/6/08 |
| 13 | 5/24/89 | Transcript Excerpt. Grand Jury Proceeding. Ricky Evans. | 3/6/08 |
| 14 |  | Transcript Excerpt. Motion for New Trial. Ricky | 3/7/08 |

|     |          | Evans.                                                                           |          |
| --- | -------- | -------------------------------------------------------------------------------- | -------- |
| 15  |          | Grand Jury Subpoena. Tracie Peaks.                                               |          |
| 16  | 9/10/89  | Witness Sign-in Sheets. Grand Jury Proceeding and Trial. *Comm v. Drumgold.* Pg. 1 |          |
| 17  | 09/08/88 | Transcript Excerpt. Grand Jury Proceeding. Tracie Peaks.                         | 03/10/08 |
| 18A |          | Photograph. Edison From Humboldt                                                 | 03/10/08 |
| 18B |          | Photograph. Edison Plant                                                         | 03/10/08 |
| 18C |          | Photograph. 72 Homestead Street.                                                 | 03/10/08 |
| 18D |          | Photograph. 72 Homestead Street.                                                 | 03/10/08 |
| 18E |          | Photograph. 72 Homestead Street.                                                 | 03/10/08 |
| 19  | 9-10/89  | Witness Sign-in Sheets. Grand Jury Proceeding and Trial. *Comm v. Drumgold.* Pg. 2 | 03/10/08 |
| 20  | 09/12/89 | Report. Boston Police Department. Re: Interview Ricky Evans.                     | 03/13/08 |
| 21  | 01/30/90 | Letter. Connolly to Scherz. Re: Evans housing needs.                             | 03/18/08 |
| 22  | 00/00/89 | Docket Sheet(s). *Comm. v. Treas Carter.*                                        | 03/18/08 |
| 23  | 08/29/88 | Booking Photograph. Drumgold.                                                    | 03/19/88 |
| 24  |          | Newspaper Headline and Photo, "Tiffany Killer Jailed".                           | 03/19/08 |
| 25  | 08/29/88 | Booking Sheet. Drumgold.                                                         |          |

| 26 | 08/29/88 | Interrogation, Advice of Rights Form. Drumgold. | |
| --- | --- | --- | --- |
| 27 | | Original Trial Exhibits. *Comm v. Drumgold.*<br><br>(Trial Exhibit List; *Ex. 2* Crime Scene Photo Mailboxes; *Ex. 3* Crime Scene Photo Mailbox and Edison Plant fence; *Ex. 9* Transcript Excerpt Tracie Peaks; *Ex. 7* Booking Photo Taylor; *Ex. 11* Adidas Running Suit; *Ex. 13* Medical Records Romero Holliday; *Ex. 16* Stipulation re: Lease of white and gold Suzuki Samuri to London Williamn; *Ex. 17* Almanac excerpt Dawn and Dark.) | 4/2/08 |

Respectfully submitted,　　　　　　　　　　　Respectfully submitted,
By the Plaintiff,　　　　　　　　　　　　　　By Defendants City of Boston and
Shawn Drumgold,　　　　　　　　　　　　　Francis M. Roache
Through his attorney　　　　　　　　　　　　Through their attorneys,


 /s/ Michael W. Reilly_____　　 /s/ John P. Roache_____
Michael W. Reilly, Esquire　　　　　　　　　John P. Roache (BBO# 421680)
Tommasino & Tommasino　　　　　　　　　Patrick J. Donnelly (BBO# 651113)
2 Center Plaza　　　　　　　　　　　　　　Hogan, Roache & Malone
Boston, Massachusetts 02108　　　　　　　　66 Long Wharf
Tel.: (617) 723-1720　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　　Tel.: (617) 367-0330


Respectfully submitted,
By the Plaintiff,
Shawn Drumgold,
Through his attorney,


 /s/ Rosemary Curran Scapicchio_____
Rosemary Curran Scapicchio, Esquire
Four Longfellow Place
Suire 3703
Boston, Massachusetts 02114
Tel.: (617) 263-7400
BBO# 558312

| | |
|---|---|
| Respectfully submitted,<br>By the Defendant Timothy Callahan<br>Through his attorney, | Respectfully submitted,<br>By Defendant Richard Walsh<br>Through his attorney, |
| _/s/ Mary Jo Harris_____<br>Mary Jo Harris, Esquire<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>Tel.: (617) 523-6666<br>BBO# 561484 | _/s/ Hugh R. Curran_____<br>Hugh R. Curran, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1 Liberty Square, 6th Floor<br>Boston, Massachusetts 02109<br>Tel.: (617) 426-3900<br>BBO# 402057 |

Date:   April 3, 2008