UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SHAWN DRUMGOLD,                     )
        Plaintiff                   )
                                    )
v.                                  )   CIVIL ACTION NO. 04-11193-NG
                                    )
TIMOTHY CALLAHAN, et. al.,          )
        Defendants                  )
_____ )


### DEFENDANTS', THE CITY OF BOSTON AND FRANCIS M. ROACHE, MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COME** the Defendants, the City of Boston and Francis M. Roache, in the above-captioned matter and respectfully move pursuant to Fed.R.Civ. P. 12(c) this Honorable Court to enter judgment on the pleadings in favor of the aforementioned Defendants with regard to Plaintiff's Complaint, Count III with regard to the City of Boston and Count I with regard to Francis M. Roache.

As grounds for this motion, the Defendants submit the attached memorandum of law in support.

                                        Respectfully submitted,
                                        **Defendants, The City of Boston
                                        and Francis M. Roache**
                                        By their attorneys,


                                         _/s/ John P. Roache_____
                                        John P. Roache (BBO# 421680)
                                        Patrick J. Donnelly (BBO# 651113)
                                        Roache & Associates, P.C.
                                        66 Long Wharf
                                        Boston, Massachusetts 02110
Dated: April 10, 2008                   Tel.: (617) 367-0330

2

## CERTIFICATE OF SERVICE

      I, John P. Roache, hereby certify that on April 10, 2008, I served a copy of the above motion upon counsel of record by filing with the ECF/Pacer Case Management System.

      /s/ John P. Roache_____
      John P. Roache