UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHAWN DRUMGOLD<br>Plaintiff,<br><br>v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY,<br>RICHARD WALSH, and<br>THE CITY OF BOSTON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 04-11193NG |

**DEFENDANT TIMOTHY CALLAHAN'S MOTION TO SEPARATE EVIDENCE REGARDING DAMAGES FROM PROXIMATE CAUSE EVIDENCE**

Now comes the Defendant, Timothy Callahan and moves this Court, pursuant to his oral motion on April 9, 2008, to proceed with the presentation to the jury on proximate cause on April 14, but not allow presentation on the issue of damages until after the jury votes on proximate cause.

As grounds, Defendant submits that resolution of the proximate cause issue in his favor would make evidence of damages unnecessary. Plaintiff's claimed damages are unrelated to the issue of proximate cause, and would cause great prejudice to Defendant by injecting inflammatory – and at this stage, unnecessary – evidence of Plaintiff's experiences while incarcerated.

Defendant therefore respectfully requests that the Court limit the issue to be presented to the jury on April 14 to the issue of proximate cause. Should the Court decline to do so, Defendant requests that the Court indicate whether it will allow inquiry

or presentation on the issue of Plaintiff's guilt or innocence of the murder (as discussed earlier at trial), as the Defendant submits this may impact on damages.

                  **Defendant,**
                  **TIMOTHY CALLAHAN,**
                  By his attorney,

                  /s/ Mary Jo Harris_____
                  Mary Jo Harris (BBO# 561484)
                  Morgan, Brown & Joy, LLP
                  200 State Street
                  Boston, MA 02109
                  (617) 523-6666

DATED:  April 11, 2008

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 11th day of April, 2008, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System. The following participants have received notice electronically:

**For Plaintiff Shawn Drumgold,**
Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

**For Plaintiff Shawn Drumgold,**
Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

**For Defendant, City of Boston**
Susan Weise, Esq.
Chief of Litigation
Assistant Corporate Counsel
City of Boston/Law Department
City Hall, Room 615
Boston, MA 02201

**For Defendants City of Boston and Francis M. Roache,**
John P. Roache, Esq.
The Law Offices of John P. Roache
66 Long Wharf
Boston, MA 02110

**For Defendant Richard Walsh,**
Hugh R. Curran, Esq.
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135

      /s/ Mary Jo Harris