*closed*

04-11193 NG

4/1/08
12:30

Judge Gertner,
If we are to deliberate on Thursday do we (as a jury) stay until we reach a decision?
Thank-you
Robin Crowley



Worthy Judge Gertner,

I have a scheduling conflict on April 15th and need to talk to you.

Respectfully,
Ray Marchand

#12

School for Special Children

# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Drumgold
_____
Plaintiff(s)

vs.

T Callahan
_____
Defendant(s)

R. Walsh    et al.

Civil No. 04cv11193-NG

Criminal No. _____

## NOTE FROM THE JURY

YOUR HONOR,

We would like to leave at 4 pm today.

(2) Jurors have prior commitments

DATED at Boston, Massachusetts on _____

TIME: 3:20 pm

_____
Signature of Foreperson
Bruce Bridges

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD ), Civil No. 04cv 11193-NG
 Plaintiff(s) )
 ) Criminal No. _____
vs. )
 )
TIMOTHY CALLAHAN )
 Defendant(s) )
 )
RICHARD WALSH )

## NOTE FROM THE JURY

YOUR HONOR,

CAN WE GET A COPY OF THE TRANSCRIPT FOR NEW TRIAL?

A. No. The transcript per se was not admitted into evidence. Portions of it were read; you should rely on your memory as to those.

*Nancy Gertner*

DATED at Boston, Massachusetts on _____

TIME: 9:40

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_Drumgold_____.  )  Civil No._____
                Plaintiff(s)       )
                                   )  Criminal No._____
        vs.                        )
                                   )
_____.           )
                Defendant(s)       )
_Tim Callahan_____            )

NOTE FROM THE JURY

YOUR HONOR,

We would like to leave at

4:30 today if possible.

_____

_____

_____

_____

_____

_____

_____

DATED at Boston,       on _____
Massachusetts

TIME: 3:45                     _____
                               Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                          |   |                |
|--------------------------|---|----------------|
| _____,       | ) | Civil No. ____ |
| Plaintiff(s)             | ) |                |
|                          | ) | Criminal No. __|
| vs.                      | ) |                |
|                          | ) |                |
| _____,       | ) |                |
| Defendant(s)             | ) |                |
|                          | ) |                |

NOTE FROM THE JURY

YOUR HONOR,

(1) IN REGARDS TO RICKY EVANS, QUESTION 3C, COULD YOU PLEASE CLARIFY WHAT "SUBSTANTIAL" MEANS?

(2) IN REGARDS TO EXHIBIT 9, IS RICHARD WALSH RESPONSIBLE FOR THE CONTENTS OF THIS REPORT EVEN THOUGH IT WAS TYPED BY PAUL MURPHY?

(3) WHAT HAPPENS IF WE CAN NOT COME TO A UNANIMOUS DECISION ON ANY ONE QUESTION?

DATED at Boston, Massachusetts on _____

TIME: 9:30  4/8/08

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ .  )   Civil No. _____
                  Plaintiff(s)   )
                                 )   Criminal No. _____
         vs.                     )
                                 )
_____ .    )
                  Defendant(s)   )
                                 )
                                 )

NOTE FROM THE JURY

YOUR HONOR,

(1) WE WOULD LIKE TO BE DISMISSED AT 3:30 TODAY IF POSSIBLE.

ONE JUROR HAS A PRIOR COMMITMENT AND NEEDS TO CATCH A BUS.

DATED at Boston, Massachusetts on _____

TIME: 2:00

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| _____, | ) | Civil No. _____ |
|---|---|---|
| Plaintiff(s) | ) | |
| | ) | Criminal No. _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| _____, | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

NOTE FROM THE JURY

YOUR HONOR,

We would like to hear the Ricky Evans tape,

(illegible)

DATED at Boston, Massachusetts   on _____

TIME: 2:55

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD ) Civil No. 04-11193
Plaintiff(s) )
) Criminal No. _____
vs. )
)
TIMOTHY CALLAHAN )
Defendant(s) )
)
RICHARD WALSH )

NOTE FROM THE JURY

YOUR HONOR,

REGARDING THE OBLIGATION OF A DETECTIVE TO REPORT TO THE DA ANY POTENTIAL EXCULPATORY EVIDENCE, IS IT SUFFICIENT TO REPORT TO THE DA'S OFFICE OR DOES HE NEED TO REPORT TO THE SPECIFIC DA ON ALL RELEVANT CASES? DOES CALLAHAN NEED TO TELL BOTH CONNOLLY AND BEAUCHESNE ABOUT RICKY EVANS?

DATED at Boston, Massachusetts on _____

TIME: _____

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Drumgold ,  )  Civil No. 04-11193
              Plaintiff(s)  )
                            )  Criminal No. _____
        vs.                 )
                            )
Callahan ,                  )
              Defendant(s)  )
                            )
Walsh                       )
_____)

NOTE FROM THE JURY

YOUR HONOR,

We have reached a verdict
_____

DATED at Boston,  on _____
Massachusetts

TIME: 2:45  4/9/08                  _____
                                    Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____Drumgold_____.    )   Civil No. _____
         Plaintiff(s)           )
                                )   Criminal No. _____
         vs.                    )
                                )
_____Callahan_____.    )
         Defendant(s)           )
                                )
_____   )

NOTE FROM THE JURY

YOUR HONOR,

One of the jurors has pneumonia and would like to wait until tomorrow to deliberate.

DATED at Boston,   on _____
Massachusetts

TIME: 2-50   4/14/08

Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Drumgold
_____
Plaintiff(s)

Civil No. 04-11193

Criminal No. _____

vs.

Callahan
_____
Defendant(s)

## NOTE FROM THE JURY

YOUR HONOR,

We would like to leave at 4:30 if possible

DATED at Boston, Massachusetts on 4/[illegible]

TIME: 3:50

Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Drumgold
_____
Plaintiff(s)

vs.

Callahan
_____
Defendant(s)

Civil No. 04-11193 - NG

Criminal No. _____

## NOTE FROM THE JURY

YOUR HONOR,

PETER HIGGINS WOULD LIKE TO SPEAK TO THE JUDGE AT SIDEBAR BEFORE WE CONVENE THIS MORNING REGARDING AN ARTICLE HE SAW OUTSIDE OF THE COURTHOUSE.

& Addressed on the Record (Lobby Conf., Judge Dein ___ by telephone. See transcript)

DATED at Boston, Massachusetts on 4/10/08

TIME: 9:00

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Drumgold
_____.
     Plaintiff(s)

vs.

Callahan
_____.
     Defendant(s)

Civil No. _____

Criminal No. _____

NOTE FROM THE JURY

YOUR HONOR,

We are unable to come to a unanimous agreement on question #1 and we do not believe that further deliberations will change anybody's mind.

✱ Answered in open court on transcript

DATED at Boston, Massachusetts    on _____

TIME: 6:55

_____
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____DRUMGOLD_____.  )   Civil No. _____
              Plaintiff(s)  )
                            )   Criminal No. _____
         vs.                )
                            )
                            )
_____.       )
              Defendant(s)  )
    CALLAHAN                )

NOTE FROM THE JURY

YOUR HONOR,

WE ARE HOPELESSLY HUNG!

DATED at Boston, Massachusetts   on _____

TIME: 3:00

_____
Signature of Foreperson