UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHAWN DRUMGOLD<br>Plaintiff,<br><br>v.<br><br>TIMOTHY CALLAHAN,<br>FRANCIS M. ROACHE,<br>PAUL MURPHY,<br>RICHARD WALSH, and<br>THE CITY OF BOSTON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 04-11193NG |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE POST-TRIAL PAPERS**

The parties jointly request that the Court grant a brief extension of time, to Monday, June 2, 2008 for the parties to file their post-trial memoranda concerning the entry of judgment and further proceedings (see Clerk's notes of April 16, 2008). As grounds therefore, the parties state that all counsel have been taxed by the demands of other matters that were held in abeyance during the trial of this case, and all would appreciate the additional time to adequately address the issues raised by the jury's response to the special verdict questions.

**Defendant,
TIMOTHY CALLAHAN,**
By his attorneys,

/s/ Mary Jo Harris_____
Mary Jo Harris (BBO# 561484)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

                                          William M. White
William White & Associates
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 720-2002

Assented to:

**For Plaintiff Shawn Drumgold,**
Michael W. Reilly, Esq.
Tommassino & Tommasino
Two Center Plaza
Boston, MA 02108-1904

**For Plaintiff Shawn Drumgold,**
Rosemary Curran Scapicchio, Esq.
Four Longfellow Place, Suite 3703
Boston, MA 02114

**For Defendants City of Boston and Francis M. Roache,**
John P. Roache, Esq.
The Law Offices of John P. Roache
66 Long Wharf
Boston, MA 02110

**For Defendant Richard Walsh,**
Hugh R. Curran, Esq.
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135