UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,   )<br>    Plaintiff   )<br>   )<br>v   )<br>   )<br>TIMOTHY CALLAHAN, ET AL.   )<br>    Defendant(s)   )<br>   ) | C.A. NO. 04-11193NG |

**SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(A)(1) & (2)**

Now comes the Plaintiff in the above entitled matter and supplements its disclosure pursuant to Rule 26(a)(1) & (2) as follows:

1.  Documents

    - Findings of Fact and Rulings of Law, Defendant's Motion to Dismiss, Commonwealth v. Harris, Suffolk Superior 9125141;

    - Memorandum in Order on Defendant's Motion for New Trial, Commonwealth v. Harding, Suffolk Sup. Ct. CR091158-62;

    - Commonwealth's Motion to Vacate Conviction with Endorsement and Nolle Prosequi Commonwealth v. Passley;

    - Commonwealth's Motion to Vacate Conviction with Endorsement and Nolle Prosequi Commonwealth v. Toro;

    - Commonwealth's Motion to Vacate Conviction and Grant New Trial with Endorsement and Nolle Prosequi Commonwealth v. Cowans

2.  Witnesses

    - Tahann Harris

- Neal Miller

- Marlon Passley

- Angel Toro

- Donnell Johnson

- Louis Santos

- Counsel for Neal Miller

- Counsel for Marlon Passley

- Counsel for Angel Toro

- Counsel for Donnell Johnson

- Counsel for Louis Santos

- Counsel for Tahann Harris

                Respectfully submitted,

                By His Attorneys,

                /s/ Michael Reilly

                Michael W. Reilly, Esq.
                Tommasino & Tommasino
                Two Center Plaza
                Boston, MA   02108
                617 723 1720
                BBO 415900

                /s/ Rosemary Curran Scapicchio

                Rosemary Curran Scapicchio, Esq.
                Four Longfellow Place
                Boston MA 02114
                617 263 7400
                BBO 558312