# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DRUMGOLD,<br>    Plaintiff,<br><br>v.<br><br>TIMOTHY CALLAHAN, et al.,<br>    Defendants. | Civil Action No. 04cv11193-NG |

**GERTNER, D.J.**:

## ORDER DIRECTING ENTRY OF SEPARATE JUDGMENT ON JURY'S VERDICT

On consideration of the parties' motion for a separate and final judgment with respect to:

1. The jury's verdict of April 9, 2008, concerning Richard Walsh (Counts I and II) (document #265); and,

2. The jury's verdict of October 21, 2009, concerning Timothy Callahan (Counts I and II) (document #395), this Court directs the entry of separate, appealable judgment:

It is **ORDERED** that,

This Court certifies, pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure, as described in the attached Memorandum, that there is no just reason for delay in the entry of a separate final judgment with respect to verdicts and judgments described above.

The Clerk is directed to enter a final judgment in this matter directing that plaintiff take nothing from defendant Walsh, (document #265) and that $14,000,000, plus interest, be awarded on the claim against defendant Callahan (document # 395).

**SO ORDERED.**

Date: February 24, 2011        /s/ Nancy Gertner
                                           **NANCY GERTNER, U.S.D.J.**