UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11193-PBS

_____
                                            )
**SHAWN DRUMGOLD,**                         )
    **Plaintiff,**         )
                                            )
    **v.**                 )
                                            )
**TIMOTHY CALLAHAN, FRANCIS M.**            )
**ROACHE, PAUL MUPRHY, RICHARD**            )
**WALSH, and the CITY OF BOSTON,**          )
    **Defendants.**       )
_____)

## ALL PARTIES' JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

    All parties in the above-entitled action hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts and claims as they relate to all Defendants, Timothy Callahan, Francis M. Roache, and the City of Boston, in their individual and official capacities, with prejudice, without fees and costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted |
| DEFENDANTS, CITY OF BOSTON, | PLAINTIFF, SHAWN DRUMGOLD |
| and FRANCIS M. ROACHE | By his attorneys: |
| By its attorney: | |
| William F. Sinnott | |
| | |
| /s/ Lisa Skehill Maki | /s/ Rosemary Curran Scapicchio |
| Lisa Skehill Maki, BBO No. 675344 | Rosemary Scapicchio, BBO No. 558312 |
| Senior Assistant Corporation Counsel | Law Office of Rosemary C. Scapicchio |
| City of Boston Law Department | 107 Union Wharf |
| One City Hall Plaza, Suite 615 | Boston, MA 02109 |
| Boston, MA 02116 | Scapicchio_attorney@yahoo.com |
| Lisa.Maki@boston.gov | (617) 263-7400 |
| (617) 635-4022 | |
| | /s/ Michael W Reilly |
| /s/ Hugh R. Curran | Michael W. Reilly, BBO No. 415900 |
| Hugh R. Curran, BBO No. 552623 | Tommasino & Tommasino |
| Bletzer & Bletzer, P.C. | Two Center Plaza |
| 300 Market Street | Boston, MA 02108 |
| Brighton, MA | 617-482-3170 |
| (617) 254-8900 | mwr@tommasino.com |

Respectfully submitted,
DEFENDANT, TIMOTHY CALLAHAN
By his attorneys,


/s/ Joseph Tehan
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007
jtehan@k-plaw.com
jcowin@k-plaw.com


**Date:  May 8, 2014**

## CERTIFICATE OF SERVICE

I, Lisa Skehill Maki, do hereby certify that I filed a true copy of the attached documents via the CM/ ECF system on May 8, 2014.

/s/ Lisa Skehill Maki
Lisa Skehill Maki